# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF IDAHO

Rebecca Scofield           Plaintiff(s):           **DECLARATION OF SERVICE**

vs.

Ashley Guillard            Defendant(s):           Case Number: 3:22-cv-00521-REP

COMES NOW, **Kievin Yates**, hereby declares and says: That I am over the age of eighteen (18) years, and not a party to the action or related to any of the parties in the above entitled action. I received a true copy of the **Summons in a Civil Action, Complaint and Demand for Jury Trial, Civil Cover Sheet** and delivered the same upon **Ashley Guillard** by delivering to and leaving with:

a. (Name) **Ashley Guillard**, PERSONAL SERVICE (personally and in person)

or

b. (Name) _____, SUBSTITUTE SERVICE (by leaving with a person over the age of eighteen (18) years, who stated the below address to be the residence and usual place of abode of themselves and the individual being served)

At:(Address) **4100 Southwest Fwy, Apt 368**

(City, State, Zip) **Houston, TX 77027**

on the **27th** day of **December**, 2022, at **2:31** o'clock **P**.m.

I declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct.

(Date) **12/29/22**

_____  PSC #11672
                          **PROCESS SERVER**
Exp. 10.31.24

Our Reference Number: 199978
Client Reference: > Wendy J. Olson