UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>　　　　Defendant. | Case No. 3:22-cv-00521-REP |

### CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), it appears by affidavit or otherwise from the records in the above-entitled action that the summons and complaint have been served upon the Defendant named below. It further appears that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure. The Defendant, Ashley Guillard, is, therefore, in default.

DATED: Friday, January 27, 2023

Stephen W. Kenyon,
Clerk of the United States District Court
District of Idaho

By: _____*Jackie Hildebrand*_____
　　　　　Deputy Clerk