UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

REBECCA SCOFIELD,

    Plaintiff,

v.

ASHLEY GUILLARD,

    Defendant.

Case No. 3:22 CV521 REP

### DEFENDANT'S MOTION FOR RELIEF FROM A JUDGEMENT OR ORDER PURSUANT TO FED.R.CIV. P. 60(b)

**The Parties Filing This Motion**

    Ashley Guillard
    msashleyjt@gmail.com
    4100 Southwest Freeway Apt 368
    Houston, TX 77027
    Telephone:  337.372.3181

    Pro-Se

    Now before the court is respondent Ashley Guillard's motion to reopen *Rebecca Scofield v. Ashley Guillard* civil action no. 3:2022cv00521 granting her relief from default order and judgement pursuant to Federal Rule of Civil Procedure 60(b)(1) and Fed.R.Civ.P. 60(b)(3).

    The grounds for this motion are set forth more fully in the attached memorandum incorporated by reference herein.

Date: February 14, 2023

Respectfully submitted,

ASHLEY GUILLARD

**CERTIFICATE OF SERVICE**

1

DEFENDANT'S MOTION FOR RELIEF FROM A JUDGEMENT OR ORDER PURSUANT TO FED.R.CIV. P. 60(b)

I hereby certify that on this 14th day of February 2023, I mailed the foregoing to the defendants last known address 101 S. Capitol Boulevard, Suite 1900 Boise, ID 83702 by certified mail pursuant to F.R.C.P. Rule 5.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS

FEB 16 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No. |
| ASHLEY GUILLARD,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>REBECCA SCOFIELD, AND ATTORNEY WENDY J. OLSON, ATTORNEY ELIJAH M WATKINS AND ATTORNEY CORY M. CARONE; OF STOEL RIVES LLP.,<br><br>Counterclaim-Defendants. | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR RELIEF FROM A JUDGEMENT OR ORDER PURSUANT TO FED.R.CIV. P. 60(b)**

**The Parties Filing This Motion**

    Ashley Guillard
    msashleyjt@gmail.com
    4100 Southwest Freeway Apt 368
    Houston, TX 77027
    Telephone: 337.372.3181

    Pro-Se

    **I. Motion For Relief from A Judgement or Order FED.R.CIV. P. 60(b)**

Now before the court is respondent Ashley Guillard's motion to reopen *Rebecca Scofield v. Ashley Guillard* civil action no. 3:2022cv00521 granting her relief from default order and judgement pursuant to Federal Rule of Civil Procedure 60(b). *Rebecca Scofield v. Ashley Guillard* is a civil action that Defendant Ashley Guillard is in default of. Clerks Entry of Default was entered on January 27, 2023. Ashley Guillard failed to plead or otherwise defend said action within the 21-day period as provided in Federal Rules of Civil Procedure Rule 12 due to excusable neglect and fraud- misconduct by opposing parties. Ashley Guillard petitions for an extension of time to respond to civil action no. 3:2022cv00521 pursuant to F.R.C.P. Rule 60(b)(1) and F.R.C.P. Rule 60(b)(3). Ashley Guillard included the motions, answer, and counterclaim with the filing of this motion, less than 30 days after the 21-day period; within a reasonable time pursuant to F.R.C.P. Rule 60(c)(1).

## II. Facts

Excusable neglect is grounds for relief from a final judgement, order or proceedings if granted by the court pursuant to F.R.C.P. Rule 60(b)(1). Ashley Guillard did not respond timely to civil action no. 3:2022cv00521 due to being overwhelmed with multiple civil actions and responsibilities. Civil action no. 3:2022cv00521 was filed December 21, 2022. During that time Ashley Guillard already had a civil action pending in County Civil Court in Harris County Texas Docket No. 1195377. Ashley Guillard represented herself, pro se, solely conducted research, solely gathered evidence, and soled prepared for both trials. In that process she made mistakes while learning how to prepare the answer, counterclaims, and motions. After nearly 40 pages of an answer and counterclaim, Ashley Guillard had to redo it correctly.

Ashley Guillard was overwhelmed with family obligations . Ashley Guillard is the custodial parent responsible for physically caring for her child while his dad is on military

orders. Ashley Guillard was the local next of kin, for a family member who was in the hospital intensive care on life support. Ashley Guillard chose to support her family member during that time because there was no other family member to help. Additionally, Ashley Guillard feared for her and her family's safety due to multiple attempts by someone trying to illegally enter her apartment (Houston Police Department Incident no.: 0131659-23).

Fraud is grounds for relief from a final judgement, order or proceedings if granted by the court pursuant to F.R.C.P. Rule 60(b)(3). Attorney Wendy J. Olson and Rebecca Scofield made false statements about Ashley Guillard in a press release that was disseminated world-wide and to most of the major news outlets across America beginning late December 2022 and continuing into February 2023; with the intent to humiliate, embarrass, harass, and intimidate her for Rebecca Scofield's benefit. The false statements about Ashley Guillard influenced further harassment and cyber bullying by the thousands on Ashley Guillard's social media channels, hateful messages to her emails, phones and website, and death threats from strangers. This caused Ashley Guillard emotional distress, stress and impeded her ability to work on the civil actions she had pending efficiently.

January 19, 2023 Attorney Wendy Olson filed a Motion for Entry of Default on behalf of Plaintiff Rebecca Scofield requesting responses from Ashley Guillard due by February 9, 2023. Attorney Wendy Olson did not serve Ashley Guillard a copy of this motion. Ashley Guillard does not have a copy of this motion and is unaware of the contents of this motion. Ashley Guillard was made aware of this motion by a staff member of the Court in a phone call she made to the United States District Court For The District Of Idaho, on February 10, 2023.

Ashley Guillard battles with combat related Post Traumatic Stress Disorder which limits her ability to work and finish tasks when she's under an increased amount of stress. Her stress

increased due to the increased amount of responsibility, being defamed in nationwide news media, the hateful messages and comments towards her, harassment, and the threats of violence. It all collectively diminished her ability to efficiently handle all the responsibilities. Evidence for Docket No. 1195377 was submitted too late, Ashley Guillard had to cease support for her family in the hospital, her son's birthday celebration was postponed, and her response to civil action no. 3:2022cv00521 is late. Going forward Ashley Guillard will prioritize court rules, orders and actions and file timely actions.

A default judgement for the plaintiff will cause prejudice to the non-moving party, Defendant Ashley Guillard, for multiple reasons to include that the action was filed in the improper venue and by nature impedes upon the interest of justice pursuant to 28 U.S.C. § 1404. Ashley Guillard is a resident of Texas and the events giving rise to the claims of defamation took place on Ashley Guillard's social media pages.

### III. Prayer for Relief

For these reasons, Ashley Guillard respectfully requested that the Court grant this Motion and the relief requested: relieve the entry of default and allow Defendant Ashley Guillard to defend, motion and plead civil action no. 3:2022cv00521 *Rebecca Scofield v. Ashley Guillard.*

Date of signing: February 14, 2023
Signature of Defendant:

*[signature]*

Printed Name of Defendant: ASHLEY GUILLARD

### CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February 2023, I mailed the foregoing to the defendants last known address 101 S. Capitol Boulevard, Suite 1900 Boise, ID 83702 by certified mail pursuant to F.R.C.P. Rule 5.