UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No.<br><br>3:22 CV-521-REP |
| ASHLEY GUILLARD,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>REBECCA SCOFIELD, AND ATTORNEY WENDY J. OLSON, ATTORNEY ELIJAH M. WATKINS AND ATTORNEY CORY M. CARONE; OF STOEL RIVES LLP.,<br><br>Counterclaim-Defendants. | |

*Rcvd* **FEB 16 2023** *Filed Time*
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**MOTION FOR DEFENDANT/COUNTERCLAIM PLAINTIFF ASHLEY GUILLARD TO BE GRANTED CM/ECF E-FILE ACCESS PURSUANT TO DISTRICT LOCAL RULE CIV 5.1 (CIVIL).**

**The Parties Filing This Motion**

    Ashley Guillard
    msashleyjt@gmail.com
    4100 Southwest Freeway Apt 368
    Houston, TX 77027
    Telephone:  337.372.3181

    Pro-Se

Now before the court is respondent Ashley Guillard's motion requesting e-file access to the CM/ECF electronic filing system to file documents with the Court over the Internet using the Case Management/Electronic Case Files (CM/ECF) pursuant to District Local Rule Civ 5.1 (Civil).

Date: February 14, 2023

Respectfully submitted,

ASHLEY GUILLARD

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February 2023, I mailed the foregoing to the defendants last known address 101 S. Capitol Boulevard, Suite 1900 Boise, ID 83702 by certified mail pursuant to F.R.C.P. Rule 5.