Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 55(b)(2), Plaintiff Rebecca Scofield moves the Court to enter default judgment awarding her at least $1,863,304. This motion is supported by the Memorandum in Support and the Affidavit of Rebecca Scofield.

**MOTION FOR DEFAULT JUDGMENT** - 1

DATED: February 17, 2023.

        STOEL RIVES LLP

        /s/ Wendy J. Olson
        Wendy J. Olson
        Elijah M. Watkins
        Cory M. Carone

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2023, I served a copy of the foregoing **MOTION FOR DEFAULT JUDGMENT** via overnight mail as follows:

Ashley Guillard
4100 Southwest Parkway, Apt. 368
Houston, TX  77207

                                            /s/ Wendy J. Olson
                                            Wendy J. Olson