Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
Elijah M. Watkins, ISB No. 8977
elijah.watkins@stoel.com
Cory M. Carone, ISB No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**AFFIDAVIT OF REBECCA SCOFIELD IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

REBECCA SCOFIELD, being duly sworn, deposes and states as follows:

1.　I am the Plaintiff in this matter. As such, I have personal knowledge of the facts and statements contained in this affidavit. I submit this affidavit in support of the motion for default judgment.

2.　I am an Associate Professor of History at the University of Idaho. I am also the Chair of the History Department at the University of Idaho. The false statements that Defendant Ashley Guillard has made about me have significantly damaged my professional reputation. The University of Idaho, like any educational institution, does not tolerate sexual relationships between

**AFFIDAVIT OF REBECCA SCOFIELD - 1**
118517103.1 0079747-00001

professors and students. And of course everybody finds unconscionable the violent and tragic murders that occurred at the University of Idaho this past November. Ms. Guillard's false statements have thus jeopardized my employment at the University of Idaho, where I earn an annual salary of $75,064.28 and an additional administrative increment of $11,266.12 for serving as Chair of the History Department. Ms. Guillard's statements have also jeopardized my aspirations to receive future salary increases, to earn a promotion to full professor, and to be selected for other administrative and leadership positions.

3. In addition to my teaching, I also publish books and journal articles; contribute to public facing projects like podcasts, plays, conferences, and museum exhibits; accept public speaking engagements; and hope to serve in leadership positions in professional organizations.. Like any professional, my reputation is paramount to my professional success. People often search my name before working with me or attending an event that I am participating in, and now when they do so my name is associated with murder and sexual relationships with students instead of the extensive body of professional work I have spent over a decade working hard to create. I currently have a book manuscript, articles, and book chapters that are under review for publication. Ms. Guillard's false statements may lead publishers to reject my work. They may also dissuade current or future co-authors from working with me. Similarly, I may not be invited to participate in public facing projects, speaking engagements, and leadership positions in my field.

4. My work in gender and sexuality studies frequently relies on speaking to and engaging with LGBTQ+ populations. An unfortunate trope in my field is that of the lesbian professor grooming younger female students for sexual relationships. Ms. Guillard's false statements play into that trope and may cause members of the LGBTQ+ populations to not speak

AFFIDAVIT OF REBECCA SCOFIELD - 2
118517103 1 0079747 00001

or work with me, which would severely curtail my ability to perform new research and produce new work on gender studies issues.

5. Ms. Guillard's false statement about me have caused severe mental distress. I have been unable to sleep since the false statements were first made, and I now take over the counter sleep aids. I cry often and am seeking therapy to help me cope with this emotional distress. My distress has been compounded by hate mail from individuals that believe the false statements made about me. I have also heard from colleagues and students that their family members have discussed the statements with them. The questioning of my character has been deeply hurtful. I feel shame and humiliation at having been associated with such horrific crimes. These impacts were unanticipated for me as someone who strives to maintain a professional reputation for high-quality work, and they have been significant and lasting. Ms. Guillard's continuing false statements despite my attempts, through counsel, to get her to stop amplify my mental distress. As an academic who relies on research and facts, it is particularly distressing that she has persisted with no facts to support her position and in the face of clear facts to the contrary.

6. As a member of the University of Idaho community, I am also distressed by Ms. Guillard's attempts to profit, even through false publicity, from the tragedy that has impacted people I see every day.

7. I also fear for the safety of my family and myself. Because of my work on gender studies and LGBTQ+ issues, my work is particularly vulnerable to ad hominem attacks related to Ms. Guillard's false statements. Some members of anti-education groups oppose my employment at a public institution. Ms. Guillard's homophobic rhetoric and highlighting of my research augments that opposition, and I worry her false statements may prompt somebody to take violent action —either in opposition to my work or because they believe I am a predator. I have spent

$466.29 on security cameras and door sensors to protect my family. Despite these precautions, these fears have amplified my emotional distress as I have struggled to feel safe.

8. I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 16, 2023.

*Rebecca Scofield*

SUBSCRIBED AND SWORN TO before me this 16th day of February, 2023.

Mark Kunz
Notary Public
State of Idaho
Commission No. 63647

Notary Public for Idaho
My Commission Expires: May 22, 2026