Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>   Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>   Defendant. | Case No. 3:22-cv-00521-REP<br><br>**Motion to Strike Defendant's Answer, Affirmative Defenses and Counterclaims to Complaint [Dkt. 6]** |

After the clerk filed a clerk's entry of default, Defendant Ashley Guillard filed an answer and counterclaims. ECF 6. The answer and counterclaims are untimely. Fed. R. Civ. P. 12(a)(1)(A)(i). They are also procedurally improper because the clerk's entry of default has not been set aside and should not be side for the reasons set forth in Plaintiff's Response to Defendant's Motion for Relief from a Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b). ECF 9.[1] The Court should thus strike Defendant's Answer, Affirmative Defenses and

---

[1] The counterclaims are also procedurally improper, in part, because Defendant attempts to name Plaintiff's counsel, who are not an "opposing party." Fed. R. Civ. P. 13.

Counterclaim to Complaint [Dkt. 6], either under Rule 12(f) or pursuant to its inherent powers. *E.g.*, *Lake v. Fellner*, No. 2:12-CV-01345-GMN, 2014 WL 664653, at *2 (D. Nev. Feb. 19, 2014) ("Here, Defendant failed to properly answer the Complaint until over a year after the time to respond had run and after an entry of default. Accordingly, it is within the Court's discretion to dismiss Defendant's Answers, which are untimely and improper."); *Webster Cap. Fin., Inc. v. Milt's Eagle, LLC*, No. 2:09-CV-01367-RLH, 2011 WL 1155440, at *2 (D. Nev. Mar. 28, 2011) ("Milt's Eagle failed to answer Plaintiff's allegations until four weeks after the 21-day deadline for the Second Amended Complaint . . . . Accepting the Plaintiff's factual allegations as true, the Court therefore strikes Defendants' improper answer."); *J&J Sports Prods., Inc. v. Lawson*, No. 3:17-CV-02939-JMC, 2019 WL 1754744, at *3 n.2 (D.S.C. Apr. 19, 2019) (striking an untimely answer "because the filing of an answer must always be timely").

DATED: February 27, 2023.

        STOEL RIVES LLP

        /s/ Wendy J. Olson
        Wendy J. Olson
        Elijah M. Watkins
        Cory Carone

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2023, I served a copy of the foregoing via overnight mail as follows:

Ashley Guillard
4100 Southwest Parkway, Apt. 368
Houston, TX  77027

      /s/ Wendy J. Olson
      Wendy J. Olson