Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASHLEY GUILLARD,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S NOTICE REGARDING SERVICE** |

　　　　　On February 27, 2023, Plaintiff filed a Motion to Strike Defendant's Answer, Affirmative Defenses and Counterclaims to Complaint. ECF 12. Plaintiff included with that motion a certificate of service indicating that she sent the motion via overnight mail to the address listed for Defendant on the docket. Previously, Plaintiff used the same method of service to successfully serve her Response to Defendant's Motion for Relief From a Judgment or Order Pursuant to Federal Rule of Civil Procedure 60(b) and her Motion for Default Judgment. ECF 9, 10. For the more recent Motion to Strike, however, Plaintiff received a return from UPS stating "receiver did not want, refused delivery." Exhibit A. Accordingly, Plaintiff submits this notice to correct its certificate of

service of the Motion to Strike. Plaintiff will attempt other means of service and will notify the Court of any updates.

       DATED:  March 7, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins
Cory Carone

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on March 7, 2023, I served a copy of the foregoing **PLAINTIFF'S NOTICE REGARDING SERVICE** via email as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson

**EXHIBIT A**

**RETURN TO:** STOEL RIVES LLP
101 S CAPITOL BLVD
RM 400
BOISE ID 83702

01/MAR/2023 20:58 7704

ID 837 9-02

1Z965W531290408787

**RETURN TO SHIPPER**
**REASON FOR RETURN:** RECEIVER DID NOT WANT, REFUSED DELIVERY
**ORIGINAL RECEIVER:** ASHLEY GUILLARD

01/MAR/2023 20:58 7704

ID 837 9-02

1Z965W531290408787

WENDY OLSON
2083899000
BOISE
101 S. CAPITOL
BOISE ID 83702

SHIP TO:
ASHLEY G
APT. 368
4100 SW
HOU

UPS 3 DAY SELECT
TRACKING #: 1Z 965 W53 12 9040 8787    3

1661076@UPS  TXSTA4B1UDC  US  7704  MAR  1 20:58:51 2023  HIP 22.9.3  ZP450S

Client Matter Code - must be 13 #s: 009999-00001
Time Keeper: GXH
CS 23.6.00.   WNTNV50 9.0A 02/2023*

**Extremely Urgent**

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

Do not use this envelope for:
UPS Ground
UPS Standard

Insert shipping document under window from the top

STOEL RIVES
101 S CAPITOL BLVD
RM 400
BOISE ID 83702-5958

P:2   S: BROWN2   I: BUL
209-8540
1Z965W63129040   8787