Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No. 3:22-cv-00521-REP<br><br>**NOTICE OF DEFENDANT'S ACCEPTANCE OF SERVICE** |

On March 7, 2023, Plaintiff filed her Notice Regarding Service alerting the Court that when she tried to serve her Motion to Strike Defendant's Answer, Affirmative Defenses and Counterclaims to Complaint via UPS overnight mail, Plaintiff received a return from UPS stating "receiver did not want, refused delivery." That same day, Plaintiff sent her Motion to Strike (ECF 12) and her Notice Regarding Service (ECF 13) to Defendant using the email address msashleyjt@gmail.com. On March 13, 2023, Defendant acknowledged receipt of the email and advised that she would submit a new mailing address to the Court.

DATED: March 14, 2023.

        STOEL RIVES LLP

        /s/ Wendy J. Olson
        Wendy J. Olson
        Elijah M. Watkins
        Cory Carone

        Attorneys for Plaintiff

NOTICE OF DEFENDANT'S ACCEPTANCE OF SERVICE - 2
118802673.1 0079747-00001

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I served a copy of the foregoing **NOTICE OF DEFENDANT'S ACCEPTANCE OF SERVICE** via overnight mail as follows:

Ashley Guillard
3262 Westheimer Rd. #942
Houston, TX 77098

        /s/ Wendy J. Olson
        Wendy J. Olson