Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>  Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>  Defendant. | Case No. 3:22-cv-00521-REP<br><br>**NOTICE OF DEFENDANT'S FAILURE TO COMPLY WITH LOCAL RULE 7.1** |

On January 27, 2023, the Clerk of the Court filed an Entry of Default because Defendant Ashley Guillard failed to timely respond to Plaintiff Rebecca Scofield's Complaint. ECF 5. Several weeks later, Guillard attempted to file a Motion for Relief and an untimely Answer, which included improper "counterclaims" against Professor Scofield's attorneys. ECF 6 & 7. In the Motion for Relief, Guillard wrote: "Going forward Ashley Guillard will prioritize court rules, orders and actions and file timely actions." ECF 7, p. 6.

Guillard has not honored her representation to the Court. Since Guillard represented that she will "file timely actions," Professor Scofield has opposed Guillard's motion for relief and filed

a Motion for Default Judgment and a Motion to Strike. ECF 10, 12. The deadlines for Guillard to file her responsive briefing have long passed. Guillard has thus failed to comply with Local Rule 7.1. That "failure may be deemed to constitute a consent to the sustaining of said pleading or the granting of said motion or other application." Local Rule 7.1(e)(1). That is, Guillard's failure to submit timely briefing provides an additional reason why the Court should deny her Motion for Relief (ECF 7) and grant Professor Scofield's Motion for Default Judgment (ECF 10) and Motion to Strike (ECF 12).

DATED:  April 19, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins
Cory Carone

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2023, I served a copy of the foregoing Notice of Defendant's Failure to Comply with Local Rule 7.1 via email as follows:

Ashley Guillard
msashleyjt@gmail.com

                                              /s/ Wendy J. Olson
                                              Wendy J. Olson