U.S. COURTS

MAY 0 1 2023

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No. 3:22-cv-00521-REP |
| ASHLEY GUILLARD,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>REBECCA SCOFIELD, AND ATTORNEY WENDY J. OLSON, ATTORNEY ELIJAH M. WATKINS AND ATTORNEY CORY M. CARONE; OF STOEL RIVES LLP.,<br><br>Counterclaim-Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

Pro-Se Defendant and Counterclaim-Plaintiff Ashley Guillard files this Notice of Change of Address and requests that the Court's docket be updated accordingly.

My new mailing address is as follows:

Ashley Guillard
3262 Westheimer Rd. #942
Houston, TX 77098
Respectfully submitted,

*/s/ Ashley Guillard*
Ashley Guillard
March 13, 2023