Ashley Goullard
3308 Westheimer Rd
942
Houston TX 77098

U.S. District Court
550 W Fort St.
Room 400
Boise ID 83704

7021 2720 0000 4849 7537

U.S. MARSHALS
District of Idaho
MAY 01 2023
EXAMINED

$4.75
US POSTAGE
FIRST-CLASS
062S1317108D
77098
0000238865