Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>              Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>              Defendant. | Case No. 3:22-cv-00521-REP<br><br>**Motion to Dismiss Defendant's Counterclaims [Dkt. 20]** |

Defendant Ashley Guillard has filed 11 frivolous counterclaims alleging that Plaintiff Rebecca Scofield had an inappropriate affair with a student, ordered the murder of four students, and conspired with her attorneys to sue Guillard for defamation "to evade suspicion, obstruct justice, and to avoid criminal investigation." ECF 20, p. 14, ¶ 39. In support of her claims, Guillard says her "spiritual research" into the murders at the University of Idaho "intuitively led to the University of Idaho History Department," so she then "spiritually inquired into each person listed on the History Department's webpage" and her "insight for Rebecca Scofield revealed that she was in a relationship with Kaylee Goncalves that broke up and that she initiated the murders,

planned the murders, and hired help to carry the plan out." *Id.* at p. 13, ¶¶ 34–36. In other words, Guillard made up the whole story.

Guillard's claims all fail because they rely on implausible and factually deficient allegations. The claims also fail to properly allege the pertinent legal elements. Even as a pro se litigant, Guillard should not be allowed to use this Court as a platform to make frivolous allegations to continue her shameless self-promotion at the expense of Professor Scofield's reputation and peace of mind and the victims' memories. The Court should dismiss all Guillard's counterclaims under Federal Rule of Civil Procedure 12(b)(6) or its inherent power and exercise its inherent power to award Professor Scofield her attorney's fees.

DATED: June 6, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins
Cory M. Carone

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 6, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson