UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant.<br><br>―――――――――――――――<br><br>ASHLEY GUILLARD,<br><br>    Counter Claimant,<br><br>    v.<br><br>REBECCA SCOFIELD<br><br>    Counter Defendant. | Case No. 3:22-cv-00521-REP |

**COUNTER CLAIMANT ASHLEY GUILLARD'S STATUS REPORT ON SERVICE OF PROCESS PURSUANT TO DISTRICT LOCAL RULE CIV 4.1 (CIVIL)**

**The Parties Filing This Statement**

    Ashley Guillard
    msashleyjt@gmail.com
    3262 Westheimer Rd.
    942
    Houston, TX 77098
    Telephone:  337.372.3181

    Pro-Se

**STATUS REPORT ON SERVICE OF PROCESS** - 1

Pursuant to Idaho District Local Rule Civ 4.1 (Civil), Counter Claimant Ashley Guillard submits this status report on the service of process for Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone.

On May 16, 2023, Defendant Ashley Guillard filed a new Answer to the Complaint Scofield v. Guillard Case No. 3:22-cv-00521-REP and Counterclaims (Docket 20). In the Counterclaim Counterclaimant Ashley Guillard added Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory Carone to her countercomplaint as new party Counter Defendants in addition to Counter Defendant Rebecca Scofield.

Attorney's Wendy J. Olson, Elijah M. Watkins, and Cory M. Carone were served with the answer and counter-complaint on May 16, 2023, using the CM/ECF system on behalf of Plaintiff Rebecca Scofield. Notice was electronically mailed to: Cory Michael Carone: cory.carone@stoel.com, docketclerk@stoel.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com; Elijah Martin Watkins elijah.watkins@stoel.com, docketclerk@stoel.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, karissa.armbrust@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com; and Wendy Olson: wendy.olson@stoel.com, docketclerk@stoel.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, karissa.armbrust@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com. On June 7, 2023, Attorney Wendy J. Olson responded with a motion to dismiss on behalf of Rebecca Scofield.

On June 2, 2023, Ashley Guillard mailed a copy of the complaint, A signed United States District Court District of Idaho Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons and Form 1B. Waiver of Service of Summons; to each new party Counter Defendant by United States Postal Service first class certified mail (no. 7020 0640 0001 5097

**STATUS REPORT ON SERVICE OF PROCESS** - 2

2269 for Wendy J. Olson, no. 7020 0640 0001 5097 2283 for Elijah M. Watkins, and no. 7020 0640 0001 5097 2276 for Cory M. Carone). To accompany the mailed documents on June 7, 2023, Counterclaimant Ashley Guillard emailed each new party: notice of the incoming waiver in the mail, a second copy of the filed complaint, a second copy of form 1A. Notice of Lawsuit and Request for Waiver, a second copy of form 1B Waiver of Service of Summons and requested the Waiver of Service to be returned electronically by email. The email was sent to cory.carone@stoel.com, elijah.watkins@stoel.com, wendy.olson@stoel.com and tracy.horan@stoel.com.

    Counterclaimant Ashley Guillard is waiting for a response from the Counter Defendants. Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone have until July 2, 2023, to agree to waive service of the summons and complaint. If Ashley Guillard does not receive a signed waiver from the counter-defendants by July 2, 2023, she will request a summons and formally serve the counter-defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure (F.R.C.P.).

**DATED**: June 8, 2023

/s/ Ashley J. Guillard

Defendant/Counterclaimant
Date of signing: June 8, 2023
Ashley J. Guillard

Pro-Se Litigant

**STATUS REPORT ON SERVICE OF PROCESS** - 3

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2023, I mailed the foregoing to the defendants last known address 101 S. Capitol Boulevard, Suite 1900 Boise, ID 83702 by certified mail pursuant to F.R.C.P. Rule 5.