AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00521

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cory M. Carone
was received by me on *(date)* 6/9/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jenie Howard, the receptionist, who is designated by law to accept service of process on behalf of *(name of organization)* Cory M. Carone on *(date)* 6/13/23; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 25.- for travel and $ — for services, for a total of $ 25.00

I declare under penalty of perjury that this information is true.

Date: 6/15/23

_____
Server's signature

acacia Fisher / Owner
Printed name and title

930 N. Cole Rd. Boise, ID 83704
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00521

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Elijah M. Watkins
was received by me on *(date)* 6/9/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jenie Howard, the receptionist, who is designated by law to accept service of process on behalf of *(name of organization)* Elijah M. Watkins on *(date)* 6/13/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 75.- for travel and $ — for services, for a total of $ 75.00

I declare under penalty of perjury that this information is true.

Date: 6/15/23

Server's signature: [signature]

Acacia Fisher / owner
Printed name and title

930 N. Cole Rd. Boise, ID 83704
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-00521

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wendy J. Olson
was received by me on *(date)* 6/9/23.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jenie Howard, the receptionist who is designated by law to accept service of process on behalf of *(name of organization)* Wendy J. Olson on *(date)* 6/13/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 25.— for travel and $ — for services, for a total of $ 25.00

I declare under penalty of perjury that this information is true.

Date: 6/15/23

Server's signature: *[signature]*

Printed name and title: Acacia Fisher / Owner

Server's address: 930 N. Cole Rd.

Additional information regarding attempted service, etc:

Print    Save As...    Reset