UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>          Defendant. | Case No. 3:22-cv-00521-REP<br><br>**COUNTERCLAIMANT ASHLEY GUILLARD'S REPONSE TO COUNTER DEFENDANT REBECCA SCOFIELD'S MOTION TO QUASH SUMMONS FOR WENDY J. OLSON, ELIJAH M. WATKINS, AND CORY M. CARONE (DKT. 25)** |
| ASHLEY GUILLARD,<br><br>          Counterclaimant,<br><br>     v.<br><br>REBECCA SCOFIELD,<br><br>          Counter Defendant. | |
| ASHLEY GUILLARD,<br><br>          Third Party Plaintiff,<br><br>     v.<br><br>WENDY J. OLSON, ELIJAH M. WATKINS, CORY M. CARONE,<br><br>          Third Party Defendants. | |

**The Parties Filing This Motion**
   Ashley Guillard,
   msashleyjt@gmail.com
   3262 Westheimer Rd. 942
   Houston, TX 77098
   Telephone:  337.372.3181

   Pro Se

**RESPONSE TO MOTION TO QUASH SUMMONS** - 1

COMES NOW Counterclaimant Ashley Guillard in opposition to Counter Defendant Wendy Olson's Motion to Quash Summons for Wendy J. Olson, Elijah M. Watkins, and Cory M. Carone (Docket No. 25).

## I.  INTRODUCTION

Counterclaimant and Third-Party Plaintiff Ashley Guillard filed 11 counterclaims in her Answer to Complaint (Dkt. 20) adding Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone as third-party defendants to the complaint. All 11 counterclaims are supported by Statute and are legally merited claims for relief; resulting from the concerted actions of Plaintiff Rebecca Scofield and her attorney's (Attorney Wendy J. Olson, Attorney Elijah M. Watkins and Attorney Cory M. Carone) that are outside the parameters of professional conduct, outside the provisions of Judicial Immunity and outside the provisions of Attorney Immunity.

## II.  BACKGROUND

Beginning on November 24, 2022, Ashley Guillard used her spiritual practice, psychic abilities, metaphysical tools, and investigative skills to uncover the motive and details that led to the murder of the Four University of Idaho students that were killed in Moscow Idaho on November 13, 2022. Her spiritual investigation revealed that Rebecca Scofield planned, initiated, ordered, and executed the murder of four University of Idaho Students. On December 8, 2022, Tracy Horan, Practice Assistant for Stoel Rives LLP, emailed Ashley Guillard demand letters from Wendy J. Olson demanding Ashley Guillard to "cease making defamatory statements" about Rebecca Scofield and to remove the "defamatory TikTok videos." On December 12, 2022, Ashley Guillard responded to the demand letter (by posting another TikTok video) that she believed that she did not make any false statements about Rebecca Scofield and did not have to

**RESPONSE TO MOTION TO QUASH SUMMONS** - 2

follow their demands. On December 13, 2022, Ashley Guillard posted another response to the demand letter on TikTok stating that Rebecca Scofield does not have a case for defamation against her; posting a document explaining the Substantial Truth Doctrine as a guide.

Despite not having a legal defamation claim against Ashley Guillard that meets the elements; Rebecca Scofield and her attorneys filed a frivolous defamation complaint against Ashley Guillard in Federal District Court for the District of Idaho due to the diversity of citizenship and falsified damages of $75,000 or more. Together, they conspired to deprive Ashley Guillard of the freedom of speech, the freedom of spiritual practice and of 2 million dollars; under the color of Idaho State defamation laws. The statements they published about Ashley Guillard in the lawsuit were false, fabricated to meet the elements of a defamation claim.

In furtherance of the conspiracy to deprive Ashley Guillard of her rights and property, and to embarrass, humiliate, discredit and harass her, Attorney Wendy J. Olson and Rebecca Scofield pushed a multi-national press release with multiple news media outlets publishing false statements about Ashley Guillard. Attorney Wendy Olson published false statements that Ashley Guillard made false statements that Rebecca Scofield ordered the murder of the four students knowing they are false; for the purpose of using the community's pain and the tragic event for followers and for profit. The statements Attorney Wendy Olson published were disseminated on multi-national news channels, social media, blog and news websites. As a result, Ashley Guillard was harassed, targeted, and embarrassed publicly online, social media, through phone and email nearly every day to current.

In furtherance of the conspiracy to deprive Ashley Guillard of her rights and property, and to embarrass, humiliate, discredit, and harass her, Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone mocked, denounced, and discriminated against

**RESPONSE TO MOTION TO QUASH SUMMONS** - 3

Ashley Guillard's spiritual practice; requesting the Court to join the discrimination of Ashley Guillard spiritual beliefs and practices by issuing orders deeming it implausible.

