# EXHIBIT A

 Gmail                                                                                                  Ash Is God <msashleyjt@gmail.com>

## Activity in Case 3:22-cv-00521-REP Scofield v. Guillard Answer to Complaint
1 message

**ecf@id.uscourts.gov** <ecf@id.uscourts.gov>                                                      Tue, May 16, 2023 at 4:05 AM
To: CourtMail@idd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Idaho (LIVE) NextGen 1.7

## Notice of Electronic Filing

The following transaction was entered by Guillard, Ashley on 5/16/2023 at 2:05 AM MDT and filed on 5/16/2023
**Case Name:**       Scofield v. Guillard
**Case Number:**     3:22-cv-00521-REP
**Filer:**           Ashley Guillard
**Document Number:** 20

**Docket Text:**
***Defendants* ANSWER to [1] Complaint *Docket no. 1 Scofield v Guillard*, First THIRD PARTY COMPLAINT *Guillard v Scofield et al* against Rebecca Scofield, Cory Carone, Elijah Watkins, Wendy Olson, First COUNTERCLAIM *Guillard v Scofield et al* against Cory Carone, Elijah Watkins, Wendy Olson by Ashley Guillard.(Guillard, Ashley)**

**3:22-cv-00521-REP Notice has been electronically mailed to:**

Ashley Guillard &nbsp &nbsp msashleyjt@gmail.com

Cory Michael Carone &nbsp &nbsp cory.carone@stoel.com, docketclerk@stoel.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com

Elijah Martin Watkins &nbsp &nbsp elijah.watkins@stoel.com, docketclerk@stoel.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, karissa.armbrust@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com

Wendy Olson &nbsp &nbsp wendy.olson@stoel.com, docketclerk@stoel.com, emina.hasanovic@stoel.com, hillary.bibb@stoel.com, karissa.armbrust@stoel.com, kelly.tonkin@stoel.com, tracy.horan@stoel.com

**3:22-cv-00521-REP Notice will be served by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1089316566 [Date=5/16/2023] [FileNumber=2461842-0
] [486026b7aef639fd3e699a4b840b6012c0c77c1422a0f9873dba00319533442b3ac
39b73d0f29e2f77354a2ab00d20b4990cfd32d4f109caa7d6810f2e975127]]