# EXHIBIT B

Case 3:22-cv-00521-REP Document 36-2 Filed 06/30/23 Page 1 of 4

 Ash Is God <msashleyjt@gmail.com>

## Waiver of Service Request Counter Complaint for Case No. 3:22-cv-00521-REP
7 messages

---

**Ash Is God** <msashleyjt@gmail.com>   Wed, Jun 7, 2023 at 9:35 PM
To: "Carone, Cory M." <cory.carone@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>, "Olson, Wendy J." <wendy.olson@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>
Cc: Ash Is God <msashleyjt@gmail.com>

Wendy Olson, Elijah Watkins and Cory Carone,

In the Answer and Counterclaim for Case No. 3:22-cv-00521-REP Scofield v. Guillard, Counterclaimant Ashley Guillard added Attorney's Wendy J. Olson, Elijah M. Watkins and Cory Carone to her counter complaint as new party Counter-Defendants; in addition to Counter Defendant Rebecca Scofield.

On June 2, 2023 Ashley Guillard mailed a copy of the complaint, United States District Court District Of Idaho Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons and Form 1B. Waiver of Service of Summons to each new party Counter-Defendant by United States Postal Service first class certified mail. It should be delivered by June 8, 2023.

To accompany the waiver request and documents sent by mail this email serves as a second courtesy copy of the waiver. I also added a courtesy electronic copy of the counter complaint.

I request to have the waiver returned by email msashleyjt@gmail.com.

Thanks,

Ashley Guillard
337.372.3181

---

**4 attachments**

 **filed answer and counterclaim.pdf**
468K

 **ELIJAH M. WATKINS Request_of_Waiver_of_Service_Form_1A1B_1030.pdf**
18K

**CORY CARONE Request_of_Waiver_of_Service_Form_1A1B_1030.pdf**
18K

 **WENDY OLSON Request_of_Waiver_of_Service_Form_1A1B_1030.pdf**
18K

---

**Ash Is God** <msashleyjt@gmail.com>   Thu, Jun 8, 2023 at 12:12 AM
To: "Carone, Cory M." <cory.carone@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>, "Olson, Wendy J." <wendy.olson@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>

Attached is a signed copy of the waiver request forms.

-Ashley Guillard
[Quoted text hidden]

📄 **Signed waiver requests gui v sco.pdf**
2211K

---

**Olson, Wendy J.** <wendy.olson@stoel.com>   Thu, Jun 8, 2023 at 3:23 PM
To: Ash Is God <msashleyjt@gmail.com>, "Carone, Cory M." <cory.carone@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>

Dear Ms. Guillard,

Thank you for your email.  As you know, Judge Patricco has directed that you follow the rules of civil procedure and of the court.  Accordingly, we, too, are holding you to that standard.  Your counterclaims against Ms. Olson, Mr. Carone and Mr. Watkins are improper and do not follow the federal rules of civil procedure.  Accordingly, we cannot waive service.

Best Regards,

Wendy Olson

**Wendy Olson** | Partner
Direct: (208) 387-4291 | Mobile: (208) 484-5279

[Quoted text hidden]

**image001.png**
1K

---

**Ash Is God** <msashleyjt@gmail.com>   Thu, Jun 8, 2023 at 3:35 PM
To: "Olson, Wendy J." <wendy.olson@stoel.com>
Cc: "Carone, Cory M." <cory.carone@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>

"Duty to Avoid Unnecessary Costs of Service of Summons:

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.

A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

If waiver is not used, the plaintiff must serve process as stated in the rule but may recover costs from defendant."

-Ashley Guillard
[Quoted text hidden]

---

**Olson, Wendy J.** <wendy.olson@stoel.com>  Sun, Jun 11, 2023 at 10:11 PM
To: Ash Is God <msashleyjt@gmail.com>
Cc: "Carone, Cory M." <cory.carone@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>

Good evening Ms. Guillard,

None of Professor Scofield's attorneys are parties to the complaint against you.  They are her counsel.  Thus, a counterclaim against them ordinarily does not comply with the Federal Rules of Civil Procedure, absent leave of court to add parties.  In addition, for the reasons set forth in Professor Scofield's motion to dismiss your counterclaim against her, your asserted counterclaims against counsel are frivolous, lack a basis in fact, and are brought for purposes of harassment.  Federal Rule of Civil Procedure 11 provides that by submitting a signed pleading with the Court a person (including a pro se party) is certifying that, among other things, the claims, defenses and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and the factual contentions have evidentiary support.  None of your claims are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law.  None of the contentions in your claims include actual facts or have evidentiary support.  Violations of Rule 11 may be punished by sanctions from the Court.  Your counterclaims against Professor Scofield are frivolous and in clear violation of Rule 11.  Your purported claims against her counsel are even more so. The court eventually will rule on Professor Scofield's motion to dismiss your counterclaims. If you persist in your frivolous claims against counsel, we will seek sanctions against you under Rule 11.

[Quoted text hidden]

> **image001.png**
> 1K

---

**Ash Is God** <msashleyjt@gmail.com>  Sun, Jun 11, 2023 at 11:13 PM
To: "Olson, Wendy J." <wendy.olson@stoel.com>
Cc: "Carone, Cory M." <cory.carone@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>

Evening,

You continue to be dishonest in your dealings with me and the court. I will continue with all of my actions.

-Ashley Guillard
[Quoted text hidden]

---

**Ash Is God** <msashleyjt@gmail.com>  Sun, Jun 11, 2023 at 11:29 PM
To: "Olson, Wendy J." <wendy.olson@stoel.com>
Cc: "Carone, Cory M." <cory.carone@stoel.com>, "Horan, Tracy" <tracy.horan@stoel.com>, "Watkins, Elijah M." <elijah.watkins@stoel.com>

Watch IMPACT x Nightline Streaming Online | Hulu (Free Trial) https://www.hulu.com/series/impact-x-nightline-ddd8ad99-9d42-44a9-8fd7-8918a938ba49

This episode shows how I've been painted in a negative way by Wendy Olson. I'm not suing any of you for Rebecca Scofield's actions I'm suing you all for your actions and negligent actions.

-Ashley Guillard
[Quoted text hidden]