Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**MOTION FOR SANCTIONS** |

Plaintiff Rebecca Scofield, through counsel, has legitimately sued Defendant Ashley Guillard for defamation. In response, Guillard has tried to file factually and legally frivolous "counterclaims" against nonparties Wendy J. Olson, Elijah M. Watkins, and Cory M. Carone, alleging that as Professor Scofield's attorneys they have violated federal civil rights statutes and committed other torts by doing their job: filing a legitimate lawsuit and responding to press inquiries about the lawsuit. Under Federal Rule of Civil Procedure 11, the Court should sanction Guillard by dismissing the purported claims against Ms. Olson, Mr. Watkins, and Mr. Carone and awarding Plaintiff the costs and fees incurred to bring this motion.

In accordance with Rule 11's safe-harbor provision, the instant motion and associated memorandum were sent to Ms. Guillard on June 21, 2023.

DATED: July 13, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins
Cory Carone

Attorneys for Plaintiff

Motion for Sanctions - 2

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson