# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. DISTRICT JUDGE MINUTE ENTRY

☒**Motion hearing: Plaintiff's Motion to Dismiss Defendant's Counterclaims and Plaintiff's Motion to Quash Summonses**

U.S. Magistrate Judge: Raymond E. Patricco
Deputy Clerk: Jackie Hildebrand

Date: Friday, July 21, 2023
Time: 10:00 -10:53 am via Zoom
Boise, Idaho

## REBECCA SCOFIELD vs. ASHLEY GUILLARD
### CASE NO. 3:22-cv-521-REP

Counsel for Plaintiff: Wendy Olson, Elijah Watkins, Cory Carone
Defendant appeared Pro Se: Ashley Guillard

The Court noted this matter is now set for Plaintiff's Motion to Dismiss Counterclaims (dkt 22) and Plaintiff's Motion to Quash (dkt 25)

Participants in the Zoom hearing were advised as to Members of the public may use the following to attend this matter via Audio ONLY: 1-669-254-5252, Meeting ID:160 114 9423. Persons granted remote access to proceedings are reminded of the general prohibition under federal law and Local Rule 83.1 against photographing, recording, and rebroadcasting of court proceedings.

Ms. Olson argued on behalf of plaintiff Rebecca Scofield in support of motions (dkts 22 and 25).
Pro se Guillard argued against plaintiff's motion.
Ms. Olson provided rebuttal on behalf of plaintiff.

The Court stated an Order would be forthcoming.

Court adjourned at 10:53 a.m.