Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>       Plaintiff,<br><br>  v.<br><br>ASHLEY GUILLARD,<br><br>       Defendant. | Case No. 3:22-cv-00521-REP<br><br>**MOTION TO QUASH OR MODIFY SUBPOENA TO META PLATFORMS, INC.** |

Pursuant to Federal Rule of Civil Procedure 45 and this Court's scheduling order (ECF 38, ¶ 4), Plaintiff Rebecca Scofield moves the Court to quash or modify the Subpoena to Meta Platforms, Inc..

DATED:  July 27, 2023.

STOEL RIVES LLP


/s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins
Cory M. Carone

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, I served a copy of the foregoing via CM/ECF on the

Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson