Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>         Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>         Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENA TO META PLATFORMS, INC.** |

WENDY J. OLSON, being first duly sworn, deposes and states:

1. I am an attorney with the law firm of Stoel Rives LLP, and I am the attorney representing Plaintiff Rebecca Scofield in the above-captioned matter. As such, I have personal knowledge of the facts and statements contained in this declaration. I submit this declaration in support of the Motion to Quash or Modify Subpoena to Meta Platforms, Inc.

2. Attached as **Exhibit A** to this declaration is a true and correct copy of a notice of intent to serve a subpoena on Meta Platforms, Inc.

DECLARATION OF WENDY J. OLSON IN SUPPORT OF MOTION TO QUASH OR MODIFY SUBPOENA TO META PLATFORMS, INC. - 1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: July 27, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson