UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant.<br><hr>ASHLEY GUILLARD,<br><br>    Counterclaimant,<br><br>v.<br><br>REBECCA SCOFIELD, WENDY J. OLSON, ELIJAH M. WATKINS & CORY M. CARONE<br><br>    Counter Defendants. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S MOTION TO SET ASIDE MEMORANDUM DECISION AND ORDER (DKT. 49) & CONCURRENT MOTION TO DISMISS (DKT. 1)** |

**The Parties Filing This Motion**

　　Ashley Guillard,
　　msashleyjt@gmail.com
　　3262 Westheimer Rd. 942
　　Houston, TX 77098
　　Telephone:  337.372.3181

　　Pro Se

　　COMES NOW "Defendant" Ashley Guillard's Motion to Set Aside Dkt. 49:

Memorandum Decision and Order RE: Plaintiff's Motion To Dismiss Defendant's

Counterclaims (Dkt. 22) And Plaintiff's Motion To Quash Summonses For Wendy J. Olson,

Elijah M. Watkins, And Cory M. Carone (Dkt. 25) (also referred to as the order); pursuant to

Federal Rules of Civil Procedure (FRCP) Rule 60(b)(4) and Rule 60(b)(6). The order is void and

Motion to Dismiss Complaint DKT. 1　　　　　1

unenforceable because the Court does not have jurisdiction over the subject matter of the action. The order is void and unenforceable because the Court does not have personal jurisdiction over the "defendant" Ashley Guillard. Concurrently "Defendant" Ashley Guillard files a Motion to Dismiss the Plaintiff's Complaint (Dkt. 1) pursuant to Rule 12b(1); with prejudice pursuant to Rule 12b(6). In support thereof submits to the Court the attached memorandum in support of the Motion to Dismiss Dkt. 1 and of the Motion to Set Aside Dkt. 49, Order Memorandum Decision and Order RE: Plaintiff's Motion To Dismiss Defendant's Counterclaims (Dkt. 22) And Plaintiff's Motion To Quash Summonses For Wendy J. Olson, Elijah M. Watkins, And Cory M. Carone (Dkt. 25) (also referred to as the order).

DATED: August 21, 2023

/s/ Ashley J. Guillard
Defendant
August 21, 2023
Ashley J. Guillard

Pro-Se Litigant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Elijah M. Watkins: elijah.watkins@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant