# EXHIBIT A

## DOCUMENTS TO BE PRODUCED

## DEFINITIONS

The following terms shall have the meanings stated below:

1. "Meta Platforms, Inc.", "you," "your," and "yours" means Meta Platforms, INC, Facebook, Facebook Inc., WhatsApp, Instagram, and any of its respective stakeholders, officers, employees, attorneys, agents, subsidiaries, holding companies, affiliates, or others acting or purporting to act on your behalf.

2. "Guillard" means Defendant and Counterclaimant Ashley Guillard.

3. "Professor Scofield" means Plaintiff and Counter Defendant Rebecca Scofield.

4. "Rebecca Scofield" Facebook account means active and deleted accounts, to include but not limited to active, deleted, archived and any other user data, messages, communication, status updates, friends lists, associations, chat, pictures, audio messages, videos, Facebook Messenger accounts, Facebook Messenger user data, Facebook Messenger messages, Instagram user data, Instagram messages, Instagram accounts, WhatsApp user data, WhatsApp messages, WhatsApp phone call history, WhatsApp text messages, WhatsApp voice data; that is or may be associated with the name Rebecca Scofield, lives in Moscow Idaho, married to John Carlsen with any phone number and email address to include but not limited to (208) 365-7360. This includes Facebook account associated with the following link https://www.facebook.com/rebecca.scofield.73.

5. "Kaylee Goncalves" Facebook account means the account associated with the following link: https://www.facebook.com/kaylee.goncalves or any account purporting to be Kaylee Goncalves.

6. "Alpha Phi Sorority" Facebook Profile means the account associated with the following link: https://www.facebook.com/idahoalphaphi or any account purporting to be Alpha Phi Sorority at the University of Idaho 604 Elm Street, Moscow, ID 83843.

7. "Murders" means the murders of University of Idaho Students Ethan Chapin, Kaylee Goncalves, Xana Kernodle, and Madison Mogen at the on or about November 13, 2022, in Moscow Idaho.

8. "Litigation" means case no. 3:22-cv-00521-REP filed in the United States District Court for the District of Idaho. A copy of the complaint is attached as Exhibit B. A copy of the countercomplaint is attached as Exhibit C.

9. "Person" means any natural person, any business entity, employees, or other persons purporting to act on such person's behalf.

10. "Communications" shall mean any transmission of words, or information between or among two or more people, and includes, but is not limited to, audio messages, Facebook Messenger messages, text messages, emails, conversations, conferences, correspondence, discussions, reports, chat messages, videos, media, GIFs, emojis, whether transmitted in person or by any electronic device such as telephone, computer, electronic devices, or radio, and/or by documents.

11. The term "data" means any user data, document, oral communication, written communication or other type of communication and data you have knowledge of.

12. The term "date" means the exact day, month, and year or, if not, the best available dates (including relationship to other events).

13. "Documents" is synonymous in meaning and equal in scope to its usage in Federal Rule of Civil Procedure 34(a)(1)(A), which states "any designated documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings,

images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form" or any designated tangible things, or entry onto land or other property.

14. The term "including" is used to highlight the type of communications, correspondence, and information requested; not to be construed as limiting the Interrogatory.

15. The terms and phrases "refer(s) to," "reflect(s)," or "relate(s) to" shall mean constituting, comprising, containing, consisting of, evidencing, setting forth, proposing, showing, disclosing, describing, discussing, explaining, summarizing, concerning, reflecting, referring to, relating to, authorizing, regarding, in regard to, or being in any way pertinent to the specified subject matter, either directly or indirectly.

16. "Jack DuCoeur" Facebook user account means the account associated with the following link: https://www.facebook.com/jack.ducoeur.33 , any account purporting to be Jack DuCoeur, any account created using the same or similar user data to include email address, phone number, and any connected accounts; to include but not limited to Facebook Messenger, Instagram, WhatsApp, Facebook, Inc., and its affiliate platforms.

17. "Friends" or "connections" mean any current and previous accounts on the subjects Facebook friends list, messenger contacts, messenger inbox, messenger archives, messenger deleted messages, messenger history, messenger chat, any user account communicating in any way with the subject on Facebook, Instagram, Messenger, and WhatsApp.

## INSTRUCTIONS

1. All requests seek information from June 1, 2021, to the present.

2. Please produce all documents, data, information, electronically stored information and communications electronically.

3. Please produce all documents, data, information, electronically stored information and communications electronically with logical document breaks, as searchable, with load files enabling review in common litigation databases, and with metadata including author, recipient, file name, subject, date created, and date edited/modified.

4. If any requested documents, information and/or communications cannot be produced in full, produce to the extent possible. Please specify the reason for your inability to produce the full product and state the information, knowledge, or belief you do have concerning the unproduced portion.

5. Please ensure all responsive documents and communications are processed and produced with all hidden text (e.g., track changes, speaker's notes, hidden rows or columns, comments, markups, notes, etc.) and formulas exposed, expanded, and extracted and rendered in the TIFF image.

## PRODUCTION REQUESTS

1. Please produce all messages on Rebecca Scofield's Facebook Messenger account and direct message from any of her connected Instagram Accounts from June 1, 2021, to the present; to prove Plaintiff Rebecca Scofield's connection and alleged relationship with the murder victim Kaylee Goncalves.

2. Please produce all connections, to include the "friends" list and any deleted or unfriended accounts on Rebecca Scofield's Facebook page from June 1, 2021, to the present to prove the attempt to hide her connections to Kaylee Goncalves, friends, and the homicide victims.

3. Please produce all communication (including deleted communication) between Rebecca Scofield and any University of Idaho Students to include but not limited to Kaylee Goncalves, Madison Mogen, Xana Kernodle and Jack DuCoeur from June 1, 2021, to the present; to prove her role in the murder of the four students and her connection to the victims.

4. Please produce any communications indicating or suggesting that Counter Defendant Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to content posted on her Facebook accounts or any connected accounts like Instagram from June 1, 2021, to the present; to prove the attempt to hide her connections to Kaylee Goncalves, friends, and the homicide victims.

5. Please produce any communications indicating or suggesting that Counter Defendant Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to Messages in her Facebook Messenger account from June 1, 2021, to the present; to prove the attempt to hide her connections to Kaylee Goncalves, friends, the homicide victims, and her role in the murders.

6. On all of Rebecca Scofield's Meta Platforms accounts: Facebook, Facebook Messenger, Instagram, and WhatsApp, please produce any communications that mention "Ashley Guillard", "Ashley Taylor", "@ashleyisinthebookoflife", "@ashisgod" and "TikTok".

7. On all of Rebecca Scofield's Meta Platforms accounts: Facebook, Messenger, Instagram, WhatsApp, and connected accounts please produce any communications that mention Ashley Taylor, Ashley, "@ashleyisinthebookoflife", "@ashisgod", "TikTok", Ashley Guillard, Rebecca Scofield, the Affair, the Murders, the Litigation, mental illness, contact information, contact address and location.

8. Please produce any communications indicating or suggesting that Counter Defendant Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to her connections, messages, contacts with, communication with any University of Idaho Students, to include but not limited to Kaylee Goncalves, Madison Mogen, Xana Kernodle, Dylan Mortensen, Bethany Funke, and Jack DuCoeur from June 1, 2021, to the present.

9. Please produce all the electronically stored messages from and to Rebecca Scofield, Facebook Profile URL: https://www.facebook.com/rebecca.scofield.73 from November 11, 2022, until November 14, 2022; to establish her alleged role with co-conspirators in the murder of the four University of Idaho students; leading up to and during the commission of the crimes.