Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>            Plaintiff,<br><br>    v.<br><br>ASHLEY GUILLARD,<br><br>            Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7.1(b)(1), Plaintiff Rebecca Scofield ("Professor Scofield") submits this Statement of Undisputed Material Facts along with Plaintiff's Motion for Partial Summary Judgment.

1. Professor Scofield is an Associate Professor of History and Department Chair at the University of Idaho. Declaration of Rebecca Scofield ("Scofield Decl."), ¶ 1.

2. Defendant Ashley Guillard ("Ms. Guillard") is a resident of Texas.

PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS - 1
121104482.2 0079747-00001

3. Professor Scofield served Ms. Guillard with discovery requests, including requests for admission pursuant to Rule 36, on June 20, 2023. Declaration of Wendy Olson ("Olson Decl."), Ex. A.

4. Under the Federal Rules of Civil Procedure, Ms. Guillard's responses to those discovery requests were due on July 20, 2023.

5. To date, Ms. Guillard has not responded to Plaintiff's requests. Olson Decl., ¶ 3.

6. Ms. Guillard has never been to the State of Idaho. Olson Decl., Ex. A at RFA 8.

7. Ms. Guillard has never been to Moscow, Idaho. *Id.* at RFA 7.

8. In the early morning hours of November 13, 2022, four students at the University of Idaho—K.G., M.M., X.K., and E.C.[1]—were murdered in a home near the campus.

9. Professor Scofield did not personally know any of the victims. Scofield Decl., ¶ 9–11.

10. At the time of the murders, Professor Scofield was not in Idaho. *Id.*, ¶ 12.

11. On or around November 22, 2022, Ms. Guillard began uploading and posting videos to the social media website TikTok addressing the murders at the University of Idaho. ECF 20 at p.13–14.

12. In her TikToks posted on or about November 24, and thereafter, Ms. Guillard made numerous statements that Professor Scofield was involved in the murders of K.G., M.M., X.K., and E.C. *Id.*; Olson Decl., Ex. A at RFA 2; Exs. E, F, G, H, I.

13. In a TikTok posted November 26, 2022, Ms. Guillard stated, inter alia, that there were two people who partnered to kill the four University of Idaho students, "Rebecca Scofield" and J.D. *Id.*, Ex. E.

---

[1] To respect the privacy of the victims and their families, this Statement of Material Facts refers to the victims by their initials.

PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS - 2
121104482.2 0079747-00001

14. In a TikTok posted November 28, 2022, Ms. Guillard stated that "I don't care what y'all say . . . [J.D.] & Rebecca Scofield killed [K.G., M.M., E.C. & X.K.] . . . Rebecca was the one to initiate the plan and hired [J.D.]" *Id.*, Ex. F.

15. In a TikTok posted November 28, 2022, Ms. Guillard stated that Rebecca Scofield's decision to have the students killed was based on her connection to one of the students, K.G. *Id.*, Ex. G.

16. In a TikTok posted December 1, 2022, Ms. Guillard stated that she was "not worried about Rebecca Scofield suing me . . . she ordered the execution, the murder of" the four students. *Id.*, Ex. H.

17. In a TikTok posted December 2, 2022, Ms. Guillard stated that "Rebecca Scofield is going to prison whether you like it or not" for killing the four students. *Id.*, Ex. I.

18. Ms. Guillard's statements that Professor Scofield was involved in the murders were false. Olson Decl., Ex. A at RFA 4; Scofield Decl., ¶¶ 7–8, 12.

19. Ms. Guillard has admitted that her statements that Professor Scofield was involved in the murders were false. Olson Decl., Ex. A at RFA 4.

20. The only basis for Ms. Guillard's statements that Professor Scofield was involved in the murders was Ms. Guillard's "spiritual research, intuition, and instincts." Olson Decl., Ex. A at RFA 6.

21. Ms. Guillard was not aware of any physical evidence linking Professor Scofield to the murders. *Id.*, at RFA 9.

22. Ms. Guillard had no written information and did not receive any information orally from another human being that showed Professor Scofield had ever met X.K., M.M., or E.C. *Id.*, Ex. A at RFA 15–20.

23. The University of Idaho has no records of K.G., X.K., M.M. or E.C. ever being enrolled in a class taught by Professor Scofield. *Id.*, Ex. N.

24. In her TikToks, Ms. Guillard also made numerous statements that Professor Scofield was romantically involved with K.G., one of the University of Idaho students who was murdered. *Id.*, Ex. A at RFA 1; Exs G, J, K, L.

25. In a Tiktok posted November 28, 2022, Ms. Guillard stated that Rebecca Scofield and [K.G.]'s connection is the reason Professor Scofield ordered the murder. *Id.*, Ex. G;

26. In a TikTok posted December 5, 2022, Ms. Guillard stated that "Rebecca Scofield was being a sugar momma to [K.G.]", that the pair were on a break and that during the break Professor Scofield "was worried about being caught . . . and that's when she started planning her murder." *Id.*, Ex. J.

27. In a TikTok posted December 5, 2022, Ms. Guillard stated that Professor Scofield's relationship with K.G. was "filling Rebecca's need for a woman" *Id.*, Ex. K.

28. In a TikTok posted November 25, 2022, Ms.Guillard stated that there was a specific university policy that Professor Scofield was worried about violating "if people found out she was dating [K.G.]". *Id.*, Ex. L.

