Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>          Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>          Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Wendy Olson, declare as follows:

1. I am an attorney at Stoel Rives LLP and am counsel for Plaintiff Rebecca Scofield in the above-captioned action.  I am over the age of 18 and am competent to testify to the matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant Ashley Guillard, served on June 20, 2023.

3. To date, Ms. Guillard has not responded to Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission.

4. Attached as **Exhibit B** is a true and correct copy of a cease and desist letter I sent to Ms. Guillard on November 28, 2022.

5. Attached as **Exhibit C** is a true and correct copy of a cease and desist letter I sent to Ms. Guillard on December 8, 2022.

6. Attached as **Exhibit D** is a true and correct copy of a December 27, 2022, press release from the Moscow Police Department.

7. Attached as **Exhibit E** is a true and correct copy of a TikTok published by Ms. Guillard dated November 26, 2022, and saved under the file name F1026640.

8. Attached as **Exhibit F** is a true and correct copy of a TikTok published by Ms. Guillard dated November 28, 2022, and saved under the file name F1026586.

9. Attached as **Exhibit G** is a true and correct copy of a TikTok published by Ms. Guillard dated November 28, 2022, and saved under the file name F1026691.

10. Attached as **Exhibit H** is a true and correct copy of a TikTok published by Ms. Guillard dated December 1, 2022, and saved under the file name F1026645.

11. Attached as **Exhibit I** is a true and correct copy of a TikTok published by Ms. Guillard dated December 2, 2022, and saved under the file name F1026633.

12. Attached as **Exhibit J** is a true and correct copy of a TikTok published by Ms. Guillard dated December 5, 2022, and saved under the file name F1026594.

13. Attached as **Exhibit K** is a true and correct copy of a TikTok published by Ms. Guillard dated December 5, 2022, and saved under the file name F1026600.

14. Attached as **Exhibit L** is a true and correct copy of a TikTok published by Ms. Guillard dated November 25, 2022, and saved under the file name F1026693.

15. Attached as **Exhibit M** is a true and correct copy of a TikTok published by Ms. Guillard dated December 13, 2022, and saved under the file name F1026584.

16. Attached as **Exhibit N** is a true and correct copy of a subpoena duces tecum served on the University of Idaho, as well as the response to the subpoena.

17. Attached as **Exhibit O** is a true and correct copy of a screen shot of a TikTok post published by Ms. Guillard dated and showing the number of likes and shares.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 10, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

121008374.1 0079747-00001