# EXHIBIT E

**TikTok Video Dated 11-26-22
Provided separately via flash drive**