# EXHIBIT F

**TikTok Video Dated 11-28-22
Provided separately via flash drive**