# EXHIBIT G

**TikTok Video Dated 11-28-22**
**Provided separately via flash drive**