# EXHIBIT H

**TikTok Video Dated 12-01-22**
**Provided separately via flash drive**