# EXHIBIT I

**TikTok Video Dated 12-02-22
Provided separately via flash drive**