# EXHIBIT J

**TikTok Video Dated 12-05-22**
**Provided separately via flash drive**