# EXHIBIT L

## TikTok Video Dated 11-25-22
## Provided separately via flash drive