# EXHIBIT M

**TikTok Video Dated 12-13-22
Provided separately via flash drive**