# EXHIBIT O

Page Vault

| | |
|---|---|
| Document title: | Log in \| TikTok |
| Capture URL: | https://www.tiktok.com/@ashleyisinthebookoflife/video/7172337431847505194? is_copy_url=1&is_from_webapp=v1&lang=en |
| Page loaded at (UTC): | Mon, 19 Dec 2022 16:52:54 GMT |
| Capture timestamp (UTC): | Mon, 19 Dec 2022 16:52:58 GMT |
| Capture tool: | 2.42.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.5412.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 21 |
| Capture ID: | srxR4sNzJXgj3cTHY4pndS |
| User: | automation@page-vaul |

PDF REFERENCE #:        dGdtzapyVT2qMywMBehQs2



#solvingmysteriousdeaths #universityofidahomurder #universityofidaho #rebeccascofield #jackducoeur #kayleegoncalves #madisonmogen #ethanchapin #xanakernodle

♬ original sound - Ashley Solves Mysteries

**ashleyisinthebo...** Ashley Solves M... · 1...   Follow

 **Nyobain resep yg ada di manga || Lawson Cipete ll...** deastykartika 10-31 ♡ 130.5K

 **هسبلكم العنوان فرحوني لايك واكسبلور** alaa_elsaher 11-11 ♡ 120.4K

 **Eu tava tão concentrada😭☺ #garenafreefire...** kitana.tv 12-3 ♡ 4512

 crimeamongus 12-7 ♡ 26.8K

 **Crispy Fries #fried #fyp #cookingtiktok #whattoeat @Lana...** mummy_mo 2d ago ♡ 20.3K









