Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>           Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>           Defendant. | Case No. 3:22-cv-00521-REP<br><br>**SECOND DECLARATION OF WENDY J. OLSON IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Wendy Olson, declare as follows:

1. I am an attorney at Stoel Rives LLP and am counsel for Plaintiff Rebecca Scofield in the above-captioned action.  I am over the age of 18 and am competent to testify to the matters set forth herein.

2. Attached as **Exhibit A** is a true and correct copy of an email dated June 20, 2023, from Tracy Horan to Ashley Guillard attaching Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant. Ms. Horan is my practice assistant, and I directed her to send the attached email.

3. Attached as **Exhibit B** is a true and correct copy of an email dated July 13, 2023, from Ashley Guillard to Tracy Horan, Elijah Watkins, Cory Carone, and Wendy Olson attaching at Notice of Intent to Serve Subpoena on Meta Platforms, Inc. also known as "Facebook."

4. Attached as **Exhibit C** is a true and correct copy of an email from Ashley Guillard to Cory Carone, Tracy Horan, Elijah Watkins, and Wendy Olson attaching Defendant Ashley Guillard's Initial Disclosures.

5. Attached as **Exhibit D** is a true and correct copy of an email from Ashley Guillard to Cory Carone, Elijah Watkins, Wendy Olson, and Tracy Horan attaching Waivers of Service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: November 13, 2023.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

Attorneys for Plaintiff

Second Declaration of Wendy J. Olson in Support of Reply in Support of Plaintiff's Motion for Partial Summary Judgment - 2
121465995.1 0079747-00001

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson