**EXHIBIT A**

# Horan, Tracy

| | |
|---|---|
| **From:** | Horan, Tracy <tracy.horan@stoel.com> |
| **Sent:** | Tuesday, June 20, 2023 11:57 AM |
| **To:** | msashleyjt@gmail.com |
| **Cc:** | Olson, Wendy J.; Carone, Cory M.; Watkins, Elijah M. |
| **Subject:** | Rebecca Scofield v. Ashley Guillard [SR-ACTIVE.FID5555034] |
| **Attachments:** | Plaintiff's First Set of Interrogatories_ Requests for Production of Document.pdf |

Ms. Guillard,

Attached are Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant.

Thank you,

**Tracy Horan** | Practice Assistant
**STOEL RIVES LLP** | 101 S. Capitol Boulevard, Suite 1900 | Boise, ID 83702
Direct: (208) 387-4262
tracy.horan@stoel.com | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.