**EXHIBIT B**

| | |
|---|---|
| **From:** | Ash Is God <msashleyjt@gmail.com> |
| **Sent:** | Thursday, July 13, 2023 3:10 PM |
| **To:** | Horan, Tracy; Watkins, Elijah M.; Carone, Cory M.; Olson, Wendy J.; docketclerk |
| **Subject:** | Notice of Intent to Serve Subpoena on FB Rebecca Scofield v. Ashley Guillard |
| **Attachments:** | NOTICE OF INTENT TO SERVE SUBPOENA ON FB.pdf |

Greetings,

Attached is a Notice of Intent to Serve Subpoena on Meta Platforms, Inc. also known as "Facebook".

Thank you,

Ashley Guillard