**EXHIBIT C**

| | |
|---|---|
| **From:** | Ash Is God <msashleyjt@gmail.com> |
| **Sent:** | Friday, June 30, 2023 10:39 PM |
| **To:** | Carone, Cory M.; docketclerk; Horan, Tracy; Watkins, Elijah M.; Olson, Wendy J. |
| **Subject:** | Defendant's Initial Disclosures; Scofield v. Guillard |
| **Attachments:** | DEFENDANTS INITIAL DISCLOSURES.pdf |

Greetings,

Attached is Defendant Ashley Guillard's Initial Disclosures.

-Ashley Guillard