**EXHIBIT D**

| | |
|---|---|
| **From:** | Ash Is God <msashleyjt@gmail.com> |
| **Sent:** | Wednesday, June 7, 2023 7:36 PM |
| **To:** | Carone, Cory M.; Watkins, Elijah M.; Olson, Wendy J.; Horan, Tracy |
| **Cc:** | Ash Is God |
| **Subject:** | Waiver of Service Request Counter Complaint for Case No. 3:22-cv-00521-REP |
| **Attachments:** | filed answer and counterclaim.pdf; ELIJAH M. WATKINS Request_of_Waiver_of_Service_Form_1A1B_1030.pdf; CORY CARONE Request_of_Waiver_of_Service_Form_1A1B_1030.pdf; WENDY OLSON Request_of_Waiver_of_Service_Form_1A1B_1030.pdf |

Wendy Olson, Elijah Watkins and Cory Carone,

In the Answer and Counterclaim for Case No. 3:22-cv-00521-REP Scofield v. Guillard, Counterclaimant Ashley Guillard added Attorney's Wendy J. Olson, Elijah M. Watkins and Cory Carone to her counter complaint as new party Counter-Defendants; in addition to Counter Defendant Rebecca Scofield.

On June 2, 2023 Ashley Guillard mailed a copy of the complaint, United States District Court District Of Idaho Form 1A. Notice of Lawsuit and Request for Waiver of Service of Summons and Form 1B. Waiver of Service of Summons to each new party Counter-Defendant by United States Postal Service first class certified mail. It should be delivered by June 8, 2023.

To accompany the waiver request and documents sent by mail this email serves as a second courtesy copy of the waiver. I also added a courtesy electronic copy of the counter complaint.

I request to have the waiver returned by email msashleyjt@gmail.com.

Thanks,

Ashley Guillard
337.372.3181