Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>          Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1(b), Plaintiff Rebecca Scofield again moves the Court for partial summary judgment as to liability on each of her claims.  This Amended Motion for Partial Summary Judgment is supported by the memorandum in support, Professor Scofield's Amended Statement of Undisputed Material Facts, the Amended Declaration of Wendy J. Olson with exhibits thereto, the Amended Declaration of Rebecca Scofield with exhibits thereto, and the pleadings and other documents on file in this action.

DATED: January 12, 2024.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins
Cory M. Carone

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

                                                      /s/ Wendy J. Olson
                                                      Wendy J. Olson