# EXHIBIT A

CONFIDENTIAL

Ashley Guillard,
msashleyjt@gmail.com
3262 Westheimer Rd. 942
Houston, TX 77098
Telephone:  337.372.3181

Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>      Plaintiff,<br><br>      v.<br><br>ASHLEY GUILLARD,<br><br>      Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUESTS FOR ADMISSION** |

**<u>RESPONSE TO REQUESTS FOR ADMISSION</u>**

**<u>REQUESTS FOR ADMISSION NO. 1:</u>** Admit that you have stated publicly that Rebecca Scofield had an affair with Kaylee Goncalves.

**<u>RESPONSE TO REQUESTS FOR ADMISSION NO. 1:</u>** I admit in part and deny in part to this matter. Specifically, I admit that I stated publicly the results of a tarot reading. The tarot reading revealed that Rebecca Scofield had an affair with Kaylee Goncalves.

**<u>REQUESTS FOR ADMISSION NO. 2:</u>** Admit that you have stated publicly that Rebecca Scofield was involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin.

**<u>RESPONSE TO REQUESTS FOR ADMISSION NO. 2:</u>** I admit in part to this matter. Specifically, I admit that I stated publicly the results of a tarot reading. The tarot reading

revealed that Rebecca Scofield was involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin.

**REQUESTS FOR ADMISSION NO. 3:** Admit that Plaintiff did not have an affair with Kaylee Goncalves.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 3:** I DENY this matter. The Plaintiff has not proven that she did not have an affair with Kaylee Goncalves. The Plaintiff's discovery attempts to gather information from the University of Idaho was limited and manipulated. Unless otherwise proven, I believe the tarot reading to be correct in its entirety.

**REQUESTS FOR ADMISSION NO. 4:** Admit that Plaintiff was not involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 4:** I DENY this matter. The Plaintiff has not proven that she was not involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin. Unless otherwise proven, I believe the tarot reading to be correct in its entirety.

**REQUESTS FOR ADMISSION NO. 5:** Admit that the only basis for your statement that Plaintiff had an affair with Kaylee Goncalves is your spiritual research, intuition, and instincts.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 5:** I DENY this matter. I also used investigative skills, public information about the case, public information on the University of Idaho website, logic, and behavior analysis based on the actions of the plaintiff during this civil case.

**REQUESTS FOR ADMISSION NO. 6:** Admit that the only basis for your statement that Plaintiff was involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin is your spiritual research, intuition, and instincts.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 6:** I DENY this matter. I also used investigative skills, public information about the case, public information on the University of Idaho website, logic, and behavior analysis based on the actions of the plaintiff during this civil case.

**REQUESTS FOR ADMISSION NO. 7:** Admit that you have never been to Moscow, Idaho.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 7:** I admit that I have never been to Moscow, Idaho.

**REQUESTS FOR ADMISSION NO. 8:** Admit that you have never been to the State of Idaho.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 8:** I admit that I have never been to Idaho.

**REQUESTS FOR ADMISSION NO. 9:** Admit that you are not aware of any physical evidence linking Plaintiff to the Murders.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 9:** I DENY this matter. There's plenty of evidence to be discovered during the civil discovery process or criminal trial.

**REQUESTS FOR ADMISSION NO. 10:** Admit that you are not aware of any physical evidence showing that Plaintiff had an affair with Kaylee Goncalves.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 10:**

I DENY this matter. There's plenty of evidence to be discovered during the civil discovery process or criminal trial.

**REQUESTS FOR ADMISSION NO. 11:** Admit that you never said Plaintiff communicated with Bryan C. Kohberger about the murders until after Mr. Kohberger was arrested on or about December 30, 2022.

Defendants Response to Requests for Admission                                    3

**RESPONSE TO REQUESTS FOR ADMISSION NO. 11:**  I DENY to this matter. Before Kohberger was arrested I referred to him as Scofield's second option for a hit man.

**REQUESTS FOR ADMISSION NO. 12:**  Admit that you never said Plaintiff had access to a white Hyundai Elantra until after law enforcement publicly stated they were looking for information about a white Hyundai Elantra in relation to the Murders on or about December 7, 2022.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 12:**  Admitted.

**REQUESTS FOR ADMISSION NO. 13:** Admit that you have never communicated with Jack DeCoeur.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 13:**  I cannot admit or deny this matter. Many people have anonymously contacted me by way of electronic communication.

**REQUESTS FOR ADMISSION NO. 14:**  Admit that you have never communicated with Bryan C. Kohberger.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 14:**  I cannot admit or deny this matter. Many people have anonymously contacted me by way of electronic communication.

**REQUESTS FOR ADMISSION NO. 15:** Admit that you have no written information showing that Plaintiff ever met Xana Kernodle.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 15:** I cannot admit or deny that I have not received written information showing that the Plaintiff ever met Xana Kernodle. Discovery is still pending. Public information from the victims' social media may show that the Plaintiff met Xana Kernodle.

**REQUESTS FOR ADMISSION NO. 16:**  Admit that you have not received any information orally from another human being showing that Plaintiff ever met Xana Kernodle.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 16:**  Admitted.

**REQUESTS FOR ADMISSION NO. 17:**  Admit that you have no written information showing that Plaintiff ever met Madison Mogen.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 17:**  I cannot admit or deny that I have not received written information showing that the Plaintiff ever met Madison Mogen. Discovery is still pending. Public information from the victims' social media may show that the Plaintiff met Madison Mogen.

**REQUESTS FOR ADMISSION NO. 18:**  Admit that you have not received any information orally from another human being showing that Plaintiff ever met Madison Mogen.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 18:**  Admitted.

**REQUESTS FOR ADMISSION NO. 19:**  Admit that you have no written information showing that Plaintiff ever met Ethan Chapin.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 19:**  I cannot admit or deny that I have not received written information yet showing that the Plaintiff ever met Ethan Chapin. Discovery is still pending. Public information from the victims' social media may show that the Plaintiff met Ethan Chapin.

**REQUESTS FOR ADMISSION NO. 20:**  Admit that you have not received any information orally from another human being showing that Plaintiff ever met Ethan Chapin.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 20:**  Admitted.

**REQUESTS FOR ADMISSION NO. 21:**  Admit that you have no written information showing that Plaintiff ever met Jack DeCoeur.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 21:**  As of today, December 15, 2023, this matter is admitted. However, discovery is still pending.

**REQUESTS FOR ADMISSION NO. 22:**  Admit that you have not received any information orally from another human being showing that Plaintiff ever met Jack DeCoeur.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 22:**  Admitted.

**REQUESTS FOR ADMISSION NO. 23:**  Admit that you received and read a cease-and-desist letter from Stoel Rives LLP dated November 29, 2022.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 23:**  Admitted.

**REQUESTS FOR ADMISSION NO. 24:** Admit that after you received and read that cease-and-desist letter dated November 29, 2022, you continued to state publicly that Rebecca Scofield had an affair with Kaylee Goncalves.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 24:**  I DENY this matter. I did not receive November 29, 2022, cease-and-desist letter until December 8, 2022.

**REQUESTS FOR ADMISSION NO. 25:** Admit that after you received and read that cease-and-desist letter dated November 29, 2022, you continued to state publicly that Rebecca Scofield was involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 25:**  I DENY this matter. I did not receive November 29, 2022, cease-and-desist letter until December 8, 2022.

**REQUESTS FOR ADMISSION NO. 26:** Admit that you received and read a cease and desist letter from Stoel Rives LLP dated December 8, 2022.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 26:**  Admitted.

**REQUESTS FOR ADMISSION NO. 27:** Admit that after you received and read that cease-and-desist letter dated December 8, 2022, you continued to state publicly that Rebecca Scofield had an affair with Kaylee Goncalves.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 27:**  Admitted.

**REQUESTS FOR ADMISSION NO. 28:** Admit that after you received and read that cease-and-desist letter dated December 8, 2022, you continued to state publicly that Rebecca Scofield was involved with the murders of Kaylee Goncalves, Xana Kernodle, Madison Mogen, and Ethan Chapin.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 28:**  Admitted.

**REQUESTS FOR ADMISSION NO. 29:**  Admit that you are aware that on or about December 27, 2022, the Moscow Police Department issued a press release related to the Murders stating: "At this time in the investigation, detectives do not believe the female associate professor and chair of the history department at the University of Idaho suing a TikTok user for defamation is involved in this crime."

**RESPONSE TO REQUESTS FOR ADMISSION NO. 29:**  Admitted.

**REQUESTS FOR ADMISSION NO. 30:**  Admit that after you became aware of the press release described in REQUESTS for Admission No. 29, you continued to state that Plaintiff was involved with the Murders.

**RESPONSE TO REQUESTS FOR ADMISSION NO. 30:**  Admitted.

DATED: December 15, 2023.

/s/ Ashley J. Guillard

Ashley J. Guillard

Pro-Se Litigant

Defendants Response to Requests for Admission                                  7

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I served a copy of the foregoing via email as follows:

Ashley Guillard: msashleyjt@gmai.com;

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Elijah M. Watkins: elijah.watkins@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.


/s/ Ashley J. Guillard

Ashley J. Guillard

Pro-Se Litigant