# EXHIBIT C



December 8, 2022

Wendy J. Olson
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
D. 208.387.4291
wendy.olson@stoel.com

Ashley Guillard
4100 Southwest Fwy, Apt 368,
Houston, TX 77027
tarotbyashleyg@gmail.com

**Re:   Second Cease and Desist – False and Defamatory Statements Regarding Professor Rebecca Scofield**

Dear Ms. Guillard:

As you know, Stoel Rives, LLP represents Rebecca Scofield, an associate professor at the University of Idaho. You have made multiple false and defamatory statements regarding Professor Scofield on TikTok. On November 28, 2022, we sent you, by email, a cease-and-desist letter demanding that you immediately remove all such false and defamatory TikToks from that platform and immediately cease and desist from making or publishing any similar TikToks or false statements on any other public platform. You failed to do so. Instead, you knowingly published additional defamatory statements, repeating your previous false statements, and making additional false statements.

A copy of Professor Scofield's November 28, 2022, cease and desist letter is enclosed. Considering your failure to immediately remove previously published TikToks containing false and defamatory statements and considering your publication of additional such defamatory statements by TikTok, Professor Scofield intends to file a defamation lawsuit against you. If, following your receipt of this letter you do not immediately remove the defamatory TikToks and immediately cease and desist from making additional defamatory statements about Professor Scofield, the amount of damages Professor Scofield will seek to recover will increase substantially.

Professor Scofield has been patient and provided opportunities for you to cease making defamatory statements and to publicly correct your false statements. Your ongoing conduct is harmful to her, her professional reputation, and her family. We look forward to hearing that you have complied with Professor Scofield's demands.

Sincerely,

Wendy J. Olson

117585931.1 0099880-01458