**EXHIBIT O**

PageVault

| | |
|---|---|
| Document title: | Log in \| TikTok |
| Capture URL: | https://www.tiktok.com/@ashleyisinthebookoflife/video/7172337431847505194?is_copy_url=1&is_from_webapp=v1&lang=en |
| Page loaded at (UTC): | Mon, 19 Dec 2022 16:52:54 GMT |
| Capture timestamp (UTC): | Mon, 19 Dec 2022 16:52:58 GMT |
| Capture tool: | 2.42.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.5412.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 21 |
| Capture ID: | srxR4sNzJXgj3cTHY4pndS |
| User: | automation@page-vaul |

PDF REFERENCE #:    dGdtzapyVT2qMywMBehQs2



#solvingmysteriousdeaths #universityofidahomurder #universityofidaho #rebeccascofield #jackducoeur #kayleegoncalves #madisonmogen #ethanchapin #xanakernodle

♫ original sound - Ashley Solves Mysteries

ashleyisintheboo...
Ashley Solves M...  · 1...    Follow


01:29
Nyobain resep yg ada di manga ‖ ⟦Lawson Cipete ‖...
deastykartika
10-31    130.5K


02:28
هسبلكم العنوان 🫶 فرحوني لايك واكسبلور
alaa_elsaher
11-11    120.4K


00:35
Eu tava tão concentrada😭☹ #garenafreefire...
kitana.tv
12-3    4512


00:27
crimeamongus
12-7    26.8K


00:32
Crispy Fries #fried #fyp #cookingtiktok #whattoeat @Lana...
mummy_mo
2d ago    20.3K


00:52


00:15


00:18


01:38


00:21

Document title: Log in | TikTok
Capture URL: https://www.tiktok.com/@ashleyisinthebookoflife/video/7172337431847505194?is_copy_url=1&amp;is_from_webapp=v1&amp;lang=en
Capture timestamp (UTC): Mon, 19 Dec 2022 16:52:58 GMT
Page 1 of 20