# EXHIBIT Q

CONFIDENTIAL



December 20, 2023

Wendy J. Olson
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
D. 208.387.4291
wendy.olson@stoel.com

Ashley Guillard
3262 Westheimer Rd. #942
Houston, TX  77098
msashleyjt@gmail.com

**Re:    Scofield v. Guillard, Case No. 3:22-cv-00521-REP**

Dear Ms. Guillard:

As you know, on June 20, 2023, we served on you Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission. The Court gave you an extension of time until December 15, 2023, to respond to the Requests for Admission. The Court did not address your failure to respond to the Interrogatories or Requests for Production of Documents and did not provide any extension of time for you to do so.

Under the Federal Rules of Civil Procedure, your responses to all of Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission were due to us on Thursday, July 20, 2023.  Thus, your responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents are now five months late, and you have waived all objections. Please provide your responses no later than Friday, December 29, 2023.

Very truly yours,

Wendy J. Olson

121778964.1 0079747-00001