# EXHIBIT R

CONFIDENTIAL

# Horan, Tracy

| | |
|---|---|
| **From:** | Ash Is God <msashleyjt@gmail.com> |
| **Sent:** | Monday, January 1, 2024 11:29 PM |
| **To:** | Horan, Tracy |
| **Cc:** | Carone, Cory M.; Olson, Wendy J.; Watkins, Elijah M. |
| **Subject:** | Re: Scofield v. Guillard [SR-ACTIVE.FID5555034] |

All,

I was on christmas vacation when this message came through. I will look over the docket and get back to you by the end of the week.

Thanks,

Ashley Guillard

On Wed, Dec 20, 2023 at 11:10 AM Horan, Tracy <tracy.horan@stoel.com> wrote:

> Ms. Guillard,
>
> Attached is a letter dated December 20, 2023, from Wendy Olson.
>
> Thank you,
>
> **Tracy Horan** | Practice Assistant
> **STOEL RIVES LLP** | 101 S. Capitol Boulevard, Suite 1900 | Boise, ID 83702
> Direct: (208) 387-4262
> tracy.horan@stoel.com | www.stoel.com
>
> 
>
> This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.