# EXHIBIT S

CONFIDENTIAL

**OFFICE OF GENERAL COUNSEL**
Administration Building 127
875 Perimeter Drive MS 3158
Moscow ID 83844-3158

208-885-6125
counsel@uidaho.edu

December 21, 2023

Via E-mail to msashleyjt@gmail.com

Ashley Guillard
3262 Westheimer Rd. #942
Houston, TX 77098

RE: *Rebecca Scofield v. Ashley Guillard*, U.S. District Court for the District of Idaho, 3:22-CV-00521-REP

Dear Ms. Guillard,

This correspondence is in response to the Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action issued by you in the above referenced matter and served upon the University of Idaho. The University of Idaho conducted a search of records within its custody and control to respond to the Production Requests in your subpoena. The response to each Production Request is as follows:

1. "If any information has changed, please produce all documents and information that is listed on the memorandum (Exhibit C) but not provided."
   - The information contained in the document included with the subpoena as Exhibit C has not changed.
2. "Please produce all communication (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Kaylee Goncalves."
   - The University of Idaho did not locate and is not aware of any "communication (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Kaylee Goncalves."
3. "Please produce all communication and transactions (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Madison Mogen."
   - The University of Idaho did not locate and is not aware of any "communication and transactions (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Madison Mogen."
4. "Please produce all communication and transactions (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Xana Kernodle".
   - The University of Idaho did not locate and is not aware of any "communication and transactions (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Xana Kernodle."
5. "Please produce all communication and transactions (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Jack DuCoeur."
   - The University of Idaho did not locate and is not aware of any "communication and transactions (including deleted communication) between, to and from Rebecca Scofield and University of Idaho Student Jack DuCoeur."
6. "Please indicate (yes or no) if there is any communication and/or transactions between, to and from Rebecca Scofield and any of the aforementioned students prior to June 1, 2021."
   - No, the University of Idaho did not locate and is not aware of "any communication and/or transactions between, to and from Rebecca Scofield and any of the aforementioned students prior to June 1, 2021."

MOSCOW    BOISE    COEUR D'ALENE    IDAHO FALLS    STATEWIDE RESEARCH AND EXTENSION

To enrich education through diversity, the University of Idaho is an equal opportunity/affirmative action employer.

7. "Please produce all communication and transactions (including deleted communication) between, to and from Rebecca Scofield and Bryan Kohberger means Ph.D. student at Washington State University Pullman Campus that is currently being charged with the murder of the four students."
   - The University of Idaho did not locate and is not aware of any "communication and transactions (including deleted communication) between, to and from Rebecca Scofield and Bryan Kohberger".
8. "Please produce any communications indicating or suggesting that Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to communications and/or transactions involving any of the aforementioned students: Xana Kernodle, Kaylee Goncalves, Ethan Chapin, Madison Mogen, Jack DuCoeur and Bryan Kohberger."
   - The University of Idaho did not locate and is not aware of any "communications indicating or suggesting that Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to communications and/or transactions involving any of the aforementioned students: Xana Kernodle, Kaylee Goncalves, Ethan Chapin, Madison Mogen, Jack DuCoeur and Bryan Kohberger."
9. "Please produce all in person contact and communication between Rebecca Scofield and any of the four students: Xana Kernodle, Kaylee Goncalves, Ethan Chapin, Madison Mogen, Jack DuCoeur and Bryan Kohberger."
   - The University of Idaho did not locate and is not aware of any evidence of any "in person contact and communication between Rebecca Scofield and any of the four students: Xana Kernodle, Kaylee Goncalves, Ethan Chapin, Madison Mogen, Jack DuCoeur and Bryan Kohberger."
10. "Please produce any communications indicating or suggesting that Counter Defendant Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to information regarding her connection any of the aforementioned students: Xana Kernodle, Kaylee Goncalves, Ethan Chapin, Madison Mogen, Jack DuCoeur and Bryan Kohberger."
    - The University of Idaho did not locate and is not aware of "any communications indicating or suggesting that Counter Defendant Rebecca Scofield has or has attempted to delete, remove, hide, or otherwise restrict access to information regarding her connection any of the aforementioned students: Xana Kernodle, Kaylee Goncalves, Ethan Chapin, Madison Mogen, Jack DuCoeur and Bryan Kohberger."

Sincerely,

Kim M. Rytter
Interim General Counsel