Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>   Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>   Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF REBECCA SCOFIELD IN SUPPORT OF PLAINTIFF'S AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Rebecca Scofield, declare as follows:

1. I am an Associate Professor of History and Department Chair at the University of Idaho and am the plaintiff in the above-titled action.  I am over the age of 18, am competent to testify to the matters set forth herein, and make these statements based on my own personal knowledge.

2. In late 2022, I was informed that a person I later learned was Ashley Guillard was posting videos to the TikTok social media website, in which Ms. Guillard claimed that I was romantically involved with K.G., a student at the University of Idaho.

3. Also in late 2022, I learned that Ms. Guillard was posting videos to the TikTok social media website, in which Ms. Guillard claimed that I was involved in the murders of University of Idaho students K.G., M.M., X.K., and E.C.

4. Ms. Guillard's statements are false.

5. I have never been in a romantic relationship with any student at the University of Idaho.

6. I have never been in a romantic relationship with K.G.

7. I was not involved in any way in the murders of K.G., M.M., X.K., or E.C.

8. I did not plan the murders of K.G., M.M., X.K., and E.C.

9. I never met K.G., M.M., X.K., or E.C.

10. I never taught K.G., M.M., X.K., or E.C.; none of them were ever in a class I taught.

11. I did not personally know K.G., M.M., X.K., or E.C.

12. I was not in Idaho when the murders occurred.  Rather, I was in Portland, Oregon, visiting friends with my husband.  We checked out from our hotel in Portland on the morning of November 13, 2022, after the murders had already been committed, and we did not arrive back in Idaho until well after they had been discovered and reported to law enforcement.

13. Attached hereto as **Exhibit A** is a true and correct copy of Policy 3205 of the University of Idaho's Faculty Staff Handbook concerning Consensual Romantic or Sexual Relationships.

14. Attached hereto as **Exhibit B** is a true and correct copy of Policy 3220 of the University of Idaho's Faculty Staff Handbook concerning Sexual Harassment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 12, 2024.

/s/ Rebecca Scofield
Rebecca Scofield

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

                                           /s/ Wendy J. Olson
                                           Wendy J. Olson