Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD PUNITIVE DAMAGES** |

Plaintiff Rebecca Scofield, by and through her attorneys of record Stoel Rives LLP, submits this Motion for Leave to Amend Complaint to Add Punitive Damages and supporting factual allegations against Defendant Ashley Guillard pursuant to Idaho Code § 6-1604 and this Court's Scheduling Order, ECF 38, ¶ 1.  Attached hereto as **Exhibit A** is the proposed Amended Complaint.  Attached hereto as **Exhibit B** is a redline comparing the proposed Amended Complaint against the Complaint.  This motion is supported by the memorandum filed in support, the Declaration of Wendy J. Olson filed in support with exhibits thereto, and all the pleadings and papers on file in this matter.

DATED: January 12, 2024.

        STOEL RIVES LLP

        /s/ Wendy J. Olson
        Wendy J. Olson
        Elijah M. Watkins
        Cory M. Carone

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2024, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson