**EXHIBIT O**

| | |
|---|---|
| Document title: | Log in \| TikTok |
| Capture URL: | https://www.tiktok.com/@ashleyisinthebookoflife/video/7172337431847505194?is_copy_url=1&is_from_webapp=v1&lang=en |
| Page loaded at (UTC): | Mon, 19 Dec 2022 16:52:54 GMT |
| Capture timestamp (UTC): | Mon, 19 Dec 2022 16:52:58 GMT |
| Capture tool: | 2.42.0 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/109.0.5412.0 Safari/537.36 |
| Operating system: | linux x64 (Node v16.15.1) |
| PDF length: | 21 |
| Capture ID: | srxR4sNzJXgj3cTHY4pndS |
| User: | automation@page-vaul |

PDF REFERENCE #:     dGdtzapyVT2qMywMBehQs2



#solvingmysteriousdeaths #universityofidahomurder #universityofidaho #rebeccascofield #jackducoeur #kayleegoncalves #madisonmogen #ethanchapin #xanakernodle

♪ original sound - Ashley Solves Mysteries

ashleyisintheboo...
Ashley Solves M... · 1...

Follow


01:29
Nyobain resep yg ada di manga ‖ 🍜Lawson Cipete ‖...
deastykartika
10-31   130.5K


02:28
هسبلكم العنوان 🍽 فرحوني لايك واكسبلور
alaa_elsaher
11-11   120.4K


00:35
Eu tava tão concentrada😳☹ #garenafreefire...
kitana.tv
12-3   4512


00:27
crimeamongus
12-7   26.8K


00:32
Crispy Fries #fried #fyp #cookingtiktok #whattoeat @Lana...
mummy_mo
2d ago   20.3K


00:52


00:15


00:18


01:38


00:21

Sidebar:
- For You
- Following
- LIVE

Log in to follow creators, like videos, and view comments.

Log in

Popular topics
- Comedy
- Gaming
- Food
- Dance
- Beauty
- Animals
- Sports

Suggested accounts
 karolg — Karol G
 badbunny — Bad Bunny
 samsmith — Sam Smith
 therock — The Rock
 gordonramsayof... — Gordon Ramsay

See all

Discover
- # petsoftiktok
- # couplestiktok
- # makeuptutorial
- ♪ Forever - Labrinth
- ♪ Quinceañera - Banda M...
- ♪ Hasta la Raíz - Natalia L...
- # wrestlemania
- # springcleaning

11.9K   277   128

Get app