# EXHIBIT P

**YouTube Video Dated 02-08-23
Provided separately via flash drive**