# EXHIBIT Q

YouTube Video Dated 06-08-23
Provided separately via flash drive