# EXHIBIT R

YouTube Video Dated 10-14-23
Provided separately via flash drive