# EXHIBIT T



IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF LATAH

| | |
|---|---|
| STATE OF IDAHO,<br><br>    Plaintiff,<br><br>V.<br><br>BRYAN C. KOHBERGER,<br>DOB: 11/21/1994<br>SSN: \*\*\*-\*\*-5842<br>    Defendant. | Case No. CR29-22-2805<br>Grand Jury Case No. 29-23-4<br><br>INDICTMENT |

BRYAN C. KOHBERGER is accused by the Grand Jury of Latah County by this Indictment, of the crimes of: BURGLARY, IDAHO CODE § 18-1401, 1403, a Felony in Count I; MURDER IN THE FIRST DEGREE, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count II; MURDER IN THE FIRST DEGREE, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count III; MURDER IN THE FIRST DEGREE, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count IV; and MURDER IN THE FIRST DEGREE, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count V, as follows:

COUNT I
BURGLARY
Idaho Code § 18-1401, 1403 a Felony

That the Defendant, BRYAN C. KOHBERGER, on or about November 13, 2022 in Latah County, State of Idaho, did unlawfully enter a residence, located at 1122 King Road, Moscow, with the intent to commit the felony crime of murder.

REDACTED

INDICTMENT            Page 1

## COUNT II
### MURDER IN THE FIRST DEGREE
Idaho Code § 18-4001, 4002, 4003, 4004, a Felony

That the Defendant, BRYAN C. KOHBERGER, on or about November 13, 2022, in Latah County, State of Idaho, did wilfully, unlawfully, deliberately, with premeditation and with malice aforethought, kill and murder Madison Mogen, a human being, by stabbing Madison Mogen, from which she died.

## COUNT III
### MURDER IN THE FIRST DEGREE
Idaho Code § 18-4001, 4002, 4003, 4004, a Felony

That the Defendant, BRYAN C. KOHBERGER, on or about November 13, 2022, in Latah County, State of Idaho, did wilfully, unlawfully, deliberately, with premeditation and with malice aforethought, kill and murder Kaylee Goncalves, a human being, by stabbing Kaylee Goncalves, from which she died.

## COUNT IV
### MURDER IN THE FIRST DEGREE
Idaho Code § 18-4001, 4002, 4003, 4004, a Felony

That the Defendant, BRYAN C. KOHBERGER, on or about November 13, 2022, in Latah County, State of Idaho, did wilfully, unlawfully, deliberately, with premeditation and with malice aforethought, kill and murder Xana Kernodle, a human being, by stabbing Xana Kernodle, from which she died.

## COUNT V
### MURDER IN THE FIRST DEGREE
Idaho Code § 18-4001, 4002, 4003, 4004, a Felony

That the Defendant, BRYAN C. KOHBERGER, on or about November 13, 2022, in Latah County, State of Idaho, did wilfully, unlawfully, deliberately, with premeditation and with malice aforethought, kill and murder Ethan Chapin, a human being, by stabbing Ethan Chapin, from which he died.

All of which is contrary to the form, force, and effect of the statutes in such case made and provided and against the peace and dignity of the State of Idaho.

A TRUE BILL

Presented in open Court this __16__ day of __May__, 2023.

_____
Presiding Grand Juror
Latah County, State of Idaho