# Exhibit A:
# Book, The Personification of Beauty - See Pgs. 87-88

# The Personification Of Beauty

Shauntrice Dewberry

Ashley Guillard

Tommisha Wilson

Copyright © 2018 Shauntrice Dewberry, Ashley Guillard,
and Tommisha Wilson

For permission requests, speaking inquiries, and bulk order
purchase option, email Ashley@liveinfantasyland.com.

Published by Live in Fantasy Land, LLC.
www.liveinfantasyland.com

All rights reserved. No part of this book may be
reproduced, stored in a retrieval system, or transmitted in
any form, or by any means, electronic, mechanical,
photocopying, recording or otherwise, without prior
permission of the publisher – other than for "fair use" as
brief quotations embodied in articles and reviews.
For more information contact:
www.liveinfantasyland.com/contact

ISBN 10: 0692120017
ISBN-13: 978-0692120019

Manufactured in the United States of America

DEDICATION

To women of purpose. May we know them, be them and
see them.



## CONTENTS

Acknowledgements                                        i

Introduction                                            1

Chapter One: DR3AM Like Cardi                          11

Chapter Two: Mindful Like Michelle                     23

Chapter Three: Slay Like Rihanna                       33

Chapter Four: Take a Stand Like Solange                43

Chapter Five: Excellent Like Beyoncé                   53

Chapter Six: A Spirit Like Maya                        67

Chapter Seven: Command Like Taraji                     77

Chapter Eight: Heart Like Harriet                      83

Chapter Nine: The Makings of Me Like Monica            95

Chapter Ten: Escape Like Kandi                        105

Chapter Eleven: Win Like Serena                       115

About the Author: Shauntrice Dewberry               127

About the Author: Ashley Guillard                     129

About the Author: Tommisha Wilson                     131

ACKNOWLEDGMENTS

Above all, I thank God for His mercy, grace, and love that is unconditional and never failing. Thank you for giving me strength to have the courage to give my pain a voice.

To my husband and daughter: Tillman Wilson, thank you for your spiritual guidance and encouragement. You pushed me and believed in me when I didn't believe in myself. You saw through my pain and continuously loved me despite my flaws. Tamia, you showed me how to love through your love for me. I love you, baby girl. Always strive to be better than me.

To my mother, I love you, and thank you for raising me the best way you could. You taught me the meaning of integrity, forgiveness, and love of God's Word. You are my first teacher of the foundational keys to eternal life. I love you.

To my siblings: Terrasa, Shanika, Iesha, and Jeremy, thank you for loving me when I didn't love myself. I love you all.

To those who have supported me spiritually, physically, emotionally, morally, and financially, thank you. Your support has and will always be an encouragement and I am forever grateful.

-Tommisha Wilson

## ACKNOWLEDGMENTS

I am nothing without him, so I must give thanks to our Father God for always keeping me on high ground.

To my loving and supportive husband, Willie, I thank you for always showing up for me when no one else did. To my young kings, Willie, Devon, Cayden, and my little princess Savannah, you all are the reason mommy never quits I love you all more than life itself.

Thank you Delfinita (Mommy) for giving me life because without birthing me I would've never had the chance of witnessing how beautiful in spirit, strong and loving my grandmothers, Rosette and Gloria were. I will love you forever.

To the women who kept me grounded Tara, Stephanie, Latawun, Marquita, Tranese, and Lachelle I thank all of you from the bottom of my heart. To everyone who knows me and have supported me it never goes unnoticed and I appreciate it all.

-Shauntrice Dewberry

# The Personification Of Beauty: Oprah Winfrey

*It is the insatiable dedication to uncovering the absolute truth that keeps us from turning a blind eye to corruption and to injustice.*

# INTRODUCTION

On January 8, 2018, Oprah delivered one of the most powerful speeches to men and women across the world declaring *the time is now*! The time to overcome every obstacle that comes our way. The time for women to live in our full potential. The time to be the force we were created to be. The time for women to take what's ours. The time for women to stop allowing men or anyone else to degrade us. The time for us to be everything we were created to be. One might ask, what is keeping us from doing that now? Could it be the continuous battle for equal pay and equal rights? Could it be the silent cries and secret nights? Could it be battle fatigue from spiritual fights? Whatever it is, whatever the cause– we have what it takes, to make it from trial to triumph.

Women from different walks of life experience hardship, mistreatment, harassment, abuse and rape. Some experiences are worse than others. These are tough situations that may have taken a lot of others out, but many women make it to the other side of victory without a scratch. These women have the foundational keys to overcome the rain, withstand the storm and come out with a powerful story. The foundational keys are not unique to them. They are available

1

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

to those who choose to secure the foundation of their beautiful mind, body and spirit. One of the most powerful speeches from Jesus, *'Sermon on the Mount'* spoke on the importance of a solid foundation:

> *Matthew 7:24 Therefore everyone who hears these words of mine and puts them into practice is like a wise man who built his house on the rock. 25 The rain came down, the streams rose, and the winds blew and beat against that house; yet it did not fall, because it had its foundation on the rock. 26 But everyone who hears these words of mine and does not put them into practice is like a foolish man who built his house on sand. 27 The rain came down, the streams rose, and the winds blew and beat against that house, and it fell with a great crash.*

As explained in the book of Matthew, the rain falls on the just as well as the unjust and the sun rises on the good and the evil. A woman without a rock-solid foundation is just like a house built on sand. It looks good on the outside when the sun rises but it is destroyed during a storm. The storm strips away her strength, tears away her beauty, and buries the love inside of her– masking her identity. The storm leaves her fearful instead of hopeful and optimistic about her life. Sadly, the storm doesn't have mercy on anyone even if someone else caused it. A storm is a storm no matter the cause, age, or the situation. It is our duty as women to prepare ourselves and give our girls the right foundation to weather any storm that comes their way.

This book was written to empower women to bear their crosses with grit and grace! To build the foundation of the psyche, that no man, woman, place, or thing could ever wash, blow or burn away. To exemplify that the true beauty of the woman is built within her and shines outwardly. To show that we all have what it takes to be great if we build our foundation strong enough to withstand anything. This

2

would take us to a world of less #metoos and more #wedids. We withstood the rain, we overcame the trials and made it through the storm. We made it through more powerful, graceful and filled with love so powerful that when people see us, they see Christ.

**Her Story**

The chapters of this book are named after women who have mastered the craft of their foundations and live by the keys in their everyday lives. They are the personification of the key foundational principles of beauty. No one is perfect, however, each of them has mastered a key that each of us could model after to face the giants in our lives and come out of the fight victoriously. The chapters are also filled with stories of women whose stories are not widely told but that face difficulties that are common to women across the globe. Stories of abuse, rape, inadequacy, insecurity, life and love. Each story capable of being fixed with a foundational key, if only it be used.

**Ashley.** It is only fair to start off with an overview of our stories. The stories that built our strength and contributed to the women we are today. My story is one of resiliency, robustness and determination. However, it started with a massive amount of rejection and constant fear. Rejection so powerful that it was used as fuel for selfish ambition only cured by the principles taught in this book, making my pursuit of excellence purpose-filled instead of in vain.

In the chapters that I wrote, *Heart Like Harriet, Excellent Like Beyoncé, DR3AM Like Cardi and Win Like Serena*, you will notice that I use the pronoun She in reference to God. It is a widely known fact that God is not human. Therefore, God is not a male. However, many translations of the bible use masculine labels to refer to God in an effort to adhere to cultural normality's that the male sex is superior to the female sex and to make God relatable. As a result, I am required to explain why I use the pronoun

3

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

She in reference to God instead of He. God is just as feminine as masculine. I use the pronounce She, my coauthors use the pronoun He, neither are wrong. Now let's move along.

**Tommisha.** The story of a young girl violated so much that her love was buried in tears. Her violators hurt her to silence her and to continue generational curses that were designed to keep her living in darkness. Using the principles taught in this book, she was able to stand in her power, tell her story and rediscover love. She used her strength to empower other women to say #metoo and overcome their giants just as she had done.

**Shauntrice.** A story of a young girl fighting against demeaning words and mediocre expectations. Words so powerful that instead of empowering her to dream and accomplish big, they were used to belittle her into a life that was not meant for her. Words that were solidified by the lack of representation of women who look like her in her industry. Words that were spoken by people she trusted, but continuously took advantage of her. With the principles taught in this book, she was able to slay her giants and reclaim the power inside of her. This power motivated her to follow her biggest dreams and empower others to do the same.

### Foundational Keys

The keys to success explained in each chapter are the makings of strong, powerful and beautiful women who overcame odds and reached the top of their respective mountains. These women exemplify characteristics that we all should have as women. Their stories aren't perfect and many of them didn't wake up with silver spoons in their mouths, yet they conquered all the giants in their path to victory, by applying the principles in each chapter. We all have the power within us to use these keys to make our lives victorious enough to be the blueprint for those who follow

4

us. It is our duty to live life to the fullest extent, to live aligned with our purposes and to help others do the same.

Think of this book as food for the mind, body, spirit and soul. It was created to feed you, to empower you, to equip you to defeat your giants and the Goliaths that stand in the way of your freedom. With the amount of negativity, evil and rejection in the world, we need tools to refill us with the tools we need to touch others. Be overflowed with love and power by each page of this book. Use that overflow of confidence to make a positive impact on your world and the world around you.

The key foundational principles of the personification of beauty are explained below. We recommend that you read each chapter and take from it what you need to succeed. You may relate more to the story of one woman or another. However, take from each story the key that you need to transform into the beautiful woman we know you are. Let the pages in each chapter fuel your desire for greatness, fill you up with love, heal your heart, and ignite your flame.

- ➢ **DR3AM Like Cardi:** If you dr3am like Cardi, you succeed like Cardi. This key is about dreaming the way it was taught in Philippians 4:13 therefore positioning yourself to be used by God. It teaches you to overcome the perception of nothingness by being everything you were created to be. It is about seeking God until you are in alignment with Gods plans, understand your anointing and use it to serve. Cardi is the personification of Gods prophecy as explained in Deuteronomy 28:10.

- ➢ **Mindful Like Michelle**: This key discusses the importance of having self-awareness, which is determined by the most powerful aspects of the mind– our thoughts. The power of our thoughts shapes the very way we cope with adversity and even

5

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

accomplishments. Understanding we have no control over others, and even certain circumstances in life- by controlling the way we cope with such adversities, reinforces the will of having power over the mind. Michelle is the personification of Galatians 5:16.

➢ **Slay Like Rihanna:** The key to slaying like Rihanna is to slay any thought, person, or thing that feeds your mind negativity, chips at your foundation and stands in the way of your ability to slay life. It is about building your beauty one step at a time, understanding who you are, embracing your journey and perfecting your slay. Rihanna is the personification of Isaiah 40:31.

➢ **Take A Stand Like Solange:** This key is about overcoming the struggle with childhood sexual abuse, and other adversities that may hinder you from taking a stand in your truth. Giving a voice to the pain conveys acknowledgment, and with acknowledgment the process of healing can begin, ergo making you stronger. Standing in your truth causes you to rise out of the darkness of fear, and stand in your emotional nakedness through transparency; which ultimately puts you on a path of growth and purpose. Solange exemplifies truthfulness as she stands for truth and in her own truth. She is the personification of Exodus 14:13.

➢ **Excellent Like Beyoncé:** Beyoncé is the personification of excellence. This chapter, however, was written differently to tell the story of women who fail to exceed because of limitations placed in their minds and hearts. These are the women this book was written for. All have the power in them to be excellent like Beyoncé if they implement the keys

6

taught in this book. This key teaches how to mix your imperfections with the love of God to turn your sour lemonade sweet. She is the personification of Hebrews 10:35.

➢ **A Spirit Like Maya:** This key is about loving through broken spirits and still being used by God, despite brokenness. A Spirit like Maya Angelou speaks about rising above the pain. For some people the pain is unbearable and becomes a death sentence of misery. However, they still garner the strength to encourage those around them to live a better life. Time heals the brokenness but for some people's healing, time runs out. Maya personifies endurance and determination never allowing her brokenness to define her destiny. Maya is the personification of Proverbs 4:23.

➢ **Command Like Taraji:** The key to living your destiny is to command it. Taraji is the personification of commanding everything she wants out of life and not taking no for an answer. This key teaches the importance of having faith, believing in your dreams and having the courage to command it. She is the personification of 2 Timothy 1:7.

➢ **Heart Like Harriet:** Harriet is the personification of heart. The key to accomplishing big things, to taking freedom and to be the blueprint for the liberation of others is in your ability to use your heart to fight and beat everything that comes against you and what you stand for. To have heart is to bear your cross and keep going no matter what. It is to place purpose before pain, profit and pleasure, so that you and your people can finally live and truly be free. She is the personification of 1 Corinthians 16:9.

7

➢ **The Makings of Me Like Monica:** The key to overcoming pain, affliction and utter disregard for personal space is to love yourself. This chapter tells Shauntrice's personal story of being taken advantage of and silenced. Events that she overcame by loving the makings of herself and pouring love all over her. Both women are the personification of Proverbs 23:7.

➢ **Escape Like Kandi:** This key is about escaping from negativity that has caused hurt feelings and significantly impacted writings on the heart. Additionally, it exemplifies perseverance, overcoming odds, and continuing on in individualized success without minimization of self or others. Kandi personifies energy management, placing her energy in things that are meaningful instead of being consumed with negativity. Kandi is the personification of Hebrews 10:30.

➢ **Win Like Serena:** Serena is key goals. She personifies what it means to be a winner. This key is about being the result of a labor of love and using that love to win. It is about the ability to see the good in everyone around you and using that to learn and better yourself. It is also about being light in mind and spirit and living life on your own terms. She is the personification of 1 Corinthians 13:13.

Implement these keys to success in your life. Teach them to your daughters. Use them to empower your mothers. Do not allow the pain, rejection, negativity, evil, hurt, unworthiness, insecurities or anything else to get in the way of your purpose, heart, love, spiritual connection, spiritual alignment and spiritual growth. Let your life be the

personification of beauty. Be the example for other women to follow. Change the world by the simplicity of living in your beauty.

# The Personification Of Beauty: Belcalis Almanzar

*You wanna know my secret? I pray a lot.*

CHAPTER ONE

# DR3AM LIKE CARDI
## ASHLEY GUILLARD

To dr3am like Cardi B is to place the love and will of God in the center of your dreams, to fuel and lead you to success and purpose. Cardi B., Belcalis Almanzar, is a prime example of the result of self-awareness, hard work, talent, humility, team work, faith, and belief; and as a result, spiritual elevation. God elevated her right in front of our eyes. I was a fan of hers on Instagram and a fan of her first mixtape, but no one, without prophetic eyes, could have predicted the magnitude of success she has achieved. Retrospection is 20/20, and in-retrospect, those who have witnessed her journey have a lot to learn from. A lesson of humility. A lesson of perseverance. A lesson of freeing our spirit and self-love. A lesson of hard work. A lesson that with Christ all dreams are possible. More importantly, we learn how to position ourselves to be ready for spiritual elevation.

Cardi exemplifies what I like to call the three major characteristics of success, hungry, humble, and happy. She exemplifies hunger because she relentlessly follows her dreams. She also exemplifies hunger because she challenges

11

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

rejection without letting it stop or hinder her. She's humble because she watched other people succeed without being envious, she even paid homage and showed support. I say that she was happy because she was content with herself and she didn't care how anyone else felt about it. Based on the energy she gave out, God was able to use her on a higher magnitude and she was ultimately elevated to massive levels of success.

Lots of people witnessed Cardi's success. However, there are still some people who missed the big picture. The message that being religious and following a set of rules doesn't get you closer to God. That God chooses the least of us to elevate to show us the error of our ways and the magnitude of Her power. *Instead, God has chosen what is foolish in the world to shame the wise, and God has chosen what is weak in the world to shame the strong. God has chosen what is insignificant and despised in the world — what is viewed as nothing — to bring to nothing what is viewed as something...* (1 Corinthians 27-28). Those that experience rejection, that are viewed as nothing, like David, like Cardi, like countless others, will be the ones chosen by God to turn the perception of nothing into something. It is also a message to those who perceive their lack of resources or their less than pleasant circumstances as a downfall. In truth, their exact situation positioned them to be used by God, because God's power is made perfect in their weakness (2 Corinthians 12:9). Rejection is a spirit and a battle that Giant slayers have the ability to slay. On the other side of the spirit of rejection is the spirit of attraction. Ergo, battling rejection is spiritual warfare.

### Dr3am like Cardi: The Story of Ashley Guillard

When I think of Cardi's story, the story of overcoming mediocrity and winning the battle against the viewpoint of nothingness, I think of me. Not that my current level of success is to the magnitude of hers, but because I too know

12

THE PERSONIFICATION OF BEAUTY

what it feels like to be perceived as less than and to come out on the other side as a winner. As I explain in my first book [1]*DR3AM: The Spiritual Pathway to Success*, the process of spiritual alignment included a battle of one rejection after another; however, it didn't start there; there were many other battles I fought against my entire life, especially with rejection.

I was rejected by family, rejected by friends, rejected by the men whom I loved so much, rejected by my leaders, rejected by peers, mostly at no fault of my own. I would often look at myself and wonder why when people see me they see nothing. Even though I am not the least, why am I perceived by them as the least? I was the least favorite daughter, the co-worker that was targeted by peers because of jealousy, and the sub-ordinate that was perceived as the least when it was very clear that greatness was instilled in me. That's how I know rejection is a spirit, because regardless of the love you show, regardless of the greatness inside of you, some people will still reject you because the spirit of jealously and rejection is innate in them. They can't help it. They know not what they do.

My reaction to the spirit of rejection is to let it fuel my desire for greatness. After I let go of proving anything to people who rejected me and let go of fighting for the love of those who chose not to love me, I was fueled by the unchanging love of God! With that, I went from accomplishing things for selfish ambition and to prove to those who rejected me wrong, to accomplishing things as tools to be used by the Almighty God! That's when I learned to dr3am and to dr3am is to place the love and will of God in the center of your dreams to fuel and lead you to success and purpose—to place you in a position to accomplish all things through Christ—to position you in the front of those who rejected you to show them that God chooses the least of

[1] DR3AM: The Spiritual Pathway to Success by Ashley Guillard

13

us to shame those who are perceived strong. Exemplifying that weakness is the very source of strength!

**Dream with a 3**

How big do you dream? Can you accomplish your dreams on your own or do you need God to use you to perform miracles? Our dreams should be so big that they draw us nigh unto God. The Holy Bible and [2]*The Science of Getting Rich* teaches to *draw nigh unto God and God will draw nigh unto you* (James 4:8). That simply means to seek first the kingdom of God and your life will flourish as your relationship with God nourishes. To dream with a 3 is to follow these 3 principles: seek God's kingdom, to serve in God's kingdom, and slay every assignment, test, trial, and tribulation that comes your way. The result is increase in every aspect of life and a spiritual elevation that is directly correlated with your level of faith and faithfulness.

Seek to know God and her plans and serve to be a part of them. Before you serve, you must learn what it is that God gifted you with to use as a tool to do so. This step, in between seeking God and serving God, is called spiritual alignment. There are some people who become spiritually aligned unintentionally and those who become spiritually aligned intentionally. It's all about your ability to use and understand the guidance of the Holy Spirit. As explained in the book *DR3AM: The Spiritual Pathway to Success*, there are many principles that lead to spiritual alignment. The following are a few: follow Gods guidance, focus on your vision, remove yourself from all negativity, pour into yourself, and praise God. Together, they work to help you get rid of negative energy and forces keeping you from your purpose and spiritual elevation.

Get it out of your head that Cardi created her level of success on her own or that some person did it for her.

[2] The Science of Getting Rich by Wallace D. Wattles

14

Remember, attraction is a spirit. King David, Cardi, Chance the Rapper and many other people who have unprecedented levels of success, are the result of spiritual elevation, because intentionally or unintentionally, they learned to dream with a 3. The opportunity is available for any of God's chosen people to do the same. Seek the kingdom, serve the kingdom, slay any assignment that comes your way, and have unprecedented faith.

### Offset Rejection

The spirit of rejection seeks to kill, steal, and destroy you until you beat it. *When the men were returning home after David had killed the Philistine, the women came out from all the towns of Israel to meet King Saul with singing and dancing, with joyful songs and with timbrels and lyres. As they danced, they sang: 'Saul has slain his thousands, and David his tens of thousands.'* (1 Samuel 18:6-7). This is interesting because just a few days before, David was the son of a servant and of all the sons he was the least. Everyone rejected him, his family, the soldiers, the king, Goliath, they all viewed him as nothing. Suddenly, after he beat the giant, everyone loved him. Little did they know, while they were all underestimating him, God had already anointed him King. Like David and Cardi, don't let the rejection of others keep you from being who God called you to be.

I remember Cardi had to argue to get her music played. Now, I can't get in the car without hearing at least one of her songs three times! Don't worry about people who reject you. Those are the type of people who need permission from others to accept you. They will have front row tickets to your elevation or they will be used as a footstool to manifest it.

In addition to this, the spirit of rejection is often used to keep things and people away from you that aren't good for you or your mission. Had that job, person, or friend accepted you, perhaps a hindrance would be placed on your path to purpose. Reframe your perspective of rejection. Think of it

as rejection from that person, place, or thing but acceptance from God.

There are countless forms of rejection, which include rape, rejection, degradation, unworthiness, jealousy, and abuse, and all of these seek to kill, steal, and destroy God's people. You can overcome these forms of rejections by not letting any of it keep you from God, purpose, and an abundant life. You are worth more than anything or anyone who rejected you. After the glow up, they'll be the same people congratulating you, claiming to have known you would make it. Ask Cardi.

### Be You

As stated by Cardi, *if you want to be a h\*\*, be a h\*\*. If you want to be a teacher, be a teacher. If you want to be gay, be gay. Be you.* Some people won't agree with that statement, and I nearly chose not to use that quote because of the reaction it may get; however, it's not for everyone to decide who you are, it's up to you and you are not for everybody. Had Cardi listened to anyone telling her who she shouldn't be based off their individual beliefs and inclination to reject her, she wouldn't have been made perfect in her weakness. The same is required of those who wish to live their best life. If I listened to the naysayers, I'd still be working for other people instead of working as an entrepreneur with nearly thirty-three books publishing in 2018. What's more, if I had listened to those naysayers, I would've been denying my authenticity, which is another form of rejection. Don't play a part in your own destruction by being anything other than the person you desire to be.

David's ability to slay Goliath was due to his ability to understand who he was, his practical knowledge of his gifts, and his ability to trust that God prepared him for that very moment. That same level of self-awareness and trust is needed as you embark on the path to purpose. Knowledge of who you are will play a key role in manifesting your dreams

but lacking the ability to be authentic to yourself could result in failure. Had David decided to fight Goliath on everyone else's terms, he would have failed. It is your life, your vision, and your dreams. Manifest it in the way that you know God prepared you to do. Your struggles, challenges, and life lessons were not there to give people a reason to judge you or even to hurt you but to prepare you for your life's mission. Anyone who hasn't walked in your shoes, lived your life, or received your calling, can't tell you how to do it. Do you!

Making the decision to be you and to do you, can only result in you loving yourself more. It ultimately leads you to recognize the love of God. The spirit of attraction is attracted to love. In order for everyone else to show you love, you must love yourself first. In order for you to love anyone else, you have to start with yourself. Cardi was able to beat the spirit of rejection because she loved herself first. That doesn't mean she was perfect through-out her journey or that you have to be perfect through-out yours, it just means that she learned and that you must learn to put yourself before the rejection. That's why some women and men struggle with drugs or addiction after a traumatic experience. They have a hard time putting themselves before the pain. The pain takes over their lives ergo resulting in the addiction. That is also why some people fail to follow their dreams. They put rejection before themselves. Can I curse in this book? I mean, you all may be holier than thou, but I'm not, so fuck rejection. I refuse to let rejection keep me from my purpose and my dreams. If I listen to those that reject me, I'll be nothing like they want me to be. I'm above that and I'm above rejection and so are you!

**Humility**

Now that I got you filled up and excited, I will remind you there is balance in everything. Humility is a good way to keep that balance because it is a constant state of knowing who is in control. You can do all things through Cardi, nah.

17

You can do all things through Ashley, wrong again. You can do all things through yourself? Not quite. *You can do all things through Christ* (Philippians 4:13). Cardi never fails to thank God for her elevation, because she knows that God is the main ingredient. Let's say she credited her rise to the top to herself, that would result in God being unable to use her to inspire others and it would result in her own destruction. Not a lot of people would want to do anything for someone who takes the glory for something they worked hard to help them get. Why would you want to do unto God what you wouldn't want done unto you?

Christ means the anointed one and the anointing. Your anointing comes from God. So, in other words you are declaring the ability to accomplish all things through God and your anointing. Humility means that you know where your anointing comes from, you know where your elevation comes from and you know it's for the advancement of the Kingdom of God. When you see people like Cardi thanking God for their accomplishments, it's because God is literally responsible for their accomplishments. They just positioned themselves to be used by Her.

It also takes humility to sacrifice and be obedient to God, your dreams, and your purpose. On the path to success, there will be times of hardship, sacrifice, humiliation. People will try you, but faith and humility will get you through each trial, and I'm speaking from experience. I've slept on couches, moved several times, and I was tried and rejected by many people. It took a lot in me to refrain from stepping out of character and reminding people that the things I sacrificed was already at a higher level than they would ever accomplish. Okay, I admit, I did express that to a few people. However, God reminded me to remain humble and that everything I had is nothing compared to what She has for me. Knowing that your life is more than about you, and your ability to make sacrifices because of that, is true humility. That level of humility is key to wisdom.

18

### Character Shift

As a result of my spiritual journey, my character has upgraded, and nothing reminds me more than a Facebook memory. Some of the things I said were simply unwarranted and rude. Some of it was stupid. I'm glad that God worked on my character before my elevation. I'm grateful for the divine protection preventing me from becoming a public fool. Won't She do it! When you are chosen, you are stripped of negative characteristics and negative people that may hinder you and then you are rebuilt better than ever. God sets you apart from distractions and feeds you good fruit. You start to learn what's good for you and rid yourself of things and people that aren't. This is done to release everything that does not align with your destiny, to protect you from negative energy and to make you a better person.

If you've ever been under the tutelage of a leader with questionable character you understand why God upgrades your character before putting you in charge of Her people. It is done so that you will lead by example. It is done to draw people closer to God instead of further away. It is also done so that you won't cause detriment to the church (Gods people). Leaders with bad character create a culture of people who embrace negative characteristics to advance their own agendas. It leads to a culture of negativity. The inverse leads to a culture of infectious hope, inspiration, and enlightenment. Ergo, the reason a character shift is a condition of spiritual elevation.

The most difficult part of a character shift is the people around you who refuse to acknowledge your growth. It seems that they can't let go of the old you. They like to use it as a tool to belittle you and remind you of your past. Similarly, the same people won't believe in your ability to accomplish big things. It's like they want to keep you in your past behavior, mistakes, and failures in order to feel better about themselves.

19

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

**Leap 9 Times, Get Up 10**

Don't even think about being in a position to dr3am like Cardi without taking an unprecedented leap of faith. You have to learn to trust God with your life and your dreams. The leap must be so big that you know without a doubt you can't accomplish it without God. Putting yourself in a position of weakness makes room for God to move in your life. Stop praying for pennies and pray for things you can't do on your own. If you're in a position to be able to hear, God will show you what your role is in its manifestation. All the nothings to somethings had to do it, even King David.

Faith is not delusion. I had a problem with distinguishing between faith and delusion. I learned many lessons and was crushed many times due to my expectations not being met. I planned things that I wasn't ready for with the expectation that God would make a way. However, sometimes our plans aren't Gods plans. Take the leap but rely on Gods timing and be patient. Try not to set yourself up for unnecessary failure and disappointment. Follow the guidance of *The Science of Getting Rich*, be disappointed about nothing. In everything, follow Christ and trust God.

Even magic requires you to use your hands. *Laziness leads to poverty; hard work makes you rich. At harvest season it's smart to work hard, but stupid to sleep* (Proverbs 10:4-6). While God is working in the background so should you. While the glow up will be more than you can do on your own, it will still come from the flow. Do all that the Holy Spirit has put on your heart and mind. It's not going to come to you lazily. Laziness leads to poverty and you are rich. It's already yours. Go get it!

**Praise**

Gratitude is the key to success. It's a smart balance of recognition and humility. Those who remain grateful by recognizing Gods activity in their lives and by recognizing the people God used to help them are those who draw the

20

spirit of attraction to them. Naturally, just like humans are drawn to grateful people and turned off by the inverse, The Holy Spirit is the same way. I've witnessed this in my life. When I am not being very grateful I feel disconnected from the spirit. However, when I am grateful I am filled with love and ideas. When you remain in a state a gratitude, you get more.

Ungrateful people are not very pleasant to be around, so regardless of your circumstances, remain grateful. Anything else outside of this is unbelief, which brings me to the scripture that tells us to *Be joyful always. For the joy of the Lord is your strength* (Nehemiah 8:10). If we all gave praise to God for all She's done for the world and in our lives, there will come a time where no one would be able to deny the presence of God. If you find yourself feeling defeated and ungrateful, thank God for everything She's done and will continue to do. Even if you don't want to, do it. Not only does this keep you aligned with God ergo the law of attraction, it makes you feel better.

*Gratitude creates abundance* (Deepak Chopra). When you're grateful, picture yourself advancing. When you are ungrateful, consider it sin. It only serves to keep you in darkness when you have the opportunity to be a light in the world. Don't let anything keep you from living in light. Stay grateful for all God has done for you and humanity. Thank Her without ceasing and soon you'll see a shift in your mindset, heart, spirit, and life.

Deuteronomy 28:10
*Then all the nations of the world will see that you are a people claimed by the LORD, and they will stand in awe of you.*

21

# The Personification Of Beauty: Michelle Obama

*One of the lessons that I grew up with was to always stay true to yourself and never let what somebody else says distract you from your goals.*

CHAPTER TWO

# MINDFUL LIKE MICHELLE
### TOMMISHA WILSON

*The greatest battles in this world are the ones within our minds, and the power to control them exists in us all.*
-Tommisha Wilson

Michelle Obama is the personification of self-awareness, which is exemplified through being mindful of others while conveying empathy, active listening, social intelligence, and encouragement. In addition, she exemplifies self-regulation by owning the power of her thoughts, and not allowing emotions to drive her behavior. When people are mindful in their speech and their behavior, there is little room for offending others. There is a possibility for those who are not open-minded to feel offended; however, the point is to have self-discernment and social intelligence. Surely, we have encountered or know someone whose character has been slandered based on their personal thoughts and feelings about a particular situation. No one person will ever agree on everything someone else says or does, and that is okay, because each person has the opportunity to share diverse

23

perspectives. In addition to this, when we are open-minded, there is an opportunity for appreciation of diversity instead of disagreeing with those that are different based on a misunderstanding.

You've heard of the two controversial topics - religion and politics - which becomes heated because of our emotions causing misunderstandings on all sides. I have experienced conversations about politics with my family members and close friends. I have also learned that engaging in conversations about politics with my family can cause frustration for everyone. For example, we have a difficult time agreeing on the historic footprint for each party, or which political party is best for the country in general. After engaging in these types of conversations, we never leave the conversation in an unloving way, but with an understanding that we have different beliefs and values which may cause us to lean more towards one party rather than another. I am convinced that regardless of differences, there are learning opportunities that we all can benefit from, which can encourage change. No fight is ever morally won when people are tearing down each other's character in an effort to show power or popularity. In the words of Michelle Obama, *when they go low, we go high*. After all, no one can take from you what God has already deemed to be yours regardless of manipulation and pettiness.

**Self-Discernment**

We have heard about having discernment of spirits, but I have noticed that self-discernment or self-awareness seems to be difficult for some people to channel. Self-discernment is being able to be aware of your biases that may be projected upon others and perceived as judgmental. When I think about some of the conversations that I've had with my friends in my early twenties, it hurts my feelings that I was so closed-minded and unaware of my biases. It's true, everyone has biases, and that's okay as long as the person is

24

THE PERSONIFICATION OF BEAUTY

aware of those biases and do not project their thoughts and beliefs onto others.  Understanding oneself in ones' entirety, allows a person to take ownership of biases and mistakes that they make when offending others, which leads to mindfulness and having a better understanding of oneself.

Three years ago, my husband and I wanted to have another baby. Four months went by with no menstrual cycle, we thought for sure I was pregnant. I went to the doctor and I answered a stream of questions and took a urine pregnancy test. The nurse came back with my results and more paperwork.  As she proceeded to tell me the results of the pregnancy test, she smiled and in a joyous loud voice said, *you'll be happy to know you're not pregnant and here is a prescription from the doctor to help with your menstrual cycle!* I was devastated, and I didn't understand why she thought I didn't want to be pregnant. A few months went by and I went back the doctor for a follow-up. I had the same nurse and once again I was asked a stream of questions, except one question was new: *Are you trying to become pregnant?* I answered, *Yes.* She looked up at me and said, *I apologize for my statement from the last time when you were here.* I accepted her apology. She went on to talk about some spouses having unexpected children back to back and many of them leaving in tears as another baby would leave their family financially burdened. What's more, she talked about being single with two children and pursuing her bachelor's degree all by herself without the father of her children around. I told her not all military spouses are the same. Some military spouses take care of their children, work, and go to school; however, taking care of children is a tough job on its own.  I went on to tell her military families can have as many children as they can take care of spiritually, emotionally, physically, and financially. If not, there are resources available. After explaining that to the nurse, I was under the impression she made some assumptions about me based on her recent experiences with military spouses. Additionally,

25

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

she had some biases against military spouses having children and not working or going to school to better themselves, considering she was single, working, and pursuing a bachelor's degree without the help of her children's father. Either way, self-awareness or self-discernment could have helped her grow beyond her biases and judgments of other people.

In my experience, I learned I need to be aware of my own biases regarding what I considered work, and always feeling like I needed to prove I was more than a wife. Sadly, I used to think less of military spouses for not pursuing a trade or degree or not working in general. Although, my judgments of military spouses were wrong, I realized education and working towards a career would not only be beneficial for me, but my family as well. I also understood why I felt like military spouses needed to be educated and have job experience. In my experience, I saw military spouses left with nothing when the service member no longer wanted to be married. I saw how lost spouses were without the service member and had no education or work experience because they were consumed with taking care of the home. Honestly, it terrified me to think I could be in their situation and those fears could have easily taken me off the path that God had purposed for me. So, I had a lot of internal work to do, including self-reflecting because my biases were not about other people, they were about me, and I am continuing to be enlightened to them.

*We should always have three friends in our lives-one who walks ahead who we look up to and follow; one who walks beside us, who is with us every step of our journey; and then, one who we reach back for and bring along after we've cleared the way.*
-Michelle Obama

26

### A Mindful Heart

She puts others before herself, never looking to receive anything in return. Working tirelessly to better her family and community. Her efforts were purposeful. Overzealous at times could be overwhelming to others; however, in the end, she was exactly what was needed. Her passion to understand others and bring out the best in them did not go unnoticed. Although her sensitivity could easily overshadow the mission, she regulated her emotions and overcame raging thoughts that wanted to fight off her adversaries. Although her face was the face of the organization, she was a team player that allowed others' lights to be lit and share their abilities. She embraced differences and empowered others to shine in their position because each position was equally important. Additionally, each person was important, and she wanted everyone to feel included. She knew the importance of working together, as no one person could do it better than all of the talents and capabilities that existed within the organization. She fought with self-regulation and kindness, although unkind words that would get back to her dampened her spirits. Hurt feelings never pushed her away. She thrived through the pressures of her adversities. Believing togetherness was always the best way to build cohesiveness, her interactions with others reflected the importance of building and cultivating work relationships. Most importantly, a lifelong learner, she learned from the good and the bad and worked alongside others to make a change. Her name is Anna Dvorak.

### Social Intelligence

She speaks with poise and is always in control of her emotions regardless of the thoughts that weigh heavily on her. Her hugs are strength and reminders of how strong a person is when they allow themselves to be vulnerable. Her voice is pleasant to the ear, which encourages and reveals her true feelings about others. Her deeds can be seen

27

throughout the community no matter where she lives. Her loving spirit touches the soul of every person she encounters because she is always ready to help when needed. There is an inner peace about her that can only come from God. She is humble in everything she does, and although recognition follows her, she gives of herself and her time freely. Since she has a platform, she often speaks to groups of people. When she speaks publicly, her thoughts and ideas reflect social intelligence and how much she cares about the audience. Their response to her is reciprocated with clapping and cheering. She is respected for her role, but more importantly, because she respects and desires the best for everyone. She takes great pleasure in working with other people to make purposeful change, as she believes everyone has a talent or ability that can create a more powerful change rather doing it alone. As a woman that works hard and gives back to her community, she appreciates other women who are willing and follow through with giving of themselves and their time. She values service to family, friends, and the community which is shown throughout the world in the way she leaves other people feeling after being in her presence. She is a beautiful soul. She is Michelle Funkhouser.

### Wisdom in Listening

Like the whispers of the wind, she hears you and knows exactly how to uplift your spirits. She displays how much she cares by genuinely showing interest when you speak. Her listening skills allow her to not only listen to words, but also pay attention to posture and mannerisms. When she speaks, her words of wisdom are comforting to the heart and remind you of the strength that is within you. Although she may have differences in opinion and lifestyle, she is not judgmental but will express when you are wrong. She supports you in a way that others cannot because she is active in her listening skills. She gives of her time without question, even when she lacks the time. Her active listening exceeds

expectations as she is selfless and will give up something just to make another person feel better. Listening is not only about hearing the words but understanding the unspoken message which goes deeper than surface, emotional words. She hears what is not said and acts in an appropriate manner, reassuring the person that's sharing. If she misunderstands, she resolves the problem with an apology and clarifies what she thought she heard to minimize any further misunderstandings. She is careful to not take over the conversation even when it reminds her of an experience. She refocuses herself to listen with understanding and asks to repeat if necessary. There is a time and place for everything, and listening demands the attention of its audience, so she respects it. Her name is Misty Murph.

**Power in Encouragement**

Encouragement empowers a person to be and do something that they never thought they could do or be. Her lips only speak to build up and push people to their fullest potential. She desires everyone to do well and reach their goals as it motivates her to set higher goals for herself and take action to reach those goals. She delights in the successfulness of others and shares her learning experiences to help others flourish. She encourages others to self-reflect, understanding that no one's success can be measured by another person's success. Her social intelligence and empathy reflect in the way a person feels after engaging in conversation with her. The person walks away feeling hopeful and self-assured that power and strength lies within them. She prays for others when she doesn't pray for herself. Moreover, her gentle spirit, non-judgment character, and caring heart make it easy to trust her. Many people feel naked when expressing emotions and confiding in another person; however, she helps them understand emotional nakedness can be healthy and regulated when expressed appropriately. She is wise beyond her years and can often be

29

referred to as an old soul. She encourages people to have fun and enjoy life, understanding that hard work makes for having a little fun whether going to the spa or going on a vacation to decompress. She influences others ambition and strength to break the chains of excuses and rise above fear that has long kept them enslaved. She understands that conditioning the mind in a positive way results in touching another persons' life in a powerful way. *Encourage and be encouraged* is her motto. She is DeSheal Winfrey.

### Self-Reflection

The women above and many more have had a huge impact on who I am today and encourage me to become better than I was yesterday. I believe God purposefully put these women and others in my life at a time when I not only needed them, but at a time when they needed me too. They have truly been my friends and I do not take the word "friend" lightly.

When someone is going through a difficult time in their life, they usually depend on their friends, but I tend to think I can cope on my own because I do not trust easily. When I miscarried in 2016, I hit rock bottom emotionally. My husband and daughter were supportive, and I had people who wished me well, and I appreciated every text, phone call, and even comments via social media. However, I thought I could cope on my own, so I withdrew myself and buried any energy left to family, college, and volunteering. Every day I received a text of devotion from Shannon George, and most days I received texts from Anna Dvorak asking about my well-being, but I did not want calls and I did not want texts. I only shared my miscarriage on social media because I announced my pregnancy on there too. Yet, God knew what I needed, and the encouragement from the Church of Christ, bringing my family dinner, the texts and letters from my father, and anything in between helped me realize I needed people. I couldn't cope without all the staff of Army

30

Community Services of Fort Eustis encouraging me with warm words and hugs. The pain was unbearable and for the first time in my life I depended not only on God's word but also friends and family to help me push through. I realized I actually liked people more than I disliked them, and more importantly, I loved them because I was able see and understand the importance of valuing personal and professional relationships and allowing walls to be torn down. I believe God allowed the miscarriage because there was something deeper than science could ever explain. I became more aware of myself and got the opportunity to love past my previous experiences and allow myself to be loved. Pain and sorrow do not have to determine the way you love yourself and others; however, what you do not acknowledge can determine how you love yourself and other people and can be detrimental. Purposeful change is the answer.

Galatians 5:16
*So, I say, walk by the Spirit, and you will not gratify the desires of the flesh.*

# The Personification Of Beauty: Robyn Rihanna Fenty

*You may never be good enough for everybody, but you will always be the best for somebody.*

## CHAPTER THREE

## SLAY LIKE RIHANNA
### SHAUNTRICE DEWBERRY

I had dreams growing up, but I never had the confidence to follow them due to being told *you're going to be just like your mom* who became pregnant at a young age without any financial security. Hearing this made me look at life a little differently. It made me feel unsure of myself. I felt like shit at a young age, and I carried those words with me. People don't understand the power of words. People also don't realize the effect words can have on a child. I carried those words along with a few other feelings throughout my life's journey. Everything I thought I was good at, I talked myself out of doing because I didn't want to make that person right about me. About ten years ago, one of my dreams was to be a makeup artist. I used to do my own makeup and my friends makeup when we would go out. I also did make up for my friend's wedding. I knew this was something I was good at and passionate about, but those negative words discouraged me from pursuing my dream. Back then, I didn't see women that looked like me when I would go into a MAC cosmetics store. This became another excuse that I let hinder me from

33

following my dream. So, all the negative thinking and feelings had gotten the best of me. I never told anyone my dreams of becoming a makeup artist (MUA) because it felt so far out of my hands. Time passed and I began to have more responsibilities and more distractions in life. Sometimes you don't know you're carrying negative feelings around until you try accomplishing your goals. Fashion is another love of mine. I let three years pass by before I opened an online boutique. After I finally opened the online store, I failed at it – which didn't make me feel good about myself. At this point in my life, I accepted that maybe these dreams weren't for me. When a vision sits inside of you, no matter how long you try to avoid it, it will keep popping back up. I gave my boutique another try, and even though it did better than the first time, I felt as if it wasn't for me because it wasn't taking off. I put in my own money, my time and I sacrificed material things, sometimes even things I needed. However, it failed again because of my lack of dedication. I felt like I should be at the level my peers were at. I started to see that I'm not walking the same road as my peers, and yes, maybe it's my dream but I'm not ready for it. I had too many life changes. My family size increased, and my marriage became a little rocky. It was time to think of myself. I told myself nothing is working no matter how much work I put in, it's just not working. I'm always trying to do things myself especially when it comes to my dreams. I don't expect help or hand-outs. If I'm going to succeed it's going to be on my own terms. I declined help from my husband so many times only because I felt he wanted me to do things his way. Plus, there was always small talk about what I wouldn't have if it wasn't for him. Like I wasn't capable of getting things on my own. I can be so selfish when it comes to my dreams, not realizing maybe this person was sent to help me.

You know how God shows you part of your vision and you're like *it's all good, I'm going to be good*. Honestly,

34

sometimes we're not ready for that vision. Things don't just happen. Your work must meet your faith. My work failed because I had such little faith. I started my boutique for the third time and it did better than the second time, but then I started to compare what I was doing to what someone else was doing. I lost focus, so I took a step back. Then I realized my makeup and things that I was doing in that area starting popping. This is when my slay started to match my faith. My bigger picture and my confidence started to outweigh how I use to think. In my heart, I knew I was on the right track. I thought differently about myself and I moved and dreamed differently. I chose to give the words and negative energy to God. Yes, I rid myself of that energy a while ago, but the self-doubt kept me thinking small. Remember, forgiving those who wronged you isn't for them – it's for you!

### *Who is really here for the slay?*

**Moisturize then prime...**

This was my preparation stage. In order to be on a successful path, you must first plan out what you need on this journey. I knew I needed God because I tried to do things on my own so many times and it didn't work. I didn't invite God into my plans. Once I leveled up my faith, I needed my family on one accord. Sometimes it seems impossible to get your household on the same sheet of music because we all have different personalities. I had to pay close attention to the needs of my household. I had to trust that it was okay to let go of my baggage. Negative thoughts began to move in another direction after I invited God into my life. Soon after the negativity in my life started to shrink. Oh, what a feeling!

Plan according to each goal you want to accomplish. Don't think just because I invited God into my plans things just started working out. No. I still had hiccups on this journey, and I still dealt with self-doubt, but I barely noticed it. I started to do my research, I set time aside dedicated to

35

reaching my goal. I still slipped up here and there because it's hard to stick to a routine. This is the stage where you can keep refocusing yourself until it becomes a habit. You have to build on something solid and BE YOURSELF because you never have to remember who you are or what you're about.

### *This is when it gets real.*

### **Eyebrows & Eyebrows...**

After I prep and prime my face, I start going into detail with the framing of my face. If you're anything like me, you want your eyebrows crisp and on fleek. My brows bring a certain type of confidence and has me on another level. When I'm slaying my brows, I'm making sure they are even, and the arches are leveled. I'm usually thinking about what I'm going to do with my eyes as far as color. Mentally, I'm building up to the slay when physically I'm just in motion. What I mean by mentally building is you're following all the steps you prepared for and you're checking things off your list. When you're physically in, you're the tool to this slay (dream) of yours. In life, this may be the very stage when people tell you that your idea or that slay won't look good. After you have done your planning and your research, you'll know this is the right move. This is when we tend to let others' negative views or words stop what God has in motion for our slay. Along with those negative views, self-doubt tries to kick back in. This is when you have to have your hater blockers on. You have to know what's right for you in any moment someone tries to speak bad vibes over your slay. This is the time to protect your slay. Sometimes, you have to take steps back away from people that speak negatively over your slay. At times they don't even realize they are being negative, it's just their mindset. If I would have had this mindset years ago, I would have been a force. Bad vibes will kill a beautifully thought out slay every time. With eye

36

shadow, there isn't any rushing. You have to lay a transitional color because that transitional color is going to help you blend out your second eye shadow. Then you blend the two shadows together until they are seamlessly blended. You can keep going after that with a cut crease or some glitter. See we do all this prep work for the slay, making sure the brows are above standard. Then we transition into our next phase. The same apply to life situations. You have to lay your foundation, so you can start to build, but there are steps to get you through each phase. Your eye shadow is like a pair of heels underneath your brows so get creative.

### *What is foundation to you?*

**Foundation...**

Foundation can make or break a look. If your foundation color is too dark or too light, you will see the difference in your appearance. There are different shades, so you have to know your undertones. When I wrote undertones so much came to mind because under it all lies your belief in the slay. Just like in our daily life, we face "undertones" and we have to have faith that it will work itself out. Once we get that foundation to match perfectly we are getting to the slay by applying it to our face. Keep in mind because we did the prep work our foundation is about to lay smoothly. As we are in motion, we have to remember to blend the foundation into our neck, so it looks seamless. You prep for this moment so your "foundation will lay smoothly." In life we want our plans to run smoothly, we want what we are building to go up smoothly. Now this foundation is going to stand strong because we did all the preparation we needed to do for it to slay smoothly.

Let's talk Rihanna for a second. When she decided to start a beauty line, she knew there were plenty of other makeup brands, but she didn't let that stop her. Rihanna had a plan and she believed in herself to give the beauty world

37

something different. Forty shades from the fairest to the darkest shades in foundation. It's okay to come out with the same shades as every other brand. However, Rihanna and her team knew there was something missing, so they went after that market. Nothing was done without preparation and a plan to see them from one point to another. She could have sat back and said maybe I'll do something else because there are a lot of beauty brands out already. This is where I use to fall short at times, worrying about the next instead of doing what's in my heart. Nothing lays flawlessly without some type of prep work.

### *Is it really necessary?*

**Highlight & Contour...**

Many people stop at foundation but I'm extra, so I like a little more glamour. Going the extra mile requires dedication and the ability to tune everything out and focus on what's next. When I finally said, *Okay Shaun how do you want to do this*? I already knew it was going to take a little more time for this slay. This is when the *are you finished yet* or *why do you have to be so extra* come into play. Your surroundings may want you to be great, but they may not understand your process. Highlight and contour adds dimensions to your slay. At this point, you should be feeling good about yourself, the prep work is paying off. That feeling of worth is kicking in full-time. You no longer hear those negative words that have been poured on to you. When I started slaying from the inside, I started seeing my worth. People will often say *you're acting different* or *oh so you're better than me now.* It's not that I feel I'm better than anyone, it's simply me moving differently because I'm tapping into my worth. Know that your slay is powerful and that it's something you have to hold on to. I used to let others make me feel bad for changing. I changed because no one stays the same. So yes, I let this contour slay right on through.

38

*Look at that glow.*

**Highlighter & Blush…**

Like any slay, the highlighter that I put on my cheekbone is nothing like that glow from within. Highlighter is usually placed in a few different places. I like to place my highlighter underneath the arch of my brow, cheekbone, slightly down the bridge of my nose, the top of my nose and sometimes my cupid's bow. It gives the slay an extra pop. That's what it's about, feeling good from within and loving yourself and the process. Yes, it was a rough road and I had to carry some unwanted baggage that kept slowing me down along the slay. Even with many breaks during my preparation, I still managed to lay my foundation smoothly. God gives us just enough. Remember where you left off, because you can always pick it back up when you're ready. Dreams don't have an expiration date. I no longer had to rush, even though I wanted the slay completed. I stopped worrying about where my peers were standing and just started slaying.

Blush away. I love applying my blush after my highlighter when it slightly blends into each other. Now, I'm finished \*drops makeup brushes\*. But for that *yesssssss* moment we look forward to when we know we just slayed there's another step...

*Are you done yet?*

**Lipstick...**

Yes, but let me put on my lipstick. Usually I'm asking God *Are you done with me yet*? *Is this my purpose*? Truth be told God is never finished. We tell our husbands or friends, I just have to put on my lipstick and I'm ready. But really, I'm perfecting this slay. I'm not just going to throw on any old lipstick/gloss because I'm at the end. Yes, I'm about done but not quite. When you're at the end of your

39

mission, we often stand back and look over each step of our preparation, every hurdle, every prayer, every okay – God I see you. As I search through my many lipsticks, I always go for a nude or natural lip. Wait! So, you mean to tell me all this time you took, you pick a color that looks the same as your lips? We want the slay to speak for itself. Just because we prepared so much doesn't necessarily mean everything has to be changed. There were a few things on your journey you got right and for me that happens to be my lipstick. (Wink)

### *Done, Done and Done.*

### Setting spray...

Once I set my face, there is nothing that can stop me. My slay is going to last all day. I followed my course and now my slay is flawless. It takes time to build a dream, even when you once thought it was dead. There are a few people out there who will never get to the setting spray stage. It's not because they don't want it. It's because we often stay focused on the right now then quickly become disappointed because it didn't last. What you go through is nothing compared to what you're coming out to. So yes, my glow has been real! Not many would know it, but I went through hell. Even though I still struggle with why I went through a lot of it, I'm thankful for the lessons behind it. It hasn't been a walk in the park, neither has trying to get this glow. I am now standing in my slay – the slay I prepared for. The slay I put in hours on, the slay people tried to talk me out of. The slay I failed at countless times before. The slay they said I would never have. Those words *you're going to be just like your mom*, God used them and made them work to my advantage. We all have an advantage, but you have to believe you are beautiful. You have to believe that you are enough, you have to believe in you in order to slay. When you are putting yourself first and standing in your slay, trust

40

me it won't be a temporary slay.

Everything about Rihanna's personal life, finances, and of course her music has been put on display for the world to see. She has been criticized, and she has been broken before, but nothing could stop her drive or her dreams. She wears her slay from the inside out and that's most important. Know who you are, know you are beautiful no matter what anyone else thinks or says. Many people try to tear others down because of the way they feel about themselves. My slay has been real. I'm still overcoming things in my life. It doesn't happen overnight, but it happens with faith and trust in God. Keep people around you that don't have a problem with reminding you about your slay. People that will keep you motivated with encouraging words. People that are adding that *yes boo you did that*. Keep people around that don't mind speaking positively over the dreams you're chasing. SLAY!

Isaiah 40:31 NIV
*but those who hope in the Lord will renew their strength. They will soar on wings like eagles; they will run and not grow weary, they will walk and not be faint.*

41

# The Personification Of Beauty: Solange Knowles

*My beauty ethos? Well, I'd love to tell you it's something like 'less is more,' but honestly, it all starts with happiness.*

CHAPTER FOUR

# TAKE A STAND LIKE SOLANGE
## TOMMISHA WILSON

*Your victory is in your truth; you must be willing to rage war with your brokenness, stand in your truth, and own it.*
-Tommisha Wilson

Solange Knowles is the personification of truthfulness. She demonstrates the importance of taking a stand for justice and equality which embodies being true to herself. She shows the power of "don't touch" in her music as it fills you up with respect for truth peace, integrity, and love. I have always known what I needed to do but could never find the courage to express my feelings out loud and take a stand for myself. As a child, I was always instructed to do as I was told, so when the sexual abuse started, I did not try to stop it. Molestation started for me when I was five years old. Someone related to my mother's boyfriend molested me for months before an adult found out. The extent of the sexual abuse ranged from [3]Randall putting his fingers, or objects in

[3] The names of the accused have been changed to protect their children.

43

my vagina, to making me perform oral sex. One day, Randall's aunt came home and smelled sex. She called me in a room along with my mother where I was asked if he touched me inappropriately. Initially, I lied and shook my head no, but eventually I told the truth. Of course, when faced with accusations of molesting me, Randall initially denied ever touching me, but years later he disclosed an apology to my sister. Nevertheless, I was taken to the hospital for an examination where I was stripped of my clothes and put on an oversize gown. Laid back on a stretched bed, there was a light shining in my eyes and then a soft voice telling me I was about to feel a pressure that might feel discomforting. I still remember the examination. It was as painful as being molested. It felt like I was being violated all over again, but I know now that process was to conduct evidence of sexual abuse. He was later arrested.

After about a year in a half passed, I was in the first grade. Things seemed to be normal until I was placed in a speech class. I'd stopped talking to adults as a result of the molestation, and only communicated by head nods. The teachers assumed I had a speech issue. In speech class, I was molested by one of my peers named Victor. The molestation always happened when the teacher stepped out of the classroom and when I wore skirts or dresses. Unfortunately, this felt normal to me because it was familiar. I felt numb and tired and although I did not have the words to express myself back then, I hated that I felt invisible and the only time someone saw me was to sexually abuse me. Although this sexual abuse did not last long, being molested would turn into incest which would last for a couple of years, and then for the last time at age sixteen.

Two paternal relatives, whom I will refer to as Cain and Abel, molested me soon after Victor. The older relative, Cain, started molesting me at age seven. I looked up to him. He was eight years older and I trusted that he had my best interest at heart by loving me. He was my protector and we

44

THE PERSONIFICATION OF BEAUTY

were family. My other relative, Abel, was caring. I admired his selflessness towards others, always willing to give of himself. Above all, I trusted both of them with all my heart and loved them as a result. I still do. However, Cain took advantage of the love I had for him and started molesting me first. Later, Abel molested me along with Cain, which happened one time. One night, all three of us went to sleep on the living room floor, which was covered with blankets, sheets, and pillows. The living room was dark, except for the shadow of the door that reflected from the bathroom light. As I slept, I felt one hand groping my buttocks, and then I felt him rubbing himself against my purple linen shorts which felt wet. I realized right away it was Cain. I could smell him; his smell was familiar. Then, he slowly pulled my shorts down to my knees. After pulling my shorts down, Cain pushed his penis in my buttocks, but it never went all the way inside. Although, it was enough for my buttocks area to be irritated and make me feel discomfort. After thrusting himself against me, Abel joined in by putting his fingers inside of me as did Cain. I am not sure how long this lasted but it seemed like it lasted for at least an hour before the both of them would stop. Later, I went to the bathroom and I sat on the toilet trying to urinate a little bit at a time because my vagina was irritated, and it hurt to urinate. As I sat on the toilet with a burning sensation, Abel whispered to me, *Are you okay?* He had such sadness and guilt in his eyes and sorrow in his voice as he stood there looking at the anguish on my face before walking away. I felt pity for him.

Years later, I found out that night and other nights of molestation, not only impacted my emotional, spiritual, physical, and social aspects of life, but also my relationships with those closest to me. Trust no longer existed, and my expectations of others were nonexistent. I grew to dislike myself, and therefore hindered myself from being loved because how could anybody love someone that was so damaged? My self-talk was so destructive that my emotional

45

connectedness in relationships with my maternal siblings did not exist. There was no affection. Moreover, when any of them would say *I love you* I could never respond. My sister Terrasa would tell our mother that I wouldn't say *I love you* and I would get in trouble, but I still never responded. I just couldn't say it. Being molested scarred my emotional development, which eventually affected my relationship with my daughter. I love my daughter and I believe I have always loved my daughter, but not as much as I should have in the past. It pains me to ever think I did not love my daughter as I should have, but the truth is, I didn't.

I believe God showed me through my daughter how to love and be loved. I struggled loving others and with being loved by others. Again, how could someone love someone as damaged as me? My daughter showed me in her innocence that there is freedom in truth. My truth can no longer be embedded in their lies, which can only suffocate my very existence. Telling my truth is not about those who have hurt me, but more so about me taking a stand for myself. It is also about being the person that God purposed for me to be so that He can use me for His purpose. The truth will always be the truth, regardless of any person denying it. The truth always has a way of manifesting itself to everyone no matter how much time has passed.

### *Take a seat, and listen…*

### Don't Silence My Truth

One summer my cousins visited from out of town, and I told one of them about my relatives molesting me. Amber encouraged me to tell an adult, so I told Cain and Abel's mother. We all were in the living room and I proceeded to open up about the incest. I never disclosed to their mother about Abel molesting me, only Cain. I thought I would get in trouble for telling for some strange reason and someone in the room mentioned this very fear. However, their mother said I wouldn't get in trouble but if I had used the *sex* word,

I would have been in trouble. I did not understand the meaning of that statement then, and to this day, I still do not understand. Their mother went on to say that day would be the last day we talked about this, so for years, I did not discuss the incest and it killed me internally a little bit each day.

When I was in the sixth grade, I was raped by a teenager who lived in the same apartment complex. I tried pushing him off, screaming, *No, stop, get off me*! Still my screams went ignored and unheard. As he pinned my arms down, I tried to escape his hold, but he placed all of his weight on my ninety-pound body, and he pushed himself into me until he was finished. After he was done, I pulled my white stockings and corduroy shorts up and ran home crying. The next day at school, one of my peers walked up to me and said Travis told her what I did last night. She continued to say that Travis told her I had sexual intercourse with his brother. Ashamed and angry, I confronted Travis' brother about the false allegations, in which he fervently denied saying. After school I confronted Travis for lying about his brother and me. As he stood in front of me, holding a cordless black phone, he laughed in my face, and I walked away. He tried to deflect his actions and silence me by lying on his brother. For years I said nothing, but there is a time for everything, and the time is now!

The truth is, it can be uncomfortable and unbeneficial for all persons involved, but it does allow everyone an opportunity for growth and healing, and this can only be accomplished through honesty. When a persons' truth is oppressed by lies and their voice is silenced as a result, the impact can be significantly devastating. Silence is the enemy to overcoming sexual abuse or assault. When a person has endured trauma, such as sexual abuse or sexual assault and left voiceless, the person is only left with their thoughts, which are very powerful. It can be lonely and devastating, leaving the person to cope on their own. My truth and your

truth do not go away because the perpetrator denies any wrongdoing; by the same token, silencing your truth also does not make your truth go away. On the contrary, the very voice they try to silence by lying is the power that pierces truth through their lies.

### Don't Trouble My Peace

Peace can be accomplished when a person truly forgives themselves and others. Forgiveness does not take away the pain that a person has endured; however, it does allow a person to let go and move forward in peace. After disclosing my childhood abuse, someone asked me, *how could you still love and be around the family members that molested you?* My answer was simple, *I forgave them a long time ago.*

When forgiveness is limited to apologies or the level of wrongdoing, these limitations create anger and bitterness, and if manifested long enough, eventually turns into hate. Peace is the result of forgiveness, and everyone has the gift of peace within them, but it is only shared with others when true forgiveness is displayed, especially to those who caused pain. Our experiences may shape who we are, but our peace must always continue to be still, and this is not easy to accomplish when angered or hurt. However, understanding your joy is not given nor determined by anyone in this world puts things into perspective. Consider this, acceptance, long-suffering, and compassion are the foundations of peace. These guiding principles do not eliminate troubles, they foster an environment for peaceful resolution through empathy. Peace empowers us by the form that we give it within us.

### Don't Challenge My Integrity

Standing on integrity is one of the most liberating values a person can possess. When integrity is challenged, it is much easier for those who live honest lives. However, for people who ignore and disrespect integrity, they will choose

48

selfishly, which is detrimental to their personal and professional relationships. Throughout life experiences, there will be people who will try to challenge one's inner beliefs to benefit his or herself. Unfortunately, I have encountered this in the past as the person disrespected integrity by denying the truth in which would show him for who he is—a liar. Sadly, dishonesty and a lack of integrity has an effect on the trust for oneself and others. When integrity is valued, the actions behind the words reinforce trust. Although, without a person having integrity, he cannot be trusted. Integrity is doing the right thing despite the consequences that may or may not be in one's favor. Moreover, integrity acts as a moral compass to those who believe in doing the right thing regardless of what the truth may reveal about them. Standing on integrity allows a person to hold himself accountable for actions and deeds. Additionally, integrity feels good and shows its beauty in the confidence of the way a person carries his or herself and interacts with others.

### Don't Stunt My Growth

There is growth in standing on truth. There will be life circumstances that will weigh heavily on your mind, body, and soul, and as a result, you will subconsciously lose parts of who you are meant to be and inherit the indiscretions of others. The burden of other indiscretions can be unbearable and indescribable, leading a person to harden their heart. There is no growth when the person becomes numb and growth can only manifest when the person begins to feel again. Understand, there is no growth in lies. So, do not allow those who hurt you to stunt your growth. This keeps you from living the life that God has purposed for you. Instead, stand on your truth and continue to grow. Your growth does not only help you gain more understanding and acceptance, it also helps others to overcome their pain and reap growth, understanding, and acceptance. The negative

49

behaviors of others may very well impact your life, but you are more than what happened to you. Stand, speak, and walk in your truth.  There is an opportunity for growth in every experience, and unfortunately, it is not always easy to see. With a pained heart, growth can seem very farfetched; however, it is not impossible. There will be growing pains, but as you work through understanding and acceptance, growth will reign within you, making you stronger than you could have ever imagined. Remember, the devil meant it for bad, but God has always been in control, and He allowed it for good. Nonetheless, it is better to overcome that which hurts you, rather than allowing it to render power over you and hinder you in your growth.

### Don't Hinder My Love

Love will always conquer any pain that a person has ever endured.  I was created by Love, made in the image of Love, and Loved by Love. Therefore, love is natural. Although love is beautiful in all its ways, it can be threatening and even attacked by the very people that are close to your heart. When threatened, it can be difficult to love the person the same way before being hurt. However, allowing yourself to love through your pain helps you forgive and love past the persons' faults. Love takes more effort to hate, than it does to love because love is naturally created in us all.  It's like a newborn baby's love for their parents. The child's heart reflected before ever really being cognitive of it; the love is just natural.

Solange Knowles said, *Self-love is really a foundation for everything, and however you practice or express that is so, so important*. There will be life experiences that will attack you and become a threat to emptying you of your love if you allow it. As a result, you will be in conflict with those closest to you, but most importantly there will be conflict within you. Understand, love is your foundation and it thrives from your truth, your forgiveness, and your growth

so that you can become the person you were destined to be. I have realized that I do not exist without love because love encompasses so many aspects of life that I value—integrity, empathy, forgiveness, and mindfulness. Remember, love cannot be provoked. And regardless of the pain and broken hearts, love is still a gift that can be chosen for yourself and others. Love is not reconciliation with the person that has hurt you, it is merely forgiveness, acceptance, showing empathy, practicing patience, and humbling yourself, knowing that you have not always made it easy for others to love you. Most importantly, love empowers us to be bigger than the pain that we have endured and frees us from the bondage of a painful past.

Exodus 14:13
*Do not be afraid. Stand firm and you will see the deliverance the LORD will bring you today.*

# The Personification Of Beauty:

# Beyoncé Knowles-Carter

*If everything was perfect, you would never learn, and you would never grow.*

CHAPTER FIVE

# EXCELLENT LIKE BEYONCÉ
## ASHLEY GUILLARD

Everyone loves Beyoncé. I'm convinced anyone who doesn't love Bey is either "Becky with the good hair" or a spawn of the devil. People love her because she is the personification of excellence just like each and every woman in this book. However, as I wrote this chapter, I chose not to write about the makings of excellence. Though important, it seemed more important to write about women who desire excellence but fail to do so. My thoughts were solidified when I heard Malala, who is also an example of greatness, say she feared mediocrity more than the Taliban. She would rather fight for what she believed in than to be forced into a life that was not meant for her. She is excellence, Bey is excellence, and we are excellence. However, there are many beautiful women in the world who have the same opportunities as them but choose different paths. So, instead of making the Beyoncé chapter about excellence, I decided to make it about what happens when you fail to choose excellence. The truth is, there are many people in the world who let their downfalls subdue them to mediocrity.

53

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

Regardless, all have the opportunity to choose life. We all have the opportunity to Be Yoncé.

The fact that excellence is available and desired, and many choose to ignore it, is intriguing. It is intriguing enough to explore and determine what would cause someone to choose a less than desirable life. It didn't take much digging before I realized that some people aren't pursuing excellence because they are distracted, some are defeated, and many are both.  Just as there's an incredible force available to lead us to the fruition of our dreams, there's a force that would much rather see us in darkness, and that's because when people live in darkness, they can be used on the wrong side of spiritual warfare.

This life that we live in isn't all about us. There's a major spiritual battle in the world between good versus evil, and people are used as pawns in the battle. It is my personal belief that all people are born good. Afterwards, some people succumb to defeat due to life events that are beyond their control. They succumb to rejection, hate, rape, abuse, mistreatment, insecurity, and evil. This doesn't happen because there's a force that cares so much about their lives that he seeks to destroy it. Again, to this force, people are not that important. It happens because in the spiritual battle, people become casualties of spiritual warfare. Those who defeat the trials in their lives that were meant to keep them in darkness, become their own version of Beyoncé. Those who don't, become Lacey.

### The Story of Lacey

I used to judge you. I didn't understand why the smartest woman in my life could be addicted to something so detrimental. It wasn't so obvious at first, and from my point of view, you were excellence. Contrariwise, from your point of view, you were unworthy, and you were in pain. I observed your life. I witnessed you cast away nearly everything to stay laced. I used to question, *what is so*

54

*special about that lace*? It can do anything to you and you'd still go back to it. When is enough, enough? So many people are judging you. *When is she going to stop using lace? How many times is she going to go back to it? Somebody find Iyanla so she can fix her life*. Meanwhile, those same people who said those things were using their own version of lace incessantly. I observed the lives of those that judged you and I saw no improvement. I saw no room for them to judge. If, indeed, your addiction caused your excellence to fail, what was causing theirs? That's when I realized a lot of people use lace, sometimes including me.

It is the fix we need to overcome the missing ingredient in our lives that we so desperately need. While it is enough to get us from day to day, it isn't enough to fill us up for a lifetime and that causes us to chase it daily to fulfill our needs or relieve ourselves of pain temporarily. Some people realize they have a problem. Mostly those who are literally smoking laced blunts or any type of drugs. However, there are some people who don't even realize they are addicted. It's the same people who judge you, all while using their own lace.

Some of you may be thinking what does lace have to do with Beyoncé? To that I say everything. Perhaps her lace was the pursuit of excellence but instead of using it as a means to an end, she filled it with the Perfect Ingredient, made it of intrinsic value and cured herself of chasing it for a temporary fix. You see, with Christ, we all have the opportunity to turn our imperfections into lemonade. Liberation starts with asking yourself, *what am I concealing and why*? Once you dig deep into yourself you may realize the lace wasn't the problem at all; it was the need to remedy the "why." Take that "why" and mix it with all the ingredients that make you who you are, and instead of fixing it with lace, mix it with the Perfect Ingredient (God's love), and make lemonade.

This may be obvious at this point but if not, lace is a

representation of different things used as a temporary fix to a hidden problem. To Lacey, men and drugs were used to fix her pain of feeling unloved and to conceal the pain of being raped and molested by her step father at a young age. My fix, however, was selfish ambition. I sought to accomplish things and to be the best due to my feelings of unworthiness, which stemmed from my childhood experiences. I also used men to fix my feelings of incompleteness. Lace is different for everyone. It's that thing you do to conceal pain, feelings of inadequacy, and to feel loved. However, it is not a permanent fix to your problems and in some cases, it makes things worse.

Each subsection of this chapter begins with a poem. Some of the poems represent different forms of lace. The poems are also subjected to the paradigms of the readers. It may mean different things to each person or different things to the same person. I encourage you to read each with an open mind and from your own perspective so that you, too, can mix your form of lace with the Perfect Ingredient and make lemonade.

**Freedom**

*An opportunity of a lifetime*
*That some of us never get*
*Though it is readily available*
*The ones who get it are those who never quit*

The first step to freedom is recognizing you're in chains. Your "why" is holding you captive with lace and using it as a chain. It comforts you during your enslavement, contributing to a state of complacency. That means, there's something limiting you from reaching your full potential or holding you back from manifesting your destiny. Nevertheless, the lace makes it comfortable enough for you to accept it, and I call that #fakingit. It may feel good and it may even look good, but it's fake and it isn't good for the

soul because it doesn't allow you to grow or live the life you are truly meant to live. This form of slavery is mental because even though you aren't physically restrained, your mind is. Michael A. Singer, explains, *People do not understand how much they are suffering because they have never experienced what it is like to not suffer.* Now, imagine living your life enslaved and using lace to make it comfortable while not even realizing you're a slave.

Literally, lace is an open fabric that is created by looping, twisting, or knitting threads in a specific pattern. Lace by itself is delicate. What gives it strength is the power you give it in your mind. Every time you surrender to lace, you create another mental loop making it more difficult to overcome. But, like most obstacles, there's always a way to victory. To free yourself of captivity, you must gain control of your mind. I recommend faith, meditation, and enlightenment to defeat mental enslavement. All three have been beneficial to overcoming my personal battle with mental slavery and are also recommended by prominent spiritual leaders.

Before I explain the tactics to overcome mental slavery it's important to emphasize the reason for their existence. Once you stop using lace, you experience a level of discomfort. It is similar to the process of overcoming a laced blunt. You will face whatever it is that heaved you to the lace in the first place. In order to get through your "why," which may be some form of pain or fear or to come to peace with it, you must face it. During this period of withdrawal, you may face irritation, agitation, depression, fear, cravings, and you may even relapse. Faith, meditation, and enlightenment used as tactics to overcome those symptoms are designed to set you free, putting you in a position to overcome whatever obstacle that brought you there in the first place. To start, I'll tell the story of my mental lace, Cooks, a man who I used as a substitute for love during a love drought.

57

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

## Love Drought

### *Cooks*

*Why do we feel like love when we both know we aren't?*
*Why do we have so much care for our gentle hearts?*
*Why do we feel like the other half of our souls?*
*Why when I'm with you do we feel whole?*
*We both know that together we only make 10 twice?*
*So why does it feel like a worthy sacrifice?*

A love drought is one of the major forms of distraction that can hinder a life's purpose. Some people spend their entire lives trying to end this drought while their life's purpose withers into obscurity. It is what contributed to Lacey being so addicted to things and people, and although detrimental, masked her lack of fulfilment of love. A love drought was also the driving force for many of my actions from a young age up until my recent liberation. It stemmed from being separated from my brothers and sisters in the sixth grade.

Everybody desires to be loved because to be without it is unnatural and leads to damaging mechanisms that are meant to fill that void. Those who haven't discovered the Perfect Ingredient in their life are susceptible to this behavior, filling their bitter lemonade with self-damaging, poisonous ingredients.

To mask a love drought, most people use sex, marriage, men, women, overindulgence, drugs, work, selfish ambition, etcetera. They use those things because they don't fully understand the magnitude of the problem. They don't know how to fill the void in their hearts and some of them may not even know it's there. I know this because I was one of them. I know what it's like to be with a man that didn't treat me like I should've been treated. I understand being in an unhealthy relationship because it gave me what I thought I was missing. I remember recognizing I would not get what I needed out of that relationship, but I grew so dependent on

58

it that instead of facing my fears and leaving, I decided to Cook. Cooks gave me exactly what I needed but the fix was temporary, and I know now that no problem can be solved by ignoring it or masking it with a temporary fix. We must face our giants head on in order to defeat them.

If you recall, I stated there are three ways to fix mental slavery: faith, enlightenment, and meditation. A love drought can be fixed by using those methods to find true love. It starts with faith. Seek ye first the kingdom of God and all things will be added to you, even love. You have to trust that God has the ability to supply you with anything you lack. That you are made whole and that no external event can take away the love that God has for you. Secondly, meditate on God's word. *Faith comes by hearing and hearing the word of God* (Romans 10:17). Let the word of God fill the crevices of your soul until you no longer look to external things to fill you. When you meditate on words that uplift and guide you, you learn to rid yourself of things that tear you down. Lastly, enlightenment comes from God. If you stand firm in faith and meditate on God's word, enlightenment is inevitable. At that point you will not only be able to feel the love of God and have love for yourself, you'll also be able to spread love to others. The search for love, begins inside of your heart. Start there and with faith, meditation, and enlightenment, your love will overflow onto those around you.

**Six Inch Heels**

*Crush the Competition*
*All I do is win*
*The crown is first place*
*Do whatever it takes*
*Isn't that what's great*
*But if purpose is what I need to soar*
*I won the battle but lost the war*

59

I've spoken about the pursuit of excellence being used as lace. Don't confuse this with ambition fueled by love and purpose, that's what we are here for. This concept, however, is selfish ambition and is explained perfectly by Philippians 2:1-4:

> *Therefore, if you have any encouragement from being united with Christ, if any comfort from his love, if any common sharing in the Spirit, if any tenderness and compassion, then make my joy complete by being like-minded, having the same love, being one in spirit and of one mind. Do nothing out of selfish ambition or vain conceit. Rather, in humility value others above yourselves, not looking to your own interests but each of you to the interests of the others.*

To live in purpose is a selfless pursuit to be one with the spirit of God. Selfish ambition fueled by vain conceit and the need to advance above or control others, is not of the spirit of God. Therefore, pursuing selfish ambition misaligns you with Christ.

We have all encountered that one person who uses their accomplishments to belittle others and sometimes we have been that person. However, it is not always a lack of humility, sometimes they're just filling a void. For example, I have always had the desire to be the best at everything I do, and there's nothing wrong with that, but it stemmed from a feeling of inadequacy. I always felt unwanted. As previously mentioned, I was separated from my siblings in sixth grade and they moved with their fathers. I had the option to move with my dad but not without sacrificing my relationship with my grandmother who lovingly nurtured me as a child. I chose to stay with my mom to keep me close to the one who I felt loved me most, my grandmother. From then on, I felt disconnected with both of my parents, and this lead to a feeling of inadequacy amongst all of my siblings, maternal and paternal. To make up for that feeling, I pursued

60

excellence in everything I did. That selfish ambition fueled by the need to be the best was unhealthy. It led to negative energy because even though I did the right things, I did them for the wrong reasons.

God's love is the only thing that cured me from selfish ambition. While God has always been with me, it wasn't until She called me that I was even aware of the problem. I knew about my feelings of inadequacy; however, I was unaware that I was using the pursuit of excellence as a lace. I had been enlightened and finally understood that I didn't use excellence intrinsically, but I continuously pursued it because it was never enough.

Living a life of selfish ambition, regardless of the accomplishment, is never enough because selfish ambition isn't designed to fill the void that motivates it. The only way to fill this void of love and inadequacy in my heart was to be enlightened by God's love. Once I felt that true love, I was captivated. I only wanted to be in perfect alignment with my purpose so that I could be used by God and do all that I was created to do. Am I still pursuing excellence? Yes; however, the driving force behind it is love, not inadequacy, and now the feeling is more rewarding.

### Daddy Lessons

*Daddy*
*You are my comfort*
*You are my strength*
*You are my heart*
*Even when you are not*

Children gain confidence and security from their fathers. Our dads equip us for the world and teach us lessons that we learn simply from having them in our lives. Though it wasn't the perfect relationship, my dad was a major key in shaping who I am today. He always taught me about God and hard work. As a kid, I didn't understand why he cared

and pressured us so much to believe in God, follow God, and to go to church, but now I am forever grateful that he worked so hard to plant those seeds in my life. That simple effort makes up for everything else he lacked in my life. Now I have GODfidence and I know that no weapon formed against me shall prosper. I have the ultimate confidence and security.

On the other hand, the absence of a father can contribute to a lack of self-esteem that some people carry into adulthood. I've witnessed many adults struggle in life as a result of the absence of their father. Sometimes the absence wasn't physical, sometimes it was emotional. Everyone needs the role of both parents to be filled in their lives. That lack of fulfillment leads to damaging childhoods and temporary fixes to fill their void, but as I've mentioned before, if their void is not filled with the Perfect Ingredient, God's perfect love, it only makes matters worse.

It is even more challenging to pursue excellence when your foundation is cracked. To that I say do the best you can. No one has the right to tell you what to get over. The pain from an absent father is real and complex and takes time for people to overcome. Since this is a form of mental slavery and abuse, my advice is to have faith that everything that was meant to harm you will be used for your good. For it is said in Genesis 50:20, *You intended to harm me, but God intended it all for good. He brought me to this position, so I could save the lives of many people*. Use your pain as a platform to help other people.

### Be Yonce´

So, to Be Yonce´, is to stand at the top of your mountain as the personification of excellence because you took every imperfect ingredient in your life, mixed it with God's perfect love, and made lemonade. God uses all of our imperfections to strengthen, prepare, and use us. Her true love added to the lemonade of our imperfect lives transforms us from

unworthiness to a testament of Her love and grace. It is by no mistake that as I was writing this, I read day seventeen of *Joel Osteen's 30 Thoughts for Victorious Living*. It stated,

> *One of the main keys to overcoming disappointments in life is learning to let go of the past. You let go of the past by choosing to forgive those who have hurt or wronged you by believing that God will restore to you anything that was taken*.

Instead of concealing disappointments with lace, use faith to increase your understanding and to fill your spirit with whatever it needs. Meditate on the word of God to prepare yourself for any battle that comes to test your foundation. Lastly, seek God and pray without ceasing until you are aware of your purpose and overflowing with God's love.

Faith, meditation, and enlightenment used as methods to overcome pain in our hearts can set you free, but the power lies within your forgiveness to yourself and to those who trespassed against you. Keep in mind that your imperfections are used for you and not against you because God is made perfect in your weakness. Fill yourself with confidence from the love of God and use it to live and beat any giant along the way.

With love all things are possible. Love can conquer anything. *Three things will last forever--faith, hope, and love--and the greatest of these is love* (1 Corinthians 13:13). The key is to love yourself, your imperfections, your mind, body, and spirit enough to step out on faith to free yourself. To love God enough, to trust Her word, and to do both without ceasing to be enlightened by the love God has for you. God's love has the power to turn any bitter situation sweet, and that power that lies within you is waiting for you to use it, so trust the process. In a moment of desperation, remember to Be Yoncé, find that Perfect Ingredient and make lemonade. *I count not myself to have apprehended: but*

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

*this one thing I do, forgetting those things which are behind, and reaching forth unto those things which are before, I press toward the mark for the prize of the high calling of God in Christ Jesus* (Philippians 3:13-14).

Hebrews 10:35
*So, do not throw away your confidence; it will be richly rewarded.*

64

# The Personification Of Beauty: Maya Angelou

*We delight in the beauty of the butterfly, but rarely admit the changes it has gone through to achieve that beauty.*

## CHAPTER SIX

# A SPIRIT LIKE MAYA
## TOMMISHA WILSON

*Victory will not look the same for everyone, because our battles are not all the same; but there is peace after brokenness as long as you are willing to work through the pain.*
-Tommisha Wilson

Maya Angelou is the personification of endurance and determination. Although broken, she thrived on overcoming her pain and never allowed it to defeat her even if it changed her. Her determination to overcome odds symbolizes the phenomenal woman she was and encourages the perspective: change doesn't mean flawed. A story like mine, although her circumstances were different, the effects were still the same, leading to silence, shame, guilt, worthlessness, and self-doubt. When you share the same story as another person whether the circumstances are unfortunate or not, it brings you closer to the person. There is an undeniable understanding that I understand them, and they understand me, and more importantly we are not alone. Maya Angelou

said, *there is no greater agony than bearing an untold story inside you*. This is true for many people, and unfortunately some untold stories are buried in death along with people. This is the story of Dorothy Marie Williams.

Born in 1945, Dorothy was born to Jannie Williams, whom later died after child birth. As a result of Jannie's death, Dorothy was placed in the care of her aunt. She was raised to listen and do what she was told, often not being heard or seen for what she endured. At the age of five, she revealed to her aunt that she was being molested and raped by her cousin. Ignored and told she was lying, she experienced being raped until she became pregnant at age twelve. Labeled as promiscuous and a liar, she started to define herself through the eyes of those that scorned her. Distraught probably does not begin to describe how she felt about bearing a child by not just a rapist, but her cousin. She coped with the burden of being raped for years, as well as blamed herself for the splitting up of the family after they learned of the pregnancy. Some of her family finally believed her as she was consistent in her truth about being raped by her cousin.

Later, Dorothy had three more children, (none by the cousin) in which she loved them to the best of her ability. Her aunt basically raised her first three children, while she raised her last child. She made many mistakes, but she still did the best that she could, and she loved her children. Without the effective coping skills to rise above the pain she endured as a child, she couldn't give what she didn't have. Her ability to give what she did not have was deeply flawed by the immense pain that she found herself buried in daily. As a result, she coped by dangerously internalizing her feelings which led to her drowning herself in alcohol. Sadly, her alcohol consumption soon turned into an addiction that numbed the emotions she was dealing with from her childhood. In addition, because of her long history with alcohol, she'd conditioned her mind and body that alcohol

68

was needed, which resulted in her body not being able to function without alcohol.

When I was younger, I didn't understand the swaying back and forth, and the unbalanced person walking in front of me. There would even be conversations that she wouldn't remember being a part of. As I got older, I was around her more, and eventually moved in with her. Late at night, I would hear her crying herself to sleep. When she drank alcohol, her crying increased and she would talk about being raped and question *why her*. After she was able to gather herself, she would end her crying with an apology, in which I would tell her no apology was necessary. Looking at who she had become was a true reflection of what I know I could have become. As a matter of fact, I was her, but my pain was coped with differently. It still affected me the same-hindering my growth to become who I am purposed to be. For some time, we both did not give voice to our pain, and as a result we suffered. There were many times my will to quit was stronger than my will to keep going. However, just like her, love had mercy on me and kept me going for a little while longer.

Dorothy was my grandmother and my friend. She was truly a gift; if only she could have seen herself through my eyes. My love for her surpassed all the pain and addiction. I loved the way she loved her family, forgave people, listened to others, showed hospitality, displayed good work ethics, encouraged me and gave of herself. I admired her. She was more than the negative connotations that others defined her as being. She was my grandmother, who was broken but still loved and blessed me every day of her life. She encouraged me to be a better me. She showed me what imperfection looked like and wanted me to do better. But what she did not realize was that through her imperfections, I was able to see a loving and authentic person that showed vulnerability and because of that she exemplified beauty. For me her brokenness did not overshadow the love and the

accomplishments that she wanted not only for me, but for all her family and friends. She never focused on the flaws but uplifted and supported everyone in their good deeds. In addition, she had a way of making you feel proud of yourself, because she was proud of you. Dorothy Marie Williams taught me to always be humble and want the best for others, even if their best appeared to be better than mine.

*We may encounter many defeats, but we must not be defeated.*
-Maya Angelou

**Broken but Still Phenomenal**

When a person is broken, it doesn't mean the person cannot be used for the purpose of God's will. In our brokenness, there are weaknesses that lead us to exercising our faith which not only encourages us but also encourages and empowers those around us. Empowering people to rise above their painful circumstances is a gift that has a rippling impact. For example, my grandmother's name means *God's Gift* in Greek and English. I believe her mother, who chose my grandmothers' life over hers, was intentional when selecting my grandmother's name. She was a gift from God to my family and I because she showed us what brokenness looked like as she lived it. At the same time, there was power and strength in what she did not do or say. For example, she wanted to protect her child born from rape by not disclosing how she was conceived. She did not want the child to ever feel burdened with guilt of being a product of something that was so evil. Despite how the child was conceived, God turned what the devil meant for evil, into good, Genesis 50:20. Her child was a gift to life. Likewise, Dorothy gifted us all with love and courage to rise above our own brokenness and fear. The respect that people had for her was a reflection of how she treated others and left them feeling like they were not only loved but valued. Regardless of her

brokenness, she was still phenomenal – rising to the occasion to love me and others through our pain.

There will be a point in our lives when we will feel broken and not understand the pain that we're experiencing. It is important to our children and anyone that we have allowed to see us in our vulnerability, to see us never give up. It doesn't make us weak to be seen as vulnerable; it's when we are vulnerable that we are most honest with others and ourselves about our feelings. It's only when we acknowledge the pain within us, that we can start the process of moving forward. In time, the pain lessens, and we are stronger because of the hurt we have endured. There will be scars left behind but past pain doesn't devalue how phenomenal we are. Furthermore, when we rise above any adversities in life, we are phenomenal.

### Power in Change

Maya Angelou said, *I can be changed by what happens to me, but I refuse to be reduced by it*. Change is not supposed to diminish your potential to be better, but on the contrary, change provides an opportunity for growth, understanding, and healing. Allowing bad things that you had no control over to diminish your way of life holds no value and relinquishes any will to overcome such circumstances. There is power in dignity and self-worth, growth, and understanding. The will to fight for your peace empowers not only you, but those who know your story and can see the light in your will to never give up. Over time, life happens, and change occurs in everyone. However, change is not to overshadow your purpose, but to come as a light so that the path of your purpose can be easily seen and pursued. In my life, change has proven to be powerful beyond anything that I could have imagined. Change has given me a different perspective in many aspects of my life. For a long time, I did not understand how powerful change could be concerning myself. But as I grew through the changes

concerning my mind, body, and soul, I was able to rise above the unfortunate circumstances that hindered me from fulfilling my purpose. It was not easy, and it still is not, but through prayer and obedience, I am strengthened; what God has for me, it is for me. What God has for you, it is definitely for you. So, change may manifest in us, to get us where we need to be in time to be used for a greater purpose than we could have ever imagined. Understand we have control over our thoughts and our reactions in regard to any change, whether change concerns us internally or externally.

### Spiritual Sanity

Spiritual sanity is having your life in line with God in order to be used for God's will; understanding that when you sin you can repent and mend your relationship with God. In addition, protecting your mind by thinking on those things that are high, and against desires that cause you to be enslaved to sin. I have realized that protecting my mind solidifies peace and power that only God can give me when I do all I can and leave the rest to Him. As we all may know, there is nothing new under the sun. Although no one person is the same, there will always be pain, hurt, and brokenness that causes us to question our existence. Pushing through with understanding and forgiveness helps us to realize our purpose if we trust in God. Having a spiritual mindset allows us to acknowledge that God does not tempt us and that He also does not test us, James 1:13. When we understand and internalize this thought, that temptation comes from our own desires, which lures us and draws us away. Those desires give birth to sinful actions, and when sin is allowed to grow, it gives birth to death, James 1:14-15. So, we must be careful of the influences that we encounter in the world- knowing that our heart and mind is one in the same, and if we do not have a strong foundation in the Word of God, we will become enslaved to sin. Keep in mind, spiritual wisdom births spiritual sanity, which is far better than any college

degree, because there is no degree like having your name written in the Book of Life and ultimately graduating to Heaven.

No matter what has happened to me throughout my life, I have always found sanity in God. I haven't always made godly choices in life, and I am grateful for the grace that covers me and gives me another opportunity to do better. The same compassion and forgiveness that God gives me when I fall short, I choose to give it to those who have hurt me. Not because they deserve my compassion or forgiveness, but it allows me to move forward and love them like I love myself. I hope nothing but love, grace, and mercy for them in their life. Honestly, I would have never been able to move forward without God's strength and being obedient in regard to loving God with all of my heart, all of my soul, and all of my mind. In addition, God's love for me is so great that my understanding will never truly be sufficient, so I choose to love from where I am and hope it is pleasing in God's sight.

### It's Time

Time is controlled from the beginning to the end. Time is the first and it is the last. Time demands respect. Disrespecting time is like saying you'll see a person tomorrow, forgetting that life is like a vapor; one day you're here and the next you are gone. In time, truth reveals itself, truth just like time does not give warning. It is the truth in all essence, and demands respect from past, present, and future. Time is not to be abused, it never sleeps and its patient even in the midst of chaos. Time is borrowed but can never be paid back. Time is priceless, it cannot be replaced nor can any amount of money purchase it. When time ticks, it has the power to love and condemn simultaneously; never knowing when time is up. It's like a thief in the night, who doesn't give notice before coming. Time does not take into account your goals, it pursues its purpose for your life without your

73

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

consent. Time gives, and time takes away. No one truly understands time, as time is of one day but like a thousand years, and a thousand years a day. In time, everything is made beautiful, but it's the desires of the heart that turns beautiful into reprehensible ways. Time does not show impartiality and has no favorites. While the time is now, use time wisely because it does not take kindly to waste.

Dorothy Williams, my grandmother, taught me the importance of time. Perhaps, the timing of her birth at 10 p.m. gave her a sense of respect for time. Or maybe out of 17 child deliveries from her mother, she was the only child born alive and survived many years. Her mother had 17 births, 15 born dead, 1 child that lived to be only 3 months, and my grandmother. She was number 17, but to me, she was number 1. Either way, she valued time and shared that value with me. I internalized respect of time to the point that led me to rigged thought patterns that made me cringe at the thought of being late. Now I have a deeper understanding of time, time is to be used wisely, but ultimately it is more about who has control over time. When I show through my actions that I respect time, I show appreciation to my Creator for giving me time to choose Him. In choosing Him, I show appreciation for the sacrifice of His son by living in a way that pleases Him. The time with my grandmother gave me more than I could have ever asked for and for that I am grateful. More importantly, I am grateful for her encouraging me to not only live but live with a purpose.

Proverbs 4:23
*Above all else, guard your heart, for everything you do flows from it.*

74

# The Personification Of Beauty:
# Taraji P. Henson

*I don't harp on the negative because if you do, then there's no progression. There's no forward movement. You got to always look on the bright side of things, and we are in control. Like, you have control over the choices you make.*

CHAPTER SEVEN

# COMMAND LIKE TARAJI
## SHAUNTRICE DEWBERRY

*Command; be in a strong enough position to have or secure (something).*

I know a woman who has completely commanded nothing but the best for her life. When she was young and wild, I admired her *I don't give a damn* attitude. She came from nothing, and I watched her go from one bad situation to another. I learned by watching women like her and other women around me. Seeing their unhappiness and their hurt, taught me not to put myself in similar situations. I wondered if this woman acted this way because of the lack of love in her life. It was something I truly identified with, so I couldn't help but think maybe the need for love was normal. When you're vulnerable, going through life just looking for someone to love you, you tend to fall for just about anything. She had her frogs which never turned out to be her prince – but just men projecting their hurt onto her. The glory in her story is that she realized she was better than all the verbal abuse she encountered. When you understand your power,

77

you start to command more out of life. When you start commanding more out of life, you start accomplishing the very thing "they" said you couldn't. Finding your strength is powerful. Most women are tied to people that don't want to see them elevate, but when you're in your commanding season you have to cut those type of people off. When you're commanding you have no time for distractions. Never feel because one person sees you in a negative light, the next person will have that same view.

**Around the way girl**

The phrase "around the way girl" is simply a girl with hopes and dreams with a plan to make something happen. She's someone you see here and there and is really down to earth. I have sat back like many of us do saying I want to do this or I want to accomplish that but never putting maximum energy or effort into actually doing it. Reaching our full potential actually scares most of us because the work that success requires isn't easy. To be in command of your destiny is something we should all want and strive for, the same way Taraji's commanded her outcome in life and never took no as the final answer. She was able to keep climbing after being told over and over what she can't do or what won't work. She didn't just prove it to the naysayers, she also proved it to herself that she was more than capable of making a way for herself. She had the faith of a giant to move herself and her son to LA with $700 and a dream that was planted on the inside of her. Nothing just happens. Taraji had to put in work for years to get to where she's at now in life. It was her faith that carried her to the next level of success. Faith may seem like a hard thing to master but that's the beauty in believing that it will work out in your favor. I have let so many people project their insecurities onto me. I would tell myself to be happy with being a wife and a mother and the things I have. Not saying I wasn't happy but there were things I wanted to accomplish beyond being a wife and

78

mother. I would always put my dreams to the side and watch others flourish. I boxed myself in because I didn't command a change within myself. You can only go with the motion for so long. When dreams keep growing on the inside of you, you will need to water them eventually. At some point in life, you have to be determined to win and fully accept responsibility for your outcome. Your life isn't anyone's problem to fix. I played the blame game a few times in life. I blamed myself for not having a fair upbringing. It became a crutch. It was the excuse I gave myself for not getting certain things done and for not going after my dreams when I was fully capable of doing so. We all have played the blame game, it's more about what you do after you realize you can't place your feelings or dreams in someone else's hand. You can't command anything in life if you're still blaming others when you have full control. Yes, I've had disadvantages and things that have held me back for a long time. However, accountability will take you far – it keeps you grounded and on your toes. When you're accountable for the things you do, it shows a result at the end of any task.

**Age ain't nothing but a number**

Two decades later and Taraji is now one of the most talked about celebrities. Age becomes a factor when going after your dreams. We often think because we are not a certain age or at a certain level that we won't gain success. There isn't a time limit on success. The trick is staying consistent and developing good work ethics. You will face rejection, but rejection should only make you stronger, because there is a lesson in each door that seems closed. We may not like rejection, but your success is determined by how many times you get up and keep pushing. Taraji did just that by going from audition to audition for two years to finally getting her foot in the door in 1997. She landed a starring role in *Baby Boy* in 2001. She was patient and more focused on the work instead of the fame of it all. The dream

that she commanded was inside of her since the age of five.
Even when she thought she had given up on her dreams, she
was brought right back to them. Society will make you feel
like if you're not doing such and such by a certain age,
you're not doing anything. Create your own level and be
happy! The age issue will keep you depressed if you let it.
We aren't meant to be on the same level as our peers.
Mentally and physically our growth is different. Embrace
your age and who you are in this moment.

### Be true to who you are

In today's world, walking into a room is a full-on
interview that you knew nothing about. You're being judged
before you even speak a word. Being a woman isn't easy.
We often overthink about how we come off to others. Social
media can make you feel like you need to change who you
are. Taraji's not afraid to support those around her without
feeling like it will dim her light. Often, we feel that we have
to dim what we are good at to make others around us feel
comfortable. Even though Taraji is now well known for her
character Cookie in the hit television show, Empire, she still
remains graceful and humble as ever. By simply being
herself, she commands your attention. You come first, and
your beauty is secondary. Be true to who you are and allow
yourself to shine. We are all capable of accomplishing our
dreams and shining just as bright. Just never forget who you
are in the process. There are social media platforms out there
that will have you believing that you need to be someone
else. Understand that God cannot bless who you pretend to
be. God made you the way you were intended to be. Embrace
who you were created to be. There is only one you, don't
deny the world of your special presence.

### Faith | Without God I'm nothing.

You're going to need every bit of your faith to see you
through every stage in your journey. Whether it's becoming

a better person or going after your dreams, faith is an action. Faith takes work and there is no way around it. Let's say you start a business that no one around you believes you can pull off. Instead of letting your insecurities hold you back, make a plan. Work hard to put every piece of the plan together. It may take you six months to a year, but you'll soon be ready to broadcast your business. Your faith, works and belief in yourself will make it possible to start your business. No, it isn't going to be easy, and yes, you will want to give up. But as long as you stay focused on the bigger picture, faith will take you cross the finish line every time.

Hebrews 11:3 NIV
*By faith we understand that the universe was formed at God's command, so that what is seen was not made out of what was visible.*

2 Timothy 1:7
*For God hath not given us the spirit of fear; but of power, and of love, and of a sound mind.*

# The Personification Of Beauty:
# Harriet Tubman

*If you hear the dogs, keep going. If you see the torches in the woods, keep going. If there's shouting after you, keep going. Don't ever stop. Keep going. If you want a taste of freedom, keep going.*

CHAPTER EIGHT

# HEART LIKE HARRIET
## ASHLEY GUILLARD

My Queen, Harriet Tubman, is the personification of pursing life with heart and purpose. Regardless of the harsh circumstances of her life, her pride and heart never withered. She was enslaved. She was badly beaten as a child. She was separated from family and friends. She was hit in the head so bad that it caused a brain injury. Although she went through those horrific things, she used her trials to build herself instead of cowering in defeat and fear. What was meant to weaken her instead strengthened her and groomed her to be a person that slayed giants. You may wonder how anyone could have a heart as fearless as Harriet. It would take a tremendous amount of courage to be a tenth of what she was. However, we can take from her, the burning desire to live with purpose to make an impact on the world and in our own individual lives. We can learn from her the heart it takes to turn things that were designed to make us victims, into things that make us victorious. Like Harriet, we can decide to choose purpose over pain, purpose over profit and purpose over pleasure. In all the days of our lives, we can

83

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

choose to have heart like Harriet.

### Heart like Harriet: The Story of Charmette Christmas

I used to think that it took an immense amount of heart to die until I witnessed my cousin Charmie, also known as Charmette, use an immense amount of heart to live. She exemplified what it truly means to have heart like Harriet. The irony is, her yearlong battle with her health, started with a bad heart. Maybe it's not ironic, considering Harriet's legacy is that she was a pioneer for freedom even though her life started out as a slave. Perhaps our end is a direct reflection of our beginning. Charmie's beginning was entrance into a hospital to treat a bad heart. However, that same heart gave her the will to live another year.

The last year of her life consisted of battle after battle. Her daughters and I felt the fight she was going through was spiritual because a lot of it just didn't make sense. She battled with one problem after the other. When she beat one thing something else happened. It was like the components of her body lined up and as soon as she beat one the other came to get her. It was a literal battle with life that seemingly couldn't beat her because she had heart! Through it all she battled each opponent with her fists up and her nails polished, and she kept going. There were times she wanted to quit, but it was like Harriet whispered in her ear keep going. *If you want to live keep going. If you want to see your family one more time, keep going. Don't ever stop. Keep going.* The pure love inside her heart is what fueled her will to fight.

We can all learn something from Charmie and Harriet. We can learn that nothing can beat a heart filled with love and determination, not even death. In the end of Charmie's journey she left with a message, to let go of pain and to *do your thing*. Always use your story, your beginning, your hardship, and your pain to fuel you, but understand that there comes a time when you have to let it go to free yourself.

84

There's no doubt in my mind that when Charmette Christmas left us, it was her choice. She left on New Year's Eve. It was as if she not only wanted to leave the year behind but the pain too. It was time to release the pain that she once used to fuel her to free herself. Now she is free indeed.

**Find Your Why**

You don't have to be on your death bed to have or need heart like Harriet, but it is necessary if you are fighting for your life. That is, the life you are meant to live, your purpose. Self-discovery and ultimately, self-transcendence starts with an inquisitive spirit and the will to find your reason for existence. Finding that reason is not for selfish ambition geared to unlock doors for yourself. It is for you to unlock doors for yourself and for others. Undoubtedly, Harriet's heart did not stem from selfish ambition. She didn't stop at her own freedom, she went back to free countless others as well. She was fueled by a desire so big that it can only be explained by spiritual alignment with purpose.

At times I contemplate if living with purpose is a privilege as I witness others settle for merely existing instead of living the life they are supposed to live. However, it's not a privilege, it's a right that we all have access to, but it is underused because of distractions and fear. Those who take advantage of this right, find that life is liberating and worth more than the naked eye can see. Once discovered, living any other way is unappealing and unworthy. However, finding your why doesn't come easy. You'll be severely tested. You'll be required to sacrifice. You may even shed a tear or two. Through it all, know that the spiritual forces with you are greater than those against you and it is your faith that will carry and keep you.

To find your purpose, you must get to know your inner self and connect to the spiritual realm. For me, it started with a call from God and a spiritual journey that would potentially take others out. A journey that was needed to properly align

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

my spirit, mind and life. No one promised it would be easy, but it is worth it. To me, living the life that you were created to live is the ultimate success. To get through the journey, you will need heart like Harriet because *one things for certain, just like death and taxes, battles are guaranteed* (Sarah Jakes). You'll go through them whether you manifest your purpose or not, so you might as well make it count!

### Purpose before Pain

Head injury, whipped, slavery, divorce, heart attacks, infections, miscarriage, poverty, loss of friendships, spiritual attacks, mistreatment, these are some of the very painful things that Harriet, Charmette and I had to go through while pursuing our why. I say all of that not to deter you but to enlighten you. Whatever you went through or will go through for your why, will ultimately lead you to your purpose. It's all a part of the road to get you there. Similarly, through-out this book, we tell stories of affliction, rape, molestation, rejection, hardships, etcetera, but in those same stories comes a burning desire to turn that pain into triumph, success, love, and purpose.

There comes a moment in your process where you start to embrace pain instead of being victimized by it because you know what it leads to. *It was good that I was afflicted*, said Bishop T. D. Jakes as he shared a powerful message about the moment when someone realizes that pain is nothing compared to the bigger picture. Psalm 30:5 explains this moment perfectly: *for his anger is but for a moment, but his favor is life. Weeping may endure for a night, but joy comes in the morning.* Those who choose to let pain beat them, stay weak. Those who embrace pain and use it as fuel for purpose become victorious. This is what Harriet meant when she said, *keep going*. She said that because she could see the end. Your vision, your why, your purpose at the end. If you can see it, you will believe it and if you believe it, nothing can stop you from getting there.

86

You don't need a heart like Harriet to do something that's easy. Easy things are for anybody. Ergo the reason easy things lose value because anybody can have them. You need it to be great and greatness isn't for the weak, it's for the chosen. As you choose purpose over pain, know that through every battle, you come out the other side a stronger person, a better person, and a step closer to realizing your purpose.

### Purpose before Profit

This is the hard part for me. Money is important and essential to living a comfortable life. However, I also acknowledge that it is not as important as purpose. *It is written, man shall not live on bread alone, but on every word that comes from the mouth of God*, (Matthew 4:4). Rightfully, we all want to bear the fruit of our labor and some of us deserve it. Even Harriet filed lawsuits to recover well deserved compensation for her work. However, purpose trumps profit. All decisions can't be made based on the bottom line, some will have to be made based on staying in alignment with your purpose. Harriet lived out this principle. She wasn't motivated by money alone, she was motivated by purpose and the opportunity to free herself and others. What we can learn from her experience is to value ourselves enough to demand what we deserve for our intelligence, hard work, and dedication without being so prideful and letting the lack thereof stop us from pursuing our God-given purpose.

Putting purpose before profit is not an excuse to be taken advantage of or a reason to work without fair compensation. It is about trust. Trust in your anointing which is directly linked to your purpose. Trust that the persistence and dedication you exalted to pursue your purpose will result in not only money but wisdom and understanding that money can't buy. Trust that while you are in pursuit of aligning yourself with the universe, by pursing purpose, that God and the universe will also take care of you. If your needs

are not being met, do what you have to do to keep profit from interfering with your purpose.

There may be opportunities that come your way while you're in pursuit of purpose that seem profitable but really serve to distract you and keep you from progressing towards divine alignment. That's why purpose before profit also means to reject opportunities that don't serve you. This isn't punishment, so try to avoid feeling like you sacrificed something you won't get back. The idea is to keep you in alignment with your purpose and true life. Besides, the inverse is a lack of fulfillment and emptiness. You may have temporary sacrifices along the way but just like Harriet, it would have all been worth it in the end.

### Purpose before Pleasure

Purpose before pleasure is about sacrificing comfort to be obedient to your mission. It would have been comfortable for Harriet to escape slavery and stay out of harm's way, but she chose to sacrifice that pleasure to free others. Her selflessness reflects the same selflessness Jesus showed as he walked to the cross. I know this book is primarily about women, but let's take a moment to reflect on this. Jesus walked to the cross knowing he faced the most painful challenge of his life, but he also knew he had the choice not to go. The reason why He chose to go was simple (and similar to Harriet's decisions): freeing people from iniquities was greater than the sacrifice and it was God's will. Many great people throughout history have been through it and many more will go through it, but it's all about the mission and the journey along the way. In *The Alchemist*, Paulo Coelho provides the purpose of the journey by explaining, *the soul of the world is testing you.* The Holy Bible, however, offers the result of the journey and explains it's to build your character.

I try not to make pursuing purpose sound so harsh because it really is a beautiful experience. However, every

moment along the way won't be peaches and cream. Sometimes the dogs will bark, and the torches will seem near, and if you want to be free, you won't have any other choice but to keep going. I find my energy turns into anger and bitterness during times like this. During those times, I imagine Harriet with the runaway slaves also being angry and bitter. Did they deserve the mistreatment? Did they deserve to have to go through so much to be free? Did they deserve to be treated so badly by the universe and life's circumstances they were born into? I do not think so. However, that doesn't change the fact that it must be done in order to get to the other side.

The key to being resilient throughout your journey is to enjoy the good times, embrace the challenging times, and trust the process. You already know the end result because it is your vision. Now you have to trust that everything you're being obedient to is leading you to it. Pour into yourself the word of God during hard times and good times so you don't lose yourself. Remain grounded. Remember that people that have gone through much more have accomplished much more, and you can too. It's the cards you've been dealt. Put all you have on the table and make twenty-one.

**Slay the Giant**

Fear is the opposite of freedom, so on the surface, Harriet's problem was to overcome slavery, but the real giant was fear, and she slayed it. It was the same for David. On the surface, his problem was preventing the Israelites from succumbing to slavery under the Philistines, but again it was a battle with fear and purpose, and he decapitated it! Contrary to what many believe when they read about the battle between the Israelites and the Philistines, the giants they slayed weren't external, they were inside of them, but the key to overcoming these giants was also inside of them. It's the same for you and me. All we have to do is slay the giant (fear) inside of us because courage beats fear any day.

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

A fear of defeat. A fear of missing out. A fear of humiliation. Those are some of the things people fear in the pursuit of purpose. The truth is, you will miss out on some things, you may be humiliated, and you may fall down seven times. However, the key is once you fall down the seventh time, get up the eighth time, and stay there. It will appear that you're suffering while those around you who settled for mediocrity are not. During those times, ask yourself what life you desire to have. Do you want to be the one who overcame battles and lived with purpose or the one that settled for complacency and mediocrity? If you choose the first life, use that desire to fuel you enough to overcome fear. Harriet overcame fear and discovered that she was more powerful than anything that could have held her back. I know this because she went back to face those fears again so that she could help others.

Now, dig deep inside yourself and ask, *What am I afraid of*? Analyze what you come up with and determine if it is a rational fear. If so, create a way to overcome it. If it is an irrational fear, determine where it stems from and mend it. Personally, sometimes I have a fear of being wrong about my dreams. It's absolutely horrifying to think that all of my sacrifices, actions, time, and heart that I put into my dreams could be in vain. To mitigate that fear, I consider the path of others, biblical lessons, the divine activity in my life, and results. If I have no results, I determine if I need to keep going or try something different. I usually get to the answer I need through prayer. In the end, I choose faith over fear. I do this because I trust that if I'm wrong, I'll be guided back to the right path. I put my life, my dreams, and actions in God's hands and ask to be led the entire way. If I encounter trouble along the way, I know that it is happening for a reason and only for a season.

### Free the People

When you slay the giant and obtain freedom like

Harriet, it is your responsibility to use your knowledge, skills, and abilities to free other people, and you should free the people until everyone is free. Most people who leave positive legacies have done so by adding immense value to the lives of others by helping them and guiding them to freedom. Being aligned with purpose makes an impact when you express it through work and relationships. The world, your community, would have been better because of you whether it be by direct impact or inspiration that they too can align with purpose and be free.

There's a quote attributed to Harriet Tubman: *I freed a thousand slaves. I could have freed a thousand more if only they knew they were slaves.* Harriet may not have said those exact words but that doesn't make the statement any less true. It can be very frustrating trying to help someone who doesn't know they need your help. Here's a solution to that problem: don't try to help them. Focus on helping those who want your help and pray for those who need your help but refuse it. Even Jesus said, *those who have ears let them hear* (Matthew 11:15)*,* but he didn't try to make them hear. They were either able to receive his message or they weren't. Similar to Jesus, Harriet freed those who wanted to be free and left the others behind.

To be in a position to change the lives of others is a gift and a blessing. More importantly, it's a responsibility to yourself, to God, and to the people who need you. Bishop Olaofe, at Household of Faith for All Nations in Georgia, once said that there are some people who have the key to other people's destiny. That level of servitude can feel burdensome if not treated with love and care. However, it can also be rewarding because there's no better treat to the soul than to positively affect the life of someone else by showing them love, freeing them of darkness, showing mercy, and exemplifying Gods love. When doing so, you may have thought you were doing something for someone else but in reality, you're doing it for yourself too. Each time

you free someone else, you free yourself and you fill your heart with love. That's the true bottom line: love.

## Keep Going

Complacency kills. It kills dreams and it kills lives. I'll never forget walking pass a sign that had, *Complacency kills* written on it while being in AR Ramadi, Iraq fighting for *Operation Iraqi Freedom*. I was reminded every day that if I forgot the reason for being there and the circumstances around it, that could literally result in my death. It turned out to be true. Complacency does and did kill, literally and figuratively. I assume the literal aspect of complacency is obvious- being unaware of your surroundings, succumbing to danger, or not paying attention to dangerous things. Figuratively, however, may not be so obvious. Being complacent during and after your journey means settling for something that is less fulfilling than the life you were supposed to live. Harriet definitely didn't let the comfort of being free from slavery stop her from fighting for all she deserved and for the rights of others. Follow in that same example. Scrutinize areas in your life that you may have lacked on and choose progression over complacency.

A major lesson I learned from Harriet is to keep going and to be consistent. A lack of consistency is a lack of trust. To lead people, to lead yourself, you have to be consistent enough to gain the trust of yourself and others. Manifestation of your personal legend, your purpose, your why, relies on your ability to start the quest and the longevity to finish it. Inconsistency takes all your previous hard work and throws it away. Compare it to a weight loss journey. If you're inconsistent, you will either not get results at all or you will gain the weight back. Simply put, just keep going until you're there.

Never lose your heart or the love, courage, and the faith stored inside of it. Endure the ups and downs and never quit. Anytime you think of giving in remember the dogs are

coming and that you need to out run them. On the other side of the journey is your freedom. Behind you are those who don't believe in you, those who fear your journey, and those who follow your footsteps. Keep going towards the light. If you feel low on fuel, remember, to even have the courage to pursue your why means that in your heart lies everything it takes for triumph, like Harriet.

1 Corinthians 16:9
*For a wide door has been opened to me and with it are many adversaries.*

# The Personification Of Beauty: Monica Brown

*If you think you are powerless, then you are.*

CHAPTER NINE

## THE MAKINGS OF ME… LIKE MONICA
### SHAUNTRICE DEWBERRY

Imagine keeping part of who you are hidden from those that are supposed to know you best. I'm not going to say it's tea time, but I am going to fill your cups. In this chapter I explain who I am and why I'm a bit guarded when it comes to my personal space. I didn't always look at myself as being pretty. My 9th grade year was kind of different. It was like stepping into a new me where I actually felt pretty. My tall height didn't bother me as much anymore. It was now the occasional looks that were a bit uncomfortable but also new to me. I can't lie, it felt good and very weird, but I chalked it up to a growing stage.

Even though I was being noticed more, it was never really by my peers. It was always guys much older than me that would see me around the neighborhood. There was this one guy who was close to the family, so I pretty much trusted him. He didn't ever give off a bad vibe towards me. I didn't think he would cause me any harm because he knew my family. We never really had much interaction with each other. One day I was about to walk home, and I saw the

95

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

family friend, let's just call him Eric. Walking home from school was normal, it was just a couple of blocks away from home. Eric was riding pass the high school and he signaled for me to walk over to him. Once I made it to his car, he asked if I wanted a ride home. I said yeah because he was a familiar face plus I didn't want to walk. I get in the car and once the car in front of us pulls up, we drive off. I noticed he was going in the opposite direction of my house. He told me that he had to pick something up from his house and that it would be quick... That should have been a red flag, right? Well I was young and just happy not to be walking home in the sun. We get to his place, and he asked me to come in. I get out and we go in the apartment. Eric went to the back to get whatever he needed to get. I could hear him coming back so I headed for the door, thinking he got what he came home to get. He then grabs my arm and pulls me into him as he is pulling me, he says, *I've been wanting to do this for a long time.* He started kissing me, in my mind I'm thinking what do I do? I can't move. It's like my body wouldn't move. Where did this come from? Why didn't I see this coming? It felt as if everything was moving in slow motion, but I still couldn't move. I was in shock because everything was moving except for me. By the time I snapped out of it, I ended up on the floor with him on top of me. The sad part is this was a feeling I knew too well. Just by habit, the same thing I told myself before is the same thing I told myself at that moment... *It will be over soon*.

For some reason, I thought by closing my eyes would protect me. I guess Eric noticed that I wasn't into it and he asked if I was okay. I answered yes because I just wanted to go home. Luckily his phone rang, and it was his wife, yes, his wife. I don't know what their conversation was about, but he quickly got up and got out the house. As I'm sitting in the car, he asked me again if I was okay, I answered *yes*. When we made it to my grandmother's house, I hopped out and headed straight to my room and locked the door behind

me. I think maybe a few tears formed but I couldn't even cry. I didn't know who to tell or if anyone would believe me. I started blaming myself for even getting in his car. I didn't feel like I could tell anyone because I was afraid of being told I had no business getting in the car. I was also scared of getting Eric in trouble. I didn't have anyone to protect me. I barely knew my dad because he was always in jail and so were my uncles. Days, weeks, and months went by and I was still struggling with what I should do. I started struggling in school to the point where I was going to get put out of the magnet school I was attending. I was obsessing over what happened to me and I stopped focusing on anything else. My grandmother just thought I was being lazy not wanting to do my work, but it was much deeper than that.

Erics politeness came off as caring and in my mind, I started to think maybe what happened was okay. I was 14 with too many secrets to bare and too scared to tell. I didn't see Eric again after that but for some reason I wanted to. I can't really tell you why I wanted to see him, but I did. Here I am battling wrong and right, while trying to figure out my identity. I often asked myself why certain things kept happening to me. As frustration and anger filled my thoughts, I became a little more guarded than I was before. The battle with myself never stopped. I always wondered why this happened to me. I told myself things like, *this don't happen to beautiful people.* A few years go by, things change, people change, and life moves on. However, even though we change, some scars are often hard to cover.

One day, I was getting up from a nap, and I wasn't sure if my grandma or papa was home because the doorbell kept ringing. I finally went to see who was at the door. As I opened the door, I noticed Eric standing there. The scar that I tried so hard to cover was standing a few feet away from me. The only difference was I wasn't that 14-year-old girl anymore. I was older with more issues than I could count, and he was one of those issues. I didn't say anything for a

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

few minutes because those memories started replaying in my mind. He asked was my grandmother home and I responded no. There wasn't a, *how are you*? *I'm sorry for what I did to you*. Nothing. Not really sure why I thought there would be. He asked if I could give my grandmother his number. As he walked off, I closed the door. One thing I learned to do was bury things that had happen to me. It was difficult to be confronted with a bad memory. I don't know why but I let it go. A week later, Eric stopped by my grandmother's house again and asked if I had given my grandmother his number. I answered *yes*. I felt he was becoming a bit comfortable and I blamed that on myself. I usually have very few words when I feel uncomfortable so every answer I gave him was short. He then asked why I didn't use the number to call him. Shocked he would even think it was okay to ask that.

I could feel myself getting a little heated as he steps towards me. He leans in and kisses my neck and says, *You know I care for you.* That did it, I melted but I was still angry. What was this feeling that I couldn't let go of? I couldn't even tell you where these feelings came from. I felt controlled by him. It was like he knew I didn't tell on him before, so he's probably assumed I wasn't going to tell this time. By me not telling the secrets of the people that wronged me, it gave them control over me. Too scared to say NO and too scared to even tell. There are some people that are really good at playing on your vulnerability.

We began texting just about every other day. Our conversations weren't about much – just the *I'm going to come see you today* which never happened. I was okay with him not actually coming to see me because I still felt uncomfortable around him. I couldn't figure out why I was so drawn to him. Was it because he was showing me attention or was it because he seemed to care about me? I started pulling away because I couldn't find answers to the questions I was asking myself. This situation was definitely unhealthy and twisted. How did I manage to think this was

98

a person that cared for me? Well that's what he told me. Silly me to believe such a thing.

I would get text messages asking me to come outside. I would overlook them but by this time he could tell when there was no one home with me. He comes to my house and as soon as I open the door, he grabs me with a lot of force and starts kissing me. As he is kissing me he is also leading me to my room. He gets on top of me and starts to take off my shirt. At that moment, I felt utterly disgusted and frustrated. It was like someone stepped inside of me and said, *stop*! I couldn't allow something or anything else to be taken from me again, so I said *stop*! The next words out of my mouth were *please leave*. With no hesitation, he got up and left. There were no more texts or calls after that day.

*How to break a young mind down is by giving it all negativity and never feeding it positivity and possibility.*
-Shauntrice Dewberry

### Don't Take It Personal...
*Don't take it personal, you will get over it. Don't take it personal, you're not the only person that's going through stuff. Don't take it personal, things happen. Don't take it personal, you're not that cute. Don't take it personal, you don't have much to offer.*

*Well personally I'm fucking taking it personal!*

I used to build walls so tall for anyone I entertained, but it was never personal. I was cold and didn't care. It wasn't confidence, but I built this persona about myself that would make anyone think I was confident. Boys or even men couldn't be trusted. Those words *I like you* didn't move me anymore. I didn't jump through hoops to compete with any girl to get attention from guys. I just didn't care so I stayed to myself and didn't let many into my personal space. By

99

now, I was given all kinds of names: stuck up, mean and gay, which didn't bother me because I knew my truth. I didn't see my worth, so it wasn't much I cared about. I reached a point in my teenage years where there wasn't much anyone could say to me that would hurt me. I endured the hurt alone and I kept putting myself through it by keeping everyone's secret. You know *what goes on in this house stays in this house* kind of secret. I'm not saying my childhood was just the worst, but it wasn't fair. Things I had to encounter when it came to my innocence should have never happened. It changes you, how you think, and how you decide to live life. It makes it hard to trust. When you can't trust people within your family, it's that much harder to trust an outsider.  As I got older I took everything personal, as I watched men who had wronged me go on about their life. Meanwhile I was broken on the inside, still wondering *why me*. That was a totally different kind of hurt to see them enjoying life, while I'm stuck trying to love myself. I had to learn that everything isn't personal when it comes to other people or how they treat you.

### *Getaway*...

Most of my life, I have walked alone in silence fearing what people would think of me if they really knew me, and if they knew the secrets feeding my insecurities. My height made me feel insecure and the shape of my lips. My body and my shape made me insecure. I had so many insecurities that I kept to myself. My insecurities made me believe I was ugly. My issues had gotten deeper because I thought I was ugly and unworthy of being liked or loved. In my 20's, I had to disappear to find myself and it literally took several years to understand most of the things I struggled with.

I'm a forgiving person. I had to get away from this thing called "DADDY ISSUES." Even though I may say him not being there didn't bother me; it triggered a lot of hate in me along with feeling unworthy. I was brought into a world

where he was supposed to be my protector. I used to think if he was present in my life I wouldn't have been raped or even tampered with. I have my moments but for the most part I try my hardest to do right by people. Maybe my father feels a different way, but I gave him the benefit of the doubt way more than I should have. For some reason, I continuously made excuses for people to make myself feel better about their actions and how they affected me. *Maybe he didn't know how to be a father, maybe he didn't want kids or one day he will get it.* Well yes, he got better just not with me. Not once did he try to get to know me or what I've been through. To hear and see over and over again that he takes the role of "daddy of the year" to others was a bit frustrating. Learning to get over feeling like you weren't enough for someone wasn't hard for me. Like everything else, I buried it in order to move on. Every now and then it comes right back up but not in the form of hate. I choose to be present in my children's lives even though I didn't have that with my father. Daily, I let my children know that I'm always going to be there. Everything we do is a learned behavior and sometimes we have to change what we know. It's a choice. The next thing I had to mentally get away from was thinking that I wasn't pretty or good enough. There isn't a clear-cut way to how I went about this. I just started telling myself *you are enough*, and it became a daily thing. There are women still fighting to find their pretty or fighting to be enough. Just know that it starts with you wanting to move forward. I had to understand that my worth wasn't determined by anyone but me. I stopped placing my worth in the hands of people that weren't even sure of their own worth. More than likely the people that are judging you or trying to bring you down are the ones who are hurting the most.

### *After the storm…*

Writing became my therapy. It got me through the times when I felt the worst. Things that I couldn't tell, I would

101

write them down. This was the point I decided my voice needed to be heard, and I was completely sure of myself. *My image is me. I talk for myself. I didn't become the person others wanted me to be* (Monica Denise Brown).

People think you have to bare your story to everyone you cross paths with for it to be true. Not every story has to be told in order to get over what happened. Your story unfolds after you have gone through something, and you can lend insight to a situation to help others. You never know who your story is for. After each storm the sun always comes out. There will be days when you will feel like the world is dragging you, but you can flip the negative into your positive. I'm not into making those who wronged me pay for what they have done. I let God handle them. My mission is to be a better person so that I won't have a problem standing in my truth or feeling bad about it.

### *Love all over me…*

I found my inner beauty by loving myself. Even though I was in a different space, loving myself still felt so unreal. Being in a relationship that I'm constantly shown attention or told I'm beautiful still amazes me. It was affirming to hear and good to feel that I was worthy of someone's love. I was in love with the fact that he wasn't trying to take anything from me. He never made me feel bad for who I was. Finally, someone that sees me and understands me.

I had a habit of finding ways to bring up things because I'd notice something he would do that someone else once did. I had to stop putting him in a box with people that wronged me. He didn't deserve it. I realized I was going to run him away if I couldn't show my feelings. The beauty of this story and others like mine is that we can take control of our lives. Whether it's telling someone or praying about it, we still find a way to overcome and know that we're worth it. My slay is definitely from the inside because it took a while for me to love who I am and embrace my story. Share

102

your story because there's someone who can use what you went through to get to their next stage. You never have to share things that make you feel uncomfortable. If it hurts to talk about, that could mean you still have a little more healing to do.

Your cup will only be filled if you keep pouring. So never stop telling yourself you are worth it and always believe in your beauty. My aunt Tara once told me, *if you don't think you're all that who else will,* and that has stuck with me.

2 Corinthians 4:18 NIV

*So, we fix our eyes not on what is seen, but on what is unseen, since what is seen is temporary, but what is unseen is eternal.*

Proverbs 23:7
*As a man thinks in his heart, so is he.*

# The Personification Of Beauty:

# Kandi Burruss

*Surround yourself with people you can really build with, who are about taking your ideas and helping them come to life.*

CHAPTER TEN

# ESCAPE LIKE KANDI
## TOMMISHA WILSON

*Escaping something is not merely running away, but in its
total essence moving forward.*
-Tommisha Wilson

Kandi Burruss is the personification of energy management. She exemplifies control of her energy by not allowing herself to focus on negativity that tried to consume her. As a matter of fact, she expressed well wishes to those who hurt her, and overcame with more success. That provokes the thought about the importance of positive or negative impacts written on the heart. Today, the world has grown in a way that has gravitated more towards technology when communicating than face-to-face communication or making personal phone calls. Emoji's have taken the place of conveying empathy in words. Many people get their fundamental reading and education in entertainment from reading posts via social media with no regards to truth. Sadly, not only do celebrities, politicians, and other famous people find themselves at the center of ridicule and

105

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

judgment, but common people are experiencing the same. Technology has made it easier for people to become bold in their judgments towards others- spewing negativity all over the world in a matter of seconds. When people do not manage their energy appropriately, they miss opportunities that lead them to their purpose. Unfortunately, negativity on social media is like cigarette smoke, the aroma of the smoke lessens, but the smell is always lingering around. This is why it is challenging to ignore the hateful comments coming from people, because the need to protect your character becomes difficult to ignore. However, refocusing your energy in the things that matter moves you forward in your purpose; the truth will be revealed in time. In addition, having awareness that negativity can cause harm, can help in the process of escaping negative people through refocusing your energy to meaningful things.

Now, we have all heard the phrase *misery loves company*. I find this statement sadder when Misery does not know he/she is in a miserable state. The injury of slander to others from Misery is called pettiness, which is really an attempt of revenge to hurt another person because of the unresolved pain within the miserable person. Hurting others is not a treatment nor a cure for healing oneself. The negativity will consume you, if you let it; the best revenge is rising above Misery, by still hoping nothing but the best for her/him and continuing to shine in your success.

There was a time in my life when Misery tried to slander my name by tagging me in a post full of lies via social media. If my settings were not in place, all of my friends, their friends, and others would have seen her desperate attempt. At the time, I represented many organizations through voluntarism and more importantly I value integrity. I did not appreciate a person intentionally trying to hurt me by falsely accusing me of something I did not do. My character is a direct reflection of my husband and daughter. My character is my brand and when a person decides to spread untruths,

106

the lies attempt to compromise the perception of my character.

Never experiencing gossip in a way that was posted on social media and could potentially be shared throughout the world, my emotions ran high. However, through continuous prayer and the support of those who knew my character the most, I was able to refocus on all the positivity in my life and dismiss the negativity. In the words of Kandi Burruss, *When I set out to do something, that's just what I do,* so that is exactly what I did. I escaped negativity, refocused myself on the things that actually mattered the most- God, family, college, and my community. Find your escape through the things that are meaningful to you and stay woke.

### *Understanding…*

### Rise Above Negativity

There will be a time in a person's life when they have been betrayed or even undermined; and unfortunately, the impact can leave feelings of anger and judgment by others. Of course, this is like adding fuel to fire – but a person must fight against what is socially accepted and fight for peace of mind. People will always agree or disagree with our thoughts and ideas. Some people will comment in rudeness, others with seasoned words, but either way, continuing in our purpose is all that matters.

One perspective to consider is there is pain and brokenness all over the world, and no one truly knows what a person is really going through unless a personal relationship exists. Some people intentionally try to hurt others as a way of making themselves feel better. Some people cause harm to others physically, emotionally, spiritually, and mentally because they are insecure and even envious. Instead of playing the hand of life that was dealt to them, they're too focused on other people's lives and as a result, try to tear them down because of their own

107

unhappiness.

Some people only see what they determine as success, but do not know the struggle in which it took for a person to be where they are in life. Sadly, they don't realize that what they are projecting on other's lives is truly a reflection of their inner misery. Miserable people lack positive coping mechanisms to reach their full potential of greatness. Moreover, the problem is they are reaching for other people lives, instead of reaching for goals to plan, pursue, and prosper in their own lives. When taking these things into consideration, it is easier to not take insults, gossip, and judgments so personally, because it's not you who has issues, the issues lie within them. Kandi Burruss said, *if you know we have an issue and I don't know, then we don't have an issue; you have an issue.* There is a lot of truth in Kandi's quote, and it is still important to rise above it all and never desire to seek revenge. Instead, hope for the best for those that don't wish us well and be an example of what to do and how to react despite negativity. This does not show arrogance, but grace as we continue to live in our purpose; showing strength through prayer, obedience, and action. Our actions and deeds will speak for themselves.

**Words of Empowerment**

You have most likely heard of freedom of speech and all that it encompasses with the right to express oneself without involvement of the law unless harm to self or others is imposed. We live in a freedom-of-speech era now more than ever, and somehow the impact of people expressing themselves is quite different from The Civil Rights Movement, The Women's Rights Movement, The Anti-War Movement, The Labor Movement, and many more. Or are they expressing themselves the same? Changing the way people express themselves through freedom-of-speech today has credited itself through many different avenues. Protesting through demonstration contacting the newspaper

or local news and marching to make change are not the only ways to express freedom-of-speech. Many people find themselves using their freedom-of-speech through their social media pages that reaches sometimes thousands to millions of people with just a click. Unfortunately, freedom-of-speech is not only associated with standing for change, it can also be associated with biases, discrimination, hatefulness, and lies. Perception is not necessarily reality that speaks truth, the responsibility to find truth lies on the individual. In most cases, the truth is buried in fabrication that is sadly given validation. In 1 Corinthians 10:23, it states: *You say, 'I am allowed to do anything' -but not everything is good for you. You say, 'I am allowed to do anything' -but not everything is beneficial.* We have many rights; however, no law will ever trump God's word. If what is said does not build up, it is not necessary to voice.

If a person's word cannot be trusted, it tells a lot about the content of their character. Sure, no one is perfect, and at some point, everyone lies knowingly or unknowingly. There is so much power in our words. Words empower people to change through action. The power of words gives people courage to face their darkest fears and rise above indiscretions of others that may have had them imprisoned. Sometimes, there are words that are not said that empower self and others to react in a positive way. Words can tear down or empower and build up. However, no one can make us do anything, the choice is ours.

### Heart of an Impact Writer

The impact we have on others' lives can empower them to be inspired and exceed the expectations of others – or it can discourage them from reaching their full potential. I have had many people to impact my life in a way that has left so much positivity in my heart. The tenacity shown in every aspect of their lives encouraged me to be a better person, and hopefully impact others as they have impacted me. Mendie

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

Pedigo is a military spouse that wrote many positive writings in my heart. She has three children and worked as a volunteer for the military. She is a Master Resilience Trainer and one of the best instructors I have ever had the pleasure of learning from, other than her mentor at the time- Mary Ward. It all made sense how both women taught in a way that you never left their classes powerless but empowered through resources.

Mendie exceeded the expectation by going further than what was asked of her. Mendie not only volunteered as an instructor, she was also a volunteer for the Spouses Club of Fort Eustis as the treasurer, as well as a volunteer in other aspects of her military community. As a wife and mother first, she supported her husband's mission by educating herself through Army Family Team Building (AFTB) classes only to later become an AFTB instructor. In addition, all three of her children were in sports, and her and husband were coaches for their children's sports activities. Mendie Pedigo not only left writings in my heart that impacted me, she also left a huge impact of writings on the Joint Base Langley-Eustis community that will be forwarded from one military duty station to the next, and ultimately back to civilian life. Everyone has an impact on others, therefore everyone is an impact writer. However, the way we treat one another can positively or negatively leave impact writings on each other's hearts.

**Embrace Your Superwoman**

Single mothers hold a huge responsibility of taking care of their child/children alone, sometimes with limited help or no help at all. My mother was a single parent for many years. At the age of fifteen, my mother gave birth to me. My father was 24 or 25 years of age at the time. My mother went from being a teenager to being a full-time mother and found herself learning along the way. There were many challenges with becoming a mother, as she'd already been through so

110

much by the time she birthed me. Nonetheless, I was sick for the first year of my life and was admitted to Le Bonheur Children's Hospital in Memphis, TN. My mother put her education on hold, as she stayed with me as often as she could. My weight decreased to two pounds as a result of not being able to keep food down. Doubts emerged of me not surviving, but my mother and father prayed for me to be healed, and their prayers were answered as God had a bigger purpose for me. Soon after I was out of the hospital, my mother finished high school and graduated with her diploma.

Sadly, my mother went through many volatile relationships, starting with my father, who has since apologized and has been forgiven. However, the consequences of the abuse were internalized and shown through her personal relationships, and even in the way she interacted with her children. As the oldest of her five children, I can only speak of my experiences. I saw my mother struggling internally but holding it together by providing in the best way that she could for her children. As a child and a teenager, I barely saw her cry. Her pain was deep and often I knew she felt alone even when she had a companion. She exemplified strength in continuing to provide for her family, but she also showed us that she was not perfect, and always wanted the best for her children. When she couldn't give us essential needs, it tore her apart. There were times she worked two jobs and even went to school to further her education.

She didn't say *I love you* much to me, but every day she showed me love through actions of working to secure the necessities for my siblings and me. I didn't always agree with the way she raised me, but I will always be grateful for her introducing me to God. Although she struggled as a single parent, when she denied her flesh, I saw God's strength take her to unreachable places that were unattainable without Him. Eventually, she became a Licensed Practical Nurse as she wanted to provide a better

111

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

life for her children. My mother worked hard, it was all she knew how to do. She couldn't depend on others for help because she felt it was her responsibility to take care of her children. Her unwillingness to give up continues to resonate with me today. Her parenting will never be in vain as she gave her best even when it was not good enough for some.

Additionally, my mother made many mistakes that affected her with children. However, her intentions were never for any of her children to get hurt. She gave what she could of herself and what she didn't have, she couldn't give. Nonetheless, I love her past her imperfections, because she is my mother. I will never know how she felt going through the abuse, parenting struggles, and never feeling like her best was ever enough, but I certainly understand and have empathy and love for her. She could have given us up to foster care, she could have abandoned us, but she didn't. She showed her children to never give up and to depend on God and not our own abilities. She taught us that without God, we are destined to fail eternally. She worked past her internalized pain and took care of her children despite the struggle of hardships. She may have many scars, but God's Word written in her heart continues to encourage her and others around her to lean on Him and not self. My mother, Nicole Williams represents the epitome of a superwoman. A superwoman is a woman that has gone through a painful time in her life and regardless of how deep the pain resonates, people can see the beauty in her strength.

Hebrews 10:30
*For we know him who said, It is mine to avenge; I will repay, and again, The Lord will judge his people.*

112

# The Personification Of Beauty: Serena Williams

*Beauty is from within.*

CHAPTER ELEVEN

## WIN LIKE SERENA
### ASHLEY GUILLARD

Needless to say, Serena is a champion. Her beauty lies in her ability to relentlessly and confidently be everything she was born to be. She is the epitome of Deuteronomy 28:13. *The Lord will make you the head, not the tail. If you pay attention to the commands of the Lord your God that I give you this day and carefully follow them, you will always be at the top, never at the bottom.* Clearly, she is on the right side of God because she is and will always be, at the top of her mountain. How did she get there? Well imagine knowing who you are at a young age and using every fiber of your being to dominate your calling. One could only imagine a blessing of that magnitude, but we don't have to imagine because the personification of that life is Serena and she lives it very well.

One may wonder how anyone could win like Serena, especially since she was blessed enough to know herself and her life's purpose before a lot of us even knew which high-school we were going to. To that I say, it's never too late to

115

give your all to your life's purpose. Perhaps everything you've been through was also preparing you for your purpose. You may not have had the chance to start perfecting your craft at the age of three, but you do have the chance to recognize greatness in your children and prepare them for greatness just as Serena's father did for her.

A lifetime of perfecting your craft is not the only thing that makes up a beautiful woman like Serena. There are many other key ingredients to success that also play a major role. It takes a labor of love from parents dedicated to the manifestation of greatness in their kids, a Venus to bring out the taste of greatness, a young spirit to enjoy life, a dose of confidence to live by your own rules, the mind of a goddess to block all negativity and doubt, the determination to train like the giant you are, a powerful anointing to be the head and not the tail, a lifelong dedication to serve, and a hunger to crush the competition.

### Win Like Serena: The Story of Nobody

Throughout the book, we share stories of women who exemplify the personification of beauty told in each chapter. As I wrote Serena's personification of beauty, I found that there's no story that I can tell that exemplifies her beauty. I thought there has to be someone who has been groomed since the age of three, to live in purpose and who pursued it relentlessly with love, vigor and might. Still, I came up with no one. Serena is so beautiful that I can't compare her to anyone. Since I didn't have a story that's already written, I decided to write it. The story of a girl named Nobody.

Although I haven't pointed out a particular person, there are many "Nobodies" in the world. Nobody wasn't fortunate enough to have all the ingredients that make up Serena's personification of beauty. She didn't have access to a great sibling to make proud or a parent to fill and build her up. Nobody doesn't feel knowledgeable, skilled or talented, and she definitely didn't have anyone to care enough to develop

116

her at a young age. Love is the exact ingredient that is missing from Nobody's life. She doesn't have self-love, the love of a parent or the love of a man. She feels hopeless, purposeless and like a failure. However, Nobody still has the ability to win like Serena because regardless of her weaknesses, she can do all things through Christ (Philippians 4:13) and God's strength is made perfect in her weakness (2 Corinthians 12:9).

Dear Nobody, those scriptures are more than a cliché, they are truth. The power to turn your life around lies within you. Use that power to grab on to the love of God and beat the obstacles keeping you in darkness. Don't take my word for it, take it from the nobody who was made into somebody. Oprah Winfrey, the billionaire, who was raped and molested as a child up to the age of 9 and was sexually abused for the remainder of her younger years resulting in a pregnancy at 14. During those years she was beaten and made to sleep on the porch. The little hope she had from getting pregnant died when she miscarried. As an adult in the pursuit of her career, she still faced rejection. However, there was a power inside of her, working in her favor using her weakness as a source of strength. That same power lies within every nobody in the world, waiting on them to tap into that source of greatness to show the world that nobody's are indeed somebody.

### Labor of Love

Love is the most efficient fuel for ambition. Selfish ambition fueled by greed, esteem, and the need to have control over others, only gets the person far enough to self-destruct. Some people who are fueled by selfish ambition will do anything self-destructing or for the destruction of others, to accomplish things for only a moment of gratification. It's not long lasting and the person usually ends up worse off than he/she was at the beginning of their journey. *Do nothing out of selfish ambition or vain conceit. Rather, in humility value others above yourselves, not*

117

*looking to your own interests but each of you to the interests of the others* (Philippians 2:3-4). The inverse, ambition fueled by love, is selfless, the type that drives up mountains, dominates and beheads giants. No amount of pain, rejection or fear can keep a person from something or someone they love.

Serena's beauty is made of love. The love of her father, the love of the game, the love of God and self-love. Her father loved her and Venus so much that he dedicated his energy, time and efforts to their advancement; and protected them from energy that was not good for them. He showed them the way and loved them enough to correct them. Correction is one of the purest expressions of love. It is saying, *I believe in you* and love you enough to constructively build you. A father's love is so important in a child's life for this very reason. I believe our fathers teach us to love ourselves, even if the role of the father is filled by God. That's why, those who do not have the active love of their father, sometimes lose themselves and end up on a path to self-destruction.

There's no greater expression of self-love than to actualize the reason for your existence. The feeling of really knowing there is a Creator that made you for a reason that only you can fulfill is love on a level that no human can surpass. The blessing to dominate a field, is a prophecy God's chosen ones can manifest. The love that Serena has for tennis is deep within her soul because it's prophecy and purpose. For God so loved the world, She gave her only begotten Son. She also gave her chosen ones, David, Noah, Abraham, Moses etcetera; and set them apart for special assignments that result in the advancement of the kingdom ergo the world. As explained in the book of James, (James 2:20-24) those who show their love with labor, who add works to their faith, are called the friend of God. That's why this section is titled Labor of Love, because even when a tennis player may be scoreless, love keeps them in the game.

118

For Serena, her love is what makes her win.

**Venus**

I don't think Venus gets enough credit for Serena's accomplishments. Her greatness led to the development of Serena's greatness. Reading Serena's biography.com article solidified my observation.

*Reflecting on her victory at the Australian Open, Serena acknowledged her sister as an inspiration. 'I would really like to take this moment to congratulate Venus, she is an amazing person. There is no way I would be at 23 without her. There is no way I would be at one without her. She is my inspiration, she is the only reason I am standing here today and the only reason that the Williams sisters exist.'*

Needless to say, to win like Serena, it is nice to have a Venus challenging you, practicing with you, inspiring you and competing with you, resulting in the development of your craft.

The first child does not have an older sibling to model after. The first child has to figure it out on his/her own and become the blueprint for the kids that come after. I've noticed that the first child either becomes a seed of greatness for everyone else or a seed of failure. In a household like Venus and Serena's with multiple children, there are many opportunities to plant seeds of greatness. Venus, although not the first child overall, is the first of Richard Williams and Oracene Price, their parents. Serena, being the youngest, had a great sibling close in age (Venus) that she was able to look up to and model after. I've witnessed it countless times. The result being Serena who was blessed with a seed of greatness and lifetime grooming from Venus.

A win like Serena starts with a win like Venus. It takes a sibling so great that she/he makes everyone that come after

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

want to be even greater. For example, I joined the military after high-school and was successful in my military career. My brother also joined the military. I also went to college and started a career working for the federal government. My sister now works for the federal government. I am an entrepreneur; my paternal sister recently started her own business as well. Lastly, I've been on an intentional path to manifesting my life's purpose, and my brother has also begun to pursue greatness and purpose. Greatness is infectious. Older siblings have the power to bring out the greatness in their younger siblings. They also have the ability to plant seeds of failure. Thankful to God, Serena had Venus who had enough fire inside of her to light her own greatness as well as hers.

### Live by Your Own Rules

When you're Serena you can name your daughter *Alexis Junior* and dare anyone to say anything about it. Women who live by their own rules are from God, no one can compare to them and no one can stop them. You have to literally ignore the common rules of the world to step out on faith and create your own lane. While you're on that path, people are going to laugh, ridicule you and you will experience isolation. However, it's your journey and no one should have the power to tell you how to live it. Do what makes you happy. Do what makes you whole. If you want your daughter to be named Junior, name your daughter Junior. If the rule doesn't exist, create it. Winners don't stop at lack, we make the best of it and make something out of nothing.

Fuel that never dies, the ultimate cure of everything, defeater of hate, all of these are traits of love. When you win like Serena, you aren't afraid to love, because you are made of it. Regardless of gender, color, ethnicity, your past or background, you choose to love. To deny yourself of fuel is to drain yourself dry setting yourself up for a breakdown. Be

120

like Serena, live by your own rules and encourage others to do the same. *And now these three remain: faith, hope and love. But the greatest of these is love* (Corinthians 13:13).

Rules are created by shepherds and used to control sheep. To win like Serena you have to change your perspective of yourself. Lend over borrow, head over tail, creator over consumer, leader over follower. As long as everything you do is out of love, don't worry about not doing things how everyone else does it. Abraham and Sarah had their first child at 100 years old. Noah built the Ark in the midst of criticism. David fought Goliath with no armor. Great people master the ability to know their strengths and weaknesses and use it to their advantage.

### Mind of a Goddess

If you look into the mind of a goddess, you'll see a tunnel with one-way traffic to her vision. Like a goddess, your mind is a powerhouse. However, it is only as powerful as you allow it to be. Fill it with knowledge and use it as a tool for success. The main difference between a winner and a loser is mindset. That's why it is essential to protect your mind from weakness. Mindset queens rid themselves of things and people that have a negative impact on their mind, body and/or spirit. Negativity is infectious. The result is darkness, confusion and a lack of spiritual alignment. Prevent negative thinking by being the architect of your mind. Build it piece by piece until it is protected against destruction and remains a powerful center of creation.

There are practical ways to train your mind to be great. If you have a goal to reach, break it down into small achievable components. With each win, your mind is strengthened. Breaking your goals down builds the confidence of your mind and trains it for higher levels of success. Another way to build the mind of a goddess is to refuse any information that is not congruent with your mission. There is a video of Venus interviewing as a child.

121

SHAUNTRICE D., ASHLEY G. & TOMMISHA W.

The reporter asked her if she thought she could beat an opponent. She's a goddess so of course she said yes. The interviewer, seemingly an unbeliever, asked her again, as if the answer she gave the first time wasn't right. Venus' dad immediately checked the reporter for attempting to instill unbelief in her mind. That's the exact reaction you should have when information that is not consistent with your mission enters your mind. Immediately leave it at the door.

Confidence over confusion. *For God did not give us a spirit of fear, but of power and love and of a sound mind* (2 Timothy 1:7). I don't believe in impossibilities, neither should you. Yes, there are things that haven't been produced or completed yet, but it's only waiting for the right person at the right time to accomplish it. There are no impossibilities in the mind of a goddess. Not for her or anyone else. Like Venus, be very confident in your abilities. If someone asks you if you *think* you can beat an opponent respond with *I know I can*, then do it.

### Queen of the Court

Queens command the court. *So, God created mankind in his own image, in the image of God he created them; male and female he created them. God blessed them and said to them, 'Be fruitful and increase in number; fill the earth and subdue it. Rule over the fish in the sea and the birds in the sky and over every living creature that moves on the ground'* (Genesis 1:27-28). You are made in the image of God and were created to rule. A queen's presence will put everyone at attention. Rule any room you walk into without saying a word. Your confidence should make everyone wonder who you are. Your vibe should attract love. Your touch should produce seeds of greatness. Your court is a reflection of you, let the reflection be of love, hope, and the personification of groomed greatness.

Queens serve the population. God's chosen people are assigned to serve. Through ups and downs, trials and

tribulations, the good and the bad, relentlessly serve God and God's people in whatever capacity you were assigned to. The true beauty of a queen is in her ability to add to those around them; making them better, increasing their lives and setting the standard of greatness. In Serena's court, she is the standard for greatness and anyone blessed enough to be touched by her is inevitably better as a result of it.

Queens train kings. What comes first, the king or the queen? The queen does, and she cultivates the king from prince to command. The role of a queen in the lives of the men around her is cultivation. She even plays an indirect role in the cultivation of her father. Women, therefore, are responsible for the cultivation and advancement of the world, through self-advancement and the cultivation of men. Before you command your role as a queen, cultivate your vision, your partner, your sons, your daughters and your people. Earn your responsibility to command by cultivating those you are responsible for and others will be attracted to you.

### Forever Young

Be a light. You would think that with all Serena's wins that she'd be in a constant state of seriousness. However, that's not the case. She laughs, she plays and she's a light. Be the person that everyone looks to for love and inspiration, and that is known for hard work and persistence. However, don't let the pressure of winning keep you from being a light, in all aspects of the word. Don't hesitate to be that light for someone. Leaders, winners and stars are placed in the sky to be the shining light for those who are otherwise left in the dark.

Be light, in a sense that you dismiss self-damaging traits and characteristics that only put you in darkness and take you out of alignment. *Be anxious for nothing, but in everything by prayer and supplication with thanksgiving, let your requests be made known to God* (Philippians 4:6). Ridding

yourself of heaviness may be self-serving. However, it is also service. You may be the only person that some people look to for light. A good way to keep those who look up to you in the dark is to remove their light. Take care of yourself mentally so that the burden of being the light for others feels less of a burden and more like an anointing. Like Serena, let light be your natural state of being.

Be light in a sense that you are free. There's nothing more freeing than knowing that regardless of circumstances, God is in control and everything that happens, even what is done to hurt you, ends up being for your good. Live with the confidence from the knowledge that those that the Lord set free, are free indeed. Be light by lifting burdens off your shoulders, doing all you can, and leaving the rest up to God. The grace of God keeps you young, the grace of God keeps you free, and the grace of God keeps you light. Refrain from anything that is by design created to kill you. In all things, be light.

### Lifelong Dedication

To win like Serena may seem like a daunting task that isn't easy to bear. I would concur that it isn't easy and nothing worth having is. Greatness doesn't come to those expecting easy, greatness comes to those who work for it regardless of how hard it may seem. It is also not something that is built overnight. Serena spent her entire life to get where she is now. It stems from the decision to dedicate your entire existence to life, liberty and the pursuit of happiness. The moment that you're in complete alignment, that your hard work and commitment pays off, is the ultimate win of a lifetime.

Train like A Giant. *I'm still a student of tennis, every time I'm out there I try to learn something new* (Serena Williams). True winners never stop learning. To stop feeding your mind, body and spirit is to lose it. It is less about external competition and more about continuous cultivation.

124

The only person you should feel inclined to compete with is the you from yesterday. Creation and cultivation is what keeps us connected to the Holy Spirit, the source of our anointing, not competition. Therefore, true winners beat the competition by continuously being the best version of themselves. Giants look into themselves to improve, not to others. Giants understand that everything they need is within them, and they spend a lifetime bringing it out.

Rome wasn't built in a day, neither was Serena, both took a lifetime and an immense amount of love. Though Serena is the result of many different pieces that together formed greatness, don't count yourself out. If you desire, you can still do all things. The ultimate source of love will fill you with everything you need to win. If you learn anything from Serena, and or this book altogether, learn to never give up, don't take the easy way out, pursue your calling and spend a lifetime being all you were created to be.

1 Corinthians 13:13
*And now these three remain: faith, hope and love. But the greatest of these is love.*

125

# The Personification Of Beauty: Shauntrice Dewberry

*You have to build on something solid which means to be yourself because you never have to remember who you are or what you're about.*

# ABOUT THE AUTHOR:
## SHAUNTRICE DEWBERRY



Shauntrice Dewberry is a wife and a mother of four beautiful children. She was born and raised in Miami, Florida, and currently resides in Honolulu, Hawaii. With her entrepreneurial spirit, she decided to pursue her passion and start her own business, Purple Closet Boutique, as well as her make up brand, The Renee Effect. The Personification of Beauty is her first co-author venture.

For more information:

**Email:** Shauniedew@gmail.com
**Website:** ShauntriceRenee.com
**Facebook:** Shauntrice Renee
**Instagram:** @ecirtnuahS
**Instagram:** @TheReneeEffect_

# The
# Personification
# Of Beauty:
# Ashley Guillard

*Anytime you want to quit imagine being on the underground railroad. There's no going back and the dogs are coming. You have to keep going.*

## ABOUT THE AUTHOR:
## **ASHLEY GUILLARD**



Ashley Guillard, a Chicago native, is an entrepreneur of a digital publishing company, Live in Fantasy Land, LLC., and the author of numerous books to include, *DR3AM: The Spiritual Pathway to Success*, *DR3AM Journal*, *Business Strategy Journal: A Step by Step Guide to A Successful Business Plan & Strategy and* her next release, *I Wrote This While Sipping Tequila: Relax & Have A Sip.* She is also a Combat Veteran of the United States Army, member of Alpha Kappa Alpha Sorority, Inc., and the mother of Lamar Guillard, Jr. As a purpose driven millennial, Ashley is widely-known for her passion for encouraging people to pursue excellence and to become the person God has called them to be.

For more information:

**Email:** AshleyJGuillard@gmail.com
**Website:** www.AshleyGuillard.com
**Facebook:** Ashley Guillard
**Instagram:** @AshleyGuillard
**SnapChat:** BeAshley1908

# The Personification Of Beauty:

# Tommisha Wilson

*Standing in your truth causes you to rise out of the darkness of fear, and stand in your emotional nakedness through transparency; which ultimately puts you on a path of growth and purpose.*

THE PERSONIFICATION OF BEAUTY

## ABOUT THE AUTHOR:
## **TOMMISHA WILSON**



Tommisha Wilson grew up in Arkansas, where she spent a great majority of her childhood learning difficult life lessons. She was inspired by JROTC to pursue a career in the Army; she instead married the Army by way of Tillman Wilson, her husband of more than 12 years. Tommisha left Arkansas in 2005 at the age of 19, armed with only a high school diploma, and ambition to be amongst the greatest of military spouses.

In 2009 after the birth of their daughter, Tommisha experienced challenges that triggered thoughts that drove emotions and reactions that she realized needed to be addressed. She was later diagnosed with PTSD as a result of emotional trauma mostly associated with rape, and repeated sexual abuse as a child.

In December 2017, Tommisha published a video sharing her childhood trauma; encouraging others to escape the prisons of their minds. Now fueled with empathy and love for survivors, she aims to be a resource for others through empowerment and spiritual inspiration. She holds a Bachelor of Science in Human Services, concentrated in Family and Child Services from University of Phoenix, and a Master of Arts in Human Services Counseling, concentrated in Addictions and Recovery from Liberty University.

For more information:

**Website:** www.tommishawilsonlivingyourtruth.com
**Facebook:** Tommisha Wilson
**Instagram:** @tommisha_wilson