# EXHIBIT C

U.S. NEWS

# Parents of murdered Idaho student Kaylee Goncalves say she was preparing to move to Texas before slayings

Kaylee Goncalves had lined up a job with an IT firm in Austin and recently moved out of the house where she was killed.



Kaylee Goncalves, one of four University of Idaho students found stabbed to death on Nov. 13.    @kayleegoncalves via Instagram

Jan. 13, 2023, 6:00 PM CST

By **Daniella Silva**

The parents of a University of Idaho student who was killed along with three others said she had recently moved from the house where the slayings took place in November, but had gone back to show her close friend her new car and attend a nearby party.

Kristi and Steve Goncalves told Dateline that their daughter, 21-year-old Kaylee Goncalves, was due to graduate from college early and had lined up a job with an IT firm in Austin, Texas.