# Exhibit F:
# ESI https://youtu.be/YGMme0cWz4w -a few incidents of telephonic harassment.