# Exhibit H

ESI https://youtu.be/EjHjTB3shgc