# EXHIBIT A

 Ash Is God <msashleyjt@gmail.com>

# The killers and the motive - 4 University of Idaho Students
1 message

**Ash Is God** <msashleyjt@gmail.com>                                                                      Sat, Dec 10, 2022 at 3:54 AM
To: tipline@ci.moscow.id.us

Co-Conspirators: Rebecca Scofield ordered the execution of Kaylee Goncalves and Madison Mogen. She promised Jack DuCoeur the opportunity to play tennis with the University of Idaho, comfortable living and financial stability as he pursued his dreams.

Jack DuCoeur accepted the offer & executed the murders because he saw no other viable option for his dreams of playing professional tennis to come true.

Motive: Rebecca Scofield was afraid of being exposed for fraternizing with Kaylee Goncalves. They had a "fling", she spent money on Kaylee and offered her a new life. Kaylee had to leave her friends behind for this "new life experiment" but she was reluctant. Rebecca felt that if Kaylee stayed around her friends they'd hate on her & start to question where her new money came from. The all or nothing relationship was too much for Kaylee. Therefore she took a break from Rebecca. During the break Kaylee flaunted her new found success and Rebecca was extremely fearful that she'd be exposed for dating Kaylee & giving her money & access to money. She also thought Kaylee & Madison had something going on. Her negative thoughts and paranoia got the best of her so she planned to have them murdered.

Jack DuCoeurs motive was simply the opportunity to play tennis again without the pressure of adult responsibilities. He didn't want to kill Kaylee but had to for the opportunity. It was a sacrifice for him to live his best life.

The Murders: They didn't die in their sleep. They were held hostage by Jack DuCoeur. He used fear to control them. He lied and told them he was doing it because he and Kaylee broke up and he was lonely. The 3 girls had sex - a threesome with him as a tactic to get out of the situation. Ethan sneak attacked Jack as this was happening and was severely injured eventually leading to his death. Jack separated them and put Kaylee & Madison in one room & Xana & Ethan stayed together. He killed Kaylee & Madison together. He killed Xana last. Xana tried to find the girls & get away but was shocked to find them dead and Jack grieving. Xana pleaded for her life. Jack then opened up to her about the real motive before killing her.

The Roommates: The surviving roommates heard everything. They came to investigate while Xana was alone with Ethan (he was dead) and confirmed their suspicions. Their car was stuck in the mud so they felt they couldn't get away to go get help. The told Xana they'd get her help and then they left her. Instead, they hid until it was all over.

Jack DuCoeur & Rebecca Scofield used the creative arts to communicate. Perhaps through writing in some way.

Eventually Jack DuCoeur will confess to "save" his family and friends…

-Ashley Guillard