Elijah M. Watkins (ISB No. 8977)
DORSEY & WHITNEY LLP
101 S. Capitol Blvd., Ste. 1701
Boise, ID 83702
Phone: (208) 617-2550
Fax: (208) 567-4992
watkins.elijah@dorsey.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>          Defendant. | Case No. 3:22-CV-00521-rep<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the attorney listed herein requests and order authorizing Elijah M. Watkins to withdraw as counsel of record as he has withdrawn from the partnership of Stoel Rives LLP, effective March 1, 2024.

**TAKE FURTHER NOTICE** that the below now withdraws his appearance. The undersigned counsel certifies that the above captioned plaintiff in the above referenced case will continued to be represented by Cory M. Carone and Wendy J. Olson of Stoel Rives LLP.

**TAKE FURTHER NOTICE** that the below requests to be removed from all service lists in this case, the mailing matrix, and the Court's electronic notice system.

DATED: April 8, 2024

DORSEY & WHITNEY LLP

*/s/ Elijah M. Watkins*
Elijah M. Watkins

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2024, I served a true and correct copy of the foregoing document upon the following named parties by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ashley Guillard | ___ Via Facsimile |
| msashleyjt@gmail.com | _x__ U.S. Mail |
| 3262 Westhemier Rd. 942 | ____ Via Email |
| Houston, TX 77098 | ___ Via iCourt efile & Serve |

*Pro se*

*/s/ Elijah M. Watkins*
Elijah M. Watkins

NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE OF PAPERS - 2