# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒**Motion hearing: Plaintiff's Motion for Partial Summary Judgment and Motion for Leave to Amend Complaint to Add Punitive Damages**

U.S. Magistrate Judge: Raymond E. Patricco  
Deputy Clerk: Jackie Hildebrand

Date: Tuesday, April 16, 2024  
Time: 10:05 – 11:10 a.m. via Zoom  
Boise, Idaho

## REBECCA SCOFIELD vs. ASHLEY GUILLARD
### CASE NO. 3:22-cv-00521-REP

Counsel for Plaintiff: Wendy Olson  
Defendant appeared Pro Se: Asley Guillard

The Court noted this matter is now set for Plaintiff's Motion for Partial Summary Judgment and Motion to Amend Complaint and Add Punitive Damages

Ms. Olson began with argument regarding plaintiff's motion for partial summary judgment and motion to amend complaint as stated on the record.
Ms. Guillard provided an argument to the court regarding both motions filed by the plaintiff.
Ms. Olson provided rebuttal to the Court.
The Court will take matter UNDER ADVISEMENT.

Court adjourned at 11:10 a.m.