(Rev. 7/1/09)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

Rebecca Scofield

[Plaintiff]

          Plaintiff,

vs.

Ashley Guillard

[Defendant]

          Defendant.

Case No. 3:22-cv-00521

Request for Reassignment to a U.S. District Judge

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

In accordance with provisions of 28 U.S.C. § 636(c)(4) and Fed. R. Civ. P. 73(b), and District of Idaho General Order No. 237, the undersigned party to this case requests that the reference of the case to the Magistrate Judge be vacated and the case reassigned to a District Judge.

| Party Represented | Signature | Date |
|---|---|---|
| Ashley Guillard | /s/Ashley Guillard June 13, 2024 | /s/Ashley Guillard June 13, 2024 |

Please return this form in .pdf format to consents@id.uscourts.gov. If you are a self represented litigant (pro se), you should mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724.