UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

REBECCA SCOFIELD,

      Plaintiff,

      v.

ASHLEY GUILLARD,

      Defendant.

Case No. 3:22-cv-00521-REP

**The Party Filing This Motion**

      Ashley Guillard,
      msashleyjt@gmail.com
      3262 Westheimer Rd. 942
      Houston, TX 77098
      Telephone:  337.372.3181

      Pro Se

## DEFENDANT'S MOTION TO ALTER OR AMEND JUDGMENT (DKT. 74)

Defendant Ashley Guillard (Guillard) moves the Court for reconsideration, alteration, or amendment of the Order Granting the Amended Motion for Partial Summary Judgment and Granting Leave to Amend the Complaint to Add Punitive Damages (Dkt. 74); pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (FRCP). Guillard moved to rescind from Magistrate jurisdiction requesting the reassignment of the case to a District Judge (see Dkt. 75). Guillard now moves the Court to Grant the Rule 59(e) Motion to Amend the Order and Reverse the Decisions: DENY the Amended Motion for Partial Summary Judgment (Dkt. 63) and DENY the request for Leave to Amend the Complaint to Add Punitive Damages (Dkt. 64). Additionally, Guillard moves the Court to render the entire litigation and all orders void pursuant to *Williamson v. Berry, 49 U.S.*

*541-544 (1850) see also Klugh v. United States, 620 F. Supp. 892 (D.S.C. 1985)*; dismiss the case

pursuant to *Fed. R. Civ. P. 12(h)(3)*; or if necessary, grant a new trial pursuant to 59(d).

In support of the motion the Defendant intends to demonstrate that (1) the judgment was

based upon a manifest error of law or fact; (2) should be amended to prevent manifest injustice

and an impediment to justice due to the lack of judicial impartiality; and (3) erroneously allows

for excessive damages. The 59(e) motion is within the time requirements of 28 days after the entry

of order entered on June 6, 2024 (Dkt. 74). This motion is supported by memorandum, the motion

hearing held on April 16, 2024 (Dkt. 73), referenced docket entries, and exhibits. The Defendant

respectfully gives the Court the opportunity to correct its mistakes internally prior to the Defendant

exercising the option to file an appeal with the United States Court of Appeals, Ninth Circuit.

DATED: June 24, 2024.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2024, I served a copy of the foregoing via CM/ECF on

the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: June 24, 2024.


<u>/s/ Ashley J. Guillard</u>
Ashley J. Guillard

Pro-Se Litigant