# DKT. 77 EXHIBIT A

 Gmail

Ash Is God <msashleyjt@gmail.com>

---

## [Case #7972068]
1 message

---

**Records** <records@records.facebook.com>                    Fri, Jul 21, 2023 at 3:18 PM
Reply-To: Records <records+OFR5MNNLSIAAA3B3TTF7WOGUJYP4M@records.facebook.com>
To: msashleyjt@gmail.com

Hello,

Meta Platforms, Inc. ("Meta") received a subpoena from you issued on behalf of a private, non-governmental party on 07/17/2023 (Case# 3:22-cv-00521-REP) seeking information associated with purported Facebook and/or Instagram accounts. Meta objects to your subpoena for the reasons below. Please review this information, as well as information available in Facebook's Help Center, located at http://www.facebook.com/help/ and/or Instagram's Help Center, located at https://help.instagram.com/. Meta reserves all objections and rights.

Requests for User Content and Information

Meta addresses all requests related to user accounts in accordance with the federal Stored Communications Act, 18 U.S.C. §§ 2701, et seq. Please note that service providers are not the proper recipients of requests for the contents of users' electronic communications.

Requests for the Content of a User Account Must be Directed to the User

If you are seeking the content of a user's electronic communications, such as messages, posts, comments, photos, or videos, you must direct your request to the user or other non-provider entities. Active users can log into their accounts at any time to preserve, collect, produce, and authenticate their account contents. Various tools are available to help users access and download their information. Descriptions of these tools are available in our Help Center.

Meta does not produce user content in response to consent forms. Users can directly respond to party or non-party discovery requests without Meta's involvement. Information about deactivated and deleted accounts, and deleted information, is available in our Help Center and our Data Use Policy.

Additional Considerations and Objections

Meta cannot respond to subpoenas containing requests that are overly broad, unduly burdensome, vague, or not reasonably calculated to lead to the discovery of admissible evidence. Please ensure that you have identified a unique user account by URL or email address and that your request is appropriately date and field limited.

Meta objects to all requests that seek protected or privileged information, including information protected by the attorney-client or other applicable privilege, or confidential, proprietary, or trade secret information.

Meta is not in a position to authenticate or verify account content. Such requests should be directed to the creator or recipient of the content. Meta also is not in a position to provide witnesses for trial or deposition. The appearance of a records custodian is unnecessary because any non-content records produced are self-authenticating.

Finally, Meta does not preserve information in response to third party subpoenas or private party or non-governmental requests. Such requests should be directed to the user.

Please correct all deficiencies in your subpoena before reserving.

Sincerely,
Meta Platforms, Inc.

NOTICE: This email (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. Unless you are the intended recipient, you may not use, copy, or retransmit the email or its contents.