# DKT. 77 EXHIBIT B

 Ash Is God <msashleyjt@gmail.com>

## Scofield v. Guillard – Regarding Subpoena to Meta Platforms, Inc.
2 messages

**Worthington Wargula, Oviett (SEA)** <OWorthingtonWargula@perkinscoie.com>  Wed, Sep 13, 2023 at 10:23 AM
To: "MSASHLEYJT@GMAIL.COM" <MSASHLEYJT@gmail.com>
Cc: "Mrazik, Ryan T. (SEA)" <RMrazik@perkinscoie.com>

Hello Ms. Guillard,

We represent Meta Platforms, Inc. in this action. We are aware Plaintiff filed a Motion to Quash or Modify Subpoena to Meta Platforms, Inc. on July 27, 2023. We are waiting on the adjudication of this motion before taking further action.

Thank you,

Oviett

**Oviett Worthington Wargula** | **Perkins Coie LLP**

ASSOCIATE

1201 Third Avenue

Seattle, Washington 98101-3099

E. OWorthingtonWargula@perkinscoie.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

**Ash Is God** <msashleyjt@gmail.com>  Wed, Sep 13, 2023 at 3:48 PM
To: "Worthington Wargula, Oviett (SEA)" <OWorthingtonWargula@perkinscoie.com>
Cc: "Mrazik, Ryan T. (SEA)" <RMrazik@perkinscoie.com>

Thank you for getting back to me!
[Quoted text hidden]