# DKT. 77 EXHIBIT C

 

# PRESS RELEASE

FOR IMMEDIATE RELEASE
December 27, 2022

**CONTACT**
Moscow Police Department
moscowpdpio@ci.moscow.id.us
Media Line: 208-883-7181
Media Line Hours: 7 a.m. to 7 p.m. (PST)

## Moscow Homicide Update

MOSCOW, Idaho – The Moscow Police Department (MPD) is providing the following information to update the public on the known facts surrounding the four murders that occurred on November 13th in Moscow, Idaho.

- At this time in the investigation, detectives do not believe the female associate professor and chair of the history department at the University of Idaho suing a TikTok user for defamation is involved in this crime. The Moscow Police Department will not provide a statement about the ongoing civil process.

- There have been numerous inquiries from members of the public and media to verify digital media published online. Any picture or video provided through the official public records request process is authentic. However, once a record is released, we can no longer verify its authenticity as we do not know if anything has been altered. Detectives are aware of videos distributed by local businesses.

- Investigators believe someone has information that adds context to what occurred on the night of the murders and continue requesting additional pictures, video, and social media content. Our focus remains on the investigation, not an individual's activities displayed in the tip. Whether you believe it is significant or not, your information might be one of the puzzle pieces that help solve these murders. Digital submission of tips and leads will not be publicly disclosed due to our ongoing commitment to keep information private and details may be pertinent to the ongoing criminal investigation.

- Progress continues to locate the white 2011-2013 Hyundai Elantra believed to be in the immediate area of the King Road residence during the early morning hours of November 13th. Investigators believe the occupant(s) may have critical information to share regarding this case and have identified over 22,000 vehicles. If you know of, or own, a vehicle matching this description, or know of anyone who may have been driving this specific vehicle on the days preceding or the day of the murders, please forward that information to the Tip Line.

- No suspect(s) has been identified and only vetted information that does not hinder the investigation will be released to the public. We encourage referencing official releases for accurate and updated progress. All press releases and related information is available at: https://www.ci.moscow.id.us/1064/King-Street-Homicide.

- Updates will be provided when new information is available for release.

The Moscow Police Department thanks our community for their continued support, understanding of the limited information we can share, and patience during this difficult time.

###