# TRANSCRIPT ORDER

| | |
|---|---|
| Due Date: | June 27, 2024 |

| Name: | Wendy Olson | Phone #: (208) 389-9000 | Date: June 24, 2024 |
|---|---|---|---|

| Mailing Address: | 101 S. Capitol Blvd., Ste. 1900 | City: Boise | State: ID | Zip: 83702 |
|---|---|---|---|---|

Email Address: wendy.olson@stoel.com

| Case #: 3:22-cv-00521-REP | Judicial Official: Patricco | Dates of Proceedings: 04/16/24 |
|---|---|---|

| Case Name: Rebecca Scofield v. Ashley Guillard | Location of Proceedings: Boise |
|---|---|

Order for: ☐ Appeal   ☐ Criminal   ☐ Criminal Justice Act   ☐ Bankruptcy
☑ Non-Appeal   ☐ Civil   ☐ In Forma Pauperis   ☐ Other

Transcript Requested: Specify portion(s) and date(s) of Proceeding(s) for which transcript is requested.

☑ Entire Proceeding   Date: 04/16/24
☐ Portion(s):

## ORDER

| CATEGORY | Original (Includes free copy for Court) | First Copy | Additional Copies | No. of Estimated Pages | Estimated Cost |
|---|---|---|---|---|---|
| ORDINARY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 14-DAY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| EXPEDITED | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| 3-DAY | ☑ | $ 312.00 | $ 0.00 | 52 | $ 312.00 |
| DAILY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |
| HOURLY | ☐ | $ 0.00 | $ 0.00 | | $ 0.00 |

Processed by/Phone Number: (208) 387-4262

Estimate Total: **$ 312.00**

Transcript to be prepared by: Tucker and Associates

Court Address:
U.S. Courts – District of Idaho
550 W. Fort Street
Boise, ID 83724

| Order Received | Date | By | Purchase Order Number or CJA Voucher | |
|---|---|---|---|---|
| Transcript Ordered | | | Total Due | **$ 312.00** |