Ashley Guillard
3262 Weslayan Rd
942
Houston TX 77098

U.S. District Court
550 W. Fort St, Room 400
Boise, ID 83724