Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASHLEY GUILLARD,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**OPPOSITION TO DEFENDANT'S SECOND MOTION FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE [ECF 81]** |

On July 8, 2024, the Court docketed what is called Defendant Ashley Guillard's "Second Motion to Reassign." ECF 81. It is unclear to Plaintiff Rebecca Scofield whether Ms. Guillard intended to file a second motion or if she merely mailed an original of her first motion to the Court, as both motions appear to be identical, including the date of Ms. Guillard's signature. Compare ECF 75 with ECF 81. To the extent Ms. Guillard did intend to file a second motion, Professor Scofield incorporates in full her Opposition to Defendant's Motion for Reassignment to U.S. District Judge

dated July 2, 2024. ECF 80. Whether it is Ms. Guillard's first or second motion, the Court should deny Ms. Guillard's request to reassign this matter to a United States District Judge.

DATED: July 15, 2024.

                                                STOEL RIVES LLP

                                                /s/ Wendy J. Olson
                                                Wendy J. Olson
                                                Cory M. Carone

                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

                                            /s/ Wendy J. Olson
                                            Wendy J. Olson