Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd. 942
Houston, TX 77098
Telephone:  337.372.3181

Pro Se

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No. 3:22-cv-00521-REP |

# DEFENDANT ASHLEY GUILLARD'S REPLY TO DKT. 83: PLAINTIFF'S RESPONSE TO SECOND MOTION FOR REASSIGNMENT (DKT. 81)

DKT. 81 is a duplicate of DKT. 75. Defendant Ashley Guillard (Guillard) did not intend to file a second motion to reassign the case to a United States District Judge. Guillard mailed in a copy of the request for reassignment (in addition to email) to follow the instructions on the form (see DKT. 75). To the extent that it is required Guillard incorporates by reference DKT. 84: Defendant Ashley Guillard's Reply to Plaintiff's Response to Motion for Reassignment (ECF 75). Guillard requests that the Court GRANT the first motion to reassign the case to a United States District Judge (DKT. 75).

DATED: July 16, 2024

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

DEFENDANT ASHLEY GUILLARD'S REPLY TO DKT. 83 PLAINTIFF'S RESPONSE       1

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: July 16, 2024.

/s/ Ashley J. Guillard  
Ashley J. Guillard  
Pro-Se Litigant