UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY GUILLARD,<br><br>Defendant, | Case No.: 3:22-cv-00521-REP<br><br>**ORDER OF REFERRAL** |

Pursuant to 28 U.S.C. § 636(c)(1), self-represented Defendant Ashley Guillard filed a consent to magistrate judge jurisdiction on April 16, 2023. *See* 4/24/23 Notice (Dkt. 17) (attaching the parties' executed consent forms). Over one year later, Defendant filed a "Request for Reassignment to a U.S. District Judge." Request (Dkt. 75).[1] At least in part, Defendant's Request relies on Defendant's "Motion to Alter or Amend Judgment" (Dkt. 77).[2] *See* Reply to Pl.'s Resp. to Request at 3 (Dkt. 84) ("[T]he reassignment request is to prevent the continuous violation of her constitutional right to fair and impartial judicial proceedings, to prevent an unnecessary appeal to the United States Court of Appeals for the Ninth Circuit, and to prevent the continuous[ ] violation of judicial authority and jurisdictional boundaries (*as stated more fully in DKT. 77*).") (emphasis added).

Federal Rule of Civil Procedure 73(b)(3) provides that "[o]n its own for good cause – or when a party shows extraordinary circumstances – the district judge may vacate a referral to a

---

[1] An identical Request is filed at Dkt. 81 and will be denied as moot, owing to the originally-filed Request at Dkt. 75.

[2] Defendant's Motion to Alter or Amend Judgment confronts the Court's June 6, 2024 Memorandum Decision and Order that (i) granted Plaintiff's Amended Motion for Partial Summary Judgment (Dkt. 63), and (ii) Plaintiff's Motion for Leave to Amend Complaint to Add Punitive Damages (Dkt. 64). *See* 6/6/24 MDO (Dkt. 74).

**ORDER OF REFERRAL - 1**

magistrate judge." *See also* 28 U.S.C. § 636(c)(4). "[O]nly a district judge may rule on a motion to withdraw consent to the jurisdiction of a magistrate judge." *Branch v. Umphenour*, 936 F.3d 994, 1003 (9th Cir. 2019). The district judge must "consider whether [Defendant] has shown either 'good cause' or 'extraordinary circumstances' to withdraw consent." *Id*. at 1004.

Accordingly, IT IS HEREBY ORDERED that Defendant's "Request for Reassignment to a U.S. District Judge" (Dkt. 75) and, to the extent necessary to address that Request, Defendant's "Motion to Alter or Amend Judgment" (Dkt. 77), be referred to a United States District Judge for resolution as necessary.

IT IS FURTHER HEREBY ORDERED that Defendant's identical "Request for Reassignment to a U.S. District Judge" (Dkt. 81) is DENIED AS MOOT.

DATED: August 19, 2024

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

ORDER OF REFERRAL - 2