Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>          Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>          Defendant. | Case No. 3:22-cv-00521-REP<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order dated February 19, 2025, the parties submit the following status report.

### I.  PLAINTIFF REBECCA SCOFIELD'S POSITION

Professor Scofield asserts that this case is ready for a trial on damages only, as the Court has already determined as a matter of law that Ms. Guillard defamed Professor Scofield. Professor Scofield anticipates needing four days for trial. Her preference would be to have the trial in August 2025, which will afford the parties sufficient time to prepare and accommodate counsel's other pending trials.

JOINT STATUS REPORT - 1

Professor Scofield has tried to determine whether Ms. Guillard is available for a trial in August 2025 and whether she agrees four days is sufficient for trial. Ms. Guillard has not answered either question, instead indicating she plans to file a motion to change venue and a motion to stay trial until after the state court trial in State of Idaho v. Bryan C. Kohberger, Ada County Case No. CR-01-24-31665. Trial in that case is set for August 11, 2025. Professor Scofield opposes both of Ms. Guillard's contemplated motions.

Before proceeding to trial, Professor Scofield is agreeable to participating in a judicial settlement conference, and she has communicated this to Ms. Guillard. Ms. Guillard, however, has indicated she plans to file an appeal in this case and thus will not enter any settlement that requires payment to Professor Scofield or admission of defamation. Given Ms. Guillard's position, Professor Scofield believes any judicial settlement conference would be unproductive.

## II.  DEFENDANT ASHLEY GUILLARD'S POSITION

Considering newly received evidence, Ms. Guillard will proceed with a motion to stay proceedings until after the state court trial in State of Idaho v. Bryan C. Kohberger, Ada County Case No. CR-01-24-31665 to avoid conflict of interest with potential witnesses and to allow for the unsealing of evidence that supports Guillard's affirmative defense of substantial truth. Ms. Guillard initially agreed to participate in a judicial settlement conference with the boundary that damages to Scofield and admission of defamation be excluded as solutions. However, considering newly received evidence supporting Guillard's statements, a judicial settlement conference intending to provide Scofield with relief would be inappropriate.

JOINT STATUS REPORT - 2

DATED: March 11, 2025.

| | |
|---|---|
| /s/ Ashley Guillard (with permission) | /s/ Wendy J. Olson |
| Ashley Guillard | Wendy J. Olson |
| | Cory M. Carone |
| Defendant Pro Se | |
| | Attorneys for Plaintiff |

JOINT STATUS REPORT - 3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson