Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd, 942
Houston, TX 77098
337.372.3181

Pro-Se Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD, | Case No. 3:22-cv-00521-REP |
| Plaintiff, | **DEFENDANT'S RULE 60(b)(2) MOTION FOR RECONSIDERATION OF PARTIAL SUMMARY JUDGMENT (DKT. 74)** |
| v. | |
| ASHLEY GUILLARD, | |
| Defendant. | |

    COMES NOW Defendant Ashley Guillard respectfully moves the Court for relief from Order Granting Partial Summary Judgment (DKT. 74). Pursuant to Rule 60(b) Grounds for Relief from a Final Judgment, Order, or Proceeding. On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reason: (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b). The dockets and evidence provided by state court trial in State of Idaho v. Bryan C. Kohberger, Ada County Case No. CR-01-24-31665 provides factual support that substantiates the Tik-Tok videos Guillard posted regarding the murder of the four University of Idaho students at 1122 King Road in Moscow Idaho. With the newly discovered evidence, Guillard cannot legally be found liable for defamation because the

evidence proves that she was 1) telling the truth in many of the videos and 2) not proven to be false in others. Pursuant to the Supreme Court truth is an absolute defense against defamation; New York Times Co. v. Sullivan, 376 US 254 (1964). Additionally, there are outstanding issues of material facts. Therefore, the Court, bound by the parameters of the law, is legally required to reconsider the order granting the summary judgment (DKT. 74) and subsequently DENY the Plaintiff's Motion for Partial Summary Judgment (DKT. 63) and DENY the Plaintiff's motion to add punitive damages (DKT. 64).

DATED: March 15, 2025.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: March 15, 2025.

<u>/s/ Ashley J. Guillard</u>
Ashley J. Guillard
Pro-Se Litigant
