EXHIBIT A: ECF – Roommates Came Together
https://youtube.com/shorts/KiMZ8nq9TVo?si=ygmpgwde9UDm0wiC

EXHIBIT B: ECF - Roommates Heard Everything
https://youtube.com/shorts/zgzo1z8sb4s?si=AL8s05kLsGkEcqPt

EXHIBIT C: ECF - Rebecca Scofield's White Elantra
https://youtu.be/fdULhtXiVGY?si=aTdDKmM2oVKONX0J

EXHIBIT D: ECF – Murphy was Separated
https://youtube.com/shorts/F3hOHm6Vm04?si=FqHJJgY6Z5Fhn73c

EXHIBIT E: ECF – Domestic Violence
https://youtu.be/P1lXlnpMLMs?si=9lIq95bv90ANDOZT

EXHIBIT F: ECF – Victims Separated in Two Different Rooms
https://youtube.com/shorts/GyWDMnlNLqU?si=KE-WuYA4WLpG1gGS

EXHIBIT G: ECF – Victims murdered in the Same Room
https://youtube.com/shorts/pMS4Zra-8mg?si=9X-fq_bsA0jyjIBq

EXHIBIT H: ECF – Victims Final Moments
https://youtu.be/Dp7_C6gaTfc?si=m46VixmMCmGo4D3q

EXHIBIT I: ECF – Arrest Prediction
https://youtube.com/shorts/9CQfAEkVe8Q?si=LWUY_ZrF4fB3O74V

EXHIBIT J: ECF – Two Killers to Choose From
https://youtube.com/shorts/MeVWPSSQ9Yw?si=ZYWB_lZ_eyHR8bfc

EXHIBIT K: ECF –Bryan Kohberger
https://youtu.be/y0al9XxQLvo?si=N5HmwitdedbJpkxi

EXHIBIT L: - ECF – Scofield v. Guillard
https://youtube.com/shorts/k7MYrq44Vrs?si=pwGoBMLhdkCRto7a