Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>             Plaintiff,<br><br>    v.<br><br>ASHLEY GUILLARD,<br><br>             Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION (DKT. 92)** |

I, Wendy Olson, declare as follows:

1. I am an attorney at Stoel Rives LLP and am counsel for Plaintiff Rebecca Scofield in the above-captioned action.  I am over the age of 18 and am competent to testify to the matters set forth herein. I make the statements in this declaration based on my personal knowledge.

2. Ms. Guillard has not served a single discovery request directed to Professor Scofield in this matter.

3. Ms. Guillard did not issue a modified subpoena directed to Meta Platforms, Inc. after the Court's order dated October 6, 2023.

4. Aside from the original subpoena Ms. Guillard issued to Meta Platforms, Inc. in this matter and a subpoena directed to the University of Idaho dated November 16, 2023, Ms. Guillard did not issue any other subpoenas in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 7, 2025.

           STOEL RIVES LLP

           /s/ Wendy J. Olson
           Wendy J. Olson

           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson