Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd, 942
Houston, TX 77098
337.372.3181

Pro-Se Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF ASHLEY GUILLARD IN SUPPORT OF DEFENDANT'S RULE 60(b)(2) MOTION FOR RECONSIDERATION (DKT. 92)** |

I, Ashley Guillard, declare as follows:

　　1.  I am a pro-se litigant representing myself in the above captioned action. I am above the age of 18 and I am competent to testify to the matters set forth herein. I make the statements in this declaration based on my personal knowledge.

　　2.  Guillard did not request discovery directly from Rebecca Scofield because Scofield has made false statements every filing since the onset of the Complaint. It is logical to believe that Scofield would not be honest during discovery about her connection to the murder of the four students and the alleged affair. Additionally, the Fifth Amendment protects Scofield from being compelled to incriminate herself. Guillard did her due diligence.

　　3.  Guillard's subpoena to Meta Platforms, Inc. was rejected by the Court.

I declare under penalty and perjury under the laws of the United States that the foregoing is true and correct.

DATED: April 21, 2025

/s/ Ashley J. Guillard<br>
Ashley J. Guillard<br>
Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: April 21, 2025.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant