Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd, 942
Houston, TX 77098
337.372.3181

Pro-Se Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD, | Case No. 3:22-cv-00521-REP |
| Plaintiff, | **DEFENDANT'S NOTICE TO THE COURT OF REQUESTED DOCUMENTS** |
| v. | |
| ASHLEY GUILLARD, | |
| Defendant. | |

Defendant Ashley Guillard (Guillard) hereby notifies the Court of a pending request for information, documents, and evidence. On May 6, 2025, Guillard filed a motion for access to non-disclosed records in the criminal case of the State of Idaho v. Bryan C. Kohberger Case No: CR01-24-31665; to the District Court of the Fourth Judicial District of the State of Idaho, In and For the County of Ada (Exhibit A). The State District Court denied the motion because Guillard was not a proper party in the criminal case; and directed Guillard to submit a public records request on the Ada County website instead (Exhibit B). On May 12, 2025, Guillard submitted the request for non-disclosed documents (Exhibit C). As of May 15, 2025, the request is still pending.

DATED: May 15, 2025

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: May 15, 2025.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant
