Ash Is God <msashleyjt@gmail.com>

## Automatic reply: [EXTERNAL] Guillard's Request For Sealed Records Case: CR01-24-31665

1 message

**Criminal Records Request** <criminalrecordsrequest@adacounty.id.gov>    Mon, May 12, 2025 at 6:59 PM
To: Ash Is God <msashleyjt@gmail.com>

Thank you for contacting the Record's Department. Your e-mail has been received.

We will reply within 3 days in the order it has been received.

Thank you, your patience is appreciated.