Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
Cory M. Carone, ISB No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>         Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>         Defendant. | Case No. 3:22-cv-00521-REP<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order dated May 30, 2025 (Dkt. 96), the parties jointly submit the following report:

- Trial Date. The parties propose that the Court schedule a four-day trial on damages only in February 2026 or March 2026.

- Judicial Settlement Conference. The parties do not have a mutual interest in participating in a judicial settlement conference. As stated in the parties last Joint Status Report (Dkt. 91), Plaintiff Rebecca Scofield is agreeable to participating in a judicial settlement conference. Defendant Ashley Guillard, however, is not agreeable to participating in a judicial settlement conference.

JOINT STATUS REPORT - 1

DATED: June 13, 2025.

| | |
|---|---|
| /s/ Wendy J. Olson<br>Wendy J. Olson<br>Cory M. Carone<br><br>Attorneys for Plaintiff | /s/ Ashley Guillard (with permission)<br>Ashley Guillard<br><br>Defendant Pro Se |

JOINT STATUS REPORT - 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson