Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd, 942
Houston, TX 77098
337.372.3181

Pro-Se Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>        Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S RULE 702 MOTION IN LIMINE TO EXCLUDE EXPERT TESTIMONY AND EVIDENCE OF REBECCA BOHN, MA AND REBECCA J. TALLENT DKT. 102** |

      Defendant Ashley Guillard (Guillard) respectfully moves the Court to exclude the "expert" testimony of Rebecca Bohn, MA and Rebecca J. Tallent due to the complete failure of each witness to meet the required elements of Rule 702 and applicable case law. This motion is supported by the attached memorandum in support, the attached exhibits, Federal Rules of Evidence Rule 702, state laws and federal laws.

DATED: September 2, 2025

/s/ Ashley J. Guillard<br>Ashley J. Guillard<br>Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: September 2, 2025.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant
