```
EXHIBIT D DOCKET 102
SCOFIELD VS GUILLARD
CASE NO 3:22-CV-00521
```

**Exhibit 1.3-5   ICD-10 Diagnostic Criteria for PTSD**

A. The patient must have been exposed to a stressful event or situation (either brief or long-lasting) of exceptionally threatening or catastrophic nature, which would be likely to cause pervasive distress in almost anyone.

B. There must be persistent remembering or "reliving" of the stressor in intrusive "flashbacks," vivid memories, or recurring dreams, or in experiencing distress when exposed to circumstances resembling or associated with the stressor.

C. The patient must exhibit an actual or preferred avoidance of circumstances resembling or associated with the stressor, which was not present before exposure to the stressor.

D. Either of the following must be present:

   1. Inability to recall, either partially or completely, some important aspects of the period of exposure to the stressor.

   2. Persistent symptoms of increased psychological sensitivity and arousal (not present before exposure to the stressor), shown by any two of the following:

      a. Difficulty in falling or staying asleep.

      b. Irritability or outbursts of anger.

      c. Difficulty in concentrating.

      d. Exaggerated startle response.

E. Criteria B, C, and D must all be met within 6 months of the stressful event or at the end of a period of stress. (For some purposes, onset delayed more than 6 months can be included, but this should be clearly specified.)

Source: WHO, 1992.

From: Chapter 3, Understanding the Impact of Trauma



Trauma-Informed Care in Behavioral Health Services.
Treatment Improvement Protocol (TIP) Series, No. 57.
Center for Substance Abuse Treatment (US).
Rockville (MD): Substance Abuse and Mental Health Services Administration (US); 2014.

Copyright Notice
NCBI Bookshelf. A service of the National Library of Medicine, National Institutes of Health.