Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br> v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S RULE 702 MOTION IN LIMINE TO EXCLUDE TESTIMONY AND EVIDENCE OF REBECCA BOHN, MA AND REBECCA J. TALLENT (DKT 102)** |

I, Wendy Olson, declare as follows:

1. I am an attorney at Stoel Rives LLP and am counsel for Plaintiff Rebecca Scofield in the above-captioned action.  I am over the age of 18 and am competent to testify to the matters set forth herein. I make the statements in this declaration based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff Rebecca Scofield's Expert Witness Disclosure dated November 6, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: September 16, 2025.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

                                  /s/ Wendy J. Olson
                                  Wendy J. Olson