**Exhibit A**

Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Elijah M. Watkins, ISB No. 8977
*elijah.watkins@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>  Plaintiff,<br><br> v.<br><br>ASHLEY GUILLARD,<br><br>  Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF REBECCA SCOFIELD'S EXPERT WITNESS DISCLOSURE** |

Plaintiff Rebecca Scofield submits her Expert Witness Disclosures as required by the Federal Rules of Civil Procedure and the Court's Scheduling Order.  Professor Scofield may call the following experts at trial of this matter.

1. Retired Associate Professor Emerita Rebecca Tallent. Professor Tallent is a non-retained expert. Her report and curriculum vitae is attached hereto as Exhibit 1. Professor Tallent is a retired professor of public relations at the University of Idaho, School of Journalism and Mass Media, where she taught for 13 years.  She has served as an instructor and adjunct professor at other schools and universities on these same topics. Professor Tallent also has more than 50 years

PLAINTIFF REBECCA SCOFIELD'S EXPERT WITNESS DISCLOSURE - 1

of experience in the fields of public relations and journalism. She writes frequently on the topics of media coverage and journalism ethics. Based on her training and experience, Professor Tallent will testify regarding the long-term impact on Professor Scofield of Defendant Ashley Guillard's defamatory statements about Professor Scofield. She will testify that it takes up to forty years, or a full generation, for a person or business to rebuild a reputation damaged by extensive negative publicity similar to the statements the Defendant made about Rebeccas Scofield.

She will further testify that the statements made by the Defendant regarding Professor Scofield affect her reputation in multiple ways.  She will testify that the Defendant's false statements have damaged Professor Scofield's brand as a researcher and a teacher.  She will testify that the defamatory statements may cause other academics to doubt her research because she has been in trouble.  She will testify that the defamatory statements will damage her reputation among students, who may spread the statements, even if they are false, resulting in fewer students taking her classes, and potentially impacting the department in which she teaches. Professor Tallent's testimony and opinions are set forth in more detail in her attached report.

2.    Behavioral health therapist Rebecca Bohn is a nonretained expert.  Her report and curriculum vitae is attached hereto as Exhibit 2.  She will testify regarding her diagnoses and treatment of Professor Scofield after Defendant's false statements began circulating on the internet. She diagnosed Professor Scofield with Post Traumatic Stress Disorder. She will further testify regarding Professor Scofield's longterm prognosis and need for ongoing testimony. Ms. Bohn's testimony is factual in nature, but Professor Scofield is disclosing her as an expert out of an abundance of caution.

PLAINTIFF REBECCA SCOFIELD'S EXPERT WITNESS DISCLOSURE - 2

DATED: November 6, 2023.

                                        STOEL RIVES LLP

                                        /s/ Wendy J. Olson
                                        Wendy J. Olson
                                        Elijah M. Watkins
                                        Cory M. Carone

                                        Attorneys for Plaintiff

PLAINTIFF REBECCA SCOFIELD'S EXPERT WITNESS DISCLOSURE - 3

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, I served a copy of the foregoing via email on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

                                  /s/ Wendy J. Olson
                                  Wendy J. Olson

PLAINTIFF REBECCA SCOFIELD'S EXPERT WITNESS DISCLOSURE - 4

# EXHIBIT 1

**REPORT OF REBECCA J. TALLENT**

**Introduction**

I have been asked by legal counsel for Professor Rebecca Scofield to provide analysis and opinion regarding the impact on Professor Scofield's reputation of false statements made about her by a TikTok artist named Ashley Guillard beginning in November of 2022. Based on information I became aware of and information provided to me by Professor Scofield's counsel, I know that Ms. Guillard has stated that: (1) Professor Scofield was involved in a romantic relationship with a student at the University of Idaho, Kaylee Goncalves; and (2) that when that relationship was ending and was going to potentially be disclosed in public, Professor Scofield hired another University of Idaho student to murder Ms. Goncalves and three other University of Idaho students.

Based on my knowledge of how the murders have been investigated, that another person was charged, and that Ms. Guillard has not identified a single fact to support her claims, I know these statements are false. Based on my training and experience working in the fields of journalism and public relations, and in teaching in those fields at the university level, it is my opinion that Ms. Guillard's statements have damaged Professor Scofield's reputation to an extent that it may take up to a full generation, or forty years, to restore her reputation. The bases and reasons for my opinion, which I hold to a reasonable degree of certainty within my professional fields, are set forth below.

**Background and Qualifications**

I have more than 50 years of experience working in the fields of journalism, public relations, and academia. I am currently a retired associate professor emerita based in Moscow, Idaho. I served as an assistant professor and then an associate professor at the University of Idaho, School of Journalism and Mass Media from 2006 to my retirement in 2019. My primary teaching load at the University of Idaho was in public relations. I have also taught journalism, public relations, and associated subjects at other universities and at one high school. I also have more than 50 years of experience in the fields of journalism and public relations. I continue to write periodically on the topics of journalism ethics and medica coverage. My background and qualifications are set forth in more detail in my curriculum vitae attached hereto.

**Analysis and Opinion**

A fundamental principle of public relations is that a business's reputation or a person's reputation is their brand. Good reputations are hard earned, quickly lost, and difficult to regain. It takes up to forty years, or a full generation, for a person or business to rebuild a reputation damaged by extensive negative publicity similar to the statements the Defendant made about Rebeccas Scofield.

For example, in March of 1979, there was a partial meltdown at the Three Mile Island nuclear facility in Londonderry Township, Pennsylvania. Following that incident, there was considerable negative comment and press. At the time, I was an oil and gas reporter, and became

1

familiar with the incident and reporting on it. There was considerable speculation, and much information later proved to be inaccurate. The plant closed in 2019, forty years after the incident. The company that owned the plant never recovered. It took Tylenol only 20-25 years to largely recover its reputation after a series of murders in Chicago in 1982 when a person laced Tylenol with cyanide. Many businesses are not able to recover at all.

Based on my training and experience, it is my opinion that the statements made by Ms. Guillard regarding Professor Scofield have the capacity to affect Professor Scofield's reputation in multiple ways. Ms. Guillard's false statements have damaged Professor Scofield's brand as a researcher and a teacher. The defamatory statements may cause other academics to doubt Professor Scofield's research because of their perception that she has been in trouble. That may affect her ability to receive promotions. The defamatory statements also will damage Professor Scofield's reputation among students, who may spread the statements, even if they are false, resulting in fewer students taking her classes, and potentially impacting the department in which she teaches. Finally, the defamatory statements have the capacity to negatively affect Professor Scofield's ability to publish her work, which also could affect her career opportunities.

Ms. Guillard's use of social media and the internet to publish her false statements significantly increases the impact on Professor Scofield's reputation. Where, prior to the ascent of the internet and social media, false statements could be accessed only at specific times and in specific locations, these false statements can be accessed instantly, and without a competing accurate narrative. Moreover, it has been my experience in teaching in the social media age that many consumers of social media fail to take any steps to determine whether information they obtain on the internet is true.

Based on my training and experience, it is my opinion that filing and prevailing in a defamation lawsuit is absolutely critical for a person to reclaim her reputation. The public perceives that if you file a defamation claim, the defendant must have said something that was untrue. If you are victorious in a defamation lawsuit, you are the good guy.

**Compensation and Prior Testimony**

I am not being compensated for my work on this case.  I have not previously testified in court as an expert.

**Conclusion**

It could take a generation for Rebecca Scofield to restore her reputation, if at all. Because of the ease of access to Ms. Guillard's false statements and the nature of the allegations, there is always going to be someone out there who will say, "I think the TikToker was right." Ms. Guillard has damaged Professor Scofield's reputation to a significant degree.

/s/ Rebecca J. Tallent                                  November 6, 2023
Rebecca J. Tallent                                         Date

# CURRICULUM VITAE
University of Idaho

**NAME:** Rebecca J. Tallent               **DATE:** Sept. 10, 2020

**RANK OR TITLE:** Associate Professor Emerita

**DEPARTMENT:** School of Journalism and Mass Media

**OFFICE LOCATION AND CAMPUS ZIP:** 340 AD   3178          **OFFICE PHONE:** 885.8872
**FAX: 885.6450**
**EMAIL:** rtallent@uidaho.edu
**WEB:** www.class.uidaho.edu/JAMM

**DATE OF FIRST EMPLOYMENT AT UI:** August 14, 2006

**DATE OF TENURE:** Tenured

**DATE OF PRESENT RANK OR TITLE:** May 18, 2019

**EDUCATION BEYOND HIGH SCHOOL:**

Ed.D., Oklahoma State University, Stillwater, OK. July 1995. Higher Education, Classroom Teaching/Mass Communications. Dissertation Title: "Seeking A Place in the Journalistic Sun: A Delphi Study of Future Ethical Issues facing the Media."

M.Ed., University of Central Oklahoma, Edmond, OK. May 1977. Community/Junior College Education/journalism emphasis

B.A., University of Central Oklahoma, Edmond, OK. May 1975. Journalism, second emphasis in secondary education.

**EXPERIENCE:**

**Teaching, Extension and Research Appointments:**

Associate Professor, University of Idaho School of Journalism and Mass Media, 2012-present
Assistant Professor, University of Idaho School of Journalism and Mass Media, 2006-2012
American Indian Studies Faculty, University of Idaho, 2007-present
(Adjunct) Instructor, University of Phoenix, Oklahoma City, OK 2001-2006
(Adjunct) Assistant Professor, Embry-Riddle Aeronautical University, Oklahoma City, OK 2002-2006
Assistant Professor, Northwestern Oklahoma State University, Alva, OK 1997-1998
Instructor, Bishop McGuiness High School, Oklahoma City, OK 1977-1978
Instructor, Oklahoma City Southwestern College, Oklahoma City, OK 1975-1976

**Non-Academic Employment including Armed Forces:**

Evergreen Productions, Inc., Edmond, Oklahoma; Public Relations Specialist, 2002-2006
Epworth Villa, Oklahoma City, Oklahoma; Director, Community Outreach, 2000-2001
Oklahoma Bankers Association, Oklahoma City, Oklahoma; Editor, *The Oklahoma Banker* 1998-2000
Oklahoma Energy Resources Board, Oklahoma City, Oklahoma; Communications Director, 1995-1997
The University Hospitals, Oklahoma City, Oklahoma; Public Relations Associate, 1988-1995
Oklahoma Educational Television Authority, Oklahoma City, Oklahoma; Program Information Director, 1987-1988
Self-Employed, free-lance news reporter; 1986-1987
Oklahoma Business News Co., Oklahoma City, Oklahoma; reporter and editor, 1983-1986
*The Daily Oklahoman*, Oklahoma City, Oklahoma; news reporter, 1981-1983
Oklahoma Department of Transportation, Oklahoma City, Oklahoma; Informational Representative III, 1979-1981
*The Shawnee News-Star*, Shawnee, Oklahoma; wire editor, 1976

**Consulting:**

*The Spokesman-Review*, Spokane, WA; ombudsman, 2008-2009

TALLENT, Rebecca J.  (continued)                                                                                                    Page 2

*The Oologah Lake-Leader*, Oologah, OK, news consultant, 1984-2017
*The North Central Oklahoma Reporter*, Medford, OK, news consultant; 2006-2009

**TEACHING ACCOMPLISHMENTS:**

**Areas of Specialization:** news reporting, public relations, media coverage of diverse groups.

**Courses Taught:**

*University of Idaho:*
   JAMM 100: Media and Society. Summer 2006
   JAMM 121: Media Writing. Fall 2006
   JAMM 203: WS: Multicultural Journalism Workshop.  Summer 2010, Summer 2011
   JAMM 204: Introduction to IMC/Strategic Communications. Fall, 2015; Spring 2017
   JAMM 225: Reporting. Fall, 2008, Spring 2010
   JAMM 252: Principles of Public Relations. Fall 2006, Spring 2007, Fall 2007, Spring 2008, Fall 2008, Spring 2009, Fall 2009, Fall 2010; Spring 2012; Fall 2012; Spring, 2013; Fall 2013, Fall 2014; Spring 2015; Spring 2016; Spring 2018; Spring, 2019.
   JAMM 340: Cultural Diversity and the Media. Spring 2007, Summer 2007, Spring 2008, Spring 2009, Fall 2009,  Fall 2010, Spring 2011; Fall 2012; Summer, 2013; Fall 2013, Fall 2014; Fall, 2015; Fall, 2016; Fall 2017; Fall 2018.
   JAMM 440: Media and Culture. Fall 2007
   JAMM 440: Critical Issues in the Media. Spring 2010
   JAMM 452: Public Relations Campaign Design. Fall 2006, Fall 2007, Fall 2008, Spring 2010, Spring 2011; Spring, 2012; Spring, 2013; Spring 2015; Spring 2016; Fall 2016; Spring 2017.
   JAMM 458: PR Research and Case Studies, Fall 2011; Fall 2012; Fall 2013; Fall 2014; Fall 2015; Fall, 2016; Fall 2017; Fall 2018.
   JAMM 466: Media Campaign Strategy, Fall, 2017; Spring, 2018; Fall, 2018; Spring 2019.
   JAMM 404: ST: Sports Public Relations. Summer 2007
   JAMM 404: ST: Public Relations Competition. Fall 2007
   JAMM 404: DS: Environmental Public Relations. Spring 2008
   JAMM 404: DS: Cultural Assessment of PR. Spring 2008
   JAMM 499: DS: Native American Media. Summer 2010
   JAMM 499: DS: Media Research Methods. Fall 2010
   JAMM 499: DS: Cultural Diversity in PR. Summer 2011
   JAMM 499: DS: Women in Media, Spring 2012
   JAMM 499: DS: Race, Culture & Media, Spring, 2013
   JAMM 499: DS: Gender and Journalism Censorship, Fall, 2015
   JAMM 499: DS: Studies in PR, Summer, 2016

*Northwestern Oklahoma State University:*
   MC 2113: Basic News Reporting. Fall 1997, Spring 1998
   MC 3103: News Editing, Fall 1997
   MC 3302: Editorial Writing. Spring 1998
   MC 4102: Desk-top Publishing. Fall 1997, Spring 1998
   MC 4113: Publication Design. Fall 1997, Spring 1998
   MC 4212: Media Ethics and Laws. Spring 1998
   MC 2341: Independent study classes in media ethics and advertising.  Spring 1998

*University of Phoenix:*
   COM 105: Introduction to Effective Written Communication. 2002-04
   COM 215: Essentials of College Writing. 2002-05
   PHL 251: Critical Thinking. 2004-05
   COM 315: Diversity Issues in Communication. 2005
   PHL 323: Ethics in Management.  2003-06
   MKT 438: Public Relations. 2005
   GEN 480: Interdisciplinary Capstone Course.  2005

*Embry-Riddle Aeronautical University:*
   ENGL 122: English Literature and Composition.  2004-06

TALLENT, Rebecca J.  (continued)                                                                                                    Page 3

    ENGL 143: Rhetoric/Critical thinking. 2003-05
    ENGL 221: Technical Report Writing. 2002-06

*Oklahoma City Southwestern College:*
    Basic News Writing: Fall 1975
    Advanced News Reporting: Spring, 1976
    Newspaper and Magazine Layout and Design: Fall 1975, Spring 1976
    Yearbook advisor: 1975-1976

**Students Advised:**

*University of Idaho:*

Undergraduate Students:
    2019 – 44 students
    2018 – 52 students
    2017 – 50 students
    2016 – 76 students
    2015 – 71 students
    2014 – 65 students
    2013 – 65 students
    2012 – 65 students
    2011 – 65 students
    2010 – 65 students
    2009 – 51 students
    2008 – 51 students
    2007 – 27 students
    2006 – 12 students

Graduate Students:
    2012- 1 MFA (English) candidate
    2009-12 – 1 PhD candidate

**Courses Developed:**

*University of Idaho:*
    JAMM 203: WS: Multicultural Journalism Workshop for both high school teachers and students.
    JAMM 204: Introduction to IMC/Strategic Communications
    JAMM 252: Introduction to Public Relations; later revised as JAMM 252: Introduction to Integrated Media Campaign
    JAMM 340: Cultural Diversity and the Media.
    JAMM 413: Teaching High School Journalism (online course)
    JAMM 440: Critical Issues in the Media.
    JAMM 452: Public Relations Campaign Design.
    JAMM 458: PR Research and Case Studies
    JAMM 466: Media Campaign Strategies

**Materials Developed or Revised:**
    Workshop materials for high school teachers attending UI Multicultural High School Journalism Workshops
        in 2010-2016.  Materials include information on media law, teaching multicultural students,
        integrating diversity pedagogy, and information lists of additional materials available in libraries and on-
        line. Re-formatted the workshop in 2016 to be a traveling event, with individual workshops held in Boise, Idaho
        Falls and Coeur d'Alene. In 2017, workshop was fused with the Idaho Student journalism Association as part of
        their annual meeting. In 2018, the meeting was moved from Boise to Moscow.

**Non-credit Classes, Workshops, Seminars, Invited Lectures, etc.:**
    Invited presentation: "Covering Indian Country." Society of Professional Journalists Region 10 conference, April 6,
        2019, Coeur d'Alene, Idaho.
    Invited presentation: "Context and Commun-ities When Covering Indian Country." Co-presented with Victoria LaPoe,
        PhD, University of Ohio. Malcom Renfrew Interdisciplinary Colloquium Feb. 12, 2019, University of Idaho.
    Invited presentation, "Legal issues facing high school journalism programs." UI/ISJA Workshop, Oct. 25, 2018,

Moscow, Idaho.
Invited presentation, "Touching the future: #Press4Education" Excellence in Journalism conference, Baltimore, Maryland, Sept. 28, 2018.
Invited presentation, "Roundtable on Indigenous Values, Practices and News Media" (Native American media legal issues). AEJMC, Washington, D.C., Aug. 5, 2018.
Invited presentation: New Voices legislation: Is Idaho in the picture? Idaho Journalism Education Association Meeting Oct. 25, 2016, Boise, Idaho
Invited presentation: "Shield and Other Laws Up in Indian Country," Excellence in Journalism 16 Conference, New Orleans, LA, Sept. 18, 2016.
Invited Presentation: "Deep Dive: Internships," Excellence in Journalism 16 Conference, New Orleans, LA, Sept. 19, 2016.
Invited presentation, "Cross-cultural understanding and adjustment." Presentation for the Fullbright Gateway Orientation on Aug. 23, 2016 in Moscow, Idaho.
Invited presentation, "Still Captive? History, Law and the Teaching of High School Journalism, a Look at the book results" Sept. 17, 2015, Excellence in Journalism Conference, Orlando, Fla.
Invited presentation, "Covering Native America" April 13, 2013, Society of Professional Journalists regional conference, Spokane Washington.
Workshop facilitator/co-coordinator, Diversity Leadership Workshop, Sept. 19-21,2012 sponsored by the Society of Professional Journalists, national convention, Fort Lauderdale, FL.
Workshop facilitator/co-coordinator: Diversity Leadership Workshop, Sept. 25, 2011, sponsored by the Society of Professional Journalists, national convention, New Orleans, LA.
Invited presentation on advising student SPJ chapters, Sept. 26, 2011, Society of Professional Journalists national convention, New Orleans, LA.
Invited presentation on documentary "Miss Representation" at the Kenworthy Performing Arts Center, Moscow, Sept. 6, 2011. Panel discussed images of women in the media; event was co-sponsored by the UI Women's Center and the School of Journalism and Mass Media; attended by 250 UI faculty, students and Moscow Residents.
Town Hall Meeting: "Is Trust in Journalism an Outdated Expectation?" Panel moderator of ethics seminar funded by the Sigma Delta Chi Foundation, October 28, 2010.
Town Hall Meeting: "Storytellers and Warriors: Issues in Native American Media," October 19, 2009, at the University of Idaho. Developed and moderated session on Native Media.
Town Hall Meeting: "Race, Gender and Age in the Presidential Election;" October 13, 2008, at the University of Idaho. Developed and moderated session on the role of race in the 2008 Presidential election.
Edward R. Murrow Symposium: "Media Ethics: Minimizing Harm," April 10, 2007, at Washington State University. Invited to participate in a panel discussion on what it means for a journalist to minimize harm using WSU case.

**Honors and Awards:**
Wells Memorial Key for outstanding service to the Society of Professional Journalists, Sept. 7, 2019.
Journalism Education Association National Award for #Press4Education leadership. Presented Nov. 1, 2018 by JEA board of directors.
Society of Professional Journalists President's Award for #Press4education leadership, Sept. 29, 2018
University of Idaho President's Mid-Career Faculty Award, 2015
UI Fraternity and Sorority Life Outstanding Faculty Award, 2012-13
JAMM Excellence in Advising, Recruiting and Retention Award, April 2011.
Spirit Award for working with UI student athletes awarded by the Potlatch No. 1 Federal Credit Union November 28, 2009.
JAMM Outstanding Service Award, April, 2008.
JAMM Rookie of the Year Award, 2007.
Faculty Member of the Year, Embry-Riddle Aeronautical University Oklahoma City Campus. 2002-03.

**SCHOLARSHIP ACCOMPLISHMENTS:**

**Publications:**

*Refereed/Adjudicated:*
Tallent, R.J. & Barnes, J. (2016, Oct. 15). "Being ambiguous: Teaching ambiguity in strategic communications Classrooms." *Review of Journalism and Mass Communication*. 4 (1) 1-25.
Tallent, Rebecca J. (2013, August). "Haskell Indian Nations University" the *Multicultural America* project, Sage

TALLENT, Rebecca J.  (continued)                                                                                                         Page 5

Publications. http://dx.doi.org/10.4135/9781452276274
Tallent, Rebecca J. (2013, August). "Indian Self-Determination and Education Assistance Act of 1975." the *Multicultural America* project, Sage Publications. http://dx.doi.org/10.4135/9781452276274
Tallent, R.J. & Crowley, K. (2012, Summer). Facilitating creativity in a non-creative world: helping students develop critical/creative thinking skills using andragogy in the classroom. *Florida Communications Journal*, Vol. 40 Issue 2, p23-34, 12p
Tallent, R.J. & Dingman, R.S. (2011, July). "Cherokee Independent Press Act." *Journal of Communications Inquiry*, 35 (3) 252-274
Tallent, R.J. (2011).  "Killing With Silence, Not Even Softly." Criticism: Images of Native Americans in the *Twilight* series. *Journal of Mass Media Ethics*, 26:246-249.

*Books*
Tallent, R.J. & Taylor, R.J. (eds). (2017) *Mass Communication Law in Idaho*. In addition to editing, wrote three chapters as sole author and one as co-author plus coordinated entire project. Stillwater, OK: New Forums Press, Inc.
Tallent, R.J., Fox, K., Cain, B. & McKerral, M. (eds) (2015). *Still Captive? History, Law and the Teaching of High School Journalism.* In addition to editing, co-authored four chapters and coordinated entire project. Stillwater, OK: New Forums Press, Inc.

*Book Chapters*
Tallent, R.J. (2019) "Native American Radio." *The SAGE International Encyclopedia of Mass Media and Society.*
LaPoe, V., Tallent, R.J., Ahtone, T. & LaPoe, B. (2018). "Ethics and reporting on Native American communities: Going beyond the parachute story." Book chapter for *Underserved communities and digital discourse: Getting voices heard*. Lanham, MD: Lexington Books (a division of Rowan & Littlefield).
Tallent, R.J. (2018) "Native American programming (radio). Book chapter for *International Encyclopedia of Mass Media and Society* , Fischer, M. & Mohrman, K. (eds). Thousand Oaks, CA: Sage Publications.
Tallent, R.J., & Dingman, R.S. (2010). "Native press freedoms:  Federal and tribal legal issues restricting Native media," book chapter for *Interracial Communication: Contexts, Communities and Choices* edited by Brunson, D., Lampl, L.L., and Jordan-Jackson, F.F., published by Kendall/Hunt Publishing Company October 2010. 379-392

*Professional Publications:*
Tallent, R.J & Blevins, K. (2019). White Paper "New Voices for Idaho: A Survey and Recommendations for Other States." Student Press Law Center, found online at https://splc.org/wp-content/uploads/2019/01/New-Voices-Idaho-Study.pdf
Tallent, Rebecca & Blevins, Katie (2018, Spring). "Idaho teachers want New Voices, survey shows." Grassroots Editor, 59 (1) 15-16 publication of the International Society of Weekly Newspaper Editors.
Tallent, Rebecca (2016, Nov./Dec.). "Does 'no zero' have a place in higher education?" *Quill*, 104 (6) 20.
Tallent, Rebecca (2015, Sept./Oct.). "Design thinking requires education early." *Quill*, 103 (5) 27.
Tallent, Rebecca (2014, Sept./Oct.) "News literacy and engagements begins in the classroom." *Quill,* 102 (5) 27.
Tallent, Rebecca (2013, May/June). "Don't misrepresent Native Americans." *Quill,* 101 (3) 26.
Tallent, Rebecca & Crowley, Kelley (2013, March/April). "Wanted: Critical thinking education." *Quill*, 101 (2) 13.
Tallent, Rebecca J. (2012, July/August). Shields up in Indian Country, *Quill* 100 (4) 34-36.
Tallent, Rebecca J. (2012, May/June). Report it right: Depression and traumatic brain injuries. Quill, 100 (3) 30.
Tallent, Rebecca J. (2011, July/August). Same rules apply for those with disabilities. *Quill* 99 (4) 17.
Tallent, R. (2010, November/December) What makes teaching worthwhile.  *Quill*, 98 (6) 12.
Tallent, Rebecca J. & Whitehouse, V. (2010, September/October). "Seeking better diversity reporting." *The Quill*, Vol. 98, No. 5, 12.
Tallent, R.J. (2010, September 17). "Spokane Spokesman-Review Gets New Code of Ethics." *St. Louis Journalism Review* Online at http://sjreview.org/2010/09/17/529/.
Tallent, Rebecca J. "Research and choose words carefully." *Quill*, July/August 2010, Vol. 98, No. 4, 19.
Tallent, Rebecca J. "Press freedom in Indian Country." *Quill*, Vol. 97, Issue 7, 15.
Tallent, Becky "Reviving fairness in journalism." *Quill*, April, 2009. Vol. 97 Issue 3, 12.
Tallent, Rebecca J. "Leap the Native American journalistic divide" *Quill*, September 2008, Vol. 96, Issue 7, 34.
Tallent, Rebecca J. "Reporting on disabilities: Putting people first" *The Quill*, August, 2007, Vol. 95, Issue 6, 34-38.
Tallent, Rebecca J. "Newspaper Works to include blogging in Code of Ethics" *The Quill*, December, 2006, Vol. 94, Issue 9, 27.

*Newspaper Articles:*
- Tallent, Becky (2008, December 14) "Local news one thing that shouldn't change." *The Spokesman-Review*, B9.
- Tallent, Becky. (2008, November 9). "Fairness requires balance of opinions." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, October 12). "Departing editors made heroic stand." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, September 14). "Twitter technology has familiar pitfalls." *The Spokesman-Review*, B9.
- Tallent, Becky. (2008, August 10). "Hard economic times demand a local angle." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, July 12). "Ethics code targets conflicts of interest." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, June 8). "Faulty complaints stymie corrections." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, May 11). "Editorial decisions focus on readers." *The Spokesman-Review*, B9.
- Tallent, Becky (2008) April 13). "Newspapers adapt to change with interactivity, creativity." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, March 9). "Editors, contributors must communicate." *The Spokesman-Review*, B9.
- Tallent, Becky (2008, February 10). "Wanted: Accurate, professional dialogue." *The Spokesman-Review*, B9.

*Conference Proceedings*
- Barnes, J., Tallent, R.J., Blevins, K., Rhee, C-Y, & Barnicle, S.P. "The challenge of landing the first agency job." AEJMC annual conference, Careers and Internships section, presented Aug. 3, 2017.
- Tallent, R.J. & Taylor, R.J. "Shield laws up in Indian country."  Presented to the Indigenous Research Conference, Washington State University, April 18, 2015.
- Tallent, R.J. & Crowley, K. "Facilitating creativity in a non-creative world: helping students develop critical/creative thinking skills using andragogy in the classroom." Presented to and published by the Hawaii International Conference on Arts and Humanities, Honolulu, HI. January 14, 2013.
- Tallent, R.J. and Wiest, M. "Ethical Priorities Revisited, A Delphi Study of Future Ethical Concerns Facing Journalists." Peer-reviewed paper presented to the Association for Education in Journalism and Mass Communications annual conference in Denver, CO, August 4, 2010.
- Tallent, Rebecca J., Sommerlad-Rogers, Deirdre & Bennett, Denise "Humor as Social Control: Less than a laughing matter." Published by the Hawaii International Conference on Arts and Humanities, Honolulu, HI, January 11, 2008.

*Other:*
- Tallent, R.J. & Blevins, K. (2017, May 30). "New Voices in Idaho: High School Journalism Teachers Speak." International Journal of Education and Human Developments 3 (3) 24-35.
- Barnes, J., Rhee, C-Y & Tallent, R.J. (2016, Sept.) "Motivation toward physical activity: Effect of social media community on exercise adherence." *Media Watch Journal*. Vol. VII (3) 299-314.
- Barnes, J. & Tallent, R.J. (2016, August) "The Secret: Building success in the national student advertising competition." *International Journal of Business and Social Science*.6 (3).
- Tallent, R.J. & Barnes, J.B. (2015, August) "Think bubbles and Socrates: Teaching critical thinking to Millennials in public relations classes." *Universal Journal of Educational Research*, 3 (7) 435-441.
- Barnes, J., Tallent, R.J. & Stoll, S.K. (2015). "The art of critical thinking through a pedagogical approach." *International Journal of Humanities and Social Science*. 5 (8) 10-14
- Reviewer, "Diversity Style Guide" book proposal by Rachel Kaingel for Rowan & Littlefield Publishers, submitted June, 2014
- Reviewer, four articles for the Community & Society Division, AEJMC, 2013.
- Reviewer, six articles for Community & Society Division, AEJMC, 2012.
- Performance, multiple roles, *A Peculiar Evil*, a play written/produced by Dr. Dinah Zeiger for Constitution Day, September 17, 2010, at the UI Kiva Theatre.
- "Humor as Social Control: Less than a laughing matter." Hawaii International Conference on Arts and humanities, Honolulu, HI, January 11, 2008. Subject was research through Power of Play fellowship looking at how people and the media use humor as a form of control.

*Refereed/Adjudicated (currently scheduled or submitted):*
- Parent, E., Tallent, R.J. & Morse, G.S. "Native Women: The Invisible Indigenous Population" book chapter in *Modern Issues in Native America*.

*Professional Publications (currently scheduled or submitted): In Press*

TALLENT, Rebecca J.  (continued)                                                                 Page 7

*Presentations and Other Creative Activities:*
    Bennett, D., Sommerlad-Rogers, D. & Tallent, R.J. "Humor as Social Control" documentary video prepared for the International Arts and Humanities Conference in Honolulu, HI, January 11, 2008.

**Professional Meeting Papers, Workshops, Showings, Recitals:**
    "Fighting for the Future: The #Press4Education project." Invited presentation to Excellence in Journalism conference, Sept. 28, 2018, Baltimore, MD.
    "New Voices for High School Journalists." Invited presentation to Idaho Scholastic Journalism Association, Oct. 28, 2016, Boise, Idaho.
    "Internships and First Jobs." Invited presentation as part of Dow Jones News Fund workshop during Excellence in Journalism 2016 Conference, Sept. 20, 2016, New Orleans, LA.
    "Shields Up: Native Journalism Law" Invited presentation to Excellence in Journalism 2016 Conference, Sept.18, 2016, New Orleans, LA.
    "National Results of High School Journalism Study." Invited presentation to Idaho Scholastic Journalism Association, Oct. 29, 2015, Boise, Idaho.
    "Still Captive – Teaching High School Journalism." Invited presentation to Excellence in Journalism 2015 Conference, Sept. 17-20, 2015, Orlando, Fla.
    "Shield Laws Up in Indian Country," presentation to the Washington State University Indigenous Research Conference April 18, 2015, Pullman, WA.
    "Diversity in Newsrooms." Presented at the Society of Professional Journalists national convention on Sept. 20, 2012.  "Understanding diversity" moderator during same conference, Sept. 22, 2012.
    "Tribal Councils and The Fight for Press Freedom in Indian Country." Presented at the Pacific Northwest American Studies Association April 15, 2011, Vancouver, WA.
    "Worlds Within Worlds – Issues in Native American Journalism." Conference session developer and moderator during the Society of Professional Journalists Annual Conference in Las Vegas, NV, October 5, 2010.
    Speaker, "Working With the Media;" Federal Mid-Management Leadership Training Workshop, May 13, 2008.
    "You Call *That* Academic?" Invited lecture to the Pacific Northwest American Studies Association, Portland, OR, April 27, 2007. Subject was the difficulties of researching jokes within the academy.
    Speaker, UI New Faculty Orientation, August 13, 2007.

**Grants and Contracts Awarded:**
    Howard & Ursula Dubin Foundation, $5,000 gift to the University of Idaho High School Journalism Workshop for summer, 2017.
    CLASS 2017 Summer Grant, $1,642.11 for research on New Voices legislation in Idaho. Co-PI with Dr. Katie Blevins.
    Howard & Ursula Dubin Foundation, $10,000 gift to University of Idaho High School Journalism Workshop, summer 2015.
    Howard & Ursula Dubin Foundation, $2,500 for SPJ Journalism Education Committee research work, Spring 2014.
    ConAgra Foods Foundation, $47,300 Community Impact Grant to conduct research into child hunger among Hispanic families in Powell and Twin Falls Counties during the 2013-14 academic year. Co-PI with Paul McCawley, associate director of UI Extension.
    Dow Jones News Fund, Inc., $5,000 to conduct the annual UI Multicultural High School Journalism Workshop, June 17-26, 2011; Principal Investigator.
    Kurt O. Olsson Early Career Research Award, $3,976 awarded in Spring 2010 to study new practice of conservative think tanks developing non-profit news services and media reactions to the delivered content; Principal Investigator.
    Key Fund Grant, University of Idaho, $983 for research assistant to travel to Oklahoma for research July 9-16, 2008; Principal Investigator,
    University Travel Grant, University of Idaho, $900 to travel to the International Conference on Arts and Humanities in Honolulu, HI, January 10-14, 2008. Co-PI with Denise Bennett and Diedre Sommerlad-Rogers.
    Power of Play, University of Idaho, $500 to attend and present at the International Conference on Arts and Humanities in Honolulu, HI, January 10-14, 2008. Co-PI with D. Bennett and D. Sommerlad-Rogers.
    Power of Play, University of Idaho, $1,000 stipend to attend sessions and perform research in 2006-2007 academic year.

**Grants Under Review:**
    None

**OUTREACH AND ENGAGEMENT:**

**Major Committee Assignments:**
*University:*
    UI Special Task Force on Spread Pay (Chair). 2015-2016.
    UI President's Diversity Task Force, Faculty Recruitment and Retention sub-committee, 2010-2017
    UI Academic Petitions Committee, 2010-2017; Chair 2012-13. Substitute member 2017-present.
    Served on search committee for JAMM Director, 2016-17 & 2017-18.
    Served on search committee for Advertising/PT Clinical Professor, 2016-17.
    Served on search committee for Public Relations Director/Provost's Office, 2015
    Served on search committee for Director of Integrated Communications 2013.
    Served on committee performing fifth year review of CLASS dean.
    Serviced on Special Task Force to examine UI diversity leadership model, 2012-13.
*College:*
    CLASS Tenure and Promotion Committee, 2006-09.
*School:*
    JAMM Recruitment and Retention Committee, 2006-2013.
    JAMM Curriculum Committee, 2010-2013; 2017-present.
    Search committee member for JAMM director, 2017-18.
    Search Committee chair for design faculty member for JAMM, 2017.
    Search Committee member for temporary faculty in media writing and JAMM 350 PR writing, Summer 2015.
    Search Committee member for advertising faculty position 2010-11.
    Served on two faculty search committees, one for media law position another for media generalist/ethics position 2007-08.

**Professional and Scholarly Organizations:**
    Society of Professional Journalists
        Member, National Nominations Committee, 2020.
        Member, National Task Force on Sponsorships, 2019-2020.
        National Campus Advisor at Large, elected board of director's position, 2013-2017.
        Member, national Journalism Education Committee, 2006-2020; Vice Chair 2010-11; Chair 2011-2014; 2017-2018; co-chair 2018-2019.
        Member, national Diversity Committee, 2007-2016.
        Member, board of directors, Snake River Pro Chapter (2006-2013); Chair, Programs Committee (2007-2013); acting treasurer (2009-10).
        Member, National Ethics Task Force investigating news reporting ethics during FBI/Branch Davidian standoff near Waco, Texas (1993).
        Member, International Education Committee (1994-2000).
        Member, National Ethics Committee (1981-01; vice chair, 1987 and 1997; co-author 1996 Code of Ethics).
        Member, National Professional Development Committee (1989-94).
        Member, National Task Force on Professional Development (1987-88).
        Deputy Regional Director - Oklahoma (1984-97).
        Past president, Oklahoma Professional Chapter (1981) and University of Central Oklahoma Student Chapter (1974).
    Native American Journalists Association, member, 1999-present.
        Member, NAJA National Education Committee 2016 – present.
        Member, Red Press Research Team, researching/classifying/categorizing all Native media within the US, 2018-2020.
    Kappa Tau Alpha, National Honor Society in Journalism and Mass Communication.
    American Association of University Women, member 1996-2004.
    AEJMC, 2010-14, 2018.

**Outreach Service:**
    Judge, Native American Journalists Association contest, Feature stories, 2020.
    Member, Praxis National Journalism Advisory Committee for Educational Testing Services, Princeton, NJ.
    Judge, Native American Journalists Association contest, Breaking news and column writing, 2019

TALLENT, Rebecca J.  (continued) Page 9

    Judge, Society of Professional Journalists Sigma Delta Chi Awards, 2019.
    Judge, Native American Journalists Association contest, Non-deadline Reporting/Web, 2018
    Judge, Society of Professional Journalists' Sigma Delta Chi Awards, Non-Deadline Reporting, large market, 2018.
    Judge, Society of Professional Journalists' New America Award, 2018.
    Judge, Native American Journalists Association professional contest; daily news section in the following categories: news photography, news stories, columns and feature stories, 2017
    Judge, New America Award for Society of Professional Journalists, 2017.
    Judge, Native American Journalists Association contest, news photography, news stories for weekly and monthly publications, 2016.
    Judge, Native American Journalists Association contest, monthly tribal newspaper division, 2015.
    Judge, Multicultural America Award for the Society of Professional Journalists, 2012-1015.
    Director, UI High School Journalism workshop 2010-present. Worked fundraising and coordinating the elements for high school teachers and their students.
    Director, UI Multicultural High School Workshop, 2009-10. Worked fundraising and coordinating all the elements for high school teachers and the students.
    Judge, Society of Professional Journalists, Indianapolis, IN, chapter 2011 contest. Mid-sized daily newspapers and student broadcast entries.
    Judge, Alaska Professional Communicators writing contest; 2007, biography and fiction books; 2008, fiction books; 2009, non-fiction and informational books; 2010, fiction books; 2011, nonfiction books.
    *Media and Diversity*, by Luther, C., Lepre, L.& Clark, N. Book review for Wiley-Blackwell Publishing Submitted, November 10, 2008.
    Judge, Society of Professional Journalists Pittsburgh, PA, chapter; Mid-sized daily newspapers category, 2009.
    Scripps-Howard Multicultural High School Journalism Workshop 2008. Lecturer on multicultural issues and reporting basics.
    Coordinator, 2008 Society of Professional Journalists Freedom of Information Regional Workshop held at UI June 21, 2008.
    Scripps-Howard Multicultural High School Journalism Workshop 2007. Lecturer on multicultural issues.
    National Judge for the Suburban Newspapers of America – Category F, 2007 Feature Writing (newspapers circulation 25,000 or more).

**Community Service**:
    Member, Heart of the Arts, Inc./1912 Center Board of Directors, 2019-present. Vice President 2020.
    Member, Moscow Human Rights Commission, 2012-Present; vice chair 2014-present.
        Recipient, City of Moscow Service to Commission award, December 15, 2015.
    Prepare lunches and dinners for the University of Idaho Native American Student Association, 2007-10.
    Guest speaker, Gear-Up Native American Day, UI, March 25, 2009.
    Voiceover work for community public service announcement (Moscow Kino Digital Media Festival) February 20, 2009.
    Guest Speaker, Tincan, Spokane, January 30, 2009.
    Peace and Justice Committee, First United Methodist Church, Moscow (2008-10).
    Presenter, Tutxinmepu Youth Conference, UI, November 9, 2006.

**PROFESSIONAL DEVELOPMENT:**

**Teaching:**
    Training high school journalism teachers about legal issues for their classrooms, 2016-18.
    Diversity Leadership Fellowship, Society of Professional Journalists, 2007-08.
    Educational Diversity Fellowship –Poynter Institute for Media Studies, St. Petersburg, FL. One-week training seminar and year-long fellowship, 2007.
    UI Service Learning Workshop, January 8, 2009.

**Scholarship:**
    UI fundraising seminar, November 10, 2009.
    UI grant writing workshop, September 30, 2009.
    UI Core advising workshop, January 22, 2009.

# EXHIBIT 2

**Rebecca Bohn, MA**

121 S. Jackson St.

Moscow, ID 83843

(509) 999-4454

November 6, 2023                                                                                          Re: Rebecca Scofield

My name is Rebecca Bohn and I am a psychotherapist who has been in practice for 23 years. I began providing therapy services to Ms. Rebecca Scofield on May 8, 2023, primarily related to mental health conditions she was experiencing after learning that a TikTok personality had falsely stated that Professor Scofield was involved in the murder of four University of Idaho students and had been romantically involved with one of the four.

Based on my training and experience, I diagnosed Professor Scofield with the following: F43.10 - Post-Traumatic Stress Disorder, Unspecified. I have continued providing therapy services to Professor Scofield since that time on a weekly and bi-monthly basis as her schedule allows.

Based on my training and experience, I anticipate that Professor Scofield will continue to need therapy services throughout her lifetime based on the mental health conditions she developed as a result of the online statements made about her by the TikTok personality. I hold this opinion to a reasonable degree of mental health treatment certainty.

Sincerely,

*Rebecca Bohn*

Rebecca Bohn MA

# Rebecca Bohn, MA, LMHC
121 S. Jackson St. Moscow, ID 83843
P. (509) 999-4454, F. (208) 908-0057

## CURRICULUM VITAE

### PROFILE
Strong professional background in counseling with diverse populations
Creative behavioral health educator with effective interpersonal and communication skills
High degree of professional integrity

### PROFESSIONAL EXPERIENCE

**1997 – Present**  **Psychotherapist & Behavioral Health Educator**
*(Private Practice, Spokane, WA)*
Provide individual and group counseling for adults and families
Facilitate innovative psycho-educational classes on stress management and behavioral health issues

**1991 – 1996**  **County Designated Mental Health Professional**
*(Spokane Mental Health Center, Spokane, WA)*
Provided walk-in and outreach crisis intervention, evaluation, and counseling services for children, adults and families
Assess for and facilitate voluntary and involuntary psychiatric hospitalizations for children and adults

**1990 – 1991**  **Psychotherapist**
*(Family Services Spokane, Spokane, WA)*
Provided individual, couple and group counseling services for youth and adults

**1988 – 1989**  **Program Director**
*(American Cancer Society, Spokane, WA)*
Planned and implemented public health programs for youth and adults in schools, medical clinics, and in the business sector
Coordinated service and rehabilitation programs for cancer patients and their families including support groups

### EDUCATION

1990    Gonzaga University, Spokane, WA
        Master of Arts, Counseling Psychology

1988    Gonzaga University, Spokane, WA
        Bachelor of Arts, Public Relations (Cum Laude)