# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| | |
|---|---|
| Case Name:<br><br>Rebecca Scofield<br>vs.<br><br>Ashley Guillard | Plaintiff's Attorney:<br>Wendy Olson & Cory Carone, Stoel Rives LLP |
| | Defendant=s Attorney:<br><br>Pro se |

| | | |
|---|---|---|
| Docket No.:<br>3:22-cv-00521-REP | Trial Dates:<br>February 24-27, 2026 | Courtroom Deputy:<br>Brandi Fifer |
| Presiding Judge: Honorable Raymond E. Patricco | | Court Reporter: |

Party Offering Exhibits: Plaintiff Rebecca Scofield

### Instructions

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1 | | | | | Ashley Guillard TikTok - F1026693, 11/25/2022 | |
| 2 | | | | | Ashley Guillard TikTok - F1026640, 11/26/2022 | |
| 3 | | | | | Ashley Guillard TikTok - F1026586, 11/28/2022 | |
| 4 | | | | | Ashley Guillard TikTok - F1026691, 11/28/2022 | |
| 5 | | | | | Ashley Guillard TikTok - F1026645, 12/1/2022 | |
| 6 | | | | | Ashley Guillard TikTok - F1026633, 12/2/2022 | |
| | | | | | Ashley Guillard TikTok - F1026594, 12/5/2022 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7 | | | | | | |
| 8 | | | | | Ashley Guillard TikTok - F1026600, 12/5/2022 | |
| 9 | | | | | Ashley Guillard TikTok - F1026584, 12/13/2022 | |
| 10 | | | | | Screenshot of Ashley Guillard TikTok with likes and shares data | |
| 11 | | | | | Ashisgodintheflesh – backup account TikTok, 12/26/2022 | |
| 12 | | | | | YouTube Video - F1399312 Full synopsis of the plot to kill the 4 University of Idaho students Ashley Guillard's Testimony, 2/9/2023 | |
| 13 | | | | | Demonstrative Exhibit with list of videos | |
| 14 | | | | | YouTube video – F1399313 Nerd Report TikToker Ashley Solves Mysteries on Idaho Student Murders Bryan Kohberger!, 6/9/2023 | |
| 15 | | | | | YouTube video – F1399314 Scofield v. Guillard Update Scofield is Hiding Discovery, 10/14/2023 | |
| 16 | | | | | YouTube video – Reaction to Madcaster Video about "TikTok" Psychic – SPOILER: HE'S AN IDIOT, May 1, 2025 | |
| 17 | | | | | Ashley Guillard TikTok, 8/28/2025 | |
| 18 | | | | | Screenshot of comments on Ashley Guillard TikTok, 8/28/2025 | |
| 19 | | | | | Cease and Desist Letter, 11/28/2022 | |
| 20 | | | | | Second Cease and Desist Letter, 12/8/2022 | |
| 21 | | | | | Moscow Police Department Press Release, 12/27/2022 | |
| 22 | | | | | Indictment, *State of Idaho v. Bryan C. Kohberger*, Latah County Case No. CR29-22-2805, 5/16/2023 | |
| 23 | | | | | Plea Agreement, *State of Idaho v. Bryan C. Kohberger*, Latah County Case No. CR29-22-2805, 7/2/2025 | |
| | | | | | Judgment of Conviction and Commitment, *State of* | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 24 | | | | | *Idaho v. Bryan C. Kohberger*, Latah County Case No. CR29-22-2805, 7/23/2025 | |
| 25 | | | | | Policy 3205 of the University of Idaho's Faculty Staff Handbook concerning Consensual Romantic or Sexual Relationships | |
| 26 | | | | | Policy 3220 of the University of Idaho's Faculty Staff Handbook concerning Sexual Harassment | |
| 27 | | | | | Plaintiff's Subpoena to Produce Documents, Information, or Objects tr to Permit Inspection of Premises in a Civil Action to the University of Idaho and response | |
| 28 | | | | | University of Idaho's response to Ashley Guillard's Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises, 12/21/2023 | |
| 29 | | | | | Ashley Guillard Instagram Story, 8/16/2024 | |
| 30 | | | | | Ashley Guillard Instagram Story, 7/12/2025 | |
| 31 | | | | | Rebecca Scofield Medical Records, Gritman Medical Center | |
| 32 | | | | | Rebecca Scofield Physical Therapy Statements and Receipts | |
| 33 | | | | | Rebecca Bohn Treatment Records | |
| 34 | | | | | Rebecca Scofield Gritman Medical Center Clinic Visit Receipts | |
| 35 | | | | | Rebecca Bohn Treatment Receipts | |
| 36 | | | | | Massage Therapy Receipts | |
| 37 | | | | | Security Camera Receipts | |
| 38 | | | | | Rebecca J. Tallent Expert Report and CV, 11/6/2023 | |
| 39 | | | | | Rebecca Bohn Expert Report and CV, 11/6/2023 | |
| | | | | | | |
| | | | | | | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

150351276.1 0079747-00001