Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>             Plaintiff,<br><br>      v.<br><br>ASHLEY GUILLARD,<br><br>             Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PROPOSED SPECIAL VERDICT FORM** |

Pursuant to the Court's Order dated August 12, 2025 (Dkt. 100), and District of Idaho Local Civil Rule 51.1(a), Plaintiff Rebecca Scofield ("Plaintiff") submits her Proposed Special Verdict Form:

PROPOSED SPECIAL VERDICT FORM - 1

We, the jury, being duly impaneled and sworn to try the above-entitled case, do find our verdict as follows:

**DAMAGES**

**Question 1**:   What amount of compensatory damages have you decided to award related to Ms. Guillard's false statements that Professor Scofield had an inappropriate romantic relationship with a student?

**Answer:**  _____

**Question 2**:   What amount of punitive damages have you decided to award related to Ms. Guillard's false statements that Professor Scofield had an inappropriate romantic relationship with a student?

**Answer:**  _____

**Question 3**:   What amount of compensatory damages have you decided to award related to Ms. Guillard's false statements that Professor Scofield orchestrated the murder of four students at the University of Idaho?

**Answer:**  _____

**Question 4**:   What amount of punitive damages have you decided to award related to Ms. Guillard's false statements that Professor Scofield orchestrated the murder of four students at the University of Idaho?

**Answer:**  _____

PROPOSED SPECIAL VERDICT FORM - 2

DATED: October 7, 2025.

                                                     STOEL RIVES LLP

                                                     /s/ *Wendy J. Olson*
                                                     Wendy J. Olson
                                                     Cory M. Carone

                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

                                        /s/ Wendy J. Olson
                                        Wendy J. Olson