Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>           Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>           Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE** |

1. Who has attended the University of Idaho?

2. Who has children who have attended the University of Idaho?

3. What type of conduct do you think would damage the reputation of a professor at the University of Idaho?

4. Who thinks it would be inappropriate for a professor at the University of Idaho to have a romantic relationship with a student?

5. Who thinks a professor at the University of Idaho should be fired for having a romantic relationship with a student?

PLAINTIFF'S PROPOSED VOIR DIRE - 1

6.  Who followed the news about the four murders that happened at the University of Idaho in November 2022?

7.  Who remembers the speculation about whether one of the victim's ex-boyfriends committed the murders?

8.  Who remembers the speculation about whether a man near a food truck where the victims ordered food committed the murders?

9.  Who followed closely reporting on the prosecution of Bryan Kohberger?

10. Who uses TikTok to watch videos?

11. Who has posted videos on TikTok?

12. Who thinks the public generally believes what they see or hear on TikTok?

13. Who thinks a person's reputation can be damaged based on content about them posted on TikTok?

14. Who thinks people believe false information posted on the Internet?

15. Who thinks it is difficult to stop false information from circulating on the Internet?

16. Who thinks a person's reputation can be damaged based on viral content on the Internet?

17. Who has had somebody say something false about them?

18. Who has been emotionally upset after somebody said something false about them?

19. Who thinks your reputation can be damaged by somebody saying something false about you?

PLAINTIFF'S PROPOSED VOIR DIRE - 2

20. At what point do you think somebody should stop making false statements that they know are false?

21. What do you think is the most effective way to get somebody to stop making false statements about you?

22. Who thinks it is appropriate to file a defamation lawsuit if somebody says something false about you?

23. Who has experience with Tarot cards?

24. Who thinks Tarot card reading can provide accurate information?

25. What should those Tarot card readings be used for?

26. Who has experience with psychics?

27. Who thinks psychics can provide accurate information?

28. In this case, the Court has already found that Ashley Guillard made defamatory statements about Rebecca Scofield, and this trial is only about the amount of damages to award. Do any of you think you will not be able to accept the Court's finding and only focus on damages?

DATED: October 7, 2025.

STOEL RIVES LLP

/s/ *Wendy J. Olson*
Wendy J. Olson
Cory M. Carone

Attorneys for Plaintiff

PLAINTIFF'S PROPOSED VOIR DIRE - 3

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson

PLAINTIFF'S PROPOSED VOIR DIRE - 4