Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>           Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>           Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER** |

I, Wendy Olson, declare as follows:

1. I am an attorney at Stoel Rives LLP and am counsel for Plaintiff Rebecca Scofield in the above-captioned action.  I am over the age of 18 and am competent to testify to the matters set forth herein. I make the statements in this declaration based on my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of my email exchange with Ashley Guillard dated October, 7 2025.

3. On January 12, 2024, I filed a declaration in support of Plaintiff's Amended Motion for Partial Summary Judgment, which attached, as Exhibit M, a true and correct copy of a TikTok

published by Ms. Guillard dated December 13, 2022, and saved under the file name F1026584, which is hereby incorporated into this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 9, 2025.

STOEL RIVES LLP

/s/ Wendy J. Olson
Wendy J. Olson

Attorney for Plaintiff

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2025, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF PROTECTIVE ORDER - 3