# Exhibit 1

Exhibit 1

| | |
|---|---|
| **From:** | Ash Is God <msashleyjt@gmail.com> |
| **Sent:** | Tuesday, October 7, 2025 6:14 PM |
| **To:** | Olson, Wendy J. |
| **Cc:** | Carone, Cory M. |
| **Subject:** | Re: Scofield v. Guillard -- request to stipulate to a protective order |

No.

-Ashley Guillard

On Wed, Oct 8, 2025 at 1:35 AM Olson, Wendy J. <wendy.olson@stoel.com> wrote:

> Good afternoon Ms. Guillard,
>
> As you know, today is the day on which we are to exchange proposed exhibits for trial. We will be providing ours later today. Some of the exhibits we intend to use at trial are medical and financial records of Professor Scofield, which have sensitive personal and financial information in them. Production of such items typically is subject to a protective order between the parties. Please let us know if you will stipulate to the entry of the attached protective order. We have included a draft stipulated motion for a protective order.
>
> Best Regards,
>
> Wendy Olson
>
> **Wendy Olson** | Partner
> **STOEL RIVES LLP** | 101 S. Capitol Boulevard, Suite 1900 | Boise, ID 83702
> Direct: (208) 387-4291 | Mobile: (208) 484-5279
> wendy.olson@stoel.com | Bio | vCard | www.stoel.com
>
> 
>
> This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.