Ashley Guillard
msashleyjt@gmail.com
3262 Westheimer Rd, 942
Houston, TX 77098
337.372.3181

Pro-Se Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S RULE 12(b)(1) MOTION TO DISMISS FOR WANT OF SUBJECT-MATTER JURISDICTION** |

  Defendant Ashley Guillard (Guillard) respectfully moves the Court to dismiss the Plaintiff's Complaint for want of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The Plaintiff filed the Complaint for two defamation claims against Guillard in the United States District Court for the District of Idaho on December 21, 2022; alleging Diversity Jurisdiction pursuant to 28 U.S.C. § 1332. However 28 U.S.C. § 1332 requires the Plaintiff to have claims that exceeds $75,000 in damages at the time of the filing. The plaintiff fails to prove that amount in controversy is more than $75,000. In fact, the Plaintiff hasn't proved any damages at all. Instead, the Plaintiff used her friends, Rebecca Bohn, MA and Dr. Rebecca Tallent of the University of Idaho to fabricate damages and provide false testimony for damages; in bad faith. For these reasons above, explained fully in the attached Memorandum

of Support, Defendant Ashley Guillard moves the Court to dismiss the Plaintiff's Complaint with prejudice for want of subject matter jurisdiction.

DATED: February 5, 2026

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: February 5, 2026.

/s/ Ashley J. Guillard  
Ashley J. Guillard  
Pro-Se Litigant