# EXHIBIT B: REBECCA SCOFIELD'S GO FUND ME

Donate ▾   Fundraise ▾   Giving Funds NEW   gofundme   About ▾   Sign in   Start a GoFundMe

# Support Dr. Rebecca Scofield



Friends of Rebecca Scofield is organizing this fundraiser on behalf of Rebecca Scofield.

🛡 Donation protected

**UPDATE: July 2024**

In June, the judge granted the motion for partial summary judgment, ruling that the defendant had defamed Dr. Scofield and granted the motion to add punitive damages. As requested, damages will be determined by a jury in a damages trial, which we hope will be scheduled soon.

Next, the University of Idaho chapter of the American Federation of Teachers, the Idaho Federation of Teachers, and the national legal aid committee with the American Federation of Teachers have all moved forward with contributions to Dr. Scofield's legal fees, providing a significant amount of financial support. Thank you to these incredible organizations for standing with their union member!

Given this recent news, we are pausing donations from GoFundMe at this time.

Dr. Scofield and her family would like to thank everyone for the immense generosity and kindness they have shared. Every contribution has made a difference, and the outpouring of support and understanding has been incredible.

We hope to continue to update this page as the case progresses. Thank you all!

**UPDATE: April 2024**

Thank you, everyone, for your generosity and support! We wanted to update you to let you know there is a hearing set for oral arguments for both the motion for summary judgment and the motion to add punitive damages on April 16th, 2024. We will continue to update you as the case moves forward. Thank you again.

***********

**$22,741** raised

Share

The organizer has currently disabled new donations to this fundraiser.

Anonymous
$50 · 1 yr

Alice Askarnia
$20 · 1 yr

Karla Young
$25 · 1 yr

Anonymous
$20 · 1 yr

Celeste Birzgalis
$30 · 1 yr

See all    See top

Support Dr. Rebecca Scofield
Over the past six months, our dear friend and colleague, Dr. Rebecca Scofield, has been relentlessly and persistently targeted by a TikTok user who is making false claims linking her to the November murders of four University of Idaho students. Her case, like many others, shows how easily and quickly anyone can become the target of online abuse

from the spread of unfounded accusations.

In November 2022, her attorneys sent two cease and desist notices in an attempt to end the harmful statements and protect Dr. Scofield, her husband, and two young children. The TikTok user mocked these attempts. Thus, in December 2022, Dr. Scofield filed a federal defamation lawsuit to fight these unwarranted online attacks. Despite her attempts to resolve the case quickly, her legal fees have far outpaced her resources. As her lawyers estimate it could be another year before the case is resolved, it will cost a substantial amount of money to continue to contest these baseless claims and address counterclaims. Throughout the case, the TikTok user has continued to make new false statements.

Online rumors and suppositions can ruin innocent people's lives, causing emotional distress, loss of reputation, and significant financial damage. Defamation lawsuits are necessary to deter these attacks. Unfortunately, without additional support, Dr. Scofield may be forced to drop the case in order to protect her family's financial well-being.

Dr. Scofield is a dedicated member of the University of Idaho faculty and a beloved member of the Moscow community. Dr. Scofield's goal continues to be to resolve the suit and end the spread of false online statements as quickly as possible. Any donation to help support her and her family will be deeply appreciated.

Any excess funds will be donated to the scholarship funds set up in the victims' names at the University of Idaho.

For more about the case, see these articles from:

- The Idaho Statesman (https://idahonews.com/news/local/university-of-idaho-professor-sues-tiktok-charlatan) and
- The Guardian (https://www.theguardian.com/us-news/2022/dec/25/tiktok-sleuth-ashley-guillard-rebecca-scofield-defamation-idaho-murders).

 Show your support for this GoFundMe

## Updates (1)

**July 18th, 2024**  by Friends of Rebecca Scofield, Organizer

UPDATE July 2024:

In June, the judge granted the motion for partial summary judgment, ruling that the defendant had defamed Dr. Scofield and granted the motion to add punitive damages. As requested, damages will be determined by a jury in a damages trial, which we hope will be scheduled soon.

Next, the University of Idaho chapter of the American Federation of Teachers, the Idaho Federation of Teachers, and the national legal aid committee with the American Federation of Teachers have all moved forward with contributions to Dr. Scofield's

legal fees, providing a significant amount of financial support. Thank you to these incredible organizations for standing with their union member!

Given this recent news, we are pausing donations from GoFundMe at this time.

Dr. Scofield and her family would like to thank everyone for the immense generosity and kindness they have shared. Every contribution has made a difference, and the outpouring of support and understanding has been incredible.

We hope to continue to update this page as the case progresses. Thank you all!

## Organizer and beneficiary

 **Friends of Rebecca Scofield** →
Organizer
Moscow, ID

 **Rebecca Scofield**
Beneficiary

Contact

## Words of support (23)

Please donate to share words of support.

 **Rebekah Carolla**
$15 · 2 yrs
Via the Pegleg Finance YouTube channel. He's gone over your motions in great detail. I'm hoping that my little contribution will help you right this horrid, horrid wrong.

 **Chris Branson-Laing**
$20 · 2 yrs
A woman's life and reputation shouldn't be ruined because a pathetic little girl wants fame, and I doubt the Professor will get her legal fees back. Just sorry I can't afford more

 **Jennifer Huppert**
$20 · 2 yrs
I cannot imagine how difficult this situation must be and hope you take strength from your family, friends, and even people who have never met you, to support you through this.

 **Michelle Embry**
$5 · 2 yrs
This professor needs our help

 **Jamal Lyksett**
$100 · 2 yrs
We are all with you!

 **Cynthia Prescott**

$100 · 2 yrs

I stand with my colleague and friend Becca and her family. The public humanities are so important in the face of misinformation and such brutal personal attacks.

**Sean Collins**
$10 · 2 yrs

From one of your former students I'm sorry to see you go through this. Good luck!

**Anthony Marker**
$50 · 2 yrs

Counter suit appears to be a transparent stalling attempt and seemingly without merit.

**Sydney Freeman, Jr.**
$100 · 2 yrs

We have young back Becca! Sydney Freeman, Jr. & Lynda Freeman

**Andrew Goldman**
$25 · 2 yrs

From a fellow historian, to let you know what we're all supporting you on this.

**Eric Ntege**
$10 · 2 yrs

Random guy from Belgium here! I just found out about your situation through a YouTube video "Our obsession with true crime is weird" by Leeja Miller. I don't have much, but I hope you get the justice you deserve.

**Amanada Johnston**
$25 · 2 yrs

Dr. Scofield, I was disgusted to hear you have been treated in such an abusive, unethical, inhumane way. As a UIdaho alumn, my educational experience was deeply impacted by caring and dedicated faculty like you. I am so sorry you are experiencing this horrible abuse.

**Kalin Gibbons**
$20 · 2 yrs

This could have happened to any of us, and this influencer needs to be held accountable.

**Celeste Miller**
$50 · 2 yrs

The professor's case enhances justice for us all.

**Veronica Neisler**
$150 · 2 yrs

Good luck Rebecca! I have faith that justice will be served for you and your family

**Christine Berven**
$100 · 2 yrs
Happy to help. This shouldn't happen to anyone.

**Caroline Evans**
$5 · 2 yrs
Shutting down slander/libel the legal way is a good cause.

**Michelle Leach**
$25 · 2 yrs
PLUNDER sent me here. Fight the good fight, Rebecca!! God bless you and your family.

**Daniel Peralto**
$20 · 2 yrs
How is this not a crime to manufacture an accusation for likes. This is not freedom of speech. Please help Rebecca.

**Marina Mendez**
$50 · 2 yrs
Sending my prayers and support. Truth will prevail!

**Amberly Beckman**
$40 · 2 yrs
Rooting for you, Becca!

**Tom Kerr**
$50 · 2 yrs
No one should have to go through this process and have their bank account depleted to defend themselves. It happened to me and I will be more than happy to help someone against a kook. Good luck, Prof, and I hope my small donation helps.

**Arthur Patton-Hock**
$175 · 2 yrs
Becca: you're a hero in so many ways. APH

July 1st, 2023 · Community

Report fundraiser

## Your easy, powerful, and trusted home for help

Easy          Powerful          Trusted