# EXHIBIT D: ASHLEY GUILLARD'S RESUME

**Ashley J. Guillard**
Leesville, LA 71461
Contact Number:  (337) 372-3181
Email:  msashleyjt@gmail.com

**EXECUTIVE SUMMARY**

**Experience:** Successfully served over 6.5 years as a Human Resources Specialist for the Department of Defense with 2.5 years as a Human Resources Specialist, GS-0201-11 providing classification, position management, recruitment and placement and manpower support. 7.5 years of experience providing direct administrative support to junior and senior level management as well as direct payroll and administrative support to over 3000 military personnel at a time.

**Education:** Earned Master of Science, Human Resources Management, Troy University; 2013 and Bachelor of Science, Business Administration, Columbus State University; 2012.

**Skills:** Successfully led over 8 employees in the areas of Human Resources Management and Personnel Actions. Intermediate knowledge of Microsoft Office and Adobe products to include Word, Excel, Outlook, Access and Power-Point. Exceptional analytical writing skills used to write position descriptions, job announcements, position evaluation statements and five books.

**PROFESSIONAL ACCOMPLISHMENTS**

| | |
|---|---:|
| **Live in Fantasy Land, LLC, Louisiana** | 09/15-Current |
| Owner | 40 hours/week |
| Hinesville, GA 31313 | Average Revenue $20,000/Year |

**Owner & Published Author**
Start-up digital publishing organization with the purpose to enrich, motivate and inspire people to live more fulfilling purposeful lives through the creation of literary, electronic and audio products. Published, co-edited and wrote The Power of I AM, Dr3am: The Spiritual Pathway to Success, Business Strategy Journal: A Step by Step Guide to a Successful Business Plan & Strategy and The Personification of Beauty. Supervised three employees, remotely and on-site. Manage an ecommerce store. Create and manage email marketing and social media ad campaigns. Prepare and execute business and marketing plans. Successful tax preparation and filing; and financial accounting.

| | |
|---|---:|
| **Defense Finance and Accounting Services,** Indianapolis, IN | 6/14-11/16 |
| Human Resources Directorate of Strategy & Support | 40 hours/week |
| 8899 East 56th Street | Starting Grade GS-09 |
| Indianapolis, IN 46249 | Ending Grade GS-11 |

**Human Resources Specialist (Classification) GS-0201-11**
**Classification Duties:** Interpret and apply Office of Personnel Management position classification standards to positions to determine pay category, occupational series, title and grade level. Provide advisory support to federal organizations nationwide and overseas with varying mission, functions and resources, resulting in the organizations ability to operate more efficiently. Advise Management Officials and customers on a range of routine and nonroutine problems providing quality solutions to classification issues. Independently prepare position descriptions, advisories and evaluation statements which rarely require revision. Analyze position descriptions for accuracy of tasks performed and competencies required to perform the work of the position. Update existing position descriptions based on new position classification standards, appeal

decisions and or reorganizations. Advise managers regarding the proper use of their Delegated Classification Authority as well as the consequences of improper use of it. Advise supervisors on the impact of conditions of employment required by a position to ensure proper classification. Determine appropriate bargaining unit status code when classifying positions. Perform calculations to set pay.

**Position Management & Manpower Duties:** Analyze and evaluate proposed changes in mission, operating procedures and delegations of authority. Assemble, evaluate and or propose reorganization and organization change proposals to increase the effectiveness and efficiency of positions. Analyze and evaluate (on a quantitative or qualitative basis) the effectiveness of operations in meeting established goals and objectives. Advise on the distribution of work among positions and organizations and the appropriate staffing levels and skills mix. Advise on the potential benefits of automation to improve the efficiency of administrative support or program operations. Evaluate and advise on the organization, methods, and procedures for providing administrative support systems such as records, communications, directives, forms, files, and documentation. Develop life cycle cost analyses of projects or performing cost benefit or economic evaluations of current or projected programs. Analyze new or proposed legislation or regulations to determine impact on program operations and management. Identify problems with manpower distribution to develop recommendations when the manpower distribution conflicts with guidelines. Monitor overall manpower utilization within assigned group to ensure authorizations do not exceed the overall authority.

Participate in manpower ad-hoc studies to assess the ability of activities to accomplish the organization's mission. Design statistical models which support manpower distribution. Minimize vulnerability to fraud, waste, and mismanagement while recommending appropriate corrective action. Provide technical advice on the manpower process and program issues, alternatives, and/or opportunities. Maintain data interface with the organization's standard and subsystems for manpower. Provide justification for staffing and/or employee distribution, which responds to the unique needs of the organization which is acceptable to higher level authority. Assist in developing the annual manpower plan. Maintain current knowledge of the organizational structure, assignment of functional responsibilities, and/or distribution of staff. Consult with higher level officials concerning issues that impact the manpower plan. Conduct a wide variety of studies related to manpower utilization trends, organizational and job structures, and work processes that impact the organizational mission. Identify staffing requirements based on authorizations from higher level officials.

**Recruitment & Placement Duties:** Apply methods, principles, and practices used in the recruitment and placement process to advise on types of appointments and their appropriate application in both the competitive and excepted services. Advise on procedural and regulatory requirements governing the merit promotion process and the use of internal and or external recruitment strategies to aid in strategic recruitment planning. Create job announcements using an automated human resources system to solicit applications. Advise hiring managers regarding recruitment strategies for attracting the best qualified candidates. Advise hiring managers regarding use of special hiring authorities available to increase the diversity of their workforce. Interpret multiple Department of Defense directives to oversee optimal staffing and recruitment efforts. Accurately input data into human resource systems to effect personnel actions. Issue candidate referral lists to management using an automated human resources system.

**Other HR Duties:** Maintain an internal suspense tracking system to ensure personnel actions are completed timely. Monitor personnel actions to ensure all actions align with current manpower

A. Guillard   3

authorizations. Process, review, and/or submit personnel actions utilizing an automated personnel system. Advise managers on Fair Labor Standards Act determinations to ensure regulatory compliance. In addition to analytical duties provide technical assistance and solve technical problems using HR database systems to perform HR functions and effectively process personnel actions. Mentor and lead subordinate HR personnel (GS-05-GS-11) on HR information systems, position management and classification practices, policies and regulations. Extract data from an automated human resource system to provide reports and updates. Identify the correct coding of personnel actions, have incorrect coding corrected. Provide and create resources to enhance the understanding of HR practices, procedures and regulations. Submit and or solve Help Desk tickets or similar actions to have corrections made to employee records.

**Additional Duties:** Teach agency personnel customer service principles, goals, and mission. Knowledge of agency mission, vision, priorities and goals, as well as current customer service initiatives and philosophies. Teach and manage a class of employees of all grades and rank to include senior executives. Ability to switch up leadership and or teaching style based on class environment.

**Accomplishments:**
- Solved a decade long controversial complex problem with a finance organization and the HR Directorate by meeting organizational needs within the parameters of OPM laws & HR practices.
- Responsible for the accretion promotion of twelve supervisors, from GS-11 to GS-12.
- Recovered service for HR, and reduced internal conflict.
- Created a change proposal projected to enhance efficiencies, create opportunity within the structure, and enhance the ability to accomplish organizational mission more effective and efficiently.
- Project Manage/Own a green belt project to increase efficiencies for 50 geographically dispersed finance organizations. Leading a team of higher graded supervisors, administrative support staff and peers. Projected to save the organization over .5 million dollars and enhance efficiencies by reorganization, improving processes for their customer, increasing efficiency of positions, and reallocating internal resources.
- Achieved DFAS innovator certification.

| | |
|---|---|
| **Defense Finance and Accounting Services,** Fairbanks, Alaska | 6/13-06/14 |
| Defense Military Pay Office, Military Pay Directorate | 40 hours/week |
| 3401 Santiago Ave | Starting Grade GS-05 |
| Fort Wainwright, AK 99703 | Ending Grade GS-05 |

**GS-0545-05 Military Pay Technician**
Establish, maintain, review, determine processes, and close payroll accounts for active, reserve, or retired armed forces personnel and their annuitants. Compile information from query reports and take appropriate action to prevent pay roll discrepancies. Exercise precision in entering personnel actions, review pay authorization documents, determining entitlements, and processing pay entitlement actions that serve as a basis for pay and leave computation and affect the disbursement of pay. Conduct military payroll audits requiring in-depth research of historical records. Aid customers regarding military payroll services. Review completed or rejected military pay transactions taking corrective action when necessary, and compiling information regarding the causes of incorrect pay entitlements. Ability to operate Financial Management Systems.

A. Guillard   4

Demonstrated ability to utilize integrated federal financial management systems and sub-systems to extract data, identify and resolve system problems, and maintain data integrity.

Knowledge of payroll concepts, policies and principles. Ability to apply military pay legislation, administrative and regulatory requirements, laws and policies governing military and civilian pay activities and processes. Skilled in performing detailed mathematical calculations sufficient to manually compute a wide range of payroll entitlements. Process pay documents and monitor pay accounts. Resolve pay discrepancies and process debts for over-payment as well as credits for underpayment. Ability to operate EMILPO to review reports, enlisted record briefs and monitor the duty status of Fort Wainwright and Fort Greely service members. Skill in communicating effectively with internal and external customers. Negotiate and solve problems. Identify problems; determine accuracy and relevance of information; use sound judgment to generate and evaluate alternatives, and to make recommendations. Train new employees to navigate EMILPO, research pay inquiries, resolve pay inquiries, operate accounting software, issue pay and travel advances; provide excellent customer service and process debts. Prepare military pay sections for audit readiness inspections.

| | |
|---|---|
| **United States Army,** Global | 08/03-05/07 |
| Battalion Personnel Office | 50-60 Hours per Week |
| 44th Engineer Battalion | Starting Salary: $18,000 Annually |
| Camp Howze, Korea, Iraq & Fort Carson, CO | Ending Salary: $42,000 Annually |

**Human Resource Specialist, Sergeant E-5**
Responsible for the administrative duties for the 44th Engineer Battalion, composed of four companies with over 3000 soldiers transitioning in and out between 2003 and 2007. Responsible for the success of the promotions section, personnel actions section, customer service, EMILPO actions, and personnel accountability section.

Create and maintain confidential records for over 3000 soldiers. Assist the Command Sergeant Major in the promotion procedures and process all paperwork for promotions monthly. Process reports of candidates eligible for promotion. Ensure proper preparation of promotion packets for promotion proceedings. Tally promotion points accurately. Distribute promotion packets to external personnel office. Update the HR systems to include EMILPO (Electronic Military Personnel Office) database monthly with promotions. Update personnel records, enlisted record briefings, for the battalion. Process personnel actions. Enter approved 4187's (personnel action form) in the EMILPO database and or distribute it to the appropriate department. Distribute personnel actions to and from the company, battalion and brigade.

Train unit leaders on accountability reporting procedures. Train company leaders on promotion procedures. Train administrative staff on all HR tasks and functions. Advise company leaders on prohibited personnel practices. Assist company leaders and employees on promotion methods and criteria; assisted with eligibility preparation. Apply Human Resource methods and procedures related to US Army promotions to resolve promotion eligibility issues. Audit promotion applicants to ensure compliance with policies and regulations. Conduct quality review of applicant referrals to ensure the desired quality of applicants is met. Responsible for the well-being and supervision of approximately five lower enlisted soldiers.

Serve as a receptionist for the Command Sergeant Major. Answer questions and complaints and refer to appropriate department for solution. Amend and distribute finance correspondence. In and out process incoming and outgoing soldiers. Brief incoming personnel and assign soldiers to

prospective companies. Distribute and process documents to assist soldiers in outgoing transition. Create files for every in-coming soldiers. Update unit accountability reports and battalion roster. Utilize the EMILPO (Electronic Military Personnel Office) database proficiently. Process unit status and unit accountability reports. Type memorandums according to the Army standard. Distribute correspondence to soldiers and leaders; sort and distribute mail. Write and process awards. Update SGLI (Service Members' Group Life Insurance) and essential pre-deployment documents. Operate a multi-line phone system. Brief and train subordinate personnel on administrative protocol, procedures and the Army standard. Simultaneously perform all of the aforementioned duties while supporting the Infantry, Engineers and Artillery men in combat missions from 2004-2005.

**Accomplishments:** Won soldier of the month and quarter for the company, battalion and 2nd Brigade. Served in Operation Iraqi Freedom. Earned the Combat Action Badge. Exceptional non-commissioned officer evaluation report**.** Supervised 5 subordinate Soldiers.

## EDUCATIONAL ACCOMPLISHMENTS

Master of Science, Human Resource Management, Troy University. Troy, Alabama 36082; 2013.

Bachelor of Business Administration, Management, Columbus State University
Columbus, Georgia, 31907; 2012.

Diploma, Hyde Park Career Academy, Chicago, IL, 60619; 2003.

## TRAINING AND CERTIFICATES

- Federal Classification, 2015
- Leading Self & Teams, 2015
- Special Emphasis Program Manager Course, 2015
- Lean6 Green Belt Class, 2015
- Situational Frontline Leadership, 2015
- Project Management Fundamentals, 2015
- Military Pay Technician Training, 2013
- Human Resource Specialist Advanced Individual Training, 2003

## HONORS & AWARDS

- DFAS Innovator Certificate; 2016 for implementation of a workbook created to assist employees with performance standards resulting in new mission and functions for DFAS Management Employee Relations Division of Human Resources. Earned by less than 2% of the agency.
- Dean's List Spring 2012, Columbus State University: For earning a 3.8 Grade Point Average for the semester.
- Military Honors: AAM (3), ARCOM (2), Overseas Service Ribbon, Certificates of Achievements, Good Conduct Medal, Army Service Ribbon, Iraqi Campaign Medal: For meritorious service in the United States Army, overseas and CONUS from 2003-2007 and for winning leadership boards.