# EXHIBIT E: REBECCA SCOFIELD'S RESUME

# CURRICULUM VITAE
University of Idaho

**NAME:** Rebecca Scofield	**DATE:** August 22, 2021

**RANK OR TITLE:** Associate Professor of History; Department Chair

**DEPARTMENT:** History

**OFFICE LOCATION AND CAMPUS ZIP:** Admin Bld 315/3175	**OFFICE PHONE:** (208) 885-7704
**FAX:** N/A
**EMAIL:** rscofield@uidaho.edu

**DATE OF FIRST EMPLOYMENT AT UI:** January 2016

**DATE OF TENURE:** July 2021

**DATE OF PRESENT RANK OR TITLE:** July 2021

**EDUCATION BEYOND HIGH SCHOOL:**

    **Degrees:**

PhD, Harvard University, Cambridge, Massachusetts, November 2015, American Studies
MA, Harvard University, Cambridge, Massachusetts, May 2011, Regional Studies: East Asia
BA, Willamette University, Salem, Oregon, May 2008, History

    **Certificates:**

Secondary Degree, Harvard University, Cambridge, Massachusetts, November 2015, Study of Women, Gender and Sexuality
Certificate, Japan Studies Program, Tokyo International University, Kawagoe, Japan, June 2007

**EXPERIENCE:**

    **Teaching, Extension and Research Appointments:**

Assistant Professor, University of Idaho, January 2016-present
Adjunct Professor, Boise State University, 2014-2015
Teaching Fellow, Harvard University, 2013-2014

    **Academic Administrative Appointments:**

Chair, Department of History, University of Idaho, July 2021-

    **Non-Academic Employment:**

Archival Intern, Four Rivers Cultural Center and Museum, Ontario, Oregon, Summer 2008

**TEACHING ACCOMPLISHMENTS:**

    **Areas of Specialization:**

Modern American History
History of the U.S. West
History of Gender and Sexuality
History of Popular Culture

**Courses Taught:**

**UI:**
History 112: Introduction to US History, 1877-present (Spring 2016, Fall 2016, Spring 2018, Spring 2020)
History 200: Sex, Style, and Identity (Spring 2017)
History 212: Sex and Gender Through the Ages (Spring 2021)
History 290: The Historian's Craft (Spring 2018; Spring 2021)
History 320: 20th Century America: The Colossus (Fall 2017)
History 325: The Long 1960s (Fall 2019)
History 404/504: Special Topics: Gender and Race in the American West (Spring 2016, Fall 2017)
History 418: Contemporary America (Spring 2017)
History 420: The History of Women in American Society (Fall 2018; Fall 2020)
History 461: Idaho and The Pacific Northwest (Fall 2020)
History 495: Senior Seminar (Fall 2016; Spring 2020)
History 504: Popular Culture Studies (Fall 2018)
History 598: Oral History Internship (Fall 2019; Spring 2020)

Directed Studies:
    Popular Culture Studies (Fall 2016)
    American Borderland History (Fall 2016)
    Ecofeminism in the 20th Century (Summer 2018)
    LGBTQ+ History in America (Spring 2019)
    Queer History and Creative Writing (Fall 2020)

**Other courses:**
History 346: Women in America: Western, Boise State University, Summer 2015
Teaching Fellow, Sex and the Citizen: Race, Gender, and Belonging in the United States, Harvard University, Spring 2014

**Students Advised:**

**Undergraduate Students:**
Adviser for on average 12-20 students per semester

Maia Tracy, Honors thesis committee chair, Spring 2017

**Graduate Students:**
PhD Committee:
    Riveraine Walters, PhD Water Resources (graduated Spring 2021)
    Rie Misaizu, PhD, Historical Archeology (advanced to candidacy, Spring 2016)
    Molly Swords, PhD Historical Archeology
    Renae Campbell, PhD Historical Archeology (advancing to candidacy, Spring 2021)
    Dusty Fleener, PhD History
    Kim Salisbury, PhD History

**MA Committees:**
Chair of Committee, Completed:
    Scott Cardwell, MA, History, Spring 2017
    Brittany Harrington, MA, History, Spring 2020

Committee Member, Completed:
    Nathan May, MA, Anthropology, Spring 2018
    Amy Pendergraft, MA, History, Spring 2017
    Corey Kleer-Larson, MA, Anthropology, Spring 2016

        Jakob Long, MA History, Fall 2019
        Lee Berryhill, MA History, Spring 2021

Currently on several additional MA committees, chairing 1.

**Courses Developed**
Gender and Race in the American West (Spring 2016)
The History of Gender and Popular Culture (Fall 2016)
Sex, Style, and Identity (Spring 2016)
20th Century America: The Colossus (Fall 2017)
Popular Culture Studies (Fall 2018)
The Long 1960s (Fall 2019)
Oral History Internship (Fall 2019)
Sex and Gender Through the Ages (Spring 2021)

**University Workshops and Invited Lectures:**

"This is Idaho," Lecture, University of Idaho, Diversity and Inclusion Certificate, Scheduled Fall 2021

"Romancing the Beast: *Twilight* in the American Imagination," Guest Lecture, 21H.228: American Classics, MIT, May 2021

Organizer and Workshop Leader, "Storytelling and Queer Experience: A Verbatim Approach," with Gregory Hinton, April 2021.

"Writing About the West," Guest Lecture, Hist 342: History of the American West, Boise State University, April 2021.

"Popular Culture, Affect, and Animals," with Tara MacDonald and Ashley Kerr, Malcolm M. Renfrew Interdisciplinary Colloquium, University of Idaho, April 2021.

Panelist, "Making Sense of the Election," Malcolm M. Renfrew Interdisciplinary Colloquium, University of Idaho, November 2020

"'No One Writes Me Down: Feminist Movements and the Heroes of History," University of Idaho, Department of Theatre, October 2020

"Oral History: Living Sources," University of Idaho, Guest Lecture HIST 290, February 2020

"In the Shadow of the Walls: Salvation and Violence at the Texas Prison Rodeo," Guest lecture for SOC 230, Intro to Multiethnic Studies, Boise State University, December 2019

"Getting to and through college," AVID Program, Timberline High School, Boise, Idaho, December 2019.

Panelist, "Exploring Humanities Funding Opportunities," Office of Research and Faculty Development, University of Idaho, October 2019

"Who Counts?: Teaching the History of the Cowboy in the Classroom," University of Idaho Dual Credit Program, Summer Teachers' Institute, August 2019

Institute Scholar, Summer Teachers' Institute, "'Are Women People?: The Journey for Voting Rights," Idaho Humanities Council, July 15-20, 2019

"Votes for Idaho Women," with Katherine Aiken, Malcolm M. Renfrew Interdisciplinary Colloquium, University of Idaho, April 2019

"Spindles and Wheels: Designing Empathetic Activities," with Rochelle Smith, Active Learning Symposium, Center for Excellence in Teaching and Learning, University of Idaho, April 2019

"Making Sense of the Midterms: Interpreting the 2018 Results, Implications for the Next Two Years," Panelist, Malcolm M. Renfrew Interdisciplinary Colloquium, University of Idaho, November 2018

"Cultural History: Finding Diverse Sources," University of Idaho, Guest Lecture HIST 100, November 2018

"*Brokeback Mountain* and the International Gay Rodeo Association," Guest Lecture, ENG 501: Literature of the American West, University of Idaho, June 2018

"Wikipedia: History and the Public in the Classroom," Workshop, Active Learning Symposium, Center for Excellence in Teaching and Learning, April 2018

Film Screening and Discussion, *Planet of the Ages* (1968), Phi Alpha Theta club, University of Idaho, April 2018

"What is Cultural History?" University of Idaho, Guest Lecture HIST 100, November 2017

Thinking about College, University of Idaho, Emmett, Idaho AVID program, April 2017

"Sex in the Archives: Ethical and Practical Challenges to the Historical Study of Sexuality," Fireside Chat, UI Honors Program, February 2017

"Gay Rodeo Oral History Project," Poster Presentation, CLASS Research Showcase, University of Idaho, October 2016

Panelist for Faculty Q&A, College of Graduate Studies Fellowship Program, University of Idaho, August 2016

Guest Speaker on the Mississippi Burning Trial, Moscow High School, March 2016

Guest Speaker, AVID program, Black Canyon High School, Emmett, Idaho, October 2015

"Cowboy Drag: Camp and Masculinity in Gay Rodeo," Gender Studies Brown Bag Lunch Series, Boise State University, October 2014

"It's Miller Time: Consumer Citizenship, Gay Rodeo, and the Failure of an ACT-UP Boycott," Guest Lecture for Harvard University course Sex and the Citizen, April 2014

"Sexuality and the West in the International Gay Rodeo Association Institutional Archive," Autry National Center, Visiting Fellow Lecture, August 2013

**Honors and Awards:**

Hoffman Award in Teaching Excellence, University of Idaho, 2019

Distinction in Teaching Award, Bok Center, Harvard University, 2014

## SCHOLARSHIP ACCOMPLISHMENTS:

**Publications:**

**Books:**

*Outriders: Rodeo at the Fringes of the American West.* (Seattle: University of Washington Press, 2019).

**Blind Peer-Reviewed Articles:**

"Violence and Social Salvation at the Texas Prison Rodeo." *Journal of American Studies* 54, no. 1 (February 2020): 105-130.

With Katherine Aiken, "Balancing Act: Idaho's Campaign for Women's Suffrage," *Western Legal History* 30, no. 1 & 2 (2019): 33-44.

"'Chaps and Scowls': Play, Violence, and the post-1970s Urban Cowboy." *The Journal of American Culture* 40, no. 4 (December 2017): 325-340.

"'Nipped, Tucked, or Sucked': Dolly Parton and the Construction of the Authentic Body." *The Journal of Popular Culture* 49, no. 3 (June 2016): 660-677.

"Nailed It: Producing and Consuming in Tokyo's Nail Industry." In "Fashioning the Global City," ed. Claudia Brazzale. Special Issue, *Streetnotes* 20 (2012): 111-133.

**Works in Progress:**

With Elssya Ford, *Slapping Leather: Sport and Performance at the Gay Rodeo* (under contract with University of Washington Press).

"Ain't Nothin' Free: Winning an Education at the Houston Junior Market Steer Auction." (revise and resubmit at *Southwestern Historical Review*)

"Cowboys Not Queens: The Sounds and Silences of the Gay Rodeo Oral History Project," for inclusion in *Disrupting the Peace: Transformational Practices and Enduring Concerns in Public Humanism*, edited by Jason Cohen and Molly Todd (under consideration with University of Iowa Press's Humanities and Public Life Series).

"The Kindergarten Lobby: Motherhood and Work in Idaho Women's History," for inclusion in an anthology of Idaho women's history edited by Laura Woodworth-Ney and supported by the Idaho State Historical Society.

**Plays:**

With Robert Caisley, Court Fund, and Kendra Phillips *That Damn Horse: The Stories of Gay Rodeo* (in development)

**Public History Projects:**

Creator and Primary Investigator, Gay Rodeo Oral History Project, in progress, 2016-
(currently includes over sixty interviews with gay rodeo participants)

Co-Creator of *Voices of Gay Rodeo* online exhibit, 2018-
https://www.voicesofgayrodeo.com/

**Book Reviews:**

*Rodeo: An Animal History*, By Susan Nance. *Western Historical Quarterly,* scheduled for 52, no. 2 (Summer 2021): 234-235.

*Calamity: The Many Lives of Calamity Jane*. By Karen R. Jones. *Missouri Historical Review* 115, no. 1 (October 2020).

*Charros: How Mexican Cowboys are Remapping Race and American Identity.* By Laura R. Barraclough. *Journal of Agricultural History* 94, no. 2 (Spring 2020): 303-305.

*Convict Cowboys: The Untold Story of the Texas Prison Rodeo.* By Michael P. Roth. *New Mexico Historical Review* 93, no. 3 (Summer 2018): 355-356.

*Black Cowboys in the American West: On the Range, on the Stage, Behind the Badge.* Edited by Bruce

A. Glasrud and Michael N. Searles. *Journal of Agricultural History* 91, no. 4 (Fall 2017): 600-601.

**Blog Posts:**

"Lil Nas X is in Good Company: Cowboys Have Always Been Black and Gay," University of Washington Press Blog, October 14, 2019. https://uwpressblog.com/2019/10/14/lil-nas-x-is-in-good-company-cowboys-have-always-been-black-and-gay/

"Tillie Baldwin: Immigrant Hairdresser Turned Bronco Buster Extraordinaire," Rural Women's Studies Blog, October 2, 2019. https://ruralwomensstudies.wordpress.com/2019/10/02/tillie-baldwin/

**Invited Lectures and Panels:**

"Ahead of Her Time: Woman Suffrage in Idaho," Idaho Public Television, screening and discussion panel, August 2020

"Outriders: Rodeo and Queer Country Performance," Autry Museum of the American West, June 2020

"Rodeo and the Performance of Belonging," Willamette University, (postponed due to COVID 19)

"Country Western Queer: The Past and Present of Gay Rodeo," University of Oregon, (postponed due to COVID 19)

"Seeking Suffrage: The Idaho Story," Seeking Suffrage Series, University of Idaho, March 2020

"Race and Rodeo," Idaho Black History Museum, January 2020

**Professional Meeting Papers and Panels:**

Panelist, "Historians Doing Oral History," Organization of American Historians, Scheduled April 2022

Panelist, "Bridging the Great Academic Divide to Build Relationships and Engage Diverse Publics," Western History Association, Scheduled October 2021

"Cowhide Charity: Winning an Education at the Houston Junior Market Steer Auction," Western History Association, October 2020

Panelist, "Conversations on Construction of Western Identity: Public Engagement through Fashion," Roundtable, Western History Association, October 2020

"Wild West Dreams: 1980s Cowboy Politics and Fashion Abroad," Western History Association, October 2019

Co-Organizer, "The People's Archives: Communities on the Margins Preserving their Own Histories," Roundtable, Western History Association, October 2019

"Pageants of Pain: American Rodeo and National Belonging in the 20th Century," Modern Language Association, January 2019, delivered in absentia

"Flesh and Leather: Consuming and Preserving Enactments of Charity at the Houston Livestock Show," American Studies Association, November 2018, delivered in absentia

"The Gay Idahoan Diaspora," Mormon Historical Association, June 2018

"Legacy and Legitimacy: Race, Sexuality, and the Cowboy in 20th Century American History," American Historical Association, LGBTQ Caucus, January 2018

"Reimaging the Imagined West," Roundtable Panelist, Western Historical Conference, November 2017

"Hustling Pussy: Mechanical Bulls and the Sexualized Violence of the 1970s Imagined Frontier," American Studies Association, November 2016

"Bulls, Boots, and Balls: Masculinity, Meritocracy, and the 1970s Urban Cowboy," Urban History Association, October 2016

"'I'm No Cowgirl': Nation and Authenticity in the Performance and Marketing of an Early Rodeo Cowgirl," Western Historical Association, October 2016

"In the Shadow of the Walls: Race and Nation at the Texas State Prison Rodeo," French American Studies Association, La Rochelle, France, May 2015

"Dangerous Lines: Early Rodeo Cowgirls and the Spectacularization of the 'Western Woman,'" Idaho State University, Intermountain Gender and Sexuality Conference, March 2015

"Camp and the Cowboy: Contestations through Fun at the Gay Rodeo," American Studies Association, November 2014

"The Clothes Make the Masculinity: Western Wear as Camp at Gay Rodeos," National Women's Studies Association, November 2014

"Ivory Tower Bodies: Producing and Contesting Anti-Obesity Discourses and Scientific Discrimination at Harvard University," Rutgers University, Department of History, Susman Graduate Conference, March 2014

"Saggin', Baggin', and Draggin': Dolly Parton and the Micro-Politics of the Authentic Body," Regional Centre for American Studies in the North West, University of Liverpool, October 2013

"You a Real Cowboy?: American Masculinity and the Marketing of Western Wear in the 1980s," American and New England Studies Conference at Boston University, March 2013

"Revolt and Reinforcement: Social Issues and Ideologies in 1990s Japanese and American Romance Fiction," Harvard East Asia Society Conference, February 2011

**Grants Awarded:**

Collaborating Faculty, "Powering Digital Humanities Teaching and Learning with Static Web Approaches," Digital Humanities Advancement Grant, The National Endowment for the Humanities, 2021–2022, $49,919 (Olivia Wikle, Kate Thornhill, Gabriele Hayden, Devin Becker, Evan Williamson, UI, Co-PIs)

CLASS Summer Research Grant, UI, Co-PI with Dr. Robert Caisley, $2,500 to develop *That Damn Horse: The Stories of Gay Rodeo.*

UI Presidential Research Fund on Diversity, Equity, and Inclusion Grant, Co-PI with Dr. Robert Caisley. $8,000 to develop *That Damn Horse: The Stories of Gay Rodeo.*

Humanities Adviser, "Recovering the Histories of Communities Inundated by Snake River Dams," National Endowment for the Humanities Digital Project for the Public Discovery Grant, 2020-, $29,838. (Bob Reinhardt, Boise State University, PI)

Public Engagement Fellowship, Primary Investigator, Gay Rodeo Oral History Project, Whiting Foundation, August 2019-August 2020, $50,000

CLASS Travel Grant, 2019, $1,000

Digital Scholarship Fellowship, UI Center for Digital Learning and Inquiry, August 2018-December 2018, course release to develop *Voices of Gay Rodeo* web exhibit (course release delayed until 2021)

Seed Grant, UI Office of Research and Economic Development, July 2016-August 2017, $12,000 for Gay Rodeo Oral History Project, funded rodeo visits during 2016-2017 rodeo season

Merit Fellow, Harvard University Graduate School of Arts and Sciences, Spring 2015, semester of dissertation support

Research Seed Grant, Center for American Political Studies, Spring 2015, semester of dissertation support

Research Fellow, Charles Warren Center for the Study of American History, Fall 2014, semester of dissertation support

Research Grant, The Open Gate, The Harvard Gay and Lesbian Caucus, Fall 2014, travel funding for archival research

Visiting Fellow, the Autry National Center of the American West, 2013, archival research support

Jacob K. Javits Fellow, 2010-2014, four years of graduate school tuition and stipend, roughly $180,000

Foreign Language and Area Studies Fellow, Harvard University, 2009, one year of graduate school funding

Bridging Scholar, Association of Teachers of Japanese for Study in Japan, 2006, study abroad funding

Freeman-ASIA Scholar, Institute for International Education, 2006, study abroad funding

Japan Student Services Organization Scholar, Japanese Independent Administrative Institution, 2006, study abroad funding

**Grants under Consideration:**

**Honors and Awards:**

Fletcher Award for Outstanding Thesis, Regional Studies: East Asia, Harvard University, Spring 2011

**SERVICE:**

**Committee Assignments UI:**

**University/State:**
UI Representative in GEM area Social and Behavioral Ways of Knowing at statewide General Education Summit, under the Office of the State Board of Education, 2020-
President's Council on Diversity and Inclusion, Co-Curriculum Committee, Fall 2019-
CLASS Strategic Plan Committee Member, Cultivate, Fall 2016

**CLASS:**
Humanities Fellow, working to improve equity in the college for faculty, staff, and students, 2021-2022
Third Year Review Committee for Katie Blevins, JAMM, 2018-2019

**Department of History:**
Graduate Committee, History Department, Fall 2020-
Internship Committee, History Department, Fall 2020-
Assessment Committee, History Department, Fall 2017-
Search Committee Chair, Visiting Position, History Department, Summer 2018
Ketchum Community Library and UI Archival Intern Search Committee, History Department, Spring 2018
Search Committee Member, Early American Cultural History, History Department, Spring 2016

**Affiliated Faculty:**
Curriculum Sub-Committee, Affiliated Faculty of Women's, Gender, and Sexuality Studies, Fall 2017

**Non-UI:**
Western History Association, 2019 Program Committee, October 2018-February 2019.
National Endowment for the Humanities, 2019 Summer Stipend Peer Review Panelist, November 2018.
Advisory Board Member, Out West in the Rockies, at the American Heritage Center, University of Wyoming Laramie, 2015-
Academic Consultant, Idaho Coalition against Sexual and Domestic Violence, Boise, Idaho, 2015-2017

**Professional and Scholarly Organizations:**
Western History Association Member
American History Association Member
American Studies Association Member
American Cultural Association Member
National Women's Studies Association Member
  **Referee:**
  The University of Oklahoma Press
  Rowman & Littlefield Press
  The University of Washington Press
  *Journal of Arizona History*

**Outreach Service:**

  **Public Presentations:**

    "Idaho Women's Suffrage," Alpha Delta Kappa Teacher Sorority, Emmett, Idaho Chapter, December 2020

    Writing western identity discussion panel, Rediscovered Books, Boise, Idaho, October 2020

    "Our Communities, Our Icons," Rediscovered Books, Caldwell, Idaho, December 2019

    "Photography, Performance, Politics: Reimagining American History," with Matthew Fox-Amato, Book People of Moscow, October 2019

    "History and Photography in the International Gay Rodeo Association," Latah County Historical Society, April 2019

    "Queer Culture and the Cowboy: Stories from the Gay Rodeo," PFLAG of the Palouse, January 2019

    "Mom and Apple Pie: Women Activists in the Rise of the New Right," Fettuccine Forum, Boise City Department of Arts and History, October 2018

    Organized Invited Lecture, "Out West," by Gregory Hinton, University of Idaho, October 2018

    "Gay Rodeo and Masculinity in Reagan's America," Ketchum Community Library, August 2018

    "Of Eagles and Horses: Women in the Rise of the New Right," Moscow City Library, March 2018

    Panelist, "Inspirational Women Speakers Panel," GIRLS Academy, Kappa Kappa Gamma, February 2017

    "The Hidden History of Gay Rodeo," Hidden Histories Panelist, Fishtrap, Wallowa, Oregon, July 2015

**Interviews for news articles, podcasts, and documentaries:**

"Rodeo Outriders," *The Vandal Theory Podcast*, University of Idaho, November 2020.
https://soundcloud.com/uidaho/rebecca-scofield-rodeo-outriders

Profiled on "To Serve Better," *Harvard Gazette*.
https://toservebetter.harvard.edu/profile/id-rebecca-scofield

"Ahead of Her Time: Woman Suffrage in Idaho," Idaho Public Television, August 2020.
https://www.pbs.org/video/ahead-of-her-time-woman-suffrage-in-idaho-p5mx2v/

Nicole Lane, "Rough, Dirty, Glamorous," *GoMag,* August 2020.
http://gomag.com/article/rough-dirty-glamorous-the-thrill-of-the-gay-rodeo/

Abby Fackler, "The Right to Vote," *UI Blot Magazine*, May 2020, 16-18.
https://issuu.com/blotmagazine/docs/issue_4_full_magazine/16

Kaylee Brewster, "Balancing the Scales," *Inland 360*, March 2, 2020.
https://inland360.com/gov/2020/03/balancing-the-scales-idaho-was-among-the-first-states-to-give-women-the-right-to-vote-but-it-wasnt-quick-to-make-it-official/

C. Brian Smith, "The Homo Rodeo Rides Off into the Sunset," *MEL Magazine*, December 4, 2019.
https://melmagazine.com/en-us/story/homo-rodeo-gay-cowboy-dating

"New Books in the American West," New Book Series Podcast, November 25, 2019.
https://newbooksnetwork.com/rebecca-scofield-outriders-rodeo-at-the-fringes-of-the-american-west-u-washington-2019/

Jamie Flathers, "Riding with Pride," *Inland 360*, April 24, 2019.
https://inland360.com/books/2019/04/riding-with-pride-how-gay-rodeo-built-an-inclusive-community-for-cowboys/

Alexis Van Horn, "The Right to Vote," *The Argonaut,* April 24, 2019.
https://www.uiargonaut.com/2019/04/24/the-right-to-vote/

Emily Benson, "Gay Rodeo and the Subversion of Western Clichés," *High Country News,* March 6, 2019.
https://www.hcn.org/issues/51.5/culture-gay-rodeo-and-the-subversion-of-western-cliches-photographs

Alexis Van Horn, "Returning to the Rodeo," *The Argonaut*, March 3, 2019.
https://www.uiargonaut.com/2019/03/20/returning-to-the-rodeo/

Nicole Hindberg, "Bringing Diversity to Moscow," *The Argonaut,* February 5, 2019.
https://www.uiargonaut.com/2019/02/05/bringing-diversity-to-moscow/

Ryan Lundberg, "LGBT Cowboys' Impact Shattered Stereotypes," *Daily Evergreen*, January 11, 2019.
https://dailyevergreen.com/45340/life/lgbt-cowboys-impact-shattered-stereotypes/

Hailey Stewart, "Acknowledging Diverse Histories," *The Argonaut,* October 15, 2018.
https://www.uiargonaut.com/2018/10/15/acknowledging-diverse-histories/

Alysen Boston, "Using the Past to Explain the Present," *Moscow Pullman Daily News*, April 10, 2018.
https://dnews.com/local/using-the-past-to-explain-the-present/article_3017ae0d-3550-5ea6-b39a-761b17b2d377.html

Member of the Week Interview, *The Metropole*, the Urban Studies Association, June 27, 2017.
https://themetropole.blog/2017/06/27/member-of-the-week-rebecca-scofield/

John Glionna, "It Ain't His First Gay Rodeo," *Phoenix Sun Times*, May 31, 2016.

https://www.phoenixnewtimes.com/news/it-aint-his-first-gay-rodeo-chuck-browning-has-been-bucking-stereotypes-for-years-8330695

**PROFESSIONAL DEVELOPMENT:**

**Leadership and Administration:**
Cultural Literacy and Equity Symposium, Office of Equity and Diversity, March 2021

**Teaching:**
Active Learning Symposium, Center for Excellence in Teaching and Learning, April 2020

Safe Zone Training, University of Idaho Employee Development and Learning, October 2019

Wikipedia in the Classroom Workshop with Veronica Paredes, Center for Digital Scholarship and Curation, WSU, February 2017

BBlearn Grade Center, Workshop, University of Idaho, 2017

Feminist Pedagogies Symposium, Tufts University, 2014

Bok Center Fall Teaching Conference, Harvard University, 2013

**Scholarship:**
Book Proposal Workshop with Dean William Germano, University of Idaho, 2016