# EXHIBIT G: REBECCA BOHN, MA MENTAL HEALTH COUNSELOR LICENSE

# STATE OF WASHINGTON
# DEPARTMENT OF HEALTH
*Olympia, Washington 98504*

2/3/2026

Subject: Credential Verification

To Whom It May Concern:

This verifies the status of the Mental Health Counselor License for Bohn, Rebecca .

This site is a Primary Source for Verification of Credentials.

| Credential Number: | LH00006796 |
|---|---|
| Credential Type: | Mental Health Counselor License |
| First Credential Date: | 07/22/2001 |
| Last Renewal Date: | 01/09/2026 |
| Credential Status: | ACTIVE |
| Current Expiration Date: | 12/11/2026 |
| Enforcement Action: | No |

The Washington Department of Health presents this information as a service to the public.

The absence or presence of information in this system does not imply any recommendation, endorsement, or guarantee of competence of any health care professional, the mere presence of such information does not imply a practitioner is not competent or qualified.

This site provides disciplinary actions taken and credentials denied for failure to meet qualifications. If the Enforcement Action is listed as a No, there has been no disciplinary action. It allows viewing and downloading of related legal documents since July 1998. Contact our Public Records Office for information on actions before July 1998. This information comes directly from our database. It is updated daily.

