Case 3:22-cv-00521-REP    Document 117-12    Filed 02/05/26   Page 1 of 2
Filed: 05/07/2025 14:39:24
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Waters, Renee

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

|  |  |
|---|---|
| STATE OF IDAHO, | Ada County Case No. CR01-24-31665 |
| Plaintiff, | |
| v. | **ORDER STRIKING IMPROPERLY FILED RECORDS REQUEST** |
| BRYAN C. KOHBERGER, | |
| Defendant. | |

On May 6, 2025, a third party filed a Motion for Access to Non-Disclosed Records in this case. Because she is not a party to this case, she is not authorized to file pleadings herein and the motion is hereby stricken from the record. The proper approach is to file a public records request as directed on the Ada County website at https://adacounty.id.gov/judicial-court/kohberger/.

IT IS SO ORDERED.

DATED this 7th day of May, 2025.

Steven Hippler
District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on _____5/7/2025_____, I served a true and correct copy of the
ORDER STRIKING IMPROPERLY FILED RECORDS REQUEST to:

Ashley Guillard via U.S. Mail
3262 Westheimer Rd., 942
Houston, TX.  77098

and via E-mail:
msashleyjt@gmail.com

TRENT TRIPPLE
Clerk of the Court

Deputy Clerk            5/7/2025 2:45:51 PM

**CERTIFICATE OF SERVICE**