# Solving Mysterious Deaths

## Part One: Solving the Mystery of the Death of Tamla Horsford

ASHLEY GUILLARD

Copyright © 2022 Ashley Guillard Live in Fantasy Land, LLC.

All rights reserved.

DEDICATION

To the family and friends of Tamla Horsford and to those who care.

**CONTENTS**

ACKNOWLEDGMENTS  i

1  INTRODUCTION        Pg. 1

2  BACKGROUND          Pg. 8

3  THE SETUP           Pg. 16

4  THE JUMP            Pg. 20

5  THE INTERVIEWS      Pg. 24

6  SUMMARY             Pg. 40

7  ABOUT THE AUTHOR    Pg. 49

ACKNOWLEDGMENTS

Spirit thank you for our connection and life.

i

# 1 INTRODUCTION

People that secretly commit heinous crimes typically do so with the intent to get away with it. That's made increasingly possible in a masculine driven world that is blinded by sight and a crippled insight. This creates the opportunity for criminals to use this systemic deficiency to their benefit. This systemic disadvantage makes it easy for criminals to manipulate the judicial system, fool the general public (who on average is as dumb as a box of rocks) and to ultimately kill without consequence. Due to the fact that the world is blind, spiritually inept and mentally limited; killers are able to use the failing system to repeat the same actions as previous offenders and get away with it. Demonic murders aren't smarter than the average person, they just know how to use and manipulate the system to their advantage. What they haven't predicted, however, is my

ASHLEY GOD

ability to tell exactly what they did, even though I wasn't there.

I AM Ashley Guillard, also known as Ashley God. I have many spiritual gifts one being the spiritual gift of a priori knowledge. I have access to information that I otherwise wouldn't have unless I was there to experience it. I've used that gift to learn the mysteries of life, to cure personal illnesses, to prophesy the future, and to solve mysterious deaths. If you'd like to know more about me and my spiritual gifts you can start by reading my first book *Dr3am: The Spiritual Pathway to Success* and then my next release *The Power of I AM*. For now, my spiritual gifts can be explained by this scripture:

> *And I will ask the Father, and he will give you another advocate to help you and be with you forever- the Spirit of truth. The world cannot accept him, because it neither sees him nor knows him. But you know him, for he lives with you and will be in you (John 14:16-17).*

I've decided to use my gift to bring clarity and closure to families who are victims of an inept justice system, families who never found out what happened to their loved ones and families who never got criminal justice. The first case I chose

2

was the death of Tamla Horsford. Some may say I didn't choose this case; the case chose me.

I chose to write about Tamla's case first because I was called to do so. Although I was skeptical, I proceeded because the spirit of truth must be spoken regardless of emotional backlash. The divine confirmed these exact sentiments. I took a nap as I was writing *The Power of I AM* and received the numbers 445 in a dream. The number 445 represents intuition and death. Defined, intuition is the ability to understand something immediately, without the need for conscious reasoning. Death can represent transformation, the end of an era, new beginnings, and actual death. My angels were calling me to listen to my intuition about Tamla's death[1]. Additionally, I received a notification on Instagram from a Hebrew Israelite Shabar (@shabarr_artistforsure). He informed me about an incident that appears to be the murder of a woman of color named Tamla Horsford[2]. At the time that I viewed the video there were about 4445 views. She attended a party with 10 people, seven of them white

---

[1] https://www.sunsigns.org/angel-number-445-meaning/
[2] https://www.lipstickalley.com/threads/has-anybody-heard-about-the-death-of-tamla-horsford.2153260/

3

ASHLEY GOD

women, three white (Hispanic and non-Hispanic) men; and was found dead the next day. Her body is said to have been brutally beaten. No one admitted to knowing anything or of any foul play. Her death wasn't publicized in the national media, and as of the date of this publication March 20, 2022, there were no arrests. The numerical address of the home displayed in the video was 4450. The first sentence of the caption of the video was *get out is real*. That was a message from my angels that the truth must be spoken with no remorse. The lives of good people depend on it. The spirit of the world depends on it. The divine would not have brought it to my attention if it wasn't significant. My intuition informs that she was murdered, and the divine is calling for justice. For additional clarification I looked up the gematria for 445. It's said to also represent lamenting and death. *It is as if to say the KING has taken off HIS royal crown and replaced it with the crown of mourning for one HE dearly loves[3].*

Here we are three years later, and I've become more spiritually enlightened and gifted. It's as if the divine set me apart and developed me to be able to use me in the future.

---

[3]http://www.jewishpath.com/gematria/Bereishis/when_life_departs.html

4

Now that I'm spiritually developed and privy to my spiritual connection and gifts, I was able to do more than bring awareness to her case. I was able to solve it.

Due to the magnitude of my spiritual gifts, I was able to solve the case in less than 24 hours. I was able to do what Forsyth County Sheriff's Office, Georgia Bureau of Investigation, The Federal Bureau of Investigation, and The Department of Justice couldn't or wouldn't do within the previous three years in less than 24 hours. Each of those departments either wouldn't investigate or failed to charge the people responsible for Tamla's death. Without using my spiritual gifts to get answers and clarity; the deficient system would continue to allow certain people to get away with countless murders. The advantage that I have over the judicial system is that while people may lie, have ill intentions and a lack of concern; the spirit doesn't lie, has good intentions and good will. Therefore, I use the public information on the case coupled with the spirits discernment to get to the truth.

It has been made obvious that we can't sit back and wait for the federal or state government to get justice. It seems more practical to use the judicial system to get to the facts for cases

ASHLEY GOD

that involve mysterious deaths. However, in cases like
Tamla's and countless others who have not received the
justice they deserve; I will use my spiritual gift of insight, a
priori knowledge, and discernment coupled with logical
reasoning to get the justice she deserves. Her family, friends
and the community that cares should know the truth about
what happened to her.

In a world full of people who lack spiritual insight creates
potential liability for those of us that use spiritual
discernment on legal matters. Therefore, for legal purposes,
I must say this is the truth according to my spirit. It has
already been proven time and time again that the legal system
is not a system of truth or real justice. I will not expect them
to do the right thing and must protect myself from legal
liabilities. Even though I believe the spirit of truth 100%
there are those who don't have ears to hear and who couldn't
care less about spiritual insight. For those of us with ears to
hear, we know the real from the fake. After this story you
will know I'm the real deal. Many of you already know.
Whoever has ears, let them hear (Matthew 11:15).

Many spiritualists have used their gifts to uncover the details

6

of Tamla's death. Most of them realize that foul play was involved or that something is being covered up. In fact, people in general, spiritual or not, can tell that something isn't quite right. The difference between me and them is I have the missing pieces. I was able to use my spiritual abilities to discover who did it and why.

I hope that this book will help hold the people responsible for Tamla's death, whether through inaction or action, accountable. At the very least I hope it gives the family closure and clear Tamla's name. She wasn't foolish. She wasn't trying to fit in. She wasn't desperate to befriend people of no color[4]. She was set up and she was lynched.

---

[4] 'People of no color' is a term coined by Cynthia G on YouTube.