UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ASHLEY GUILLARD,<br><br>　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S MOTION FOR A CONTINUANCE OF TRIAL** |

　　　Defendant Ashley Guillard (Guillard) respectfully motions the Court for a Continuance of trial pursuant to Federal Rules for Civil Procedure (FRCP) Rule 6(b) and Local Rules of Civil Practice (LR) Rule 6.1(b). This motion is supported by the attached memorandum in support. This motion is rendered moot if the Defendant's 12(b)(1) Motion to Dismiss (DKT. 117) is granted. Additionally, this motion for a continuance is unnecessary if DKT. 117 is denied AND an interlocutory appeal is not permitted.

DATED: February 6, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Ashley J. Guillard
　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashley J. Guillard
　　　　　　　　　　　　　　　　　　　　　　　　　　　Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: February 6, 2026.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant
