Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE** |

　　　　Plaintiff, by and through her attorneys of record, requests the Court take judicial notice of the following documents, pursuant to Federal Rule of Evidence 201:

　　　　1.　　The Indictment in Idaho State Court Case No. CR29-22-2805 dated May 16, 2023, and charging Bryan Kohberger with crimes including the murders of four University of Idaho students and marked in this case as Plaintiff's Exhibit 22.  Declaration of Wendy J. Olson (Olson Decl.), Ex. A.

2.     The Plea Agreement in Case No. CR01-24-31665[1] dated June 30, 2025, in which Bryan Kohberger agreed to plead guilty to crimes including the murders of four University of Idaho students and marked in this case as Plaintiff's Exhibit 23.  Olson Decl., Ex. B.

3.     The Judgment of Conviction and Commitment in Case No. CR01-24-31665 dated July 23, 2025, in which the Honorable Steven J. Hippler adjudged Bryan Kohberger guilty of crimes including the murders of four University of Idaho students and sentenced them for these crimes and marked in this case as Plaintiff's Exhibit 24. Olson Decl., Ex. C.

Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is not subject to reasonable dispute because it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Under Rule 201(c), a court must take judicial notice when so requested by a party and the court is provided with the necessary information. The court may take judicial notice at any point in the proceeding. Fed. R. Civ. P. 201(d).

Here, Professor Scofield requests that the Court take judicial notice of the readily ascertainable facts that: (1) Bryan Kohberger was charged with the murders of four University of Idaho students that occurred on or about November 13, 2022; (2) Bryan Kohberger pleaded guilty to the murders of these students; and (3) Bryan Kohberger was adjudged guilty of the murders and sentenced for these crimes. These facts are readily ascertainable from Plaintiff's Exhibits 22, 23, and 24, and are not in any way disputed. Professor Scofield's counsel inquired of the Defendant whether she would stipulated to the admissibility of Exhibits 22, 23, and 24, among others, but as of the filing of this Request to Take Judicial Notice, Defendant had not provided a substantive response. Olson Decl., Ex. D.

---

[1] The case was renumbered when it was transferred from Latah County in the State of Idaho, Second Judicial District, to Ada County in the State of Idaho, Fourth Judicial District.

DATED: February 18, 2026.

        STOEL RIVES LLP

        /s/ *Wendy J. Olson*
        Wendy J. Olson
        Cory M. Carone

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

                                            /s/ Wendy J. Olson
                                            Wendy J. Olson