Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
Cory M. Carone, ISB No. 11422
cory.carone@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE** |

I, Wendy Olson, declare as follows:

1. I am an attorney at Stoel Rives LLP and am counsel for Plaintiff Rebecca Scofield in the above-captioned action.  I am over the age of 18 and am competent to testify to the matters set forth herein. I make the statements in this declaration based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Exhibit 22, the Indictment in Idaho State Court Case No. CR29-22-2805 dated May 16, 2023, and charging Bryan Kohberger with crimes including the murders of four University of Idaho students.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's Exhibit 23, the Plea Agreement in Case No. CR01-24-31665[1] dated June 30, 2025, in which Bryan Kohberger agreed to plead guilty to crimes including the murders of four University of Idaho students.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Exhibit 24, The Judgment of Conviction and Commitment in Case No. CR01-24-31665 dated July 23, 2025, in which the Honorable Steven J. Hippler adjudged Bryan Kohberger guilty of crimes including the murders of four University of Idaho students.

5. Attached hereto as **Exhibit D** is a true and correct copy of an email exchange between myself and Defendant Ashley Guillard between February 9, 2026, and February 17, 2026, regarding the parties' communications about stipulation to exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 18, 2026.

STOEL RIVES LLP

/s/ *Wendy J. Olson*
Wendy J. Olson
Cory M. Carone

Attorneys for Plaintiff

---

[1] The case was renumbered when it was transferred from Latah County in the State of Idaho, Second Judicial District, to Ada County in the State of Idaho, Fourth Judicial District.

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE - 2
152068385.1 0079747-00001

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participant as follows:

    Ashley Guillard
    msashleyjt@gmail.com

    /s/ Wendy J. Olson
    Wendy J. Olson

DECLARATION OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S REQUEST TO TAKE JUDICIAL NOTICE - 3
152068385.1 0079747-00001