# Exhibit B

Filed: 07/02/2025 14:04:26
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Waters, Renee

LATAH COUNTY PROSECUTOR'S OFFICE
WILLIAM W. THOMPSON, JR., ISB No. 2613
PROSECUTING ATTORNEY
ASHLEY S. JENNINGS, ISB No. 8491
SENIOR DEPUTY PROSECUTING ATTORNEY
JOSHUA D. HURWIT, ISB. No. 9527
SPECIAL DEPUTY PROSECUTING ATTORNEY
Latah County Courthouse
522 S. Adams Street, Ste. 211
Moscow, ID 83843
Phone: (208) 883-2246
paservice@latahcountyid.gov

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| STATE OF IDAHO,<br>    Plaintiff,<br><br>V.<br><br>BRYAN C. KOHBERGER,<br>    Defendant. | Case No. CR01-24-31665<br><br>PLEA AGREEMENT |

THE STATE OF IDAHO, by and through the Latah County Prosecuting Attorney's Office, the Defendant Bryan C. Kohberger, and the Defendant's attorney, Anne Taylor, stipulate to the following Plea Agreement:

PLEA AGREEMENT                                                                                           1

Plaintiff's Ex.
23
3:22-cv-00521-REP

1. The Defendant will enter guilty pleas to the following counts: Burglary, Idaho Code § 18-1401, 1403, a Felony in Count I; Murder in the First Degree, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count II; Murder in the First Degree, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count III; Murder in the First Degree, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count IV; and Murder in the First Degree, Idaho Code § 18-4001, 4002, 4003, 4004, a Felony in Count V; as stated in the Indictment.

2. The Defendant will be sentenced to ten (10) years fixed for Count I.

3. The Defendant will receive fixed consecutive life sentences for Counts II-V.

4. The State may seek restitution orders regarding funeral expenses and Crime Victims Compensation reimbursement in an amount to be determined.

5. Defendant understands (a) the nature of the charge to which the Defendant agrees to plead guilty and acknowledges that he is not being coerced into entering his plea of guilty; (b) the consequences of pleading guilty, including the maximum penalties that may be imposed and any mandatory minimum penalties; and that (c) by pleading guilty he waives his rights to a jury trial, to confront accusers, and to refrain from incriminating himself. Defendant further acknowledges that he is satisfied with his legal representation, has reviewed with his attorney all possible defenses, and by his plea of guilty voluntarily waives those defenses and all claims based upon his constitutional rights.

6. Defendant understands that, if were to proceed to trial, he would have a right to appeal, including but not limited to (a) any issues decided by the Court prior to the Defendant's guilty plea, including any rulings on the admissibility of evidence; (b) the judgment, including the finding of guilt and any issues regarding the guilty plea; and (c) the sentence. Further, the Defendant understands that, if were to proceed to trial, he would have the right to file a motion under Idaho Criminal Rule 35 seeking a reduction of the sentence. The Defendant hereby knowingly, voluntarily, and intelligently waives all rights to appeal any and all issues in this case and waives the right to file a motion pursuant to Idaho Criminal Rule 35.

7.  This is the entire agreement and understanding between the parties.

IT IS SO STIPULATED this __30__ day of June 2025.

_____        _____
William W. Thompson, Jr.                Anne Taylor
Latah County Prosecuting Attorney       Counsel for Defendant

_____        _____
Ashley S. Jennings                      Bryan C. Kohberger
Senior Deputy Prosecuting Attorney      Defendant

PLEA AGREEMENT                                                         3