# Exhibit C

Filed: 07/23/2025 13:37:58
Fourth Judicial District, Ada County
**Trent Tripple, Clerk of the Court**
By: Deputy Clerk - Waters, Renee

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| THE STATE OF IDAHO,<br><br>        Plaintiff,<br><br>-vs-<br><br>BRYAN C. KOHBERGER,<br><br>DOB: 11/21/1994<br>SSN: XXX-XX-5842<br><br>        Defendant. | Case No. CR01-24-31665<br><br>**JUDGMENT OF CONVICTION<br>AND COMMITMENT** |

On July 23, 2025, William Thompson, Ashley Jennings, Joshua Hurwit, Jeffery Nye, and Madison Allen, counsel for the State of Idaho, and Defendant, BRYAN C. KOHBERGER, with his counsel, Anne Taylor, Elisa Massoth, Jay Logsdon, and Bicka Barlow, appeared before this Court for sentencing. Defendant was duly informed of the Indictment returned against him for the crimes of COUNT I. BURGLARY, FELONY, I.C. §§ 18-1401, -1403; COUNT II. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004; COUNT III. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004; COUNT IV. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004; and COUNT V. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004, each crime committed on or about November 13, 2022, and his pleas of guilty to Counts I, II, III, IV, and V on July 2, 2025. Defendant waived his right to a presentence investigation report.

JUDGMENT OF CONVICTION AND COMMITMENT – PAGE 1

Plaintiff's Ex.

24

3:22-cv-00521-REP

Defendant and his counsel were then asked if they had any legal cause or reason to offer why judgment and sentence should not be pronounced against Defendant, and if Defendant or his counsel wished to offer any evidence or to make a statement on behalf of Defendant, or to present any information to this Court in mitigation of punishment; and this Court, having accepted such statements, and having found no legal cause or reason why judgment and sentence should not be pronounced against Defendant at this time; does render its judgment of conviction, as follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant is guilty of the crimes of COUNT I. BURGLARY, FELONY, I.C. §§ 18-1401, -1403; COUNT II. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004; COUNT III. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004; COUNT IV. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004; and COUNT V. MURDER IN THE FIRST DEGREE, FELONY, I.C. §§ 18-4001 -4002, -4003, -4004, and that he be sentenced, pursuant to the Uniform Sentence Law of the State of Idaho, I.C. § 19-2513, as follows:

**COUNT I. BURGLARY, FELONY:** Defendant is sentenced to the custody of the State of Idaho Board of Correction for a FIXED term of ten (10) years in prison, with such sentence to commence immediately. Said sentence shall run consecutively to the sentences imposed on Counts II, III, IV, and V.

**COUNT II. MURDER IN THE FIRST DEGREE, FELONY:** Defendant is sentenced to the custody of the State of Idaho Board of Correction for a FIXED LIFE term in prison, without the possibility of parole, and with such sentence to commence immediately. Said sentence shall run consecutively to the sentences imposed on Counts I, III, IV, and V.

JUDGMENT OF CONVICTION AND COMMITMENT – PAGE 2

**COUNT III. MURDER IN THE FIRST DEGREE, FELONY:** Defendant is sentenced to the custody of the State of Idaho Board of Correction for a FIXED LIFE term in prison, without the possibility of parole, and with such sentence to commence immediately. Said sentence shall run consecutively to the sentences imposed on Counts I, II, IV, and V.

**COUNT IV. MURDER IN THE FIRST DEGREE, FELONY:** Defendant is sentenced to the custody of the State of Idaho Board of Correction for a FIXED LIFE term in prison, without the possibility of parole, and with such sentence to commence immediately. Said sentence shall run consecutively to the sentences imposed on Counts I, II, III, and V.

**COUNT V. MURDER IN THE FIRST DEGREE, FELONY:** Defendant is sentenced to the custody of the State of Idaho Board of Correction for a FIXED LIFE term in prison, without the possibility of parole, and with such sentence to commence immediately. Said sentence shall run consecutively to the sentences imposed on Counts I, II, III, and IV.

Pursuant to I.C. § 18-309, Defendant shall be given credit for the time already served upon the charges specified herein, which is nine hundred thirty-seven (937) days as of July 23, 2025.

IT IS FURTHER ORDERED that as to each count, Defendant shall pay the following: County Justice Fund and Current Expense Surcharge fee in the amount of $10.00 pursuant to I.C. § 31-4602; Court Costs and Fees in the amount of $17.50 pursuant to I.C. § 31-3201A; Court Technology fee in the amount of $10.00 pursuant to I.C. § 31-3201(5); Crime Victims Compensation fee in the amount of $75.00 pursuant to I.C. § 72-1025; Emergency Surcharge fee in the amount of $100.00 pursuant to I.C. § 31-3201H; Peace Officer & Detention Officer Disability Fund fee in the amount of $3.00 pursuant to I.C. § 72-1105; Peace Officer Training fees in the amount of $15.00 pursuant to I.C. § 31-3201B; and Victim Notification Fund fee in the amount of $15.00 pursuant to I.C. § 31-3204, to be paid through the Clerk of the Court.

**JUDGMENT OF CONVICTION AND COMMITMENT – PAGE 3**

The parties were not prepared to stipulate to restitution. The State is directed to notice restitution for hearing if the parties cannot stipulate to an amount within sixty (60) days.

Pursuant to I.C. § 18-112A, on each of Counts I, II, III, IV, and V, Defendant is hereby assessed and ordered to pay a maximum fine of $50,000,00, for a total amount of $250,000.00, payable through the Clerk of the Court.

Pursuant to I.C. § 19-5307, on each of Counts II, III, IV, and V, Defendant is hereby assessed and ordered to pay an additional fine of $5,000.00, for a total amount of $20,000.00. The fine on each count shall operate as a civil judgment against Defendant and shall be entered on behalf of the family of the victim named in the Indictment. An Order is to be submitted to this Court by the State.

Defendant shall comply with the No Contact Orders entered by this Court at the time of sentencing.

Defendant shall submit a DNA sample and right thumbprint impression to authorities, pursuant to I.C. § 19-5506, within ten (10) days of this judgment.

Defendant shall be remanded to the custody of the Sheriff of Ada County, to be delivered FORTHWITH by him into the custody of the Director of the State Board of Correction of the State of Idaho. The Clerk shall deliver a copy of this Judgment and Commitment to the said Sheriff, which shall serve as the commitment of Defendant.

**JUDGMENT OF CONVICTION AND COMMITMENT – PAGE 4**

## NOTICE OF RIGHT TO APPEAL

Pursuant to the Plea Agreement entered by this Cout on July 2, 2025, Defendant, BRYAN C. KOHBERGER, waives all rights to appeal any and all issues in this case and waives the right to file a motion pursuant to Idaho Criminal Rule 35. Nonetheless, should Defendant elect to file a notice of appeal, it must be filed within forty-two (42) days from the entry of this judgment.

You are further notified that you have the right to be represented by an attorney in any appeal, that if you cannot afford to retain an attorney, one may be appointed at public expense. Further, if you are a needy person, the costs of the appeal may be paid for by the State of Idaho. If you have questions about your appeal rights, you should consult your present lawyer.

IT IS SO ORDERED.

Dated this 23rd day of July 2025.

STEVEN J. HIPPLER
Administrative District Judge

JUDGMENT OF CONVICTION AND COMMITMENT – PAGE 5

## CERTIFICATE OF SERVICE

I hereby certify that on ___7/23/2025___, I served a true and correct copy of the **JUDGMENT OF CONVICTION AND COMMITMENT** to:

**ADA COUNTY JAIL**
VIA EMAIL: acsocourtdocs@adacounty.id.gov

**IDAHO DEPARTMENT OF CORRECTION**
VIA EMAIL: centralrecords@idoc.idaho.gov
**PRESENTENCE INVESTIGATION TEAM (PSI) & DEPARTMENT OF PROBATION & PAROLE**
VIA EMAIL: dist4@idoc.idaho.gov

**LATAH COUNTY PROSECUTING ATTORNEY'S OFFICE**
**WILLIAM W. THOMPSON, JR.**
PROSECUTING ATTORNEY
**ASHLEY JENNINGS**
SENIOR DEPUTY PROSECUTING ATTORNEY
**JOSHUA D. HURWIT**
SPECIAL DEPUTY PROSECUTING ATTORNEY
VIA EMAIL: paservice@latahcountyid.gov

**OFFICE OF THE ATTORNEY GENERAL**
**JEFFERY D. NYE**
SPECIAL ASSISTANT ATTORNEY GENERAL
VIA EMAIL: jeff.nye@ag.idaho.gov
**MADISON ALLEN**
SPECIAL ASSISTANT ATTORNEY GENERAL
VIA EMAIL: Madison.allen@ag.idaho.gov

**ANNE TAYLOR LAW, PLLC**
**ANNE C. TAYLOR**
VIA EMAIL: info@annetaylorlaw.com

**ELISA G. MASSOTH, PLLC**
**ELISA G. MASSOTH**
VIA EMAIL: emassoth@kmrs.net

**IDAHO STATE PUBLIC DEFENDER'S OFFICE**
**JAY W. LOGSDON**
FIRST DISTRICT PUBLIC DEFENDER
VIA EMAIL: jay.logsdon@spd.idaho.gov

**LAW OFFICE OF BICKA BARLOW**
**BICKA BARLOW**
PRO HAC VICE
VIA EMAIL: bickabarlow@sbcglobal.net

TRENT TRIPPLE
CLERK OF THE COURT

By: *Renee Waters*
Deputy Clerk  7/23/2025 1:38:44 PM

**JUDGMENT OF CONVICTION AND COMMITMENT – PAGE 6**