# Exhibit D

| | |
|---|---|
| **From:** | Ash Is God <msashleyjt@gmail.com> |
| **Sent:** | Tuesday, February 17, 2026 4:51 PM |
| **To:** | Olson, Wendy J. |
| **Cc:** | Carone, Cory M.; Bibb, Hillary |
| **Subject:** | Re: Scofield v. Guillard -- stipulation to/agreement on exhibits |

Greetings,

I'm still looking into this. I'll get back to you by tomorrow.

Thanks,

Ashley Guillard

On Mon, Feb 16, 2026 at 8:44 PM Ash Is God <msashleyjt@gmail.com> wrote:
> Good evening Ms. Olson,
>
> I will get back to you by morning.
>
> Thank you.
>
> -Ashley Guillard
>
> On Tue, Feb 17, 2026 at 8:18 AM Olson, Wendy J. <wendy.olson@stoel.com> wrote:
>
>> Good evening Ms. Guillard,
>>
>> I am following up on my email below.  Please let us know if you will stipulate to the authenticity of our marked exhibits.  In particular, please let us know if you will stipulate to the authenticity and admissibility of Exhibits 22, 23, and 24, which are state court documents showing the charges against Bryan Kohberger, his guilty plea, and his judgment of conviction.
>>
>> Best Regards,
>>
>> Wendy Olson
>>
>> **From:** Olson, Wendy J.
>> **Sent:** Monday, February 9, 2026 7:53 AM

1

**To:** Ash Is God <msashleyjt@gmail.com>
**Cc:** Carone, Cory M. <cory.carone@stoel.com>; Bibb, Hillary <hillary.bibb@stoel.com>
**Subject:** Scofield v. Guillard -- stipulation to/agreement on exhibits

Good morning Ms. Guillard,

As you know, during the February 5 pretrial conference in this case, the Court urged the parties to further confer and to stipulate to authenticity of exhibits where possible. Stipulation as to authenticity simply means that you agree that the exhibit is authentic. For example, for your TikTok videos that we intend to introduce, you would simply be agreeing that they are indeed your TikTok videos. The same is true, for example for the Moscow Police Department press release we intend to introduce. Please let us know if you are willing to stipulate to the authenticity of our exhibits. Please also let us know if you agree to allow the University of Idaho representative who will testify about searching for documents pursuant to each of our subpoenas testify by remote means such as zoom.

Thank you,

Wendy Olson

**Wendy Olson** | Partner
**STOEL RIVES LLP** | 101 S. Capitol Boulevard, Suite 1900 | Boise, ID 83702
Direct: (208) 387-4291 | Mobile: (208) 484-5279
wendy.olson@stoel.com | Bio | vCard | www.stoel.com



This email may contain material that is confidential, privileged, and/or attorney work product for the sole use of the intended recipient. Any unauthorized review, use, or distribution is prohibited and may be unlawful.