# UNITED STATES DISTRICT COURT
## District of Idaho

## Witness List

| | |
|---|---|
| Case Name:<br>Rebecca Scofield | Plaintiff's Attorney:<br>Cory M. Carone; Wendy J. Olson |
| vs.<br>Rebecca Scofield | Defendant's Attorney:<br>Ashley Guillard, Pro-Se |

| | | |
|---|---|---|
| Docket No.:<br>3:22-cv-00521 | Trial Dates:<br>February 24-27, 2026 | Courtroom Deputy:<br>Brandi Fifer |
| Presiding Judge:<br>Judge Raymond E. Patricco | | Court Reporter: |

Party Offering Witness List:
Defendant Ashley Guillard

| Witness | Notes (for use by Court) |
|---|---|
| Ashley Guillard, Lay Witness | |
| Ashley Guillard, Character Witness | |
| Ashley Guillard, Rebuttal Witness | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |