UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

REBECCA SCOFIELD,

          Plaintiff,

    v.

ASHLEY GUILLARD,

          Defendant.

Case No. 3:22-cv-00521-REP

**DEFENDANT ASHLEY GUILLARD'S AMENDED EXHIBIT LIST**

COMES NOW Defendant Ashley Guillard, Pro-Se, and hereby submits the following Amended Exhibit List, attached hereto, identifying exhibits that the Defendant anticipates utilizing at trial. The Defendant reserves the right to amend, add to, or delete from this list of potential exhibits to include, but not be limited to, documents or other discovery discovered or produced subsequently to filing this Exhibit List. Upon knowledge of the order of the Plaintiff's witnesses the Defendant may provide an updated amended exhibit list.

DATED: February 23, 2026

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

\

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: February 23, 2026.

/s/ Ashley J. Guillard  
Ashley J. Guillard  
Pro-Se Litigant

# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| Case Name:<br><br>Rebecca Scofield<br>vs.<br><br>Ashley Guillard | Plaintiff=s Attorney:<br>Wendy Olson & Cory Carone, Stoel Rives LLP |
| --- | --- |
| | Defendant=s Attorney:<br>Ashley Guillard, Pro-Se |

| Docket No.:<br>3:22-cv-00521-REP | Trial Dates:<br>February 24-27, 2026 | Courtroom Deputy:<br>Brandi Fifer |
| --- | --- | --- |

| Presiding Judge:<br>U.S. Magistrate Judge Raymond E. Patricco | Court Reporter: |
| --- | --- |

Party Offering Exhibits:
 Ashley Guillard, Defendant

### Instructions

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.

% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.

% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).

% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Rebecca Bohn, MA Initial Expert Witness Statement | |
| | | | | | Exhibit 1.3-4 DSM-5 Diagnostic Criteria for PTSD | |
| | | | | | Rebecca Bohn, MA Counselor License | |
| | | | | | Dr. Rebecca Tallent, Initial Expert Witness Statement | |
| | | | | | Rebecca Auliye Wilson Short WSU Criminology Advisor | |
| | | | | | Solving Mysterious Deaths Part One PGS. 1-15 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | Text Message to Michelle Regarding Dream of Eviction | |
| | | | | | Eviction Filing | |
| | | | | | Video Predicting Death of Friends Husband | |
| | | | | | Death Verification | |
| | | | | | Tik-Tok Videos 11/23/22 | |
| | | | | | You-tube Video February 9, 2023 https://youtu.be/uZ-fo4F-q9w?si=t5J1b3T6cEo6ZsDx | |
| | | | | | FBI Tip-line Submission | |
| | | | | | Request for Access to Documents-Hippler | |
| | | | | | Denial of Access to Documents- Hippler | |
| | | | | | Meta Platforms, Refusal to Comply to Subpoena | |
| | | | | | Brett Payne Statement | |
| | | | | | Tik-Tok Video Regarding Surviving Roommates | |
| | | | | | Moscow Police Press Release Victims Sleep | |
| | | | | | Scofield's Go-Fund Me | |
| | | | | | Kaylee's Poem – Milk and Honey TikTok Video | |
| | | | | | Guillard's Business Ashley Guillard LLC | |
| | | | | | Guillard's BBA | |
| | | | | | Guillard's MSHRM | |
| | | | | | Guillard's Federal Job Offer | |
| | | | | | Guillard's VA Letter Honorable Discharge | |
| | | | | | YouTube Comments Towards Guillard | |
| | | | | | YouTube Comments Towards Scofield | |