UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASHLEY GUILLARD,<br><br>　　　　　Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S SECOND AMENDED EXHIBIT LIST** |

COMES NOW Defendant Ashley Guillard, Pro-Se, and hereby submits the following Second Amended Exhibit List, attached hereto, identifying exhibits that the Defendant anticipates utilizing at trial. The Defendant reserves the right to amend, add to, or delete from this list of potential exhibits to include, but not be limited to, documents or other discovery discovered or produced subsequently to filing this Exhibit List. Upon knowledge of the order of the Plaintiff's witnesses the Defendant may provide an updated amended exhibit list.

DATED: February 24, 2026

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

\

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: February 24, 2026.

/s/ Ashley J. Guillard  
Ashley J. Guillard  
Pro-Se Litigant

# UNITED STATES DISTRICT COURT
## District of Idaho

## Exhibit List

| | |
|---|---|
| Case Name:<br><br>Rebecca Scofield<br>vs.<br><br>Ashley Guillard | Plaintiff=s Attorney:<br>Wendy Olson & Cory Carone, Stoel Rives LLP |
| | Defendant=s Attorney:<br>Ashley Guillard, Pro-Se |

| Docket No.:<br>3:22-cv-00521-REP | Trial Dates:<br>February 24-27, 2026 | Courtroom Deputy:<br>Brandi Fifer |
|---|---|---|
| Presiding Judge:<br>U.S. Magistrate Judge Raymond E. Patricco | | Court Reporter: |

Party Offering Exhibits:
Ashley Guillard, Defendant

### Instructions

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | | |
| 501 | | | X | | Exhibit 1.3-4 DSM-5 Diagnostic Criteria for PTSD | |
| 502 | | X | | | Rebecca Bohn, MA Counselor License | |
| 503 | | X | | | Meta Platforms Subpoena 7/31/2023 | |
| 504 | | | X | | Rebecca Auliye WSU Criminology Advisor | |
| 505 | | | X | | Solving Mysterious Deaths Part One PGS. 1-15 | |
| 506 | | | X | | Public Records Request – City of Moscow 09/2025 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
| 507 |  |  | X |  | Eviction Filing |  |
| 508 |  |  | X |  | U of Idaho Public Records Request 8/29/25 |  |
| 509 |  |  | X |  | U of Idaho Denial of Record 10/21/25 |  |
| 510 |  |  | X |  | City of Moscow Denial of Request |  |
| 511 |  | X |  |  | You-tube Video February 9, 2023, https://youtu.be/uZ-fo4F-q9w?si=t5J1b3T6cEo6ZsDx |  |
| 512 |  | X |  |  | FBI Tip-line Submission 12/10/22 |  |
| 513 |  | X |  |  | 1st Request for Access to Documents ADA County |  |
| 514 |  | X |  |  | Denial of Access to Documents- ADA County |  |
| 515 |  | X |  |  | Meta Platforms, Refusal to Comply to Subpoena |  |
| 516 |  |  | X |  | Brett Payne Statement MPD |  |
| 517 |  |  | X |  | Motion for Access to Docs ADA County |  |
| 518 |  | X |  |  | MPD PRESS RELEASE 11/30/22 |  |
| 519 |  | X |  |  | Scofield's Go-Fund Me |  |
| 520 |  | X |  |  | Text Message to Michelle Regarding Dream of Eviction |  |
| 521 |  | X |  |  | Rebecca Bohn, MA and Dr. Rebecca Tallent, Initial Expert Witness Statements |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |