**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

**JURY TRIAL - Day 1**

Magistrate Judge: Raymond E. Patricco
Case No. 3:22-cv-521-REP
Time: 8:36 – 8:51 a.m.
9:01 – 11:09 a.m.
11:18 – 11:33 a.m.
11:44 – 12:11 p.m.
1:14 – 2:57 p.m.
3:11 – 5:05 p.m.
Total time: 6 hrs. 42 min.

Date: February 24, 2026
Deputy Clerk: Sunny Trumbull
Court Reporter: Anne Bowline

**Rebecca Scofield v. Ashley Guillard**

Counsel for Plaintiff: Wendy Olson and Cory Carone
Pro Se Defendant: Ashley Guillard

**8:36 a.m – 12:11 p.m. Jury Selection**

Judge Patricco welcomed the prospective jurors, explained jury service, introduced the parties and summarized the case.

All jurors in courtroom sworn.

Voir dire of prospective jurors.

Jurors excused for cause.

Each of counsel executed peremptory challenges and passed the jury for cause.

Jury sworn to try the cause at issue.

Preliminary instructions read.

Judge Patricco admonished the jury for the lunch break.

**1:14 – 5:05 p.m. - Jury Trial Day 1**

Plaintiff witnesses: Rebecca Scofield

Plaintiff exhibits: 19, 20, 21, 25, 26, 32, 35, 36, 40

1:14 p.m.
Jury present
Opening statements made by counsel and pro se defendant.
Testimony of Plaintiff's witness Rebecca Scofield.
Plaintiff's exhibits 19, 20, 21, 25, 26 and 40 offered, no objection, admitted.

3:11 p.m.
Jury present
Continued testimony of Rebecca Scofield.
Plaintiff's exhibit 32 offered, objection (authenticity/relevance), objection overruled and admitted.
Plaintiff's exhibit 34 offered, objection (authenticity), taken under advisement by the Court.
Plaintiff's exhibit 35 and 36 offered, no objection, admitted.

Judge Patricco admonished the jury for the evening.

4:52 p.m.
Jury not present
Court and parties discussed remaining trial schedule, jury instructions, and objections to exhibits. The Court denied the objection of defendant's exhibits 506, 508, 509 and 510 for reasons stated on the record. Defendant to file her jury instructions by 8:00 p.m. tonight.

The jury trial will resume on February 25, 2026 at 8:30 a.m.