UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>        Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>        Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S MOTION TO EXCUSE JUROR #13 FOR CAUSE** |

COMES NOW Ashley Guillard respectfully moves the Court to excuse Juror #13 for good cause, pursuant to Federal Rules of Civil Procedure Rule 47(c), due to extreme bias, misconduct, and the inability to be impartial. First, Juror #13 expressed the inability to be impartial due to her catholic religion. She stated she is catholic and against "witchcraft", indirectly calling Defendant Ashley Guillard a witch. This creates a strong bias against Guillard because of her spiritual practice and beliefs. Second, Juror #13 has been communicating with Plaintiff Rebecca Scofield through body language since being selected as a juror. On day one of trial Juror #13 looked at Scofield and shook her head in affirmation after being selected as a juror. The following days Juror #13 looks to Scofield when she enters Court seeking agreement through body language. The Court has been clear that jurors do not have contact with the parties while outside the court room . This should also include body language that suggests agreement or bias inside the courtroom. Third, Juror #13 also admitted having prior knowledge of Guillard's Tik-Tok videos. For these reasons Guillard

**DEFENDANT'S MOTION TO EXCUSE JUROR #13 FOR CAUSE**          1

motions the Court to remove juror #13 for cause immediately. This motion is supported by the attached Memorandum in Support and Declaration in Support from Ashley Guillard.

DATED: February 27, 2026

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: February 27, 2026.

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant
