UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>   Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>   Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DECLARATION OF ASHLEY GUILLARD IN SUPPORT OF MOTION TO EXCUSE JUROR #13 FOR CAUSE** |

I, Ashley Guillard, declare as follows:

1. I am the Defendant and representing myself pro-se in the above-captioned action. I am over the age of 18 and am competent to testify to the matters set forth herein. I make the statements in this declaration based on my personal knowledge.

2. I personally witnessed Juror #13 initially state that she could not be fair and impartial because she is a Catholic and do not agree with Defendant Ashley Guillard's use of tarot cards and oracle cards.

3. I personally witnessed Juror #13 refer to my spiritual beliefs and practices as witchcraft. Essentially referring to me, Defendant Ashley Guillard, as a witch.

4. I personally witnessed Juror #13 state that she had prior knowledge of the case.

5. I personally witnessed Juror #13 nod her head in affirmation to Plaintiff Rebecca Scofield after she was selected as a Juror.

6. I personally witnessed Juror #13 come into the courtroom through-out the trial and communicate with Plaintiff Rebecca Scofield through body language suggesting alliance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**DECLARATION OF ASHLEY GUILLARD IN SUPPORT OF MOTION**        1

DATED: February 27, 2026

<u>/s/ Ashley J. Guillard</u>
Ashley J. Guillard
Pro-Se Litigant

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: February 27, 2026.

 

                                                          /s/ Ashley J. Guillard
                                                             Ashley J. Guillard
                                                                  Pro-Se Litigant