UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

**JURY TRIAL - Day 4**

Judge:  Raymond E. Patricco  
Case No. 3:22-cv-00521-REP  
Total Time: 3hr. 57min.  
8:29 AM – 9:53 AM  
10:01 AM – 10:56 AM  
11:16 AM - 12:42 PM  
2:44 PM – 2:56 PM  

Date: 02/27/2026  
Deputy Clerk: B. Fifer  
Court Reporter: A. Bowline  

**Scofield v. Guillard**
**3:22-cv-00521-REP**

Counsel for Plaintiff: Wendy Olson/ Cory Carone  
Defendant: Ashley Guillard (pro se)

**Jury Trial Day 4**

Defendant's witnesses: Ashley Guillard

Defendant's exhibit: 520, 507, 505, 503, 515, 506, 510, 513, 517, 514

Plaintiff exhibits: 29,30, 44, 45

8:29 AM  
Outside the presence of the jury the Court took up the Defendant's Motion to Disqualify Juror #13. Plaintiff objected to the motion.  
Court denied the Defendant's motion as stated for the record.

8:40 AM  
Court questioned jurors.  
Juror #13 advised Court information appeared on social media.  
Jurors excused and Juror #13 questioned.

Plaintiff rests.

8:49 AM  
Jurors present.  
Defendant Ashley Guillard testified on her own behalf.  
Defendant's exhibit 520 offered, objection overruled. Admitted  
Defendant's exhibit 507 offered, objection overruled. Admitted  
Defendant's exhibit 505 offered, objection overruled. Admitted  
Defendant's exhibit 503 offered and admitted without objection.  
Defendant's exhibit 515 offered and admitted without objection.

Defendant's exhibit 506 offered and admitted without objection.
Defendant's exhibit 510 offered and admitted without objection.
Defendant's exhibit 513 offered and admitted without objection.
Defendant's exhibit 517 offered and admitted without objection.
Defendant's exhibit 514 offered and admitted without objection.

Plaintiff's exhibit 29 offered and admitted without objection.
Plaintiff's exhibit 30 offered and admitted without objection.
Plaintiff's exhibit 44 offered and admitted without objection.
Plaintiff's exhibit 45 offered and admitted without objection.

Defendant rests.

11:20 AM
Jurors present.
Jurors advised of post proof jury instructions.

Parties presented closing arguments.

12:33 PM
Court gave final jury instructions.
Bailiff placed under oath.

Jurors excused to deliberate at 12:40PM.

Court advised parties the jurors had reached a verdict.

2:47 PM
Jurors present.
Juror #15 foreperson.
Verdict read.

Jurors excused at 2:56pm