# UNITED STATES DISTRICT COURT
## District of Idaho

### Defendants' Exhibit List

| Case Name: Rebecca Scofield vs. Ashley Guillard | Plaintiff's Attorney: Wendy Olson & Cory Carone, Stoel Rives LLP |
|---|---|
| | Defendant's Attorney: Ashley Guillard, Pro-Se |

| Docket No.: 3:22-cv-00521-REP | Trial Dates: February 24-27, 2026 | Courtroom Deputy: Brandi Fifer |
|---|---|---|

| Presiding Judge: U.S. Magistrate Judge Raymond E. Patricco | Court Reporter: |
|---|---|

**Party Offering Exhibits:** Ashley Guillard, Defendant

### Instructions

- Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
- A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
- Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
- More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 501 | 2/26 | | X | ADM | Exhibit 1.3-4 DSM-5 Diagnostic Criteria for PTSD | overruled |
| 502 | | | | | Rebecca Bohn, MA Counselor License | |
| 503 | 2/27 | X | | ADM | Meta Platforms Subpoena 7/31/2023 | |
| 504 | | | | | Rebecca Auliye WSU Criminology Advisor | |
| 505 | 2/27 | | X | ADM | Solving Mysterious Deaths Part One PGS. 1-15 | objection overruled |
| 506 | 2/27 | X | | ADM | Public Records Request – City of Moscow 09/2025 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| | | | | | | |
| 507 | 2/27 | | X | ADM | Eviction Filing | objection overruled |
| 508 | 2/25 | X | | ADM | U of Idaho Public Records Request 8/29/25 | |
| 509 | 2/25 | X | | ADM | U of Idaho Denial of Record 10/21/25 | |
| 510 | 2/27 | X | | ADM | City of Moscow Denial of Request | |
| 511 | | | | | You-tube Video February 9, 2023, https://youtu.be/uZ-fo4F-q9w?si=t5J1b3T6cEo6ZsDx | |
| 512 | 2/25 | X | | ADM | FBI Tip-line Submission 12/10/22 | |
| 513 | 2/27 | X | | ADM | 1st Request for Access to Documents ADA County | |
| 514 | 2/27 | X | | ADM | Denial of Access to Documents- ADA County | |
| 515 | 2/27 | X | | ADM | Meta Platforms, Refusal to Comply to Subpoena | |
| 516 | 2/25 | X | | ADM | Brett Payne Statement MPD | |
| 517 | 2/27 | X | | ADM | Motion for Access to Docs ADA County | |
| 518 | 2/25 | X | | ADM | MPD PRESS RELEASE 11/30/22 | other than disc at bench |
| 519 | 2/25 | | X | ADM | Scofield's Go-Fund Me | |
| 520 | 2/26 | | X | ADM | Text Message to Michelle Regarding Dream of Eviction | objection overruled |
| 521 | | | | | Rebecca Bohn, MA and Dr. Rebecca Tallent, Initial Expert Witness Statements | |