UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No.: 3:22-cv-00521-REP<br><br>**SPECIAL VERDICT FORM** |

We, the jury, being duly impaneled and sworn to try the above-entitled case, do find our verdict as follows:

**Question 1:** Do you find, by a preponderance of evidence, that Defendant's false statements that Plaintiff had an inappropriate romantic relationship with a student damaged Plaintiff?

YES ✓     NO ____

*If you answered "Yes" to Question 1, then answer Question 2. If you answered "No" to Question 1, then go to Question 5.*

**Question 2:** State the amount of compensatory damages related to Defendant's false statements that Plaintiff had an inappropriate romantic relationship with a student.

$ 1,000,000.00

*Go to Question 3.*

**Question 3:** Do you find, by clear and convincing evidence, that Defendant's false statements that Plaintiff had an inappropriate romantic relationship with a student warrant punitive damages?

YES ✓     NO ____

*If you answered "Yes" to Question 3, then answer Question 4. If you answered "No" to Question 3, then go to Question 5.*

**Question 4:** State the amount of punitive damages related to Defendant's false statements that Plaintiff had an inappropriate romantic relationship with a student.

$ 2,500,000.00

SPECIAL VERDICT FORM - 1

*Go to Question 5.*

**Question 5**: Do you find, by a preponderance of evidence, that Defendant's false statements that Plaintiff orchestrated the murder of four students at the University of Idaho damaged Plaintiff?

YES ✓      NO ____

*If you answered "Yes" to Question 5, then answer Question 6. If you answered "No" to Question 5, STOP and have your foreperson sign and date the Special Verdict Form and advise the bailiff.*

**Question 6**: State the amount of compensatory damages related to Defendant's false statements that Plaintiff orchestrated the murder of four students at the University of Idaho.

$ 1,500,000.00

*Go to Question 7.*

**Question 7**: Do you find, by clear and convincing evidence, that Defendant's false statements that Plaintiff orchestrated the murder of four students at the University of Idaho warrant punitive damages?

YES ✓      NO ____

*If you answered "Yes" to Question 7, then answer Question 8. If you answered "No" to Question 7, then STOP and have your foreperson sign and date the Special Verdict Form and advise the bailiff.*

**Question 8**: State the amount of punitive damages related to Defendant's false statements that Plaintiff orchestrated the murder of four students at the University of Idaho.

$ 5,000,000.00

*Have your foreperson sign and date the Special Verdict Form and advise the bailiff.*

2/27/2026
Date

_____
Foreperson

SPECIAL VERDICT FORM - 2