# UNITED STATES DISTRICT COURT
## District of Idaho

### Plaintiff's Second Amended Exhibit List

| Case Name: | Plaintiff's Attorney: |
|---|---|
| Rebecca Scofield vs. Ashley Guillard | Wendy Olson & Cory Carone, Stoel Rives LLP |
| | Defendant's Attorney: Pro se |

| Docket No.: 3:22-cv-00521-REP | Trial Dates: February 24-27, 2026 | Courtroom Deputy: Brandi Fifer |
|---|---|---|
| Presiding Judge: Honorable Raymond E. Patricco | | Court Reporter: |

Party Offering Exhibits: Plaintiff Rebecca Scofield

### Instructions

% Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
% A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with AADM.@ A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
% Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
% More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026693, 11/25/2022 | |
| 2 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026640, 11/26/2022 | |
| 3 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026586, 11/28/2022 | |
| 4 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026691, 11/28/2022 | |
| 5 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026645, 12/1/2022 | |
| 6 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026633, 12/2/2022 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 7 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026594, 12/5/2022 | |
| 8 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026600, 12/5/2022 | |
| 9 | 2/25 | X | | ADM | Ashley Guillard TikTok - F1026584, 12/13/2022 | |
| 10 | 2/25 | X | | ADM | Screenshot of Ashley Guillard TikTok with likes and shares data | |
| 11 | 2/25 | X | | ADM | Ashisgodintheflesh – backup account TikTok, 12/26/2022 | |
| 12 | 2/25 | X | | ADM | YouTube Video - F1399312 Full synopsis of the plot to kill the 4 University of Idaho students Ashley Guillard's Testimony, 2/9/2023 | |
| 12A | | | | | Clip of YouTube Video - F1399312 Full synopsis of the plot to kill the 4 University of Idaho students Ashley Guillard's Testimony, 2/9/2023 (2:43 – 4:45) | |
| 12B | | | | | Clip of YouTube Video - F1399312 Full synopsis of the plot to kill the 4 University of Idaho students Ashley Guillard's Testimony, 2/9/2023 (7:34 – 9:33) | |
| 12C | | | | | Clip of YouTube Video - F1399312 Full synopsis of the plot to kill the 4 University of Idaho students Ashley Guillard's Testimony, 2/9/2023 (24:43 – 29:14) | |
| 13 | 2/26 | X | | ADM | Demonstrative Exhibit with list of videos | |
| 14 | | | | | YouTube video – F1399313 Nerd Report TikToker Ashley Solves Mysteries on Idaho Student Murders Bryan Kohberger!, 6/9/2023 | |
| 14A | 2/25 | X | | ADM | Clip of YouTube video – F1399313 Nerd Report TikToker Ashley Solves Mysteries on Idaho Student Murders Bryan Kohberger!, 6/9/2023 (8:47 – 10:46) | |

2

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 14B | 2/25 | X | | ADM | Clip of YouTube video – F1399313 Nerd Report TikToker Ashley Solves Mysteries on Idaho Student Murders Bryan Kohberger!, 6/9/2023 (11:03 – 12:38) | |
| 14C | 2/25 | X | | ADM | Clip of YouTube video – F1399313 Nerd Report TikToker Ashley Solves Mysteries on Idaho Student Murders Bryan Kohberger!, 6/9/2023 (17:18 – 18:18) | |
| 15 | | | | | YouTube video – F1399314 Scofield v. Guillard Update Scofield is Hiding Discovery, 10/14/2023 | |
| 15A | | | | | Clip of YouTube video – F1399314 Scofield v. Guillard Update Scofield is Hiding Discovery, 10/14/2023 (0:00 – 0:23) | |
| 15B | 2/25 | X | | ADM | Clip of YouTube video – F1399314 Scofield v. Guillard Update Scofield is Hiding Discovery, 10/14/2023 (4:17 – 4:45) | |
| 15C | | | | | Clip of YouTube video – F1399314 Scofield v. Guillard Update Scofield is Hiding Discovery, 10/14/2023 (15:33 – 16:54) | |
| 16 | | | | | YouTube video – Reaction to Madcaster Video about "TikTok" Psychic – SPOILER: HE'S AN IDIOT, May 1, 2025 | |
| 16A | | | | | Clip of YouTube video – Reaction to Madcaster Video about "TikTok" Psychic – SPOILER: HE'S AN IDIOT, May 1, 2025 (1:37 – 4:31) | |
| 17 | 2/25 | X | | ADM | Ashley Guillard TikTok, 8/28/2025 | |
| 18 | | | | | Screenshot of comments on Ashley Guillard TikTok, 8/28/2025 | |
| 19 | 2/24 | X | | ADM | Cease and Desist Letter, 11/28/2022 | |
| 20 | 2/24 | X | | ADM | Second Cease and Desist Letter, 12/8/2022 | |
| 21 | 2/24 | X | | ADM | Moscow Police Department Press Release, 12/27/2022 | |

3

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 22 | | | | | Indictment, *State of Idaho v. Bryan C. Kohberger*, Latah County Case No. CR29-22-2805, 5/16/2023 | |
| 23 | | | | | Plea Agreement, *State of Idaho v. Bryan C. Kohberger*, Latah County Case No. CR29-22-2805, 7/2/2025 | |
| 24 | | | | | Judgment of Conviction and Commitment, *State of Idaho v. Bryan C. Kohberger*, Latah County Case No. CR29-22-2805, 7/23/2025 | |
| 25 | 2/24 | X | | ADM | Policy 3205 of the University of Idaho's Faculty Staff Handbook concerning Consensual Romantic or Sexual Relationships | |
| 26 | 2/24 | X | | ADM | Policy 3220 of the University of Idaho's Faculty Staff Handbook concerning Sexual Harassment | |
| 27 | 2/25 | X | | ADM | Plaintiff's Subpoena to Produce Documents, Information, or Objects tr to Permit Inspection of Premises in a Civil Action to the University of Idaho and response | |
| 28 | 2/25 | X | | ADM | University of Idaho's response to Ashley Guillard's Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises, 12/21/2023 | |
| 29 | 2/27 | X | | ADM | Ashley Guillard Instagram Story, 8/16/2024 | |
| 30 | 2/27 | X | | ADM | Ashley Guillard Instagram Story, 7/12/2025 | |
| 31 | | | | | Rebecca Scofield Medical Records, Gritman Medical Center | |
| 32 | 2/24 | | auth/rel | ADM | Rebecca Scofield Physical Therapy Statements and Receipts | |
| 33 | | | | | Rebecca Bohn Treatment Records | |
| 34 | 2/24, 2/25 | X | | ADM | Rebecca Scofield Gritman Medical Center Clinic Visit Receipts | taken under advisement |
| 35 | 2/24 | X | | ADM | Rebecca Bohn Treatment Receipts | |
| 36 | 2/24 | X | | ADM | Massage Therapy Receipts | |

4

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 37 | 2/26 | X | | ADM | Security Camera Receipts | |
| 38 | | | | | Rebecca J. Tallent Expert Report and CV, 11/6/2023 | |
| 39 | | | | | Rebecca Bohn Expert Report and CV, 11/6/2023 | |
| 40 | 2/24 | X | | ADM | Ashley Guillard TikTok – F1026712, 11/24/2022 | |
| 41 | 2/25 | X | | ADM | Ashley Guillard TikTok – F1026707, 11/24/2022 | |
| 42 | 2/25 | X | | ADM | Ashley Guillard TikTok – F1026639, 12/1/2022 | |
| 43 | 2/25 | X | | ADM | Ashley Guillard TikTok – ashley guillard68 | |
| 44 | 2/27 | X | | ADM | Ashley Guillard TikTok – 2025.10.08 Dior Gold House | |
| 45 | 2/27 | X | | ADM | Ashley Guillard TikTok – 2025.10.10 TikTok post LOL we did it Joe | |
| 46 | | | | | Ashley Guillard TikTok – 2025.10.11 TikTok Post – 3 bed, 3 bath, 3 tvs, fully furnished | |
| 47 | | | | | Ashley Guillard Facebook – S23792400, 12/30/2025 | |
| 48 | | | | | Ashley Guillard Facebook Reel – F2571759F, 01/24/2026 | |
| 49 | | | | | Ashley Guillard Facebook – S23796920, 01/26/2026 | |