UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLEY GUILLARD,<br><br>    Defendant. | Case No.: 3:22-cv-00521-REP<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of Plaintiff Rebecca Scofield and against Defendant Ashley Guillard for all claims contained in Plaintiff's First Amended Complaint (Dkt. 76). Defendant shall pay Plaintiff $2,500,000 in compensatory damages and $7,500,000 in punitive damages.

DATED: March 5, 2026

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge

JUDGMENT - 1