Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>              Plaintiff,<br><br>     v.<br><br>ASHLEY GUILLARD,<br><br>              Defendant. | Case No. 3:22-cv-00521-REP<br><br>**AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES** |

I, Wendy Olson, swear and affirm as follows:

1.    I am a partner at the law firm of Stoel Rives LLP, and I am one of the attorneys representing Rebecca Scofield in the above-captioned matter. As such, I have personal knowledge of the facts and statements contained in this declaration. I submit this declaration in support of Plaintiffs' Motion for Attorney Fees and Costs.

2.    I am a member in good standing of the Idaho State Bar, and am admitted to practice before this Court, the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals. I was previously licensed to practice in the State of California but discontinued

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEY FEES - 1
152369732.1 0079747-00001

my bar membership there after passing the Idaho State Bar examination in 2007. I have been a practicing lawyer since October of 1992, following a two-year federal district court clerkship.

3.      My ordinary billing rate for the time period covered by this litigation was between $610 per hour and $760 per hour. That rate is consistent with my years of experience, my specific experience in federal court, and my significant litigation and trial work. This rate also is reasonable and customary in the Idaho legal market for attorneys with my years and breadth of experience.

4.      Stoel Rives agreed with Professor Scofield to bill my time at a significantly discounted rate of $400 an hour.

5.      As of the signing of this declaration, Stoel Rives has expended 426 hours on this case, for a total of $163,719.10 in attorney fees.

6.      The ordinary billing rate for associate Cory Carone throughout the course of this litigation was between $410 and $585 an hour. Stoel Rives also billed his time at a discounted rate of $400 an hour in this matter.

7.      The ordinary billing rate for my paralegal, Hillary Bibb, was between $300 and $315 an hour for the time period she worked on the case. Stoel Rives billed her time at those rates.

8.      The timesheets for these individuals are set out in **Exhibit B** to this Affidavit.

9.      Plaintiffs also seek their costs and have separately filed a motion for those costs. Those costs are reflected in **Exhibit A** to this Affidavit.

## MY LEGAL BACKGROUND

10.     I am a 1990 graduate of Stanford Law School. I have practiced law in the area of criminal and civil litigation for nearly 34 years, following a two-year federal district court clerkship for the Honorable Barbara J. Rothstein, Chief Judge in the Western District of Washington. I have been licensed to practice since December 1990, including through most of

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 2

my clerkship.

11.     I worked for nearly five years as a federal civil rights prosecutor for the Civil Rights Division, Criminal Section, U.S. Department of Justice. In that time, I appeared in federal district courts in several different federal judicial districts, including the Middle District of Florida, the Southern District of Georgia, and the District of Utah.

12.     I joined the U.S. Attorney's Office for the District of Idaho in 1997, and served in that office for nearly 20 years, including the last seven as the United States Attorney. As an Assistant United States Attorney for the District of Idaho, I prosecuted a variety of complex financial fraud cases, criminal civil rights cases, and Idaho's only federal death penalty case. I handled well over 100 cases, trying dozens, and argued numerous appeals before the Ninth Circuit Court of Appeals. In late February of 2017, I left the U.S. Attorney's Office to become a partner at Stoel Rives LLP, in its Boise office.

13.     Since joining Stoel Rives, I have handled a broad array of civil, white collar criminal, media, civil rights, and government regulatory matters in both state and federal court.

14.     Among the matters I have handled are advice and consultation matters for media entities regarding potential defamation claims. I have successfully litigated other filed defamation cases.  For example, in *Posey v. Bushnell*, Case No. CV28-22-5860, First Judicial District, State of Idaho, my client received a jury award of $1,176 million for his defamation claims. In addition, in *Marotta v. Bruchim, Inc., et al.*, Case No. CV01-23-13959, Fourth Judicial District, State of Idaho, the Court dismissed defamation claims against my client.

15.     I have tried approximately fifty cases in state and federal courts, and conducted significant weeks-long evidentiary hearings in other cases.

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 3
152369732.1 0079747-00001

16.     I am active in the Idaho legal community and have received recognition for my work. I am a past president of the Idaho Chapter of the Federal Bar Association, the Idaho Chapter of the American College of Trial Lawyers, and the Idaho State Bar Health Law Section. I am currently on the board of directors for the National Association of Former United States Attorneys. I am a member of a number of professional associations, including Idaho Women Lawyers, the Women's White Collar Defense Association, and various sections of the Idaho State Bar.

### THE LEGAL BACKGROUND OF OTHER STOEL RIVES' PERSONNEL

17.     Plaintiff is seeking fees for two other Stoel Rives timekeepers who spent time on this case, Cory Carone, an associate, and Hillary Bibb, a paralegal.

18.     Mr. Carone earned his J.D. from the University of Michigan Law School in 2017. Following graduation, he served two one-year federal court clerkships, first for the Honorable Stephen J. Murphy III in the Eastern District of Michigan, and then for the Honorable David W. McKeague on the Sixth Circuit court of appeals. From 2019-2020, he worked as an associate for Jones Day. In 2020, Mr. Carone moved to Idaho and joined the Office of the Attorney General for the State of Idaho.  In 2022,  he joined Stoel Rives' Boise office as part of the litigation practice group.

19.     Ms. Bibb has been a paralegal since September of 2024. She received her paralegal studies certificate in 2019, and she worked as a practice assistant from 2018 until 2024, when she was promoted to paralegal. Ms. Bibb duties include identifying and preserving evidence located on social media.

### REASONABLENESS OF ATTORNEY'S FEES

20.     Idaho Rule of Civil Procedure 54(e)(3) provides that a Court must consider 12 factors in determining the amount of reasonable attorney fee award:

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 4

152369732.1 0079747-00001

a. The time and labor required;

b. The novelty and difficulty of questions;

c. The skill required to perform the legal service properly and the experience of the attorney in the particular field of law;

d. The prevailing charges for like work;

e. Whether the fee is fixed or contingent;

f. The time limitation imposed by the client or the circumstances of the case;

g. The amount involved and the results obtained;

h. The undesirability of the case;

i. The nature and length of the professional relationship with the client;

j. Awards in similar cases;

k. The reasonable cost of automated legal research; and

l. Any other factor that the court deems appropriate in this particular case.

21. As set forth in Plaintiff's Memorandum in Support of Motion for Attorney Fees, these factors weigh in favor of granting the requested attorney fee amount in full.

22. District of Idaho Local Rule 54.2 requires that the attorneys seeking an award of fees set forth:

1. the dates of service;

2. the service rendered;

3. hourly rates;

4. hours expended;

5. a statement of the attorney fee contract with the client; and

6. information, where appropriate, as to other factors which might assist the

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 5

152369732.1 0079747-00001

Court in determining the dollar amount of fee to be allowed.

23.    Items (1) through (4) are set forth in the spreadsheet attached as Exhibit A.  Item 3 also is set forth in ¶¶ 3, 5 and 6 above. Item 5 is set forth in ¶ 3 above.

24.    The rates charged by Stoel Rives in this case are significantly below its ordinary and customary rates, which are fixed annually and are commensurate with the rates charged by other attorneys prosecuting civil litigation claims in the Treasure Valley, particularly those providing civil litigation services for private clients.

25.    Professor contacted me in the fall of 2022 to handle this matter. I have worked closely with her since that time.

26.    Professor Scofield received complete relief through the trial court level in this case.

27.    But Ms. Guillard's social media posts about the trial have not ended. Beginning the weekend after the trial, Ms. Guillard began posting about the trial, asserting it was unfair, and including information that occurred during a closed session of the Court. Her post is up to at least a 24-part series.

28.    Using my litigation experience, and on the facts of this case, I obtained this complete relief as efficiently as possible. Accordingly, I request that the Court approve my fee request for my fees, Mr. Carone's and Ms. Bibb's fees as reasonable.

I swear under penalty of perjury and the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge.

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES - 6
152369732.1 0079747-00001

DATED:  March 19, 2026.

STOEL RIVES LLP


/s/ *Wendy J. Olson*
Wendy J. Olson
Cory M. Carone

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I served a copy of the foregoing via CM/ECF on

the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson