Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S MOTION FOR COSTS** |

COME NOW Plaintiff Rebecca Scofield, by and through her attorney of record, Stoel Rives LLP, respectfully submits this Motion for Costs pursuant to Federal Rule of Civil Procedure 54(d), District of Idaho Local Rule 54.2, Idaho Rule of Civil Procedure 54(e), and Idaho Code § 12-121.  This motion is supported by the bill of costs submitted herewith as Exhibit A, the pleadings on file in this matter, and the Affidavit of Wendy J. Olson submitted herewith. Professor Scofield respectfully requests that this Court award her costs of $1,722.61, as set out in the bill of costs attached hereto as Exhibit A.

PLAINTIFF'S MOTION COSTS - 1
152405204.1 0079747-00001

DATED:  March 19, 2026.

STOEL RIVES LLP


/s/ *Wendy J. Olson*
Wendy J. Olson
Cory M. Carone

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I served a copy of the foregoing via CM/ECF on

the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson