Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY GUILLARD,<br><br>Defendant. | Case No. 3:22-cv-00521-REP<br><br>**AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS** |

I, Wendy Olson, swear and affirm as follows:

1.      I am a partner at the law firm of Stoel Rives LLP, and I am one of the attorneys representing Rebecca Scofield in the above-captioned matter. As such, I have personal knowledge of the facts and statements contained in this declaration. I submit this Affidavit in support of Plaintiffs' Motion for Costs.

2.      I verify that the items submitted as costs in the attached Exhibit A are correct and were actually and necessarily incurred in the above-captioned case, with the exception of the costs for Witness Rebecca Bohn, as set forth in more detail in paragraphs 5-6 below.

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS - 1
152407579.1 0079747-00001

3.    On June 28, 2024, Plaintiff Rebecca Scofield incurred charges of $276.00, for a transcript of the summary judgment hearing in this case.

4.    On December 21, 2022, Plaintiff Rebecca Scofield incurred charges of $402.00 for filing her Complaint in this case.

5.    In connection with the trial, Plaintiff Rebecca Scofield is seeking reimbursement for witness expenses for only one witness, Rebecca Bohn. Ms. Bohn traveled from her home in Moscow, Idaho, to Boise for trial. She incurred expenses of $381.81 for round trip air fare from Moscow-Pullman Airport to Boise; $22.49 for meals in Boise on February 25, 2026; taxi charges in Boise of $30.88 to travel from the airport to her hotel; and $297.89 for her hotel in Boise.  The total amount of those expenses is $733.07.

6.    The statutory witness fees limit reimbursement of Ms. Bohn's travel and hotel expenses to mileage between Boise and Moscow.  The total roundtrip miles between Boise and Moscow is 574 miles. At the statutory rate of $1.78 per mile, the reimbursement is $1,021.72. Thus, Professor Scofield is seeking costs of $1,021.72 for Ms. Bohn's travel.

I swear under penalty of perjury and the laws of the State of Idaho that the foregoing is true and correct to the best of my knowledge.

DATED:  March 19, 2026.

STOEL RIVES LLP

/s/ *Wendy J. Olson*
Wendy J. Olson

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS - 2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2026, I served a copy of the foregoing via CM/ECF on

the Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com

/s/ Wendy J. Olson
Wendy J. Olson

AFFIDAVIT OF WENDY J. OLSON IN SUPPORT OF PLAINTIFF'S MOTION FOR COSTS - 3