Exhibit A

**Exhibit A**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

**Rebecca Scofield**

v

**Ashley Guillard**

**BILL OF COSTS**

Case # **3:22-cv-00521-REP**

Judgment having been entered in the above entitled action on **03/05/2026** against **Ashley Guillard**, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| **1.  Clerks and Service Fees -** removal fees, filing fees. The cost of private process servers is NOT ALLOWED.  Only Marshal's service fees allowed. | |
| **2. Trial Transcripts -** furnished upon request of court, or prepared pursuant to stipulation | **$276.00** |
| **3. Deposition Costs -** original of noticing party and prevailing party's copy of depositions used in the case; reasonable fees of notary and deposition reporter of noticing party; video depositions costs. Deposition summaries or counsel's fees NOT ALLOWED | |
| **4. Witness Fees -** at statutory rate (28 USC § 1821). Mileage outside the district limited to 100 miles each way absent prior court order. Expert witness fees at the same rate as other witness fees. Complete the worksheet on the reverse of this form, and enter the total here. | **$1,044.61** |
| **5. Copies of Papers and Exhibits -** Cost of exhibits attached to documents required to be filed and served; exemplification fees; copies of preparing clerks record on appeal. Copies of motions, pleadings and other routine case papers NOT ALLOWED. | |
| **6. Maps, Charts, Models, Photographs, Computations and Summaries -** Reasonable costs if admitted into evidence.  NO enlargements great than 8" x 10" allowed unless approved by the court. NO models allowed absent an order of the court.  Cost of compiling summaries, computations and statistical comparisons is NOT TAXABLE. | |
| **7. Interpreter and Translator Fees -** reasonable fees of interpreter allowed if the fee of witness is taxable. Translator fee allowed if document is necessarily filed or admitted in evidence. | |
| **8. Docket Fees -** Docket fees pursuant to 28 U.S.C. § 1923 | **$402.00** |
| | |
| **Attach to your to cost bill an itemization and documentation for requested costs in all categories.**                                                         TOTAL | **$1,722.61** |

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed to:

Signature of Attorney: _/s/ Wendy J. Olson_          Name of Attorney **Wendy Olson**

For: **Rebecca Scofield**          Date: **3/19/2026**

Name of Claiming Party

COSTS ARE TAXED IN THE AMOUNT OF _____ AND INCLUDED IN THE JUDGMENT.

Clerk of Court    By: _____          Date: _____

Deputy Clerk

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Rebecca Bohn, Moscow, Idaho** | | | 1 | 22.89 | 574 | 1021.72 | 1,044.61 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | **TOTAL** | | 1,044.61 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 day's notice. On motion served within 7 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."