UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

REBECCA SCOFIELD,

        Plaintiff,

   v.

ASHLEY GUILLARD,

        Defendant.

Case No. 3:22-cv-00521-REP

**DEFENDANT ASHLEY GUILLARD'S RULE 60(b)(3) MOTION FOR RELIEF OF JUDGMENT (DKT. 149) DUE TO FRAUD**

COMES NOW Defendant Ashley Guillard (Guillard) respectfully motions the Court for a relief of Final Judgment, DKT. 149, due to fraud. The Plaintiff, Professor Rebecca Scofield, lied about having damages, presented false evidence in Court to the judge and jury, filed fabricated medical records falsely portraying as damages related to this case and presented witnesses who also lied under oath to fabricate damages. For these reasons, the entire case is fraudulent and a violation of Guillard's constitutional right to a fair trial in federal and state proceedings guaranteed by the Due Process Clauses of the Fifth and Fourteenth Amendments. As a result, Guillard moves the Court for relief of judgment (DKT. 149) due to fraud.

DATED: April 6, 2026

/s/ Ashley J. Guillard
Ashley J. Guillard
Pro-Se Litigant

DEFENDANT'S RULE 60(b)(3) MOTION FOR RELIEF OF JUDGMENT (DKT. 149)    1

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: April 6, 2026.


/s/ Ashley J. Guillard
Ashley J. Guillard

Pro-Se Litigant