UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| REBECCA SCOFIELD,<br><br>       Plaintiff,<br><br>  v.<br><br>ASHLEY GUILLARD,<br><br>       Defendant. | Case No. 3:22-cv-00521-REP<br><br>**DEFENDANT ASHLEY GUILLARD'S AFFIDAVIT IN SUPPORT OF RULE 60(b)(3) MOTION FOR RELIEF OF JUDGMENT (DKT. 149) DUE TO FRAUD** |

**CERTIFICATION UNDER PENALTY OF PERJURY**

I, Ashley Guillard,  certify under penalty of perjury pursuant to the law of the State of Idaho that the attached Motion and Memorandum of Support is true and correct.

DATED: April 6, 2026

<u>/s/ Ashley J. Guillard</u>
Ashley J. Guillard

Pro-Se Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, I served a copy of the foregoing via CM/ECF on the Registered Participants as follows:

Cory M. Carone: cory.carone@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com;

Wendy J. Olson: wendy.olson@stoel.com, docketclerk@stoel.com, tracy.horan@stoel.com.

DATED: April 6, 2026.

/s/ Ashley J. Guillard
Ashley J. Guillard

Pro-Se Litigant

ASHLEY GUILLARD'S  AFFIDAVIT IN SUPPORT OF RULE 60(b)(3) MOTION          2