**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** IDAHO

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: 3:22-cv-00521-REP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 12/21/2022

Date of judgment or order you are appealing: 3/05/2026

Docket entry number of judgment or order you are appealing: 149

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Ashley Guillard, Pro-Se Defendant

Is this a cross-appeal?  ◯ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

3262 Westheimer Rd 942

City: Houston    State: TX    Zip Code: 77098

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Ashley Guillard    **Date** 4/06/2026

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**    *Rev. 06/09/2022*

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Ashley Guillard, Pro-Se Defendant |

Name(s) of counsel (if any):

| |
|---|
| Pro-Se |

Address: | 3262 Westheimer Rd, 942, Houston Texas 77098

Telephone number(s): | 337.372.3181

Email(s): | MSASHLEYJT@GMAIL.COM

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Rebecca Scofield |

Name(s) of counsel (if any):

| |
|---|
| Wendy J. Olson<br>Cory M. Carone |

Address: | 101 S. Capitol Boulevard, Suite 1900, Boise Idaho 83702

Telephone number(s): | 208.389.9000

Email(s): | wendy. olson@stoel.com , cory. carone@stoel.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*