

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:            26-2190
Originating Case Number:  3:22-cv-00521-REP

Case Title:               Scofield v. Guillard

**4/20/2026**
Ashley Guillard                                    Appeal Transcript Order Due

**5/20/2026**
Ashley Guillard                                    Appeal Transcript Due

**6/29/2026**
Ashley Guillard                                    Appeal Opening Brief Due

**7/29/2026**
Rebecca Scofield                                   Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation

Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See***
**9th Cir. R. 42-1.**