Wendy J. Olson, ISB No. 7634
*wendy.olson@stoel.com*
Cory M. Carone, ISB No. 11422
*cory.carone@stoel.com*
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REBECCA SCOFIELD,<br><br>                    Plaintiff,<br><br>        v.<br><br>ASHLEY GUILLARD,<br><br>                    Defendant. | Case No. 3:22-cv-00521-REP<br><br>**PLAINTIFF'S MOTION TO REDACT TRANSCRIPT ON APPEAL** |

Pursuant to Federal Rule of Civil Procedure 5.2 and District of Idaho Local Rule 5.5, Plaintiff Rebecca Scofield moves to redact the transcripts for the jury trial held before Judge Patricco on February 24,  2026 in the above-referenced matter. In support of this motion, the Plaintiff states as follows:

1.      Defendant Ashley Guillard has ordered the trial transcript for her appeal of the judgment and other Court orders.

2.      The Court has informed Plaintiff that on at least one occasion, a witness used Professor Scofield's minor child's full first name while testifying.

PLAINTIFF'S MOTION TO REDACT TRANSCRIPT ON APPEAL - 1
152999880.1 0079747-00001

3. Federal Rule of Civil Procedure 5.2(a) provides that court filings should include only a minor child's initials.

4. District of Idaho Local Rule 5.5(a) and (e) also require redaction of a minor child's name and replacement of the name with initials.

Accordingly, Professor Scofield moves this Court for an Order directing the court reporter preparing the transcript for Ms. Guillard's appeal to redact the transcript by replacing Professor Scofield's minor child's name with the child's initials.

DATED:  May 18, 2026.

STOEL RIVES LLP


/s/ *Wendy J. Olson*
Wendy J. Olson
Cory M. Carone

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I served a copy of the foregoing via CM/ECF on the

Registered Participant as follows:

Ashley Guillard
msashleyjt@gmail.com


/s/ Wendy J. Olson
Wendy J. Olson