Counterclaimant and Third-Party Plaintiff Ashley Guillard filed 11 counterclaims in her Answer to Complaint (Dkt. 20) adding Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone as third-party defendants to the complaint.

### III.  ARGUMENT

A. **Argument against Olson, Watkins, and Carone not being proper parties to the action.**

Rule 14(a)(1) of the FRCP: A defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it. But the third-party plaintiff must, by motion, obtain the court's leave if it files the third-party complaint more than 14 days after serving its original answer. In her Answer to Complaint (Dkt. 20) Ashley Guillard asserted 11 counterclaims against Rebecca Scofield and third parties Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone on (May 16, 2023); because they are jointly and severally liable for all the 11 counterclaims. Wendy J. Olson, Elijah M. Watkins, and Cory M. Carone were listed as parties in the caption of the Answer and Countercomplaint (Dkt. 20), mentioned specifically in the countercomplaint as liable parties, added as third parties to the complaint in the CM/ECF system (Exhibit A) and received notice of the electronic filing (Exhibit A).

#### Argument Against Procedural Deficiency

Although Ashley Guillard (mistakenly) referred to Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone as Counter Defendants she followed the correct procedure to add them as Third-Party Defendants.

**RESPONSE TO MOTION TO QUASH SUMMONS** - 4

On June 2, 2023, she mailed, separately, Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone: A Request for Waiver of Service of Summons United States District Court for the District of Idaho Form 1A, Waiver of Service of Summons United States District Court for the District of Idaho Form 1B, and A Copy of the Answer and Countercomplaint. To accompany the mailed documents, on June 7, 2023, Ashley Guillard emailed the Third-Party Defendants (sent to cory.carone@stoel.com, elijah.watkins@stoel.com, and wendy.olson@stoel.com) a second courtesy copy of the waiver request forms, a courtesy electronic copy of the counter complaint and requested to have the waiver returned by email (Exhibit B). Speaking on behalf of all three attorneys, Wendy Olson refused to waive service.

On June 8, 2023, Ashley Guillard requested the Court to sign a summons for the "new party counter defendants"; the summons' were issued on the same day (Dkt. 24). On June 9, 2023, Wendy Olson, Cory Carone and Elijah Watkins were served at 101 S. Capitol Boulevard, Suite 1900, Boise ID 83702. The return of service documents was filed with the Court on June 15, 2023 (Dkt. 26, Dkt. 27 and Dkt. 28). The Plaintiff was electronically served a copy of the countercomplaint that also listed the Third-Party Defendants, the summons' and the return of service documents; using the CM/ECF system.

### Argument Against a Lack of Liability

Ashley Guillard asserts joint and several liability between Rebecca Scofield, Attorney Wendy Olson, Attorney Cory Carone and Attorney Elijah Watkins for all 11 complaints. The countercomplaint and third-party complaint are the same.

### Argument Against Harassment

**RESPONSE TO MOTION TO QUASH SUMMONS** - 5

Third-party complaints are not harassment. Ashley Guillard is an American. Enforcing her Federal rights as a United States Citizen is not harassment. Attorneys are not above the law. Suing an attorney for their fraudulent actions, negligence, and liabilities is not harassment

### Argument Against a Need for A Motion for Joinder of Parties

Ashley Guillard added the third-party complaint in her responsive pleading Answer to Complaint (Dkt. 20). The Courts leave was not required pursuant to FRCP Rule 14.

### IV.  CONCLUSION

For the foregoing reasons, and for the reasons published in The Counterclaimants Response to Counter Defendants Motion to Dismiss (Dkt. 35), Counterclaimant and Third-Party Plaintiff Ashley Guillard respectfully requests that the Court deny Rebecca Scofield's Motion to Quash the summons issued to Attorney Wendy J. Olson, Attorney Elijah M. Watkins, and Attorney Cory M. Carone.

DATED: June 30, 2023

/s/ Ashley J. Guillard

Counterclaimant & Third-Party Plaintiff
Date of signing: June 30, 2023
Ashley J. Guillard

Pro-Se Litigant

**RESPONSE TO MOTION TO QUASH SUMMONS** - 6

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Cory Michael Carone: cory.carone@stoel.com,

docketclerk@stoel.com, tracy.horan@stoel.com;

Elijah Martin Watkins:

elijah.watkins@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

**RESPONSE TO MOTION TO QUASH SUMMONS** - 7