29. Ms. Guillard's statements that Professor Scofield was romantically involved with K.G. were false. Olson Decl., Ex. A at RFA 3; Scofield Decl., ¶ 6.

30. Ms. Guillard has admitted that her statements that Professor Scofield was romantically involved with K.F. are false. Olson Decl., Ex. A at RFA 3.

31. The only basis for Ms. Guillard's statements that Professor Scofield was romantically involved with K.G. was Ms. Guillard's "spiritual research, intuition, and instincts." Olson Decl., Ex. A at RFA 5.

PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS - 4
121104482.2 0079747-00001

32. Ms. Guillard had no physical evidence showing that Professor Scofield had a romantic relationship with K.G. *Id.*, Ex. A at RFA 10.

33. Ms. Guillard's TikTok account had thousands of followers, and some of her TikToks defaming Professor Scofield had thousands of "likes," indicating that a third party had viewed the video and "liked" it. *Id.*, Ex. O.

34. The following crimes are punishable by imprisonment in the State of Idaho: murder, manslaughter, and criminal conspiracy. Idaho Code §§ 18-4001, 4004, 1701.

35. Solicitation of a crime is punishable by imprisonment in the State of Idaho. Idaho Code §§ 18-2001, 2004.

36. An accessory to a crime is punishable by imprisonment in the State of Idaho. Idaho Code § 18-206.

37. On November 28, 2022, Plaintiff's counsel sent a cease-and-desist letter to Ms. Guillard, notifying Ms. Guillard that she had made false and defamatory statements regarding Professor Scofield on TikTok, and demanding that Ms. Guillard immediately remove all such false and defamatory statements from TikTok and immediately cease and desist from making or publishing similar TikToks or false statements on any other public platform. Olson Decl., Ex. A at RFA 24, Ex. B.

38. Ms. Guillard received and read that letter. *Id.*, Ex. A at RFA 25.

39. Nevertheless, Ms. Guillard continued to state publicly that Professor Scofield was involved with the murders of K.G., M.M., X.K., and E.C. and that Professor Scofield had an affair with K.G. *Id.*, Ex. A at RFA 24, 25.

40. On December 8, 2022, Plaintiff's counsel sent a second cease and desist letter to Ms. Guillard, reiterating that Ms. Guillard had made multiple false and defamatory statements

regarding Professor Scofield on TikTok, and again demanding that Ms. Guillard remove all such statements from the TikTok platform and cease and desist from making or publishing any similar statements on TikTok or elsewhere. *Id.*, Ex. A at RFA 27, Ex. C.

41. Ms. Guillard received and read that letter. *Id.*, Ex. A at RFA 26; Ex. M.

42. Nevertheless, Ms. Guillard continued to state publicly that Professor Scofield had an affair with K.G., one of the University of Idaho students who was murdered, and was involved in the murders of K.G., M.M., X.K., and E.C. *Id.*, Ex. A at RFA 27–28.

43. On December 27, 2022, the Moscow Police Department issued a press release related to the murders stating: "At this time in the investigation, detectives do not believe the female associate professor and chair of the history department at the University of Idaho suing a TikTok user for defamation is involved in this crime." *Id.*, Ex. N.

44. The University of Idaho maintains a Faculty Staff Handbook containing policies governing the conduct and behavior of professors, including Policy 3205 concerning Consensual Romantic or Sexual Relationships and Policy 3220 concerning Sexual Harassment. Scofield Decl., Exs. A, B.

45. Policy 3205 provides that "it is the policy of the University of Idaho that no employee shall enter into or continue a romantic or sexual relationship with a student or employee over whom she or he exercises academic, administrative, supervisory, evaluative, counseling or other authority." *Id.*, Ex. A.

46. Policy 3220 provides that the University of Idaho "condemns sexual harassment" and defines sexual harassment as including "behavior that overtly or covertly uses the power inherent in the status of a professor, teacher, or other officer to affect a student's educational experience or career opportunities by intimidating, threatening, or coercing the student to accept sexual

advances or risk reprisal in terms of a grade, a recommendation, an opportunity for professional growth, or a job." *Id.*, Ex. B.

47. A University of Idaho professor found to have violated Policy 3205 is considered to have committed "unprofessional conduct" and may be subject to "discipline up to and including dismissal." *Id.*, Ex. A.

48. Policy 3205 further provides that, "A romantic or sexual relationship" of the kind forbidden by the policy "inevitably raises concerns for objectivity, fairness and exploitation" because they "have the potential for abuse and damaging consequences; the imbalance of power creates unacceptable risks of exploitation, favoritism, harassment, and bias, both actual and perceived, and thereby impairs the integrity of the professional relationship and the trust on which it depends." *Id.*, Ex. A.

49. A University of Idaho professor found to have violated Policy 3220 is subject to "immediate and appropriate corrective measures, including disciplinary action commensurate with the scope and severity of the occurrence. Such disciplinary action may include, but is not limited to, warning, reprimand, demotion, suspension, or dismissal with notation in the personnel file." *Id.*, Ex. B.

DATED: October 10, 2023.

          STOEL RIVES LLP

          /s/ Wendy J. Olson
          Wendy J. Olson
          Elijah M. Watkins
          Cory M. Carone

          